AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ District of _____ILLINOIS_____

ERIC D. SIMPLE,

V.

WALGREEN CO., an Illinois Corporation,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-*1305*

TO: (Name and address of Defendant)

    Walgreen Co.
    Allan M. Resnick, Registered Agent
    200 Wilmot Road
    Deerfield, Illinois 60015-4616

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Walgreen Co.
    Allan M. Resnick, Registered Agent
    200 Wilmot Road
    Deerfield, Illinois 60015-4616

an answer to the complaint which is served on you with this summons, within ___*20*___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_s/ John M. Waters_      _9-2-04_
CLERK      DATE

_s/ E. Lambie_
(By) DEPUTY CLERK