E-FILED
Wednesday, 29 September, 2004  02:56:35 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-1305 |
| WALGREEN CO., an Illinois Corporation, | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

L. Lee Smith of HINSHAW & CULBERTSON LLP hereby enters his appearance as counsel of record on behalf of the defendant, WALGREEN CO.

WALGREEN CO., an Illinois Corporation,

By: HINSHAW & CULBERTSON LLP

 s/ L. Lee Smith
L. Lee Smith
One of Its Attorneys

HINSHAW & CULBERTSON LLP
456 Fulton Street, Suite 298
Peoria, IL 61602-1220
309-674-1025

80174023v1 846495

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 29, 2004, a copy of the foregoing document was served upon the following counsel by:

__X__   Enclosing it in an envelope, properly addressed as indicated below, with first-class postage prepaid at Peoria, Illinois;

_____   Facsimile transmission;

_____   Personal service

Eric D. Simple
Pro Se
1305 Plantation Lane
Bloomington, IL  61704
(309) 663-7189

                                                         s/ Julie Harbison

80174023v1 846495