**AFFIDAVIT OF SERVICE**

04 E-FILED
Monday, 18 October, 2004 01:04:53 PM
Clerk, U.S. District Court, ILCD

**FILED**
OCT 1 5 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE NUMBER: 041305    DOCKET NUMBER: 04F1017855    DEPUTY: 763
TITLE: SIMPLE VS WALGREEN CO
CASE DATE: 09/02/04    EXPIRES: 09/29/04    TIME: 15:56
DEFENDANT:
NAME:    WALGREEN CO    ADDRESS: 200    WILMOT RD
                                    DEERFIELD
EMPLOYER:    % ALLAN M RESNICK

SERVICE INFORMATION: I CERTIFY THAT I SERVED THIS SUMMONS AND COMPLAINT ON THE DEFENDANT AS FOLLOWS:
DATE SERVED: 9-9-04    TIME SERVED: 9:15 AM/PM

____ PERSONAL SERVICE

____ SUBSTITUTED SERVICE: BY LEAVING A COPY AT THE DEFENDANTS USUAL PLACE OF ABODE, WITH SOME PERSON OF THE FAMILY OR A PERSON RESIDING THERE, OF THE AGE OF 13 YRS. OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS AND COMPLAINT, I, OR SOME OTHER AUTHORIZED PERSON, SENT A COPY OF THE SUMMONS IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE.

NAME: _____    RELATION: _____

X SERVICE ON: CORPORATION X    COMPANY ___ BUSINESS ___ PARTNERSHIP ___
LEFT A COPY OF THE SUMMONS AND COMPLAINT WITH A REGISTERED AGENT ___,
AUTHORIZED PERSON X, PARTNER ___, OR OTHER ___.
NAME: Marcia Semuel

ADDRESS SERVED (IF DIFFERENT THAN ABOVE):

STREET: _____    CITY-STATE-ZIP: _____

PERSONAL INFORMATION:    SEX: F    RACE: W    AGE: 50    EYES:
HAIR:    HEIGHT:    WEIGHT:    EMPLOYER: % ALLAN M RESNICK

NOT SERVED:    DATE ___/___/___

____ 02 RETURNED NOT FOUND MOVED    ____ 07 RNF NEVER HOME
____ 03 RNF NOT AT GIVEN ADDRESS    ____ 08 RNF DEFENDANT DECEASED
____ 04 RNF NO LONGER EMPLOYED    ____ 09 RNF OTHER
____ 05 RNF REFUSED TO OPEN DOOR    ____ 10 ACTION SCHEDULED
____ 06 RNF COURT DATE RAN OUT    ____ __ OTHER

ATTEMPTS:
1) DATE: _____    TIME: _____    NOTES: _____
2) DATE: _____    TIME: _____    NOTES: _____
3) DATE: _____    TIME: _____    NOTES: _____
4) DATE: _____    TIME: _____    NOTES: _____

COMMENTS:

GARY DEL RE
SHERIFF OF LAKE COUNTY
BY DEPUTY: _____

NOTARY PUBLIC, LAKE COUNTY, ILLINOIS
MY COMMISSION EXPIRES:

```
                              GARY DEL RE

                            LAKE COUNTY SHERIFF
                              25 S. UTICA ST.
                            WAUKEGAN, IL  60085
                            PHONE: (847) 377-4400

 DOCKET NUMBER    CASE NUMBER    -----------------   TITLE/DESC   ------------------
 04F1017855       041305         SIMPLE VS WALGREEN CO

 RECEIPT #: 04090708333S         DATE PAID: 09/07/04          TIME PAID: 15:56

 AMOUNT PAID:        $37.10      PAYMENT TYPE: CK             RECEIVED BY: JMR

 FEE DESC: SINGLE SERVICE                        ACCOUNT/CHECK NUMBER: 2940

                                    THANK YOU
 -----------------------------------------------------------
                                 OFFICIAL RECEIPT
                  THIS IS YOUR RECEIPT FOR THE ABOVE ITEMS
               ALL CLAIMS OR ADJUSTMENTS MUST BE MADE WITHIN 10 DAYS
```

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

ERIC D. SIMPLE,

**SUMMONS IN A CIVIL ACTION**

V.

WALGREEN CO., an Illinois Corporation,

CASE NUMBER: 04-1305

TO: (Name and address of Defendant)

Walgreen Co.
Allan M. Resnick, Registered Agent
200 Wilmot Road
Deerfield, Illinois 60015-4616

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Walgreen Co.
Allan M. Resnick, Registered Agent
200 Wilmot Road
Deerfield, Illinois 60015-4616

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                           9/2/04
CLERK                                        DATE

s/ C. Lambie
(By) DEPUTY CLERK