**E-FILED**
Tuesday, 30 November, 2004  03:49:16 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ERIC D. SIMPLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  04-1305 |
| | ) | |
| WALGREEN CO., an Illinois Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF COMPLIANCE WITH RULE 26 DISCLOSURE

NOW COMES the defendant, WALGREEN CO., by and through its attorneys, HINSHAW & CULBERTSON LLP, and hereby gives notice it has complied with the disclosures required by Fed. R. Civ. P. 26(a)(1).

WALGREEN CO., an Illinois Corporation,

By: HINSHAW & CULBERTSON LLP

s/L. Lee Smith
L. Lee Smith
One of Its Attorneys
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61062
309-674-1025

HINSHAW & CULBERTSON LLP
456 Fulton Street, Suite 298
Peoria, IL 61602-1220
309-674-1025

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on November 30, 2004, a copy of the foregoing document was served upon the following counsel by:

  X   Enclosing it in an envelope, properly addressed as indicated below, with first-class postage prepaid at Peoria, Illinois;

_____ Facsimile transmission;

_____ Personal service


Donald R. Jackson
Attorney at Law
456 Fulton St., Suite 218
Peoria, IL  61602


 s/L. Lee Smith

L. Lee Smith
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61602

2