**E-FILED**
Wednesday, 26 January, 2005  03:46:42 PM
Clerk, U.S. District Court, ILCD

UNITED DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ERIC D. SIMPLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-1305 |
| | ) | |
| WALGREEN CO., an Illinois Corporation, | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

The undersigned certifies that a true copy of the foregoing discovery document(s) along with a copy of this Notice was sealed in a postage prepaid envelope addressed as set forth below and hand-delivered at Peoria, Illinois on the 26th day of January, 2005.

**Initial Disclosures Pursuant to Local Rule 26.1(a)(1)**
**Plaintiffs' Answers to First Set of Interrogatories**
**and**
**Plaintiffs' Answers to Defendant's First Request For Production**

TO:   Mr. L. Lee Smith
      Hinshaw & Culbertson LLP
      456 Fulton Street, Suite 298
      Peoria, Illinois 61602-1220

                    Respectfully Submitted,
                    ERIC D. SIMPLE,  Plaintiff


                    s/: DONALD R. JACKSON
                    DONALD R. JACKSON, 7262
                    Attorney for Plaintiff
                    456 Fulton Street, Suite 218
                    Peoria, Illinois 61602
                    Telephone: (309) 637-1010
                    Facsimile: (309) 637-1106
                    E-mail: Djack30838@sbcglobal.net

1

UNITED DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ERIC D. SIMPLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-1305 |
| | ) | |
| WALGREEN CO., an Illinois Corporation, | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2005, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the following:

> Mr. L. Lee Smith
> Hinshaw & Culbertson LLP
> 456 Fulton Street, Suite 298
> Peoria, Illinois 61602-1220

and I hereby certify that I have mailed by United States Postal Service the documents to the

following non CM/ECF participants: Not Application.

> s/: DONALD R. JACKSON
> DONALD R. JACKSON, 7262
> Attorney for Plaintiff
> 456 Fulton Street, Suite 218
> Peoria, Illinois 61602
> Telephone: (309) 637-1010
> Facsimile: (309) 637-1106
> E-mail: Djack30838@sbcglobal.net

2