E-FILED
Friday, 11 February, 2005  08:47:28 AM
Clerk, U.S. District Court, ILCD

UNITED DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 04-1305 |
| | ) |
| WALGREEN CO., an Illinois Corporation, | ) |
|       Defendant. | ) |

**NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**

    The undersigned certifies that a true copy of the foregoing discovery document(s) along with a copy of this Notice was sealed in a postage prepaid envelope addressed as set forth below and hand-delivered at Peoria, Illinois on the 11th day of February, 2005.

**Plaintiff's First Set of Interrogatories to Defendant
and
Request for Production of Documents**

TO:   Mr. L. Lee Smith
        Hinshaw & Culbertson LLP
        456 Fulton Street, Suite 298
        Peoria, Illinois 61602-1220

                                          Respectfully Submitted,
                                          ERIC D. SIMPLE, Plaintiff


                                          s/: DONALD R. JACKSON
                                          DONALD R. JACKSON, 7262
                                          Attorney for Plaintiff
                                          456 Fulton Street, Suite 218
                                          Peoria, Illinois 61602
                                          Telephone: (309) 637-1010
                                          Facsimile: (309) 637-1106
                                          E-mail: Djack30838@sbcglobal.net

1

UNITED DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ERIC D. SIMPLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-1305 |
| | ) | |
| WALGREEN CO., an Illinois Corporation, | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Mr. L. Lee Smith
> Hinshaw & Culbertson LLP
> 456 Fulton Street, Suite 298
> Peoria, Illinois 61602-1220

and I hereby certify that I have mailed by United States Postal Service the documents to the following non CM/ECF participants: Not Application.

s/: DONALD R. JACKSON
DONALD R. JACKSON, 7262
Attorney for Plaintiff
456 Fulton Street, Suite 218
Peoria, Illinois 61602
Telephone: (309) 637-1010
Facsimile: (309) 637-1106
E-mail: Djack30838@sbcglobal.net