E-FILED
Wednesday, 08 June, 2005  03:38:48 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-1305 |
| ) | |
| WALGREEN CO., an Illinois Corporation, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

TO:   All Attorneys of Record

THE UNDERSIGNED CERTIFIES that a true copy of the following discovery documents, were served on the 8th day of June, 2005:

**ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

WALGREEN CO., an Illinois Corporation,

By: HINSHAW & CULBERTSON LLP

s/L. Lee Smith
L. Lee Smith
One of Its Attorneys
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61602
309-674-1025

80193294v1 846495

**CERTIFICATE OF SERVICE**

 I hereby certify that on **June 8, 2005**, I electronically filed this **NOTICE OF SERVICE OF DISCOVERY DOCUMENTS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Donald R. Jackson
Attorney at Law
456 Fulton St., Suite 218
Peoria, IL  61602

 s/L. Lee Smith
Attorneys for Defendant
L. Lee Smith
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61602
309-674-1025

80193294v1 846495