E-FILED
Wednesday, 22 June, 2005  04:20:42 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 04-1305 |
| | ) |
| WALGREEN CO., an Illinois Corporation, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF DISCOVERY DEPOSITION

TO:   Mike Palmer
      c/o Mr. L. Lee Smith
      Hinshaw & Culbertson LLP
      456 Fulton Street, Suite 298
      Peoria, Illinois 61602-1220

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that on the **24th day of August, 2005, at 9:00 a.m.** at the law office of Attorney DONALD R. JACKSON, **456 Fulton Street, Suite 218, Peoria, Illinois,** we will take the deposition of; Mike Palmer that said deposition will be taken on oral interrogatories before Knight Reporting Service, Notary Public, or any other officer authorized by law to take discovery depositions in like cases, at which time the said Mike Palmer is requested to appear for said deposition.

Respectfully Submitted
ERIC D. SIMPLE, Plaintiff

s/: DONALD R. JACKSON
DONALD R. JACKSON, 1309560
Attorney for Plaintiffs
456 Fulton Street, Suite 218
Peoria, Illinois 61602
Telephone: (309) 637-1010
Facsimile: (309) 637-1106
E-mail: Djack30838@sbcglobal.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 04-1305 |
| | ) |
| WALGREEN CO., an Illinois Corporation, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Mr. L. Lee Smith
> Hinshaw & Culbertson LLP
> 456 Fulton Street, Suite 298
> Peoria, Illinois 61602-1220

and I hereby certify that I have mailed by United States Postal Service the documents to the following non CM/ECF participants: Not Application.

                                                 s/: DONALD R. JACKSON
                                                 DONALD R. JACKSON, 1309560
                                                 Attorney for Plaintiff
                                                 456 Fulton Street, Suite 218
                                                 Peoria, Illinois 61602
                                                 Telephone: (309) 637-1010
                                                 Facsimile: (309) 637-1106
                                                 E-mail: Djack30838@sbcglobal.net