UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 04-1305 |
| WALGREEN CO., an Illinois Corporation, | ) ) ) |
| Defendant. | ) |

### NOTICE OF DISCOVERY DEPOSITION

TO:  Leann Turley
c/o Mr. L. Lee Smith
Hinshaw & Culbertson LLP
456 Fulton Street, Suite 298
Peoria, Illinois 61602-1220

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that on the **25th day of August, 2005, at 9:00 a.m.** at the law office of Attorney DONALD R. JACKSON, **456 Fulton Street, Suite 218, Peoria, Illinois,** we will take the deposition of; Leann Turley that said deposition will be taken on oral interrogatories before Knight Reporting Service, Notary Public, or any other officer authorized by law to take discovery depositions in like cases, at which time the said Leann Turley is requested to appear for said deposition.

Respectfully Submitted
ERIC D. SIMPLE, Plaintiff

s/: DONALD R. JACKSON
DONALD R. JACKSON, 1309560
Attorney for Plaintiffs
456 Fulton Street, Suite 218
Peoria, Illinois 61602
Telephone: (309) 637-1010
Facsimile: (309) 637-1106
E-mail: Djack30838@sbcglobal.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 04-1305 |
| | ) |
| WALGREEN CO., an Illinois Corporation, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Mr. L. Lee Smith
> Hinshaw & Culbertson LLP
> 456 Fulton Street, Suite 298
> Peoria, Illinois 61602-1220

and I hereby certify that I have mailed by United States Postal Service the documents to the following non CM/ECF participants: Not Application.

                                    s/: DONALD R. JACKSON
                                    DONALD R. JACKSON, 1309560
                                    Attorney for Plaintiff
                                    456 Fulton Street, Suite 218
                                    Peoria, Illinois 61602
                                    Telephone: (309) 637-1010
                                    Facsimile: (309) 637-1106
                                    E-mail: Djack30838@sbcglobal.net