UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ERIC D. SIMPLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-1305 |
| | ) | |
| WALGREEN CO., an Illinois Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION**

TO:    All Attorneys of Record          Knight Reporting Service
                                        411 Hamilton Blvd., Suite 1932
                                        Peoria, IL  61602
                                        (309) 637-0700

    PLEASE TAKE NOTICE that the defendant, WALGREEN CO., will take the following deposition upon oral examination at the offices of Donald Jackson, 456 Fulton Street, Suite 218, Peoria, Illinois, before a Notary Public or other person duly authorized to administer oaths.  Said deposition will continue day to day until completed:

| **Deponent** | **Date** | **Time** |
|---|---|---|
| Eric Simple | July 8, 2005 | 9:00 a.m. |

WALGREEN CO., an Illinois Corporation,

By: HINSHAW & CULBERTSON LLP


s/L. Lee Smith
L. Lee Smith
One of Its Attorneys
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61602
309-674-1025

80194964v1 846495

**CERTIFICATE OF SERVICE**

 I hereby certify that on **June 29, 2005**, I electronically filed this **NOTICE OF DEPOSITION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Donald R. Jackson
Attorney at Law
456 Fulton St., Suite 218
Peoria, IL  61602

        s/L. Lee Smith
        Attorneys for Defendant
        L. Lee Smith
        HINSHAW & CULBERTSON LLP
        456 Fulton St., Suite 298
        Peoria, IL  61602
        309-674-1025

80194964v1 846495