E-FILED
Wednesday, 27 July, 2005  09:19:58 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 04-1305 |
| WALGREEN CO., an Illinois Corporation, | ) ) ) |
| Defendant. | ) |

### NOTICE OF DEPOSITION

TO:   All Attorneys of Record         Knight Reporting Service
                                      411 Hamilton Blvd., Suite 1932
                                      Peoria, IL  61602
                                      (309) 637-0700

     PLEASE TAKE NOTICE that the defendant, WALGREEN CO., will take the following deposition upon oral examination at the offices of Donald Jackson, 456 Fulton Street, Suite 218, Peoria, Illinois, before a Notary Public or other person duly authorized to administer oaths.  Said deposition will continue day to day until completed:

| **Deponent** | **Date** | **Time** |
|---|---|---|
| Eric Simple | August 26, 2005 | 9:00 a.m. |

                                                  WALGREEN CO., an Illinois Corporation,

                                                  By: HINSHAW & CULBERTSON LLP

                                                  s/L. Lee Smith
                                                  L. Lee Smith
                                                  One of Its Attorneys
                                                  HINSHAW & CULBERTSON LLP
                                                  456 Fulton St., Suite 298
                                                  Peoria, IL  61602
                                                  309-674-1025

80197073v1 846495

## CERTIFICATE OF SERVICE

    I hereby certify that on **July 27, 2005**, I electronically filed this **NOTICE OF DEPOSITION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Donald R. Jackson
Attorney at Law
456 Fulton St., Suite 218
Peoria, IL  61602

     s/L. Lee Smith
Attorneys for Defendant
L. Lee Smith
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61602
309-674-1025

80197073v1 846495