UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 04-1305 |
| WALGREEN CO., an Illinois Corporation, | ) ) ) |
| Defendant. | ) ) |

### MOTION FOR ENLARGEMENT OF TIME

COMES NOW the defendant, WALGREEN CO., an Illinois Corporation, by and through its attorneys, HINSHAW & CULBERTSON LLP, and pursuant to Fed. R. Civ. P. 6(b) moves this court to enlarge the time in which discovery is due to September 30, 2005. In support of its motion, the defendant states as follows:

1. Discovery in this case is currently due August 30, 2005.

2. Depositions of the parties in this case are currently set for August 24-26, 2005.

3. Since the scheduling of the depositions, the undersigned counsel for the defendant has been appointed counsel of record in the case of *United States v. Richard Harr*, Case No. 05-10041, which is currently pending before this court. A hearing on a motion to suppress has been set for August 25.

4. In addition, the defendant's counsel has received notice from the Court of Appeals advising of a Rule 33 Conference on August 24 in the case of *Nancy Bostic v. Illinois Agricultural Association, et al.*, Case No. 05-3275.

5. Representatives for Walgreen Co. are unavailable the remainder of the week of August 22.

80198569v1 846495

6. The final pretrial is currently scheduled for February 3, 2006, and trial is scheduled for March 16, 2006. The proposed enlargement of time for the discovery deadline will not require a rescheduling of the final pretrial conference or the trial dates.

7. The defendant's counsel has phoned the plaintiff's attorney to determine his position on this request, but has not received a return call.

WHEREFORE, the defendant moves that this court enlarge the time in which discovery is due until September 30, 2005.

        WALGREEN CO., an Illinois Corporation,

        By: HINSHAW & CULBERTSON LLP


        s/L. Lee Smith
        L. Lee Smith
        One of Its Attorneys
        HINSHAW & CULBERTSON LLP
        456 Fulton St., Suite 298
        Peoria, IL  61602
        309-674-1025

80198569v1 846495

**CERTIFICATE OF SERVICE**

    I hereby certify that on **August 17, 2005**, I electronically filed this **MOTION FOR ENLARGEMENT OF TIME** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Donald R. Jackson  
Attorney at Law  
456 Fulton St., Suite 218  
Peoria, IL  61602

                                                s/L. Lee Smith  
                                            Attorneys for Defendant  
                                            L. Lee Smith  
                                            HINSHAW & CULBERTSON LLP  
                                            456 Fulton St., Suite 298  
                                            Peoria, IL  61602  
                                            309-674-1025

80198569v1 846495