UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 04-1305 |
| | ) |
| WALGREEN CO., an Illinois Corporation, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR LEAVE TO WITHDRAW**

NOW COMES, DONALD R. JACKSON, attorney of record for the Plaintiff, ERIC D. SIMPLE, and moves the Court for leave to withdraw his appearance on behalf of the Plaintiff in the above entitled matter, and as reason therefore, states as follows:

1. That he is attorney of record for the Plaintiff, ERIC D. SIMPLE.

2. That there has been an irretrievable breakdown in communication between Plaintiff and counsel.

3. Plaintiff has determined that he is no longer satisfied with the terms of representation previously agreed to by the parties and that he wishes to terminate the contractual agreement.

4. That the Plaintiff has indicated he no longer wishes to be represented by attorney Donald R. Jackson.

5. Under the circumstances counsel is no longer willing or able to provide representation for the Plaintiff. (*See:* Rule 1.16(a)(4) of the Illinois Rules of Professional Conduct).

1

WHEREFORE, DONALD R. JACKSON, attorney of record for the Plaintiff, ERIC D. SIMPLE, prays that this Court grant him leave to withdraw his appearance on behalf of Plaintiff.

    Respectfully submitted,

s/: DONALD R. JACKSON
DONALD R. JACKSON, 1309560
Attorney for Plaintiffs
456 Fulton Street, Suite 218
Peoria, Illinois 61602
Telephone: (309) 637-1010
Facsimile: (309) 637-1106
E-mail: Djack30838@sbcglobal.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 04-1305 |
| | ) |
| WALGREEN CO., an Illinois Corporation, | ) |
| | ) |
| Defendant. | ) |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 7, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Mr. L. Lee Smith
    Hinshaw & Culbertson LLP
    456 Fulton Street, Suite 298
    Peoria, Illinois 61602-1220

and I hereby certify that I have mailed by United States Postal Service the documents to the following non CM/ECF participants:

    Mr. Eric Simple
    1305 Plantation Lane
    Bloomington, Illinois 61704

    s/: DONALD R. JACKSON
    DONALD R. JACKSON, 1309560
    Attorney for Plaintiff
    456 Fulton Street, Suite 218
    Peoria, Illinois 61602
    Telephone: (309) 637-1010
    Facsimile: (309) 637-1106
    E-mail: Djack30838@sbcglobal.net