**E-FILED**
Thursday, 08 September, 2005  03:29:05 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ERIC D. SIMPLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  04-1305 |
| | ) | |
| WALGREEN CO., an Illinois Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW the defendant, WALGREEN CO., an Illinois Corporation, by and through its attorneys, HINSHAW & CULBERTSON LLP, and for its Response to Plaintiff's Motion for Leave to Withdraw as Attorney of Record for the plaintiff, Eric D. Simple, states that it has no objection to the motion.

WALGREEN CO., an Illinois Corporation,

By: HINSHAW & CULBERTSON LLP

s/L. Lee Smith
L. Lee Smith
One of Its Attorneys
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61602
309-674-1025

80199922v1 846495

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on **September 8, 2005**, I electronically filed this **RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Donald R. Jackson
Attorney at Law
456 Fulton St., Suite 218
Peoria, IL  61602

 s/L. Lee Smith
Attorneys for Defendant
L. Lee Smith
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61602
309-674-1025

80199922v1 846495