E-FILED
Monday, 12 September, 2005 10:49:00 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| PLAINTIFF, | ) |
| | ) CASE NO. 04-1305 |
| v. | ) |
| | ) |
| WALGREEN CO., an Illinois Corporation, | ) |
| DEFENDANT. | ) |

**MOTION FOR SUBSTITUTE OF COUNSEL**

Now comes the plaintiff ERIC D. SIMPLE by his attorneys and hereby moves that NILE J. WILLIAMSON be substituted as his counsel of record in place of DONALD JACKSON and for such other orders as are proper.


\_\_\_\_/s/ Donald Jackson_____         \_\_\_\_/s/ Nile J. Williamson\_\_\_\_\_
   DONALD JACKSON                            NILE J. WILLIAMSON
ATTORNEY FOR PLAINTIFF                   ATTORNEY FOR PLAINTIFF


NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, ILLINOIS 61602
TELEPHONE: (309) 677-5950