UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **ERIC D. SIMPLE,** | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | )   **CASE NO. 04-1305** |
| | ) |
| **WALGREEN CO., an Illinois Corporation,** | ) |
| | ) |
| DEFENDANT. | ) |

## ENTRY OF APPEARANCE

Now comes attorney NILE J. WILLIAMSON and enters his appearance on behalf of plaintiff ERIC D. SIMPLE in the above cause.

                                           ERIC D. SIMPLE, PLAINTIFF,


                                        BY      /s/ Nile J. Williamson
                                                 His Attorney

NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, ILLINOIS 61602-1104
TELEPHONE: (309) 677-5950