**E-FILED**
Tuesday, 13 September, 2005  03:17:30 PM
Clerk, U.S. District Court, ILCD

**PROOF OF SERVICE**

I hereby certify that on September 12, 2005, I electronically filed a Motion for Substitute Attorney and Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Donald R. Jackson
Attorney at Law
456 Fulton Street, Suite 218
Peoria, IL 61602

L. Lee Smith
Hinshaw & Culbertson
456 Fulton Street, Suite 298
Peoria, IL 61602

/s/ Nile J. Williamson
Attorney for Plaintiff
1926 Associated Bank Plaza
Peoria, Illinois 61602-1104
Telephone: 309-677-5950