UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 04-1305 |
| WALGREEN CO., an Illinois Corporation, | ) ) ) |
| Defendant. | ) ) |

**AGREED MOTION FOR ENLARGEMENT OF TIME**

COMES NOW the defendant, WALGREEN CO., an Illinois Corporation, by and through its attorneys, HINSHAW & CULBERTSON LLP, and pursuant to Fed. R. Civ. P. 6(b) moves this court to enlarge the time in which discovery is due to January 30, 2005.  In support of its motion, the defendant states as follows:

1.     Discovery in this case is currently due September 30, 2005.

2.     Depositions were previously scheduled, but were not taken because the plaintiff's counsel, Donald Jackson, moved to withdraw.

3.     The motion for withdrawal was granted on September 29, 2005.

4.     Plaintiff's new counsel, Nile Williamson, expressed to Defendant's counsel on September 30, 2004, Plaintiff's agreement with this motion for extension.

5.     The final pretrial is currently scheduled for February 3, 2006, and trial is scheduled for March 16, 2006.  The parties have no objection to resetting the final pretrial and trial dates.

WHEREFORE, the defendant moves that this court enlarge the time in which discovery is due until January 30, 2005.

80201591v1 846495

        WALGREEN CO., an Illinois Corporation,

        By: HINSHAW & CULBERTSON LLP


        <u>s/L. Lee Smith</u>
        L. Lee Smith
        One of Its Attorneys
        HINSHAW & CULBERTSON LLP
        456 Fulton St., Suite 298
        Peoria, IL  61602
        309-674-1025

## CERTIFICATE OF SERVICE

    I hereby certify that on **September 30, 2005**, I electronically filed this **AGREED MOTION FOR ENLARGEMENT OF TIME** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nile J. Williamson
Attorney at Law
411 Hamilton Blvd., Suite 1926
Peoria, IL  61602

    s/L. Lee Smith
Attorneys for Defendant
L. Lee Smith
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61602
309-674-1025

80201591v1 846495