**E-FILED**
Tuesday, 08 November, 2005  11:45:48 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ERIC D. SIMPLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  04-1305 |
| | ) | |
| WALGREEN CO., an Illinois Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION

TO:    All Attorneys of Record                    Knight Reporting Service
                                                                   411 Hamilton Blvd., Suite 1932
                                                                   Peoria, IL  61602
                                                                   (309) 637-0700

PLEASE TAKE NOTICE that the defendant, WALGREEN CO., will take the following deposition upon oral examination at the offices of Nile Williamson, 411 Hamilton Blvd., Suite 1926, Peoria, Illinois, before a Notary Public or other person duly authorized to administer oaths. Said deposition will continue day to day until completed:

| Deponent | Date | Time |
|---|---|---|
| Eric Simple | November 29, 2005 | 9:30 a.m. |

WALGREEN CO., an Illinois Corporation,

By: HINSHAW & CULBERTSON LLP


s/L. Lee Smith
L. Lee Smith
One of Its Attorneys
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61602
309-674-1025

80204108v1 846495

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **November 8, 2005**, I electronically filed this **NOTICE OF DEPOSITION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nile J. Williamson
Attorney at Law
411 Hamilton Blvd., Suite 1926
Peoria, IL  61602

 s/L. Lee Smith
Attorneys for Defendant
L. Lee Smith
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61602
309-674-1025

80204108v1 846495