E-FILED
Wednesday, 09 November, 2005  03:28:52 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC D. SIMPLE, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO. 04-1305 |
| ) | |
| WALGREEN CO., an Illinois Corporation, ) | |
| ) | |
| DEFENDANT. ) | |

### NOTICE OF DEPOSITIONS

TO: L. LEE SMITH, c/o Hinshaw & Culbertson, 456 Fulton Street, Suite 298, Peoria, Illinois 61602; and KNIGHT REPORTING SERVICE, 1932 Associated Bank Plaza, Peoria, Illinois 61602.

Pursuant to Federal Rules of Civil Procedure, Rule 26 et seq., you are hereby notified that the plaintiff will take the oral depositions of **MIKE PALMER** at **9:00 a.m.** and **LEANNE TURLEY** at **11:00 a.m.**, at Nile J. Williamson's office, 1926 Associated Bank Plaza, Peoria, Illinois 61602-1104 before KNIGHT REPORTING SERVICE or other person authorized to administer oaths, on WEDNESDAY, the **30th** day of **NOVEMBER, 2005,** starting at 9:00 a.m., at NILE J. WILLIAMSON's office and is requested to appear at that time.

                                            ERIC D. SIMPLE, PLAINTIFF,

                                            BY____/s/ Nile J. Williamson_____
                                                HIS ATTORNEY

NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, ILLINOIS 61602-1104
TELEPHONE: (309) 677-5950

NOTICE OF DEPOSITIONS
PAGE TWO

# CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2005, I electronically filed this **NOTICE OF DEPOSITIONS** with the Clerk of the U.S. District Court using the CM/ECF system which will send notification of such filing to the following:

L. Lee Smith
Hinshaw & Culbertson LLP
456 Fulton St., Suite 298
Peoria, IL 61602
Telephone: (309)674-1025

                                                s/ Nile J. Williamson_____
                                                NILE J. WILLIAMSON

NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, ILLINOIS 61602-1104
TELEPHONE: (309) 677-1104