E-FILED
Thursday, 10 November, 2005  03:20:30 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  04-1305 |
| ) | |
| WALGREEN CO., an Illinois Corporation, ) | |
| ) | |
| Defendant. ) | |

## AMENDED NOTICE OF DEPOSITION

**(As to Time Only)**

TO:    All Attorneys of Record            Knight Reporting Service
                                           411 Hamilton Blvd., Suite 1932
                                           Peoria, IL  61602
                                           (309) 637-0700

    PLEASE TAKE NOTICE that the defendant, WALGREEN CO., will take the following deposition upon oral examination at the offices of Nile Williamson, 411 Hamilton Blvd., Suite 1926, Peoria, Illinois, before a Notary Public or other person duly authorized to administer oaths. Said deposition will continue day to day until completed:

| **Deponent** | **Date** | **Time** |
|---|---|---|
| Eric Simple | November 29, 2005 | 10:30 a.m. |

WALGREEN CO., an Illinois Corporation,

By: HINSHAW & CULBERTSON LLP


s/L. Lee Smith
L. Lee Smith
One of Its Attorneys
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61602
309-674-1025

80204346v1 846495

**CERTIFICATE OF SERVICE**

 I hereby certify that on **November 10, 2005**, I electronically filed this **AMENDED NOTICE OF DEPOSITION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nile J. Williamson
Attorney at Law
411 Hamilton Blvd., Suite 1926
Peoria, IL  61602

       s/L. Lee Smith
       Attorneys for Defendant
       L. Lee Smith
       HINSHAW & CULBERTSON LLP
       456 Fulton St., Suite 298
       Peoria, IL  61602
       309-674-1025

80204346v1 846495