UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-1305 |
| WALGREEN CO., an Illinois Corporation, | ) |
| Defendant. | ) |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

TO:    All Attorneys of Record

THE UNDERSIGNED CERTIFIES that a true copy of the following discovery documents, were served on the 21st day of December, 2005:

**DEFENDANT'S SUPPLEMENTAL ANSWERS TO
PLAINTIFF'S FIRST SET OF INTERROGATORIES**

WALGREEN CO., an Illinois Corporation,

By: HINSHAW & CULBERTSON LLP


s/L. Lee Smith
L. Lee Smith
One of Its Attorneys
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61602
309-674-1025

**CERTIFICATE OF SERVICE**

I hereby certify that on **December 21, 2005**, I electronically filed this **NOTICE OF SERVICE OF DISCOVERY DOCUMENTS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nile J. Williamson
Attorney at Law
411 Hamilton Blvd., Suite 1926
Peoria, IL  61602

                              s/L. Lee Smith
                              Attorneys for Defendant
                              L. Lee Smith
                              HINSHAW & CULBERTSON LLP
                              456 Fulton St., Suite 298
                              Peoria, IL  61602
                              309-674-1025

80206705v1 846495