# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **ERIC D. SIMPLE,** | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | )     **CASE NO. 04-1305** |
| | ) |
| **WALGREEN CO., an Illinois Corporation,** | ) |
| | ) |
| DEFENDANT. | ) |

## NOTICE OF SERVICE

The undersigned certifies that a true copy of the foregoing discovery document(s) along with a copy of this Notice was sealed in an envelope addressed as set forth below and hand-delivered at Peoria, Illinois, on this 12th day of January, 2006.

**Supplemental Disclosures Pursuant to Local Rule 26.1(a)(1)**

TO:   Mr. L. Lee Smith
Hinshaw & Culbertson
456 Fulton Street, Suite 298
Peoria, Illinois 61602

s/Nile J. Williamson
NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, ILLINOIS 61602
TELEPHONE: (309) 677-5950
FAX: (309) 677-5952
E-MAIL: nilew@aol.com