**E-FILED**
Friday, 13 January, 2006  02:25:37 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ERIC D. SIMPLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  04-1305 |
| | ) | |
| WALGREEN CO., an Illinois Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**

TO:    All Attorneys of Record

THE UNDERSIGNED CERTIFIES that a true copy of the following discovery documents, were served on the 13th day of January, 2006:

**RESPONSES TO PLAINTIFF'S SUPPLEMENTAL REQUEST TO PRODUCE**

WALGREEN CO., an Illinois Corporation,
Defendant

By: HINSHAW & CULBERTSON LLP


s/L. Lee Smith
L. Lee Smith
One of Its Attorneys
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61602
309-674-1025

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **January 13, 2006**, I electronically filed this **NOTICE OF SERVICE OF DISCOVERY DOCUMENTS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nile J. Williamson
Attorney at Law
411 Hamilton Blvd., Suite 1926
Peoria, IL 61602


    s/L. Lee Smith
Attorneys for Defendant
L. Lee Smith
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL 61602
309-674-1025

80207985v1 846495