UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 04-1305 |
| | ) |
| WALGREEN CO., an Illinois Corporation, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR PROTECTIVE ORDER

COMES NOW the defendant, WALGREEN CO., an Illinois Corporation, by and through its attorneys, HINSHAW & CULBERTSON LLP, and pursuant to Federal Rule of Civil Procedure 26(c), moves this Court for the entry of the Protective Order submitted with this Motion and the accompanying Memorandum of Law.

WALGREEN CO., an Illinois Corporation,

By: HINSHAW & CULBERTSON LLP

s/L. Lee Smith
L. Lee Smith
One of Its Attorneys
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61602
309-674-1025

80208055v1 846495

## CERTIFICATE OF SERVICE

I hereby certify that on **February 3, 2006**, I electronically filed this **MOTION FOR PROTECTIVE ORDER** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nile J. Williamson
Attorney at Law
411 Hamilton Blvd., Suite 1926
Peoria, IL  61602

                               s/L. Lee Smith
                               Attorneys for Defendant
                               L. Lee Smith
                               HINSHAW & CULBERTSON LLP
                               456 Fulton St., Suite 298
                               Peoria, IL  61602
                               309-674-1025

80208055v1 846495