UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 04-1305 |
| WALGREEN CO., an Illinois Corporation, | ) ) ) |
| Defendant. | ) |

## CERTIFICATION

I, L. Lee Smith, hereby certify and state as follows:

1. Prior to bringing this motion, on December 7, 2005, I submitted to the plaintiff's counsel, Nile J. Williamson a draft of the proposed Protective Order. Mr. Williamson declined to agree to the entry of the proposed order.

2. This Protective Order had been extensively discussed with Donald Jackson, prior counsel for the plaintiff, who consented to its entry.

3. Magistrate Judge Gorman was unwilling to enter the Order because it allowed the parties to seal certain documents in their court filings. That portion has now been removed from the order. See *Citizen's First Nat. Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943 (7thCir. 1999).

4. The defendant has acted in good faith in trying to resolve the dispute with the plaintiff on an agreed order before moving for a protective order before this Court.

80208058v1 846495

I certify under penalty of perjury that the foregoing is true and correct.

Executed at Peoria, Illinois this 2nd day of February, 2006.

_____
L. LEE SMITH

80208058v1 846495