IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **ERIC D. SIMPLE,** ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | **CASE NO. 04-1305** |
| ) | |
| **WALGREEN CO., an Illinois Corporation,** ) | |
| ) | |
| DEFENDANT. ) | |

## NOTICE OF FILING

The undersigned certifies that a true copy of the foregoing document(s) along with a copy of this Notice was sealed in an envelope addressed as set forth below and hand-delivered at Peoria, Illinois, on this 7<u>th</u> day of <u>February, 2006</u>.

**Plaintiff's Memorandum in Opposition of Motion for Protective Order**

TO:   Mr. L. Lee Smith
      Hinshaw & Culbertson
      456 Fulton Street, Suite 298
      Peoria, Illinois 61602

                                    s/Nile J. Williamson
                                    NILE J. WILLIAMSON
                                    ATTORNEY AT LAW
                                    1926 ASSOCIATED BANK PLAZA
                                    PEORIA, ILLINOIS 61602
                                    TELEPHONE: (309) 677-5950
                                    FAX: (309) 677-5952
                                    E-MAIL: nilew@aol.com