E-FILED
Friday, 10 February, 2006  03:39:28 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC D. SIMPLE, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO. 04-1305 |
| ) | |
| WALGREEN CO., an Illinois Corporation, ) | |
| ) | |
| DEFENDANT. ) | |

## NOTICE OF SERVICE

The undersigned certifies that a true copy of the document(s) below along with a copy of this Notice was sealed in an envelope addressed as set forth below and mailed at Peoria, Illinois on this 10th day of February, 2006.

**Notice of Depositions**

TO:    Mr. L. Lee Smith
       Hinshaw & Culbertson
       456 Fulton Street, Suite 298
       Peoria, Illinois 61602

                                                    s/Nile J. Williamson
                                                    NILE J. WILLIAMSON
                                                    ATTORNEY AT LAW
                                                    1926 ASSOCIATED BANK PLAZA
                                                    PEORIA, ILLINOIS 61602
                                                    TELEPHONE: (309) 677-5950
                                                    FAX: (309) 677-5952
                                                    E-MAIL: nilew@aol.com