UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 04-1305 |
| WALGREEN CO., an Illinois Corporation, | ) ) ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Tamara Paul-Reeff of HINSHAW & CULBERTSON LLP hereby enters her appearance as additional counsel of record on behalf of the defendant, WALGREEN CO.

WALGREEN CO., an Illinois Corporation,

By: HINSHAW & CULBERTSON LLP

s/Tamara Paul-Reeff
Tamara Paul-Reeff
One of Its Attorneys
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61602
309-674-1025

80209750v1 846495

## CERTIFICATE OF SERVICE

I hereby certify that on **February 13, 2006**, I electronically filed this **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nile J. Williamson
Attorney at Law
411 Hamilton Blvd., Suite 1926
Peoria, IL  61602

 s/Tamara Paul-Reeff
Attorneys for Defendant
Tamara Paul-Reeff
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61602
309-674-1025

80209750v1 846495