E-FILED
Monday, 27 February, 2006  04:12:20 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-1305 |
| WALGREEN CO., an Illinois Corporation, | ) |
| Defendant. | ) |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

TO:    All Attorneys of Record

THE UNDERSIGNED CERTIFIES that a true copy of the following discovery documents, were served on the 27th day of February, 2006:

**DEFENDANT'S SUPPLEMENTAL RESPONSE TO
PLAINTIFF'S SUPPLEMENTAL REQUEST TO PRODUCE**

WALGREEN CO., an Illinois Corporation,
Defendant

By: HINSHAW & CULBERTSON LLP


s/L. Lee Smith
L. Lee Smith
One of Its Attorneys
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61602
309-674-1025

80210545v1 846495

**CERTIFICATE OF SERVICE**

    I hereby certify that on **February 27, 2006**, I electronically filed this **NOTICE OF SERVICE OF DISCOVERY DOCUMENTS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nile J. Williamson
Attorney at Law
411 Hamilton Blvd., Suite 1926
Peoria, IL  61602

    s/L. Lee Smith
Attorneys for Defendant
L. Lee Smith
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61602
309-674-1025

80210545v1 846495