## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 04-1305 |
| | ) |
| WALGREEN CO., an Illinois Corporation, | ) |
| | ) |
| DEFENDANT. | ) |

### NOTICE OF SERVICE

The undersigned certifies that a true copy of the document(s) below along with a copy of this Notice were sealed in an envelope addressed as set forth below and hand delivered at Peoria, Illinois, on this 1st day of March, 2006.

**Notice of Depositions**

TO:   Mr. L. Lee Smith
      Hinshaw & Culbertson
      456 Fulton Street, Suite 298
      Peoria, Illinois 61602

                              s/Nile J. Williamson
                              NILE J. WILLIAMSON
                              ATTORNEY AT LAW
                              1926 ASSOCIATED BANK PLAZA
                              PEORIA, ILLINOIS 61602
                              TELEPHONE: (309) 677-5950
                              FAX: (309) 677-5952
                              E-MAIL: nilew@aol.com