E-FILED
Wednesday, 15 March, 2006 02:19:22 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **ERIC D. SIMPLE,** ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | **CASE NO. 04-1305** |
| ) | |
| **WALGREEN CO., an Illinois Corporation,** ) | |
| ) | |
| DEFENDANT. ) | |

## UNCONTESTED MOTION FOR EXTENSION OF DISCOVERY

NOW COMES the plaintiff, ERIC D. SIMPLE, by his attorney, NILE J. WILLIAMSON, and moves the court as follows:

1. That the present deadline for discovery in the above captioned cause is April 28, 2006.

2. That several depositions remain to be taken and plaintiff's attorney is scheduled to try a jury trial in the last week of March, 2006.

3. That plaintiff's counsel has conferred with the attorney for the defendant and he has no objection to a 60 day extension.

WHEREFORE, plaintiff prays for an order of the court extending the time to complete discovery from April 28, 2006, up to and including June 27, 2006, and for such other orders as are appropriate.

           Respectfully Submitted,
           ERIC D. SIMPLE, Plaintiff,

By: s/Nile J. Williamson
      NILE J. WILLIAMSON

ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
TELEPHONE: (309) 677-5950
FAX: (309) 677-5952
E-MAIL: nilew@aol.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2006, I electronically filed the foregoing Uncontested Motion for Extension of Discovery with the Clerk of the U.S. District Court by using the CM/ECF system which will send notification of such filing to the following:

L. Lee Smith
Hinshaw & Culbertson
456 Fulton Street, Suite 298
Peoria, IL 61602
(309) 674-1025

                                                s/Nile J. Williamson
                                                NILE J. WILLIAMSON
                                                ATTORNEY AT LAW
                                                1926 ASSOCIATED BANK PLAZA
                                                TELEPHONE: (309) 677-5950
                                                FAX: (309) 677-5952
                                                E-MAIL: nilew@aol.com