E-FILED
Friday, 05 May, 2006  04:54:02 PM
Clerk, U.S. District Court, ILCD

## CERTIFICATION

I, L. Lee Smith, do certify as follows:

1. I am the attorney of record for Walgreen Company in the case of *Eric Simple v. Walgreen Co.*, Case No. 04-1305 (C.D. Ill.)

2. I have in good faith conferred, both by telephone and in writing, with counsel for the plaintiff in regard to the deposition of Walgreen's in-house counsel, Rachel Ablin, in an effort to resolve the dispute without court action. Specifically, I sought to learn the subjects on which the plaintiff proposed to depose Ms. Ablin so that we might determine if there is any non-privileged subjects to which Ms. Ablin would not object. The plaintiff's counsel declined to provide this information.

I certify that the above statement is true and correct.

Executed this  5th  day of May, 2006.

_____
L. LEE SMITH

80215188v1 846495