Page 35

```
 1    Q.  Weeks, months?
 2    A.  Probably weeks. I don't remember.
 3    Q.  How did you know there was an investigation?
 4    A.  Because they talked to me, too.
 5    Q.  Who is "they"?
 6    A.  What's his name? Mr. Scott.
 7    Q.  Mr. Scott?
 8    A.  Uh-huh.
 9    Q.  Yes?
10    A.  Yes.
11    Q.  He talked to you?
12    A.  Yes.
13    Q.  Where did he talk to you?
14    A.  In the manager's office.
15    Q.  Of the GE store?
16    A.  Yes.
17    Q.  Who else was present?
18    A.  No one.
19    Q.  You and Mr. Scott. Did he have any type of
20 recording device with him --
21    A.  No.
22    Q.  -- that you knew of?
23    A.  Not that I know of.
24    Q.  And did he take notes?
```

Page 36

```
 1    A.  Yes.
 2    Q.  Did you give a statement of any type?
 3    A.  No, not -- I just wrote one small statement.
 4    Q.  And did you write that out in your own hand?
 5    A.  Yes, I did.
 6    Q.  What type of paper did you use, if you recall?
 7    A.  I don't recall.
 8    Q.  This is yellow pad with writing on it. Was it
 9 like this?
10    A.  I don't recall.
11    Q.  Did you use a white pad?
12    A.  I don't recall.
13    Q.  Do you recall where you got the paper?
14    A.  No. Mr. Scott probably gave it to me.
15    Q.  Was it 8-1/2 by 11 or smaller?
16    A.  I don't know.
17    Q.  And so did he ask you to write out something?
18    A.  Yes.
19    Q.  And what did he ask you to write out?
20    A.  I can't remember. Just what I heard.
21    Q.  At that conversation?
22    A.  Uh-huh.
23        MR. SMITH: Yes.
24 BY MR. WILLIAMSON:
```

Page 37

```
 1    Q.  That's a yes?
 2    A.  Yes.
 3    Q.  Mr. Scott told you an investigation was taking
 4 place about the conversation you just reiterated involving
 5 yourself, Eric Simple and Leanne Turley; is that correct?
 6    A.  Yes.
 7    Q.  And the Pontiac job?
 8    A.  Yes.
 9    Q.  And he asked you to write out everything you
10 knew about the conversation?
11    A.  Yes.
12    Q.  And you did that?
13    A.  Yes.
14    Q.  How long was your statement?
15    A.  Not very long.
16    Q.  How long would that be?
17    A.  Maybe three lines.
18    Q.  And did you sign the statement?
19    A.  Yes.
20    Q.  Did you date it?
21    A.  Yes.
22    Q.  Did he give you a copy of it?
23    A.  No.
24    Q.  So, there was one original, and you handed it
```

Page 38

```
 1 to him. And is that the last time you ever saw it?
 2    A.  Yes.
 3    Q.  Haven't seen it since?
 4    A.  No.
 5    Q.  What was on the statement?
 6    A.  All I wrote was that I had heard that she said
 7 that Pontiac was a racist town, and that was it. That's
 8 all I put on it.
 9    Q.  So, you didn't put in the part about
10 Melissa -- Leanne Turley saying she was sorry to Eric
11 Simple?
12    A.  No.
13    Q.  Why didn't you put that in?
14    A.  Because at that time I was extremely mad at
15 Mr. Scott.
16    Q.  Why were you mad at Mr. Scott?
17    A.  Because he was trying to bully me, and it made
18 me mad.
19    Q.  So, you didn't tell him everything you knew?
20    A.  I didn't tell him the part about her saying
21 she was sorry, no.
22    Q.  Tell me why you felt he was trying to bully
23 you.
24    A.  I just did.
```