E-FILED
Monday, 15 May, 2006  04:32:30 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-1305 |
| WALGREEN CO., an Illinois Corporation, | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION FOR LEAVE TO FILE
### REPLY TO PLAINTIFF'S OBJECTION TO MOTION FOR PROTECTIVE ORDER

COMES NOW the defendant, WALGREEN CO., an Illinois Corporation, by and through its attorneys, HINSHAW & CULBERTSON LLP, and moves this court to allow the defendant to file a Reply to the Plaintiff's Objection to Motion for Protective Order. In support of this motion for leave, the defendant states as follows:

1. In response to the defendant's motion for a protective order in regard to the deposition of its in-house counsel, Rachel Ablin, the plaintiff has filed an objection stating its justification for taking Ms. Ablin's deposition. That justification relates to locating a written statement from a Walgreens employee.

2. The defendant requests leave to reply to the claimed justification now offered by the plaintiff, as the statement was located just today by the undersigned attorney.

3. The reply is brief and will not cause a decision on this matter to be delayed.

80215478v1 846495

        WALGREEN CO., an Illinois Corporation,

        By: HINSHAW & CULBERTSON LLP


        <u>s/L. Lee Smith</u>
        L. Lee Smith
        One of Its Attorneys
        HINSHAW & CULBERTSON LLP
        456 Fulton St., Suite 298
        Peoria, IL  61602
        309-674-1025

80215478v1 846495

## CERTIFICATE OF SERVICE

  I hereby certify that on **May 15, 2006**, I electronically filed this **DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S OBJECTION TO MOTION FOR PROTECTIVE ORDER** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nile J. Williamson
Attorney at Law
411 Hamilton Blvd., Suite 1926
Peoria, IL  61602

             s/L. Lee Smith
             Attorneys for Defendant
             L. Lee Smith
             HINSHAW & CULBERTSON LLP
             456 Fulton St., Suite 298
             Peoria, IL  61602
             309-674-1025

80215478v1 846495