# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| **ERIC D. SIMPLE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-1305 |
| | ) |
| **WALGREEN CO., an Illinois Corporation,** | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF COMPLIANCE FOR DISCOVERY

The undersigned attorney hereby certifies that a true copy of the following documents along with a copy of this notice were sealed in an envelope addressed as set forth below with postage fully prepaid and hand delivered in Peoria, Illinois, on the 30th day of June, 2006.

### Plaintiff's Supplemental Request to Produce

TO:  Mr. L. Lee Smith
     Hinshaw & Culbertson, LLP
     456 Fulton Street, Suite 298
     Peoria, IL 61602-1220

As requested by the Federal Court of the Central District of Illinois, the originals of said documents were not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

s/Nile J. Williamson
NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, ILLINOIS 61602
TELEPHONE: (309) 677-5950
FAX: (309) 677-5952
E-MAIL: nilew@aol.com