E-FILED
Friday, 28 July, 2006 03:31:35 PM
Clerk, U.S. District Court, ILCD

*Walgreens*

FORM 970 (4/89) 1-GL 052480

Name: _____
Store: _2177 A_
Date: _4/30/04_

## SUPERVISION VISIT NOTES

| Tasks To Do | Due Date | Emp. | Limits on $ or Hours |
|---|---|---|---|
| M. Palm offered promo off to Mr. Eric Single as MGR @ 1600 S. Western in Peoria | | | |
| — E. Single declined, stating following reasons | | | |
| 1) Felt he could not responsibly balance family & work obligations with the commute | | | |
| — stated needed a co. expense & declined | | | |
| — suggested a mid-pt. location & unwilling | | | |
| 2) I informed, that the commute was acceptable & he still declined the offer | | | |

Witness

Kerry King
KERRY KING

WHITE–STAYS IN NOTEBOOK          YELLOW–DISTRICT MANAGER

DEPOSITION EXHIBIT
1

WAL00094

Mike Palmer
Walgreen District Manager

Dear Mr. Palmer,  Per our conversation earlier today I am responding to your offer for me to apply for a Store Management opportunity in the Plainfield , IL.  Per previous conversations that I have had with you before regarding my future with the Walgreen's specifically when I was offered the Kankakee store which is the only store that have been offered in my 5 years as an EXA. I indicated to you that my ultimate goal is to become a Store Manager but I was willing to wait for opportunities in this market so I would not have to relocate my family as I indicated before my household is maintained on two incomes. My wife works at State Farm Corporate office in Bloomington and makes substantially more than I do so it would not be the best financial decision for me to relocate my family from this market. I have been with Walgreen's almost 9 years on

April 26, 2004 and an EXA for 5 years which I am sure you are aware of .I would assistance understanding how I can be considered a good candidate for different markets but no store in the market that I am currently in. I have been a dedicated employee of Walgreen's and one of the very few with a college education to go with my experience and very patient with waiting for a store all I am asking for is the opportunity in this market. For some reason when opportunities present themselves in this market I have being told I am not a good candidate  but no specifics and no one not even you or my immediate superior is telling ways to improve or to better my chances in this market.

Therefore I am declining to be considered for the opportunity in Plainfield and requesting to have a face to face meeting with you to discuss my future with Walgreen's and ways to improve my skill and become more marketable in this area so I will not have to take my family from an environment that they love and thrive in.  I have always thought family and promoting professional growth was very important to Walgreen's as an organization for its employees.  I plan to be with Walgreen's many years but need some answers to many of the questions that I have that no one is giving me.

Eric Simple
EXA

CC: Dave Gloudeman
     Human Resources

DEPOSITION
EXHIBIT
2

60

To: Luis Rodriguez
Charge # 210-2004-02749

Regarding Eric Simple
Total Pages = 9

# ERIC SIMPLE CASE VS WALGREENS

1305 Plantation Lane
Bloomington, IL 61704

309-663-7189
jennifer.simple.h56k@statefarm.com

May 16, 2004

Dear Luis Rodriguez

    Where do we start, I guess the best way to start is to introduce myself and give you a little background info on myself. My name is Eric Simple I have a Bachelors Degree in Communication from Illinois State University. I began my career with Walgreen on April 26, 1995; I was hired into the company as an assistant manager, just to say I am one of very few people that have been hired in with a degree as a manager. I started working in New Lennox, IL and commuting from Bloomington which was exactly 100miles which turned out to be about an hour and a half drive each way as I was told there were no openings for assistant managers in the Bloomington/Normal market a the time.

    I made the choice to accept this position with the understanding with my District Manger Mr. Mike Palmer that when opportunities came available in Bloomington I would be transferred to this area. Within the first year during Mr. Palmer routine store visits I would ask about openings in Bloomington/Normal and was always told nothing was available for me. During this same time I had two accidents, 1 resulting in a serious head injuring to myself and the totaling of my truck I had pretty much had it. I went to my District Manager again and asked him and pleaded with him to transfer me down to Bloomington/Normal as my wife and child was here and my wife was pursuing her bachelor's degree at Illinois State University as well. Mr. Palmer told me "unfortunately Mr. Simple I don't have anything available in this market at this particular time." He then went on to say "why don't you think about moving to the Chicago Area as there would be more opportunities there for you" I once again explained that my wife was in school and we wanted to make Bloomington Normal our home.

    So after almost another year and 2 more accidents one resulting in the totaling of yet another vehicle, I went to Mr. Palmer again and told him that the drive was killing me both physical, mentally and financially. I told him that I needed to be Bloomington and if that weren't possible I would have to look at other options. Less than one month later I was finally transferred down here on March 5, 1997. Only after I started working here I discovered that several assistant managers were hired or promoted during the 22 months that I drove to New Lennox. I wondered for a very long time why he had told me time and time again no positions were available, but I did not question him because I was just grateful not to have to commute any longer and continue my career with Walgreen. April 7, 1999 I was promoted to an EXA, which is an Executive Assistant Manager. This position is the last step to becoming a store manager. By time my wife had began her career with State Farm Insurance and we had added another addition to our family and was more sure than ever that we wanted to make Bloomington Normal our home.

    With the addition of Walgreen's adding a fourth store I felt that the opportunity to become

DEPOSITION
EXHIBIT
3

53

a store manager here in this market was now obtainable, not necessarily now but at least some time in the near future. During this time I noticed several individuals that started in management after I did get store opportunities before me. When I would ask Mr. Palmer questions about why these individuals were chosen over me and what I could do to increase my chances, I was never given any answers and actually started to feel hostility from him for asking. Nor would my immediate supervisors give me any feedback or suggestions. In fact the only thing that was ever said to me in the way of criticism from Mr. Palmer is that "Mr. Simple you might be too nice to the employees" I have only received good evaluations from every manager that I have worked with. There are no write-ups or any kind of disciplinary actions in my personnel file.

The first site of a real problem was in 2001 when rumors of me being a good candidate or per Mr. Palmer "A good fit" for only three stores in the district. The three stores were 600 S. Western Ave in Peoria, IL, 1700 E. Court Street, Kankakee, IL, and 1101 N. Main, Normal, IL. I asked several other Store managers why only these three stores and was told these are usually good starter stores. It later became evident to me why because all three of these stores have one thing in common and that is they all have a lower income ethnic market (African American). At this point I did not want to believe this was true, however in June 2001 reality set in that maybe the rumors were true. The 1101 N. Main, Normal, IL store manager position became available. Once again a candidate was selected that had not been in management long as I had.

However this was the first time that either myself or the selected candidate had ever been considered for an opportunity. Ironically we were the only Black EXA's at that time. Still no answers were given to me as to why he was selected over me by Mr. Palmer other than he was a "better fit". Later it was rumored again that Mr. Palmer had said that he needed a "strong black male" in this particular store because of the customer base being lower income and ethnic along with the new migration of several individuals from the Chicago Projects. Mr. Palmer felt that I was just a little too nice to deal with "these types of people" and that the selected candidate would be better at serving this customer base based on his particular background.

After this let down I continued to work hard and long hours to prove myself, when on November 14, 2001 Mr. Palmer officially offered me a position as a Store manager in the 1700 E. Court street store. I wondered why he would offer me this store when he knew I did not want to move as I had told him over and over again. Needless to say I declined the position and advised him that I was willing to wait the extra time that it may take for something to come available in this market so I would not have to move. I was very patient, productive and continued to gain valuable experience over the next two years. What happened on

October 10, 2003 is the reasons I am consulting with you now. On this day a store manager position became available at 1001 W. Reynolds Street, Pontiac, IL. I was very excited because I thought finally here was my chance to prove myself and be rewarded for more than 8 years of hard work and dedication. However I received the most devastating news in my career with Walgreen's. My store manager Ms. Leann Turley called me into the office to tell me that I was not selected for this store either. The candidate that was selected was a White female that has no degree and far less experience than I have. In fact I have been an EXA longer than she has been in management period. Plus I was always told the more stores and different managers you work with puts you in a better position to be chosen as a store manager when in fact the selected candidate has only worked in two stores under two different manager vs. myself working in 4 stores and under six different managers. At this point I new I needed answers, and what answer I was given by my immediate supervisor has haunted me ever since. I was told by Ms. Turley "I was ready for the Pontiac store but Pontiac wasn't ready for a black man" and no matter how good I was I would surely fail and the sales of the store would decrease and that Mr. Palmer was actually doing me a favor by not selecting me for this store. The reason being she said with

Walgreen's you get one chance to prove yourself and my one chance would be ruined at this store simply because of the color of my skin.

I could not believe that in 2003 in the state of Illinois (The Land of Lincoln) that here I am a black man and being held back and passed over simply because of the color of my skin. In essence I was being told that white customers would stop shopping at this Walgreen simply because a black man is in charge. I stood there in utter disbelief in what I was hearing. I attempted to argue my case that the color of my skin is something I can not change and she agreed that this decision Mr. Palmer made isn't fair but in the long run better for me. I came home very disappointed and disturbed and shared what I had been told to my wife. She didn't believe me and thought maybe I had missed understood what Ms. Turley had told me and immediately asked me to call her at the store again to discuss again what had been told to me while she listened on the other line to confirm what I had just told her. Again the same conversation took place and my wife is in as much disbelief as I am. I could not believe I had invested almost nine years of my life for this company and more important risk my life traveling and working for a company that had these discriminatory beliefs.

The same day after I regained my composure I was ready to confront Mr. Palmer for answers as to why I didn't get the store. I called Mr. Palmer shortly after having the second conversation with Ms. Turley again with my wife listening on the other line. I asked him why he selected this particular candidate and advised him of my conversation with my immediate supervisor and he became very angry, belligerent with me and totally unprofessional saying how dare I question his judgment and this is his selection and his only and that is what he gets paid to do is pick the best candidate for the job. He then tells me that he makes choices based on each store needs and that I was not "the right fit" for this kind of store. Of course I asked him to give me some specifics and he then began to insult me by saying "obviously Mr. Simple your brain is not working today if your not understanding what I am telling you"

Now he got even angrier and said that his choice was based on my performance and that he selected the white female over myself because she "outshined me in several areas" I asked in what areas and ways and I heard dead silence he could not give me an answer. Finally he advised she was better in market appeal. 2 years prior all my skills were great and obviously good enough to be offered the Kankakee, IL store and since I have done nothing but improved. No longer is it a mystery to my I wasn't selected. This also showed I was ready two years ago and the selected candidate was not as she was not offered the Kankakee, IL store. After ending the call with Mr. Palmer I still had no answers and my wife had also witnesses the level of unprofessionalism a District manager possess with a "Fortune 500" company like Walgreen's.

For the next 5 months I pondered what I should do but also thinking of my responsibility as a provider to my family. I knew I had to do something and I made the very difficult decision to make a formal complaint the EEOC for racial discrimination. I knew once I took these steps that things would never be the same. I made the complaint February 12, 2004 and since then no one at Walgreen, not even human resources have responded to my complaint. What has happen since is that Mr. Palmer now is trying to get me out of district by offering me the opportunity to be considered for a store opportunity in Plainfield, IL which is not his district. I declined this position as well citing the same reasons, that I didn't want to move. Less than a month later he offers me the 600 S. Western Ave store in Peoria, IL, at this point I knew all the rumors were true he felt I was only good enough for the three stores that I mentioned earlier and that no matter how many opportunities that came along, these are the only stores I would be considered for in this district. This compelling evidence is what brings me to you for assistance.

I feel that I have a very strong case against Walgreen's for racial discrimination along with more evidence and after talking with you I hope you to feel as strong about winning this case as I

do. I am looking for justice and to stop these practices from ever happening to anyone else.   I feel that I will be able to prove in any court that Mr. Mike Palmer has discriminated against from the time I started my career with Walgreen and especially in October 2003.


Sincerely,
Eric Simple

**Mike Palmer**                     To: Gene Slade/Corp/Walgreens
08/23/2004 08:42 AM              cc:
                                Subject: Re: more information please

Gene,

since.    Below is the note that I sent to the store manager on 8/14.    I have heard no more from the EXA

Please advise if you need additional information.
        thanks, Mike Palmer, II. N #028dm

Mr. Simple,

    Present compensation for an overnight MGT position (7-10 hr. shifts per payroll period) would
start at $14.90/hr with next rate review 12 mo. from the date of position code change.
Annual increases are presently 30 cents/hr. increases although the guidelines are reviewed and adjusted
by our compensation dept periodically,
If you are seriously desiring consideration for an overnight position, please drop me another note for our
manpower file.    Presently, there are no openings and very often we have employees waiting for the
opportunity.
"Store 02177" <str.02177@store.walgreens.com>



"Store 02177"                  To: <Mike.Palmer@walgreens.com>, "Martise Scott"
<str.02177@store.walg              <Martise.Scott@walgreens.com>
reens.com>                     cc: "2177" <str.02177@store.walgreens.com>,
08/13/2004 11:19 PM                <Dana.Green@walgreens.com>
                               Subject: more information please

After our conversation I am still in need of some additional information. As indicated yesterday I am interested in
any upcoming assistant manager position on the overnight shift. I am sure I would be a very good asset to this
position with my extensive knowledge. You advised me that you could not offer me the same salary that I am
currently making, which is understandable. However, I would like to know an exact hourly wage I would make as an
assistant manager that has been with the company 9yrs in management. I'm sure it would not be an hourly wage that a
2yr assistant manager would get. Please advise me as soon as possible so I can make a decision. I am very interested
in this position when it becomes available and understand there would be little opportunity for promotion. My
decision would be based on my desire to continue my education for my masters and to spend more time with my
family, and ultimately seek something at the corporate level.
thanks mr simple exa                      P.S please send a detailed explanation as to how you computed the
hourly wage                                          that I would make

Gene Slade

**Gene Slade**                      To: Mike Palmer/Cent/OPS/Walgreens@Walgreens
08/16/2004 01:09 PM              cc:
                                Subject: more information please

Please call to discuss.  Thanks  gene slade 847-914-5897
----- Forwarded by Gene Slade/Corp/Walgreens on 08/16/2004 01:08 PM -----



**Kim Metrick**                     To: Gene Slade/Corp/Walgreens@Walgreens
08/16/2004 09:34 AM              cc: Deidra Byrd/Corp/Walgreens@Walgreens, Ila
                                    Freldin/Corp/Walgreens@Walgreens

DEPOSITION
EXHIBIT
4

WAL00089

**Mike Palmer**

08/30/2004 02:52 PM

To: "Store 02177" <str.02177@store.walgreens.com>
cc:
Subject: Re: overnight position and rate

Mr. Simple,

I will provide you details later this week.   thanks, mp

"Store 02177" <str.02177@store.walgreens.com>



**"Store 02177"**
**<str.02177@store.walg**
**reens.com>**

08/26/2004 10:40 PM

To: <Mike.Palmer@walgreens.com>
cc: "2177" <str.02177@store.walgreens.com>
Subject: overnight position and rate

Thank you for your response. Yes, I am interested in this position, however, your response does not give me the specifics for myself. The 14.90 is the starting hourly wage for a new assistant manager. I have been in management for 9 yrs. Am I to assume that in order to get the hourly wage I would make I should take the annual .30 increase and multiply this by 9. This would be an additional 2.70 + 14.90, which comes to an hourly wage of 17.60. If this is incorrect please advise me what my exact hourly wage would be, as I'm sure it would not be that of a first year new assistant manager. I would think there would have to be some sort of range or adjustment that would be made to assign a proper hourly wage. Please check with Human Resources if needed. I do recall a somewhat similar situation where an assistant manager of only 3 yrs changed positions to a cashier and if I recall his hourly wage was not taken down to that of a new first year cashier ( which was 6.45 at the time) nor was he taken down to that of a 4yr cashier. I do understand that I may not be the only one who has expressed interest in this position, however  I'm pretty sure I'm probably the only one with 9 yrs of management experience. If and when this position becomes available I'm sure you won't find a more qualified candidate in this situation.     thanks ed simple

DEPOSITION
EXHIBIT
5

WAL00086

**Walgreens**
The Pharmacy America Trusts

Employee Name: ERIC SIMPLE                          SSN: 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
Reviewed By:  Mr. BILLY WALDEN JR
Store: #05188 - 1525 N VETERANS PKWY - BLOOMINGTON          IL
District: #028 ILLINOIS NORTH                              Page 1



## Executive Assistant Manager Performance Review

### Section I. Evaluation of EXA Job Performance
(Items are not weighted equally when determining overall rating.)

| | EXA Self Rating | MGR Rating |
|---|---|---|
| Helps promote SALES GROWTH through effective merchandising, store condition, mix, minimal outs, signage, etc. | Exceptional | Meets Expectations |
| Contributes to effective DEPARTMENT MANAGEMENT through involvement and support of Photo, Cosmetics, Pharmacy, etc. | Exceptional | Exceptional |
| Demonstrates support of proper INVENTORY MANAGEMENT(i.e. DOS) | Exceptional | Exceptional |
| Aids in SHRINK CONTROL: Actual vs. KPI GP%; audit results. | Exceptional | Exceptional |
| Contributes to acceptable net profit through good PAYROLL AND EXPENSE CONTROL. | Outstanding | Exceptional |
| Contributes to effective EMPLOYMENT PRACTICES: recruitment, training, coaching, communicating with MGR about people issues. | Exceptional | Exceptional |
| Provides good CUSTOMER SERVICE (i.e. demonstrating the Seven Service Basics, complaint resolution) | Outstanding | Outstanding |
| Maintains an effective working RELATIONSHIP WITH PHARMACY STAFF. | Outstanding | Exceptional |
| Utilization of store COMPUTER SYSTEMS | Meets Expectations | Exceptional |
| Demonstrates appropriate PROFESSIONAL BEHAVIOR; forms positive working relationships; good organizational skills, self improvement. | Exceptional | Outstanding |

**EXA: List one or two things that you consider your strengths.**

1. I'am a very positive person, I work hard everyday and i work well with my managers and employees. I'am always teaching and learning as much as I can. I'am very committed to walgreens and I feel that I have meet every request and challenge before me on the road to being a store

2. I'am very proactive I take care of problems when i i see them.

**MGR: List one or two things that you consider to be this EXA's strengths.**

**EXA: List one or two things that you feel you need to improve.**

1. I need to speak up more for myself. I used to think that action spoke louder than words.

2. I need to force myself to get on the office pc more, it's not that i'am scared of tech. i fell that my presents is needed on the sells floor. where i can be seen by both the customers and the employees.

**MGR: List one or two things that you feel this EXA needs to improve.**

### OVERALL RATING

| EXA Self Rating | MGR Rating | | |
|---|---|---|---|
| | | Outstanding | One of the very best in the market, top performer |
| X | X | Exceptional | Consistently does "extra" or "above average" work |
| | | Meets Expectations | Performs the standard requirements of the job |
| | | Needs Improvement | Below standard; 6-month follow-up review is expected |
| | | Repeated Sub-Standard Performance | Significant persistent performance problems |



DEPOSITION EXHIBIT
6

**Walgreens**
The Pharmacy America Trusts

| Employee Name: | ERIC SIMPLE | | SSN: 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 |
|---|---|---|---|
| Reviewed By: | Mr. BILLY WALDEN JR | | |
| Store: | #05188 - 1525 N VETERANS PKWY - BLOOMINGTON | | IL |
| District: | #028 ILLINOIS NORTH | | Page 2 |

## Section II. Competency Assessment (Completed by MGR only)

### Analysis

| Strong [X] | Above Average [ ] | Average [ ] | Below Average [ ] | Weak [ ] |
|---|---|---|---|---|
| Demonstrates readiness to manage all systems and reports. Makes suggestions based upon the information. | | Asks to review reports. Understands and uses systems effectively. | | Rarely or never uses store data and systems. Uses only the systems necessary to get the job done. |

### Drive for Results

| Strong [ ] | Above Average [X] | Average [ ] | Below Average [ ] | Weak [ ] |
|---|---|---|---|---|
| Monitors store's performance and compares to goals. Takes responsibility for planning and implementing improvements for one or more depts. Often suggests improvements for the store. | | Frequently suggests plans to improve departments. Occasionally suggests improvements for the store. | | Rarely or never initiates effort to improve store performance. Lacks initiative |

### Coaching

| Strong [ ] | Above Average [X] | Average [ ] | Below Average [ ] | Weak [ ] |
|---|---|---|---|---|
| Develops staff through training and feedback. Encourages employees to take on additional responsibilities and seek advancement in the company. | | Helps employees learn their jobs. Provides feedback to correct performance. | | Does not train others. Rarely provides feedback to hourly employees. |

### Communication

| Strong [X] | Above Average [ ] | Average [ ] | Below Average [ ] | Weak [ ] |
|---|---|---|---|---|
| Shares information, ideas and feedback openly and persuasively with employees and management; genuinely considers input from others. | | Shares information on a need-to-know basis; occasionally seeks input; listens to others when they offer input. | | Withholds information unless specifically asked or told to share. Communicates unclearly in either oral or written form. Does not listen effectively |

### Personal Impact

| Strong [ ] | Above Average [X] | Average [ ] | Below Average [ ] | Weak [ ] |
|---|---|---|---|---|
| Projects high-energy and strong drive to assume a leadership role. Often volunteers for projects; works well with people from diverse backgrounds. | | Has credibility as an EXA. Relies on MGR to give specific direction. | | Typically projects low-energy and low standards; poor initiative; indifference or disrespect for individual differences; has not earned professional credibility. |

### Leadership

| Strong [ ] | Above Average [X] | Average [ ] | Below Average [ ] | Weak [ ] |
|---|---|---|---|---|
| Tailors leadership style to the situation; gets buy-in from hourly and peers; has earned the trust and respect of others. Respects diversity. | | Uses a mixture of leadership styles as needed; occasionally seeks and gets buy-in/commitment from others; employees usually show respect and trust | | Uses "command control" style exclusively; gets compliance at best, often encounters resistance. (or) Fails to lead at all. |

### Strategic Thinking

| Strong [X] | Above Average [ ] | Average [ ] | Below Average [ ] | Weak [ ] |
|---|---|---|---|---|
| Demonstrates understanding of store-wide business issues. Suggests solutions in terms of the impact on the entire store. | | Considers issues, causes, situations, and opportunities in terms of impact to a department and, at times, the entire store. | | Considers issues, causes, and solutions in terms of the situation at hand without regard for the potential "big picture" impact. |

### Time and Task Management

| Strong [ ] | Above Average [X] | Average [ ] | Below Average [ ] | Weak [ ] |
|---|---|---|---|---|
| Proactively organizes work and delegates tasks/projects for optimal results. Regularly keeps up with daily maintenance of the store and with manager's assignments while also pursuing learning the skills and responsibilities of the manager. | | Organizes and delegates tasks to keep up with day-to-day work and assignments from the manager. | | Ineffectively organizes worker's tasks; poor delegation; is usually behind in day-to-day work. Often fails to complete assigned work. |

**Walgreens** *The Pharmacy America Trusts*

Employee Name: <u>ERIC SIMPLE</u>          SSN: <u>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</u>
Reviewed By: <u>Mr. BILLY WALDEN JR</u>
Store: <u>#05188 - 1525 N VETERANS PKWY - BLOOMINGTON          IL</u>
District: <u>#028  ILLINOIS NORTH</u>          Page 3

**1-Year Projection: MGR's 12 month recommendation for this EXA based on the Competency Assessment (page2).**

| MGR Rating | 1-Year Projection (Completed by MGR only) |
|---|---|
| X | May be recommended for store MGR within the next 12 months or so. |
|  | May be recommended for store MGR 12-18 months in the future |
|  | Well positioned at this time; does not yet exhibit qualities/competencies necessary for nomination to MGR. |
|  | Must improve to meet expectations of the EXA position |
|  | Too new to rate...(less than 3 months on the job) |

## Section III. Recommended Transferability (Next 12 months)

| EXA Self Rating | MGR Rating | Recommended Transferability |
|---|---|---|
| X |  | This EXA is available for and ready for greater responsibility at another store which is higher volume, more complex, newly opened, etc. |
|  |  | This EXA qualifies for a store that is comparable to his/her present store. |
|  |  | This EXA is not available for a transfer this year. |
|  |  | This manager should be moved to a lower volume store. |

Transferability Comments:
EXA: since march of 98 i've been here all but 6 months, and i feel like at times i've been forgotten about here.  I just want to be in the best situation
MGR: 

## Section IV. Additional Comments

EXA:

MGR:

DM:

Store Manager Signature: _____          Date: ___/___/_____

District Manager Approval: _____          Date: ___/___/_____

**EXA: Please sign at the time of the performance discussion.  By signing the form, no agreement or disagreement is implied**

EXA Signature: _____          Date: ___/___/_____

 

**Employee Name:** ERIC SIMPLE

SSN: ***-**-3798
Reviewed By: LEANNE TURLEY, MGR
Store: #05188 – 1525 N VETERANS PKWY, BLOOMINGTON, IL
District: #028 - ILLINOIS NORTH

# Executive Assistant Performance Review
### For 12-month period ending: MM/DD/2003

## Section I: Evaluation of EXA Job Performance (Items may not be weighted equally when determining overall rating.)

Ratings: Outstanding, Above Average, Meets Expectations, Needs Improvement, Unacceptable

| | EXA Self-rating | MGR rating |
|---|---|---|
| Helps promote **SALES GROWTH** by ensuring that suggestive selling is practiced, and through effective merchandising (i.e., assisting in planning and implementing merchandising projects, recommending items for new merchandise). | Above Average | **Above Average** |
| Maintains attractive **STORE CONDITION** by overseeing that there are minimal outs and proper signage in place; by assuring that shelves and merchandise are clean and well-organized (i.e. facing), and that products are in the right locations; by managing resets, revisions, and prices changes in timely manner; and by assuring both internal and external appearances of store are clean. | Above Average | **Meets Expectations** |
| Exhibits proper **INVENTORY MANAGEMENT** by monitoring Days of Supply, by utilizing SIMS effectively, by keeping the stockroom well-organized, by being knowledgeable of counts, ordering, and receiving procedures. | Above Average | **Above Average** |
| Contributes to effective **DEVELOPMENT of EMPLOYEES** by taking an active role in orientation, training, and feedback; by communicating job responsibilities and performance expectations to employees; and by communicating performance concerns to the Manager regarding employees. | Above Average | **Outstanding** |
| Aids in **SHRINK CONTROL** by implementing procedures designed to identify and minimize profit loss, by assuring that appropriate Cash Handling procedures occur among employees, and by following through on basic audit controls. | Outstanding | **Above Average** |
| Achieves **PAYROLL and EXPENSE CONTROL** by balancing need for coverage in cost-effective manner, and by effective scheduling. | Above Average | **Above Average** |
| Demonstrates a commitment to **TEAMWORK** within the company by facilitating a positive work environment among employees, by forming positive relationships with management, employees, and customers, and by communicating with co-workers in a constructive, respectful manner. | Outstanding | **Outstanding** |
| Utilizes **FAIR & CONSISTENT EMPLOYEE PRACTICES** by applying company programs and policies equally, by maintaining an environment of open communication with all employees, by assuring fair and consistent discipline measures. | Above Average | **Above Average** |
| Provides and ensures good **CUSTOMER SERVICE** by demonstrating and reminding employees of the Seven Service Basics, by resolving customer complaints, by having an in-depth knowledge of all departments, by assuring fast, friendly, and efficient service. | Above Average | **Outstanding** |
| Shows active involvement with **PHARMACY OPERATIONS** by spending time in the back of the store, by demonstrating knowledge of pharmacy issues/workflow, and by exhibiting teamwork with pharmacists/RXM. | Meets Expectations | **Meets Expectations** |
| Achieves **COMPLIANCE** with all Federal, State and local laws and regulations regarding overall operation of the store (e.g. tobacco compliance, controlled substances, liquor, etc.); Abides by laws regarding Privacy of customers. | Meets Expectations | **Meets Expectations** |
| Demonstrates knowledge of store **COMPUTER SYSTEMS** by using computer system as a resource for information; knows features of StoreNet and Intercom Plus. | Meets Expectations | **Meets Expectations** |

*Date Printed: 03/04/05*

DEPOSITION EXHIBIT 7

*Page: 1*



**The Pharmacy America Trusts**

Employee Name: **ERIC SIMPLE**

## Section II. . Evaluation of Job Skills & Competencies required of the EXA position.

Ratings:  Strong, Above Average, Average, Below Average, Weak

| Skill Area | Definition | MGR Rating |
|---|---|---|
| COACHING: | The ability to train and support the development of others; ability to establish a high-performance team in the store; ability to give constructive feedback. | Strong |
| DELEGATION: | The extent to which the EXA assigns tasks to others rather than doing al the work himself/herself | Above Average |
| COMMUNICATION: | The extent to which the EXA shares information openly with and considers input from the management team and employees. | Strong |
| LEADERSHIP: | Makes an effort to build credibility with employees, takes initiative, can handle problems/issues that arise without always involving a manager; uses good judgement. | Above Average |
| TIME & TASK MANAGEMENT: | The degree to which the EXA is personally organized, meets deadlines, completes assignments on time, delegates work appropriately to others. | Average |
| FLEXIBILITY: | The extent to which the EXA will perform any job duties assigned, is able to adapt to and implement new systems and procedures, and adjusts own schedule to fill in when needed. | Above Average |
| EAGERNESS TO GROW & IMPROVE: | The extent to which the EXA is able to audit own performance and recommend standards of performance; extent to which EXA makes apparent efforts to obtain the skills required of a manager (i.e. learning group sheets); and through the ability to listen to criticism of performance. | Above Average |
| DRIVE FOR RESULTS: | Demonstrates a sense of urgency, supports the objectives of management, takes initiative; exhibits enthusiasm to store staff. | Average |

## Section III. OVERALL RATING:

**EXA SELF-RATING:**     Outstanding

**MGR RATING:**     EXCEPTIONAL/ABOVE AVERAGE

| RATING | DEFINITIONS |
|---|---|
| OUTSTANDING | One of the Best in the District |
| EXCEPTIONAL/ ABOVE AVERAGE | Above Standard in many Performance areas |
| MEETS EXPECTATIONS | Generally performs at Standard |
| NEEDS IMPROVEMENT | Development opportunity in several Performance areas |
| REPEATED SUB-STANDARD PERFORMANCE | Significant persistent Performance problems |

Note:  Sub-scale ratings may be assigned unequal weigh or priority in determining the Overall Rating.  An Overall Rating of "Needs Improvement" or "Repeat Sub-Standard" is an indication of an unacceptable performance level.  Also, even for people receiving  "Outstanding", "Exceptional" or "Meets Expectations" Overall Ratings, there may be critical performance deficiencies that may require remedial, corrective or disciplinary action.

## Section IV. TRANSFERABILITY & CAREER GROWTH:

**MGR's indication of where this EXA stands in terms of Transferability & Career Growth:**

Can handle greater responsibilities and will be considered for promotion to store MGR soon

**EXA's indication of Transferability & Career Growth for the upcoming 12-18 months:**

I am ready and capable of handling the responsibilities of store MGR and would like to be promoted soon

**Walgreens**
The Pharmacy America Trusts

Employee Name:   ERIC SIMPLE

## Section V - JOB-RELATED STRENGTHS

**EXA:  Self-Assessment of job knowledge, skills and abilities that you see as your strengths.**
    1. my work ethic is very good, and i'm always willing to learn new things and improve.

    2. I believe in customer service, we the workers make walgreens but the customer keeps us going. thus I'm always willing to go above and beyond.

**MGR: List one or two things that you consider to be this MGTs strengths or examples of positive behavior/performance.**
    1. Eric is an excellent team player and really works to foster an open, caring environment among all employees. He is a very good trainer and makes sure that employees know why they're being asked to do something rather than just telling them to do a task.

    2. Eric is one of the strongest employees I've ever had when it comes to customer service...I never even have to get involved most of the time because he has handled it so professionally.

## Section VI:  DEVELOPMENTAL OPPORTUNITIES

**EXA: List one or two key knowledge areas, skills or abilities that are in need of improvement or describe some type of performance that needs to be corrected.**
    1. I need to work more with the rx intercom plus system. I need to improve on my in window skills and my understand of 3rd party and medicare issues.

    2. the office pc's is an area where i feel i'm always playing catch up. i used the knowledge that's there for me but the is still so much more for me to learn .

**MGR: List one or two key knowledge areas, skills or abilities that are in need of improvement or describe some type of performance that needs to be corrected.**
1.   Eric needs to continue to improve on his use and knowledge of the technology systems available.

2.   Eric needs to stay focused at all times on the fact that he is the EXA here and not an MGT...and make sure that he is doing the tasks which he is best suited to handle.

## ADDITIONAL COMMENTS:

**EXA:**    i have from day one 4-26-95, have wanted to be a store manager and i have done everything that i can to reach that goal. There have been times when i have felt forgotten about, and looked over. However, my goals have not changed and my desire to reach them and work ethic to get there has only got stronger. I don't think that i have done anything to keep me from making it, but if i have i would like to know what it is and when it took place and what must i do to correct it.

**MGR:**    Eric has done everything that I've asked him to do to prepare himself to be a store manager and to make this store run smoothly...I feel that he is ready for an opportunity.

**DM:**

Store Manager Signature: _____   Store Manager _____   Date:____/____/_____

District Manager Approval: _____   District Manager_____   Date:____/____/_____

EXA: Please sign at the time of the performance discussion. By signing the form, no agreement or disagreement is implied.

Executive Assistant Manager Signature: _____   Date:____/____/_____



**Employee Name:** ERIC SIMPLE

1. I'am very good at employee development. I'am always willing to help train and inform. anyone about any thing when it comes to their growth and career at walgreens. I believe if they grow as individuals we grow as a comp.

2. follow through I'am very good at keeping my word, which is very important, and i'm not a finger pointer, if it's my fault I'll take the heat.

**MGR:** List one or two things that you consider to be this MGTs strengths or examples of positive behavior/performance.

1. Eric is an excellent trainer and works with all employees in the store both in the initial training phase and in further development so that they can become well-rounded and cross-trained in many functions.

2. Eric is one of the best employees I have had when it comes to providing customer service. He is not afraid to take the initiative to do whatever it takes to make them happy, is excellent with follow-through when there are complaints, and consistently goes the extra mile.

## Section VI: DEVELOPMENTAL OPPORTUNITIES

**EXA:** List one or two key knowledge areas, skills or abilities that are in need of improvement or describe some type of performance that needs to be corrected.

1. Hallmark is an area that I need to improve on it's a very high gross and it should not be taking to lightly

2. the pol and laws of the rx dept. with insur. programs and medicare this to is a high gross area and the backbone of our company.

**MGR:** List one or two key knowledge areas, skills or abilities that are in need of improvement or describe some type of performance that needs to be corrected.

1. Eric sometimes lets his disappointment at not being a store manager already affect his performance. These times are rare, but he needs to find a way to get past that and just try harder to get where he wants to be.

## ADDITIONAL COMMENTS:

**EXA:**   I still feel I'am ready for a store manager opportunity. In fact, I know I'am better perpared now than I was when I was offer the burt st store #2148 on 11-14-01. All I have done is grown as a person and as manager since. But all I hear is that am ready there just isn't anything open for me, atleast not in this area. It's just tough for me to believe that since I became an exa in 99 there have been nearly 2000 new store managers and i'm not 1.

**MGR:**

**DM:**

Store Manager Signature: _____   Store Manager _____   Date: ___/___/___

District Manager Approval: _____   District Manager _____   Date: 4/1/04

**EXA:** Please sign at the time of the performance discussion. By signing the form, no agreement or disagreement is implied.

Executive Assistant Manager Signature: _____   Date: ___/___/___

DEPOSITION
EXHIBIT
8


The Pharmacy America Trusts

Employee Name: ERIC SIMPLE

SSN: ***-**-3798
Reviewed By: LEANNE TURLEY, MGR
Store: #05188 - 1525 N Veterans Pkwy, Bloomington, IL
District: #028 - Illinois North

# Executive Assistant Performance Review
### For 12-month period ending: 3/16/2004

**Section I: Evaluation of EXA Job Performance** (Items may not be weighted equally when determining overall rating.)

Ratings: Outstanding, Above Average, Meets Expectations, Needs Improvement, Unacceptable

| | EXA Self-rating | MGR rating |
|---|---|---|
| Helps promote **SALES GROWTH** by ensuring that suggestive selling is practiced, and through effective merchandising (i.e., assisting in planning and implementing merchandising projects, recommending items for new merchandise). | Above Average | Above Average |
| Maintains attractive **STORE CONDITION** by overseeing that there are minimal outs and proper signage in place; by assuring that shelves and merchandise are clean and well-organized (i.e. facing), and that products are in the right locations; by managing resets, revisions, and prices changes in timely manner; and by assuring both internal and external appearances of store are clean. | Above Average | Above Average |
| Exhibits proper **INVENTORY MANAGEMENT** by monitoring Days of Supply, by utilizing SIMS effectively, by keeping the stockroom well-organized, by being knowledgeable of counts, ordering, and receiving procedures. | Above Average | Meets Expectations |
| Contributes to effective **DEVELOPMENT of EMPLOYEES** by taking an active role in orientation, training, and feedback; by communicating job responsibilities and performance expectations to employees; and by communicating performance concerns to the Manager regarding employees. | Outstanding | Outstanding |
| Aids in **SHRINK CONTROL** by implementing procedures designed to identify and minimize profit loss, by assuring that appropriate Cash Handling procedures occur among employees, and by following through on basic audit controls. | Outstanding | Above Average |
| Achieves **PAYROLL and EXPENSE CONTROL** by balancing need for coverage in cost-effective manner, and by effective scheduling. | Outstanding | Outstanding |
| Demonstrates a commitment to **TEAMWORK** within the company by facilitating a positive work environment among employees, by forming positive relationships with management, employees, and customers, and by communicating with co-workers in a constructive, respectful manner. | Outstanding | Above Average |
| Utilizes **FAIR & CONSISTENT EMPLOYEE PRACTICES** by applying company programs and policies equally, by maintaining an environment of open communication with all employees, by assuring fair and consistent discipline measures. | Meets Expectations | Outstanding |
| Provides and ensures good **CUSTOMER SERVICE** by demonstrating and reminding employees of the Seven Service Basics, by resolving customer complaints, by having an in-depth knowledge of all departments, by assuring fast, friendly, and efficient service. | Outstanding | Outstanding |
| Shows active involvement with **PHARMACY OPERATIONS** by spending time in the back of the store, by demonstrating knowledge of pharmacy issues/workflow, and by exhibiting teamwork with pharmacists/RXM. | Meets Expectations | Meets Expectations |
| Achieves **COMPLIANCE** with all Federal, State and local laws and regulations regarding overall operation of the store (e.g. tobacco compliance, controlled substances, liquor, etc.); Abides by laws regarding Privacy of customers. | Meets Expectations | Meets Expectations |
| Demonstrates knowledge of store **COMPUTER SYSTEMS** by using computer system as a source for information; knows features of StoreNet and Intercom Plus. | Above Average | Meets Expectations |

**Section II. . Evaluation of Job Skills & Competencies required of the EXA position.**

Ratings: Strong, Above Average, Average, Below Average, Weak

Date Printed: 03/30/04

Page: 1

WAL00081



**Employee Name:  ERIC SIMPLE**

| Skill Area | Definition | MGR Rating |
|---|---|---|
| **COACHING:** | The ability to train and support the development of others; ability to establish a high-performance team in the store; ability to give constructive feedback. | Above Average |
| **DELEGATION:** | The extent to which the EXA assigns tasks to others rather than doing all the work himself/herself | Above Average |
| **COMMUNICATION:** | The extent to which the EXA shares information openly with and considers input from the management team and employees. | Average |
| **LEADERSHIP:** | Makes an effort to build credibility with employees, takes initiative, can handle problems/issues that arise without always involving a manager; uses good judgement. | Above Average |
| **TIME & TASK MANAGEMENT:** | The degree to which the EXA is personally organized, meets deadlines, completes assignments on time, delegates work appropriately to others. | Average |
| **FLEXIBILITY:** | The extent to which the EXA will perform any job duties assigned, is able to adapt to and implement new systems and procedures, and adjusts own schedule to fill in when needed. | Above Average |
| **EAGERNESS TO GROW & IMPROVE:** | The extent to which the EXA is able to audit own performance and recommend standards of performance; extent to which EXA makes apparent efforts to obtain the skills required of a manager (i.e. learning group sheets); and through the ability to listen to criticism of performance. | Above Average |
| **DRIVE FOR RESULTS:** | Demonstrates a sense of urgency, supports the objectives of management, takes initiative; exhibits enthusiasm to store staff. | Average |

**Section III.  OVERALL RATING:**

**EXA SELF-RATING:   Outstanding**

**MGR RATING:       EXCEPTIONAL/ABOVE AVERAGE**

| RATING | DEFINITIONS |
|---|---|
| OUTSTANDING | One of the Best in the District |
| EXCEPTIONAL/ ABOVE AVERAGE | Above Standard in many Performance areas |
| MEETS EXPECTATIONS | Generally performs at Standard |
| NEEDS IMPROVEMENT | Development opportunity in several Performance areas |
| REPEATED SUB-STANDARD PERFORMANCE | Significant persistent Performance problems |

Note: Sub-scale ratings may be assigned unequal weigh or priority in determining the Overall Rating.  An Overall Rating of Needs Improvement or Repeat Sub-Standard is an indication of an unacceptable performance level. Also, even for people receiving Outstanding , Exceptional or Meets Expectations Overall Ratings, there may be critical performance deficiencies that may require remedial, corrective or disciplinary action.

**Section IV.  TRANSFERABILITY & CAREER GROWTH:**

**MGR s indication of where this EXA stands in terms of Transferability & Career Growth:**

Still needs some experience before being considered for promotion to MGR; can move laterally

**EXA s indication of Transferability & Career Growth for the upcoming 12-18 months:**

I am ready and capable of handling the responsibilities of store MGR and would like to be promoted soon

**Section V -  JOB-RELATED STRENGTHS**

**EXA:  Self-Assessment of job knowledge, skills and abilities that you see as your strengths.**

*Date Printed:  03/30/04*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

ERIC D. SIMPLE,                              )
                                             )
Plaintiff,                                   )
                                             )
    vs.                                      )   Case No. 04-1305
                                             )
WALGREEN CO., an Illinois Corporation,       )
                                             )
Defendant.                                   )

## PLAINTIFFS' ANSWERS TO FIRST SET OF INTERROGATORIES

NOW COMES Plaintiff, ERIC SIMPLE, by his attorney, DONALD R. JACKSON, and for

his Answers to Interrogatories states as follows:

1.    Identify by date and location all management jobs you have been offered by Walgreen and

      for each position offered, state whether you accepted the position. If declined state the

      reason(s) you declined the position(s).

**ANSWER:**

1.    **On November 14, 2001, I was offered a management position in store #2148, which is
      located at 1700 E. Court Street, Kankakee, Illinois 60901.**

      (a)    **I declined this position for the following reasons:**

             (i)    **I was advised I would need to relocate my family in order to accept
                    this position as Walgreen's policy would not allow me to commute
                    that long of a distance. During that time, it would not have been a sound
                    financial decision for me to make that drastic of a move.**

             (ii)   **I was aware the Kankakee Store was in an economically deprived
                    neighborhood and that information was a factor into my decision.**

             (iii)  **I was put on notice by a store manager that opportunity for store
                    manager positions for me would be limited to those in economically**

1



DEPOSITION
EXHIBIT
9

deprived neighborhoods such as Kankakee, Western Avenue in Peoria and the North Main Street store in Normal, Illinois.

2.    On April 30, 2004, I was offered a management position in store #1300, which is located at 600 S. Western Avenue, Peoria, Illinois 61605.

    (a)    I chose to decline this position for the following reasons:

        (i)    I was only being considered for stores in districts that cater primarily to African American consumers. These stores also happen to be in the lower store income bracket, with a higher shrinkage margin. This factor alone would ultimately dictate the earning potential I would have had with Walgreen's.

        (ii)    I had a conversation with Mr. Mike Palmer on 4/30/04. He advised me that as a new manager I would be required to work long hard hours to ensure the upkeep and profitability of the store. He claimed the transportation time between Bloomington and Peoria would be such a burden that inevitably either the store or my home life would suffer. Mr. Palmer was attempting to talk me out of accepting the position. I felt the only decision I could make was to decline the offer.

2.    State whether you are married, single, divorced or widowed. For each marriage, please state date of marriage(s), spouse name(s), current address(s) and date(s) of birth.

**ANSWER:**

1.    I am currently married.

2.    My marriage took place on June 14, 1996. My wife's information appears in item 3.

3.    Jennifer Simple
1305 Planton Lane
Bloomington, IL 61704.
DOB: 02/07/71

3.    Identify all your children, providing name, current address, and date of birth for each children.

2

**ANSWER:**

1.      **Erika J. Simple**
        **1305 Plantation Road**
        **Bloomington, IL 61704**
        **DOB: 12/23/94**

2.      **Darius D. Simple**
        **1305 Plantation Lane**
        **Bloomington, IL 61704.**
        **DOB: 1/13/98**

4.      State your current spouse's place of employment, address, telephone number, job title,

        number of hours worked per week, and annual salary since January 1, 2001.

**ANSWER:**

1.      **My spouse's current employer is State Farm Mutual Auto Insurance Company.  Their**
        **information is listed in item two (2).**

2.      **State Farm Mutual Insurance Company**
        **2702 Ireland Grove Rd.**
        **Bloomington, IL 61702**
        **(309) 763-0794.**

3.      **Her job title is Claim Representative.**

4.      **She currently works 38.75 hours per week.**

5.      **Her annual salary information, not including overtime and/or bonus pay is as follows:**
        (a)    **2004: $44,174.98**
        (b)    **2003: $40,923.98**
        (c)    **2002: $35, 658.37**
        (d)    **2001: $34,850.37**

5.      List all your educational diplomas, certificates and any specialized training courses you have

        attended.

**ANSWER:**

        **I have obtained the following educational certifications:**

(a)    High School diploma.
(b)    Bachelors Degree in Communication from Illinois State University.
(c)    Licensed Certified Pharmacy Technician in the State of Illinois.
(d)    Advanced Drug Store Management certificate (ADSM)

6.    Identify all employees of the defendant who have knowledge of the conduct alleged in your

Complaint. For each employee named please identify the nature of his or her knowledge.

**ANSWER:**

(a)    **Diane Leslie**

**Level of my experience and knowledge as an EXA. Worked with me and Melissa Jonland. Ms. Leslie, a non-African-American EXA, was never counseled by Mike Plamer to consider moving to Chicago, Atlanta, Washington D.C., Phidelphia or Dallas, for "better opportunities".**

(b)    **Sonia Crittenden**

**Level of my experience and knowledge as a EXA. Sonia is a former EXA who left Walgreen's because she felt her opportunities were limited in Central Illinois working for Walgreen's. Sonia is African-American and felt that if she continued working for Walgreen's she would only be considered for stores that cater to African Americans. She also has witnesses the discriminatory practices with other African-Americans within the district. Sonia was counseled by Mike Palmer, to consider moving out of the district to Chicago, Atlanta, Washington DC, Philadelphia, and Dallas for better opportunities.**

(c)    **Theo Eddins**

**Level of my experience and knowledge. Theo is a African-American Assistant Manager who was subjected to discrimination because of race. Mike Palmer tried to terminate him because he refused to apologize to a complaining customer when he (Eddins) had been told by his store manager, Lee Ann Turley, and Human Resources that he had correctly handled the complaint and did nothing wrong.**

(d)    **Jessica Culbertson**

**Jessica worked with me at the Bloomington store. She has knowledge of my experience and qualifications. Jessica knowledge of the racial comments made to me by LeAnn Turley regarding me  not getting the store because I am African-American, and the belief that a black man cannot succeed in a predominately white area. Jessica, a non-**

4

African-American Assistant Manager, was not counseled by Mike Palmer to consider moving out of the district to Chicago, Atlanta, Washington DC, Philadelphia, and Dallas for better opportunities.

(e)     **Damon Clayton**

Damon is an African American assistant manager who used to work in this district under Mike Palmer. Damon has since moved to Dallas and is currently employed by Walgreen's. Damon was counseled by Palmer to move out of the district to Chicago, Atlanta, Washington DC, or Philadelphia for better opportunities.

(f)     **Brian Jackson**

Brian is an Assistant manager who has worked with me and Melissa Jonland. He would have knowledge of our qualifications as EXA Managers. Brian, a non-African-American manager, was not counseled by Mike Palmer to consider moving out of the district to Chicago, Atlanta, Washington DC, Phidelphia or Dallsa for a better opportunity.

(g)     **Jafar Rakim**

Jafar is African-American. He worked with me and Melissa Jonland and, therefore has knowledge of our qualifications and work experiences. Jafar can also present other evidence of race based discrimination at Walgreens.

(h)     **Janis Stewart**

Janis is an African-American. Janice expressed interest in becoming an assistant manager. Janis was told that she wouldn't be considered for a management position without a degree. A degree is not a requirement to be promoted to management. There are several non-African-America assistant managers that have been promoted to management with out degrees.

7.     Identify all documents, conversations, and communications upon which you base your claim of discrimination.

**ANSWER:**

(a)     **Documents**

(i)     Statement signed by store manager, Leann Turley.
(ii)     Walgreens store peer groups listings Walgreen's district sales report.

(iii)    **Walgreen's district shrinkage report.**

(b)    **Conversations**

(i)    On 10-02-03, I was informed by my supervisor, Ms. Leanne Turley, manager of store #5188, that there was an opening in Pontiac, Illinois. She claimed District Manager Mike Palmer had decided to promote Melissa Jonland for that position instead of me. I asked Ms. Turley why I wasn't chosen over Ms. Jonland. She stated the reason I didn't get the promotion was " Pontiac, Illinois is not ready for a black store manager". Ms. Turley then went on to say that Mr. Palmer was never going to select a black man for a management position in the Pontiac Illinois store because it was his belief that no matter what I did or how good I was, the sales would decrease and I would surely fail. Ms. Turley then stated that Mr. Palmer was doing me a favor by not promoting me to a store that is not ready for a black man.

(ii)    Later that same day, 10-02-03, I had a phone conversation with Ms. Turely in which she again made some of the same statements about me failing in the Pontiac store because of my race.

(iii)    On 10-03-03, I had a phone conversation with Mr. Palmer at the district office. I asked Mr. Palmer at that time why I was not the person chosen for the management position at the Pontiac store. He directed me to talk to my store manager. I informed him that I had talked to my store manager and pursuant to the company's "open door policy", I was now following up with him. I informed him of Ms. Turley's comment about Pontiac not being ready for a black man. He responded to this by saying "you're playing the race card." I said "no sir. I'm just asking a question." At this point, he became irrate and told me Ms. Jonland had out shined me in the areas in which the store would need help. I asked how could someone who has been in management only 4 yrs (less time than I had been an EXA) and worked in only 2 stores surpass me in every area. At that point he told me she was better in "market appeal". I told him I didn't understand how I was always being told that I am "ready" and to "keep doing what your doing" and that I felt like I was being passed over. He became upset and said that the decision was made and he wasn't going to change it. I told him as a 9 year employee I had a right to be concerned about my future. He also said he knew 6 months ago who was getting the next store promotion in the market.

(iv)    Sometime in September, 2003, I had a conversation with Mr. Palmer and Ms. Turley at store #5188. During this conversation, Mr. Palmer told me Ms. Turley is very appreciative of my work and feels I'm ready

to be promoted as soon as possible. Mr. Palmer went on to say he really wants to get me into a position where I can make more money for myself and Walgreen's. However he claimed he didn't have anything for me in this area due to the fact that there wasn't a lot of growth in his market district. He claimed the company was growing in other areas and if I would be willing to move he would give me a very good recommendation. When I asked what areas he was talking about, he replied Philadelphia, Baltimore, Austin & Charlotte. I asked if there were any stores in his district. He said that nothing had been confirmed.

(v)    I had a conversation with Mr. Billy Walden, manager of store # 2587 in November, 2001. During this conversation, I asked him what he thought I could do to improve my job performance so that I would be in a position to apply for a store manager position in the future. Mr. Walden told me I was doing a great job and to keep up the good work, stating no specific areas in need of improvement. He told me he thought I would be offered one of three stores sometime in the future. The stores he listed were: store #2148, located in Kankakee, Illinois, store #1300, located in Peoria, Illinois, and store #2588, located in Normal, Illinois. At that time, he thought that of those three stores, it was most likely that I would be offered store#1300, located on Western Avenue in Peoria, Illinois. I now understand clearly that the one thing all three of these stores have in common is that they cater to a lower income and/or African-American population.

(c)    **Communications**

None.

8.    Describe and identify the monetary amount of all damages you allege to have suffered due to discrimination, including, but not limited to changes in your job duties, changes in your opportunities for future advancement, lost wages, lost benefits, out-of-pocket costs and/or attorney fees.

**ANSWER:**

I have suffered a great monetary loss due to the discrimination Walgreen's has taken against me. As a result of Walgreen's discrimination, I stand to lose a total of approximately 2.5 million dollars. The following are estimates of damages I have incurred from this discrimination.

7

(1)    **Changes in job duties:**

None.

(2)    **Changes in my opportunities for advancement:**

Had I of been promoted to a management position, I potentially could have been one of the highest paid store managers in the area. However, I have not been allowed the opportunity for advancement by this company.

(3)    **Lost Wages:**

(i)    $2,000,000.00 of wages will be lost due to the denial of a management position with this company.
(ii)   $265,000.00 in job title changes.
(iii)  Unknown amount from share Walgreen's program for store managers and pharmacist.

(4)    **Lost Benefits:**

Estimate of $197,000.00 in future benefits, from profit sharing (does not include salary increases).

(5)    **Out-of-Pocket costs and/or attorney fees:**

(i)    $25,000.00 cost to date.
(ii)   Approximable Undetermined at this time.

9.    Identify all elements of damage which you claim as a result of Walgreen's conduct as alleged in the complaint, and list the amount of such damage.

**ANSWER:**

(a)    $2,000,000.00 in lost wages and future earnings based on the average between Ms. Jonland's salary and the highest paid store managers in the district. If you add that to the average highest bonus and the bonus Ms. Jonland will receive. Then multiply this number by 20 years as I feel I was well on my way to working for this company until retirement which is at least another 20 years.

(b)    $197,000.00 in future benefits based on the yearly salary of the above given 2% in Walgreen's profits share plan with comp match at the 3.30 year average over

8

the next 20yrs, plus the 7days of vacation pay times 20 yrs, all of which doesn't include raise.

(c) My cost to date is $25,000.00. This figure represents the difference between my rate and that of the store manager in Pontiac, plus the difference in bonuses received since 10-03-03.

(d) My change in job title has cost me a total of $265,000.00. I loose $511.00 every two weeks, multiplied by 26 pay periods in a year ($13,286.00) over 20 years is a total of $265,720.00.

5.    Attorney fees, travel expenses, filing fees, deposition cost.

6.    Stock opts of the "Share Walgreen's Plan".

10.    Describe with particularity any emotional harm and/or mental suffering you allege to have suffered due to the discrimination which allegedly occurred in October, 2003.

**ANSWER:**

Since being denied a management position with the company in October 2003, I have lost nearly all confidence in myself and my abilities not only as a store manager but as a person and a human being. I feel that all of the goals I had worked so hard to achieve was for nothing. I feel no matter how hard I work and regardless of what tasks I fulfill, I will still be looked at as a black man, rather than a man that has achieved something. I feel like all the extra time and energy I put into this company has been wasted. I have missed countless events with my children, family and numerous holidays only to be told the one thing holding me back is the color of my skin. That took away a great deal of my pride. This has effected my family. For a long time I believed that if I did all that was asked of me and went beyond the call of duty, I would be rewarded. I worked long and hard hours only to realize it all was done in vain. This has been devastating and has caused irreparable damages. I am going through this whole process for my children, in the hope that such practices aren't in place when they are adults. They need to be able to have an honest chance to earn a great living and should not be held back based on the color of their skin. My family has done nothing but support me through this entire ordeal. It has been very traumatic being considered the laughing stock of the district. I now know why with Fortune 500 companies like Walgreen's passing over minorities with degrees for others white's without one, it's easy for such non-parity to exist. It makes one wonder how many of the store managers in this company have earned degrees and how many have not. The reason I haven't received my own store yet has become quite a topic of conversation among my fellow

9

co-workers. I have heard some of the people I have trained make comments such as "I can get a store before Mr. Simple." It is very humiliating to have people ask you "What's going on with you not getting a store?". What I once believed existed and what some have even fought for (freedom, justice and equality for all) seems very distant to me now. I no longer view myself or others in the same light. I am now able to see how people lose faith in themselves and others and how dreams are so easily destroyed.

11.    If you claim the conduct alleged in the Complaint is part of a pattern or practice of

discrimination, provide all facts supporting the other acts of alleged discrimination.

**ANSWER:**

1.    I defiantly feel the discrimination against me is part of a pattern. I am aware of numerous events that has happened in this district alone over the past few years. A few are listed below:

(a)    The number of African American EXA's and Assistant Managers being asked to relocate vs. the number of whites being approached by Mr. Palmer.

(b)    The number of whites without degrees being promoted, even to a position such as assistant manager, compared to the number of blacks. Additionally, most African American associates have degrees before they are even hired in the district.

(c)    The firing of Mr. Theo Eddinns (see witness attachment). In the Spring/Summer of 2004, administration fired Mr. Eddins over a situation in which Mr. Eddinns had done no wrong. Nonetheless, Mr. Palmer (I think it is important to point that Mr. Palmer out has never even met Mr. Eddins) fired him. Human Resources confirmed my belief that he was not at fault.

(d)    When store #2177, managed by Mr. King, showed a vast improvement in sales, all credit was given to Ms. Jonland, stating once she left the store had a severe drop. However, not once is it stated anywhere that Ms. Sonya Crittendon (an African American female) was also there as an EXA, Mr. Damon Clayton (an African American male) was the Assistant Manager there, and that all 3 people left that store with in a month's time.

(e)    Janis Stewart (an African American female) has applied for an Assistant Manager position with this company on three (3) separate occasions and has yet to even hear a response.

10

(f)     The number and location of black store managers in the Chicago, Houston and surrounding areas.

                                    Respectfully Submitted
                                    ERIC D. SIMPLE, Plaintiff

                              BY: _____
                                    DONALD R. JACKSON
                                    Attorney at Law

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing *Plaintiff's Answers to First Set of Interrogatories* upon the following attorneys(s) of record, by depositing a copy of same enclosed in envelope(s) addressed as follows:

                     Mr. L. Lee Smith
                     Hinshaw & Culbertson LLP
                     456 Fulton Street, Suite 298
                     Peoria, Illinois 61602-1220

and by hand-delivery at Peoria, Illinois, this 26th day of January, 2005.

                              BY: _____
                                    DONALD R. JACKSON

DONALD R. JACKSON
456 Fulton St., Suite 218
Peoria, Illinois 61602
Telephone:    (309) 637-1010
Facsimile:    (309) 637-1106

11





**Mike.Palmer@walgree
ns.com**

10/13/2004 05:26 PM

To: lsmith@hinshawlaw.com
cc:
Subject: Re: Promotional Opportunity

Mr. Smith,

    Re: Walgreens Drug Stores/ Eric Simple

    For your information.
      thanks, Mike Palmer, Il. N #028dm

------ Forwarded by Mike Palmer/Cent/OPS/Walgreens on 10/13/2004 05:24 PM ------

  "Store 02177" <str.02177@store.walgreens.com>

10/13/2004 05:13 PM

To:   <Mike.Palmer@walgreens.com>
cc:   "2177" <str.02177@store.walgreens.com>
Subject:   Re: Promotional Opportunity

Thank you Mr. Palmer for the personal e-mail. I must say I'am very surprised
and pleased at the same time to see that you now have an interview process
to help you selcet store managers when there is an open opportunity. Of the
nine years I have been with walgreens I have not know you to open up an
interviewing process like this.  This pleses me to see your distict making
changes.  I however will not be putting my name in the hat because I'm not
willing to relocate to kankakee, as I was not willing to do so in nov. of
2001.  I also told you in our last meeting that after what had be stated to
me about another promotion opportunity(and why I was the right choice), I
was not interested in being a store manager at this point in my career.
Thanks for the consideration.  Sorry this is a few minutes late but as you
are aware Mr King is on vac. and I'm the only manager here tonite. and cust.
service is our first priority.

> Mr. Simple,
>
>       I see that Mr. King is on vacation this week and therefore you may
> not be aware.
>
>       I am considering EXA candidates for promotion to Store Manager at
> #2148, 1700 E Court St. in Kankakee, Il.
>
>       Please return this email to me by 5 p.m. today if:
>
>               1. You are interested in interviewing for this position
>                  and
>               2. Willing to immediately relocate to the Kankakee market.
>
> thanks, mp
>
>
>

DEPOSITION
EXHIBIT
10

WAL00116

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 210-2004-02749 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| **Mr. Eric D. Simple** | **(309) 663-7189** | **10-06-1970** |

Street Address                     City, State and ZIP Code
**1305 Plantation Lane, Bloomington, IL 61704**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **WALGREENS** | **500 or More** | **(309) 661-8600** |

Street Address                     City, State and ZIP Code
**1525 Veterans Parkway, Bloomington, IL 61704**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address                     City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **10-02-2003**   Latest **10-02-2003**
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began employment as a manager at Respondent on April 26, 1995. I have been in the Executive Assistant (EXA) career path position to Store Manager since 1999. My store manager and the district manager have repeatedly praised my work and stated that I was ready for a store, but, they didn't have one for me. In October 2003, Respondent selected a less experienced White female, with less time as an EXA as Store Manager in Pontiac, Illinois. I was told that I "wouldn't be a good fit." Approximately, 2 months later, Respondent indicated that there was an opening in the Kankakee store. Respondent has wrongfully denied my promotion to the store with the predominantly White customer base while attempting to steer me a location with a predominantly Black customer base.

I believe that I have been discriminated against on the basis of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief SIGNATURE OF COMPLAINANT |

| Feb 12, 2004 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
|---|---|
| Date          Eric D. Simple          Charging Party Signature | |

Simple
EXHIBIT NO. 11
J. JOHNSON

07/28/04    15:11    WALGF    ILLINOIS → WALGREEN CO                    NO.371    D02

Walgreen District Office
Mike Palmer
7815 N. Knoxville Ave. #6
Peoria, IL 61614-2016

July 7, 2004

Dear Mr. Palmer,

I have received my 2003 review as of June 1, 2004 from Mr. King. There are some things that I don't understand and need clarification on. First, this review is very different from my 2002 review with no explanations as to why. In 2002 according to Ms. Turley I was ready to be promoted as soon as possible and all I needed to do is keep up the good work on my review just 5 months prior to the Pontiac, IL opening in October 2003. This is the store in which Ms. Turley my immediate supervisor told me I wasn't chosen for because of the color of my skin. She also told me I was definitely ready for this store and there was nothing I could do to improve, however the Pontiac store was not ready for me. Ms. Turley rationalization was that no matter what I did or how ready I was I would fail because the sales would decrease for the simple fact that I am black. This is not a take my word allegation, there are others that overheard this conversation who I will not name at this time that are willing to collaborate what I am telling you if and when necessary. Ms. Turley told me this isn't a good move for me and implied that Walgreen's was actually doing me a favor by not promoting me to a store with lots potential and growth.

Now on to 2003 review just 5 months later Ms. Turley comments are that I am not ready for a store and still needs more experience before being considered for management. I have done nothing but gain knowledge and improve and do not except this observation. These statements from 2002 to 2003 are very different with no explanation where the change came from. Of course Mr. King cannot answer any of my questions with regards to this review because he had no input. Therefore I am refusing to sign this review and requesting a meeting with you and perhaps Human Resources if you feel necessary to discuss this review and my future with Walgreen's. Please note this is the second time I have requested to have a meeting with you to discuss my career and future with Walgreen's. I hope this request is not turned down yet again. I would also like to discuss some ideas I have for training of new employees in this market I feel could be very beneficial to the company.

Eric Simple

Eric O. Simple

DEPOSITION
EXHIBIT

12

WAL00012