E-FILED
Friday, 28 July, 2006 03:32:30 PM
Clerk, U.S. District Court, ILCD

Walgreens
The Pharmacy America Trusts

COPY

Employee Name: ERIC SIMPLE

SSN: ***-**-3798
Reviewed By: LEANNE TURLEY, MGR
Store: #05188 – 1525 N VETERANS PKWY, BLOOMINGTON, IL
District: #028 - ILLINOIS NORTH

# Executive Assistant Performance Review

For 12-month period ending: MM/DD/2003

## Section I: Evaluation of EXA Job Performance (Items may not be weighted equally when determining overall rating.)

Ratings: Outstanding, Above Average, Meets Expectations, Needs Improvement, Unacceptable

| | EXA Self-rating | MGR rating |
|---|---|---|
| Helps promote **SALES GROWTH** by ensuring that suggestive selling is practiced, and through effective merchandising (i.e., assisting in planning and implementing merchandising projects, recommending items for new merchandise). | Above Average | **Above Average** |
| Maintains attractive **STORE CONDITION** by overseeing that there are minimal outs and proper signage in place; by assuring that shelves and merchandise are clean and well-organized (i.e. facing), and that products are in the right locations; by managing resets, revisions, and prices changes in timely manner; and by assuring both internal and external appearances of store are clean. | Above Average | **Meets Expectations** |
| Exhibits proper **INVENTORY MANAGEMENT** by monitoring Days of Supply, by utilizing SIMS effectively, by keeping the stockroom well-organized, by being knowledgeable of counts, ordering, and receiving procedures. | Above Average | **Above Average** |
| Contributes to effective **DEVELOPMENT of EMPLOYEES** by taking an active role in orientation, training, and feedback; by communicating job responsibilities and performance expectations to employees; and by communicating performance concerns to the Manager regarding employees. | Above Average | **Outstanding** |
| Aids in **SHRINK CONTROL** by implementing procedures designed to identify and minimize profit loss, by assuring that appropriate Cash Handling procedures occur among employees, and by following through on basic audit controls. | Outstanding | **Above Average** |
| Achieves **PAYROLL and EXPENSE CONTROL** by balancing need for coverage in cost-effective manner, and by effective scheduling. | Above Average | **Above Average** |
| Demonstrates a commitment to **TEAMWORK** within the company by facilitating a positive work environment among employees, by forming positive relationships with management, employees, and customers, and by communicating with co-workers in a constructive, respectful manner. | Outstanding | **Outstanding** |
| Utilizes **FAIR & CONSISTENT EMPLOYEE PRACTICES** by applying company programs and policies equally, by maintaining an environment of open communication with all employees, by assuring fair and consistent discipline measures. | Above Average | **Above Average** |
| Provides and ensures good **CUSTOMER SERVICE** by demonstrating and reminding employees of the Seven Service Basics, by resolving customer complaints, by having an in-depth knowledge of all departments, by assuring fast, friendly, and efficient service. | Above Average | **Outstanding** |
| Shows active involvement with **PHARMACY OPERATIONS** by spending time in the back of the store, by demonstrating knowledge of pharmacy issues/workflow, and by exhibiting teamwork with pharmacists/RXM. | Meets Expectations | **Meets Expectations** |
| Achieves **COMPLIANCE** with all Federal, State and local laws and regulations regarding overall operation of the store (e.g. tobacco compliance, controlled substances, liquor, etc.); Abides by laws regarding Privacy of customers. | Meets Expectations | **Meets Expectations** |
| Demonstrates knowledge of store **COMPUTER SYSTEMS** by using computer system as a resource for information; knows features of StoreNet and Intercom Plus. | Meets Expectations | **Meets Expectations** |

*Date Printed: 03/04/05*

Turley
EXHIBIT NO. 1
11-30-05
J. JOHNSON

DEPOSITION EXHIBIT
7



Employee Name: ERIC SIMPLE

Section II. . Evaluation of Job Skills & Competencies required of the EXA position.

Ratings: Strong, Above Average, Average, Below Average, Weak

| Skill Area | Definition | MGR Rating |
|---|---|---|
| COACHING: | The ability to train and support the development of others; ability to establish a high-performance team in the store; ability to give constructive feedback. | Strong |
| DELEGATION: | The extent to which the EXA assigns tasks to others rather than doing al the work himself/herself | Above Average |
| COMMUNICATION: | The extent to which the EXA shares information openly with and considers input from the management team and employees. | Strong |
| LEADERSHIP: | Makes an effort to build credibility with employees, takes initiative, can handle problems/issues that arise without always involving a manager; uses good judgement. | Above Average |
| TIME & TASK MANAGEMENT: | The degree to which the EXA is personally organized, meets deadlines, completes assignments on time, delegates work appropriately to others. | Average |
| FLEXIBILITY: | The extent to which the EXA will perform any job duties assigned, is able to adapt to and implement new systems and procedures, and adjusts own schedule to fill in when needed. | Above Average |
| EAGERNESS TO GROW & IMPROVE: | The extent to which the EXA is able to audit own performance and recommend standards of performance; extent to which EXA makes apparent efforts to obtain the skills required of a manager (i.e. learning group sheets); and through the ability to listen to criticism of performance. | Above Average |
| DRIVE FOR RESULTS: | Demonstrates a sense of urgency, supports the objectives of management, takes initiative; exhibits enthusiasm to store staff. | Average |

**Section III.** OVERALL RATING:

EXA SELF-RATING: Outstanding

MGR RATING: EXCEPTIONAL/ABOVE AVERAGE

| RATING | DEFINITIONS |
|---|---|
| OUTSTANDING | One of the Best in the District |
| EXCEPTIONAL/ ABOVE AVERAGE | Above Standard in many Performance areas |
| MEETS EXPECTATIONS | Generally performs at Standard |
| NEEDS IMPROVEMENT | Development opportunity in several Performance areas |
| REPEATED SUB-STANDARD PERFORMANCE | Significant persistent Performance problems |

Note: Sub-scale ratings may be assigned unequal weigh or priority in determining the Overall Rating. An Overall Rating of "Needs Improvement" or "Repeat Sub-Standard" is an indication of an unacceptable performance level. Also, even for people receiving "Outstanding", "Exceptional" or "Meets Expectations" Overall Ratings, there may be critical performance deficiencies that may require remedial, corrective or disciplinary action.

**Section IV.** TRANSFERABILITY & CAREER GROWTH:

MGR's indication of where this EXA stands in terms of Transferability & Career Growth:

Can handle greater responsibilities and will be considered for promotion to store MGR soon

EXA's indication of Transferability & Career Growth for the upcoming 12-18 months:

I am ready and capable of handling the responsibilities of store MGR and would like to be promoted soon

Walgreens
The Pharmacy America Trusts

Employee Name: ERIC SIMPLE

## Section V - JOB-RELATED STRENGTHS

**EXA: Self-Assessment of job knowledge, skills and abilities that you see as your strengths.**

1. my work ethic is very good, and i'm always willing to learn new things and improve.

2. I believe In customer service, we the workers make walgreens but the customer keeps us going. thus i'm always willing to go above and beyond.

**MGR: List one or two things that you consider to be this MGTs strengths or examples of positive behavior/performance.**

1. Eric is an excellent team player and really works to foster an open, caring environment among all employees. He is a very good trainer and makes sure that employees know why they're being asked to do something rather than just telling them to do a task.

2. Eric is one of the strongest employees I've ever had when it comes to customer service...I never even have to get involved most of the time because he has handled it so professionally.

## Section VI: DEVELOPMENTAL OPPORTUNITIES

**EXA: List one or two key knowledge areas, skills or abilities that are in need of improvement or describe some type of performance that needs to be corrected.**

1. I need to work more with the rx intercom plus system. I need to improve on my in window skills and my understand of 3rd party and medicare issues.

2. the office pc's is an area where I feel i'm always playing catch up. i used the knowledge that's there for me but the is still so much more for me to learn .

**MGR: List one or two key knowledge areas, skills or abilities that are in need of improvement or describe some type of performance that needs to be corrected.**

1. Eric needs to continue to improve on his use and knowledge of the technology systems available.

2. Eric needs to stay focused at all times on the fact that he is the EXA here and not an MGT...and make sure that he is doing the tasks which he is best suited to handle.

**ADDITIONAL COMMENTS:**

**EXA:** I have from day one 4-26-95, have wanted to be a store manager and i have done everything that i can to reach that goal. There have been times when i have felt forgotten about, and looked over. However, my goals have not changed and my desire to reach them and work ethic to get there has only got stronger. I don't think that i have done anything to keep me from making it, but if i have i would like to know what it is and when it took place and what must i do to correct it.

**MGR:** Eric has done everything that I've asked him to do to prepare himself to be a store manager and to make this store run smoothly...I feel that he is ready for an opportunity.

**DM:**

**Store Manager Signature:** ____________ **Store Manager** ____________________ **Date:**___/___/______

**District Manager Approval:** ____________ **District Manager**____________________ **Date:**___/___/______

**EXA: Please sign at the time of the performance discussion. By signing the form, no agreement or disagreement is implied.**

**Executive Assistant Manager Signature:** ______________________________ **Date:**___/___/______



Employee Name: ERIC SIMPLE

1. I'am very good at employee development. I'am always willing to help train and inform. anyone about any thing when it comes to their growth and career at walgreens. I believe if they grow as individuals we grow as a comp.

2. follow through I'am very good at keeping my word, which is very important, and i'm not a finger pointer, if it's my fault I'll take the heat.

**MGR: List one or two things that you consider to be this MGTs strengths or examples of positive behavior/performance.**

1. Eric is an excellent trainer and works with all employees in the store both in the initial training phase and in further development so that they can become well-rounded and cross-trained in many functions.

2. Eric is one of the best employees I have had when it comes to providing customer service. He is not afraid to take the initiative to do whatever it takes to make them happy, is excellent with follow-through when there are complaints, and consistently goes the extra mile.

**Section VI: DEVELOPMENTAL OPPORTUNITIES**

**EXA: List one or two key knowledge areas, skills or abilities that are in need of improvement or describe some type of performance that needs to be corrected.**

1. Hallmark is an area that i need to improve on it's a very high gross and it should not be taking to lightly

2. the pol and laws of the rx dept. with insur. programs and medicare this to is a high gross area and the backbone of our company.

**MGR: List one or two key knowledge areas, skills or abilities that are in need of improvement or describe some type of performance that needs to be corrected.**

1. Eric sometimes lets his disappointment at not being a store manager already affect his performance. These times are rare, but he needs to find a way to get past that and just try harder to get where he wants to be.

**ADDITIONAL COMMENTS:**

EXA: I still feel I'am ready for a store manager opportunity. If fact, I know I'am better perpared now than I was when i was offer the hurt st store #2148 on 11-14-01. All I have done is grown as a person and as manager since. But all I hear is that am ready there just isn't anything open for me, atleast not in this area. It's just tough for me to believe that since I became an exa in 99 there have been nearly 2000 new store managers and I'm not 1.

MGR:

DM:

Store Manager Signature: ______ Store Manager ______ Date: __/__/__

District Manager Approval: [signature] District Manager ______ Date: 4/1/04

**EXA: Please sign at the time of the performance discussion. By signing the form, no agreement or disagreement is implied.**

Executive Assistant Manager Signature: ______ Date: __/__/__



DEPOSITION EXHIBIT 8



Turley EXHIBIT NO. 2 11-30-05 J. JOHNSON



Employee Name: ERIC SIMPLE

SSN: ***-**-3798
Reviewed By: LEANNE TURLEY, MGR
Store: #05188– 1525 N Veterans Pkwy, Bloomington, IL
District: #028 - Illinois North

# Executive Assistant Performance Review

For 12-month period ending: 3/16/2004

## Section I: Evaluation of EXA Job Performance (Items may not be weighted equally when determining overall rating.)

Ratings: Outstanding, Above Average, Meets Expectations, Needs Improvement, Unacceptable

| | EXA Self-rating | MGR rating |
|---|---|---|
| Helps promote **SALES GROWTH** by ensuring that suggestive selling is practiced, and through effective merchandising (i.e., assisting in planning and implementing merchandising projects, recommending items for new merchandise). | Above Average | Above Average |
| Maintains attractive **STORE CONDITION** by overseeing that there are minimal outs and proper signage in place; by assuring that shelves and merchandise are clean and well-organized (i.e. facing), and that products are in the right locations; by managing resets, revisions, and prices changes in timely manner; and by assuring both internal and external appearances of store are clean. | Above Average | Above Average |
| Exhibits proper **INVENTORY MANAGEMENT** by monitoring Days of Supply, by utilizing SIMS effectively, by keeping the stockroom well-organized, by being knowledgeable of counts, ordering, and receiving procedures. | Above Average | Meets Expectations |
| Contributes to effective **DEVELOPMENT of EMPLOYEES** by taking an active role in orientation, training, and feedback; by communicating job responsibilities and performance expectations to employees; and by communicating performance concerns to the Manager regarding employees. | Outstanding | Outstanding |
| Aids in **SHRINK CONTROL** by implementing procedures designed to identify and minimize profit loss, by assuring that appropriate Cash Handling procedures occur among employees, and by following through on basic audit controls. | Outstanding | Above Average |
| Achieves **PAYROLL and EXPENSE CONTROL** by balancing need for coverage in cost-effective manner, and by effective scheduling. | Outstanding | Outstanding |
| Demonstrates a commitment to **TEAMWORK** within the company by facilitating a positive work environment among employees, by forming positive relationships with management, employees, and customers, and by communicating with co-workers in a constructive, respectful manner. | Outstanding | Above Average |
| Utilizes **FAIR & CONSISTENT EMPLOYEE PRACTICES** by applying company programs and policies equally, by maintaining an environment of open communication with all employees, by assuring fair and consistent discipline measures. | Meets Expectations | Outstanding |
| Provides and ensures good **CUSTOMER SERVICE** by demonstrating and reminding employees of the Seven Service Basics, by resolving customer complaints, by having an in-depth knowledge of all departments, by assuring fast, friendly, and efficient service. | Outstanding | Outstanding |
| Shows active involvement with **PHARMACY OPERATIONS** by spending time in the back of the store, by demonstrating knowledge of pharmacy issues/workflow, and by exhibiting teamwork with pharmacists/RXM. | Meets Expectations | Meets Expectations |
| Achieves **COMPLIANCE** with all Federal, State and local laws and regulations regarding overall operation of the store (e.g. tobacco compliance, controlled substances, liquor, etc.); Abides by laws regarding Privacy of customers. | Meets Expectations | Meets Expectations |
| Demonstrates knowledge of store **COMPUTER SYSTEMS** by using computer system as a source for information; knows features of StoreNet and Intercom Plus. | Above Average | Meets Expectations |

## Section II. . Evaluation of Job Skills & Competencies required of the EXA position.

Ratings: Strong, Above Average, Average, Below Average, Weak

Walgreens
The Pharmacy America Trusts

Employee Name: ERIC SIMPLE

| Skill Area | Definition | MGR Rating |
|---|---|---|
| COACHING: | The ability to train and support the development of others; ability to establish a high-performance team in the store; ability to give constructive feedback. | Above Average |
| DELEGATION: | The extent to which the EXA assigns tasks to others rather than doing al the work himself/herself | Above Average |
| COMMUNICATION: | The extent to which the EXA shares information openly with and considers input from the management team and employees. | Average |
| LEADERSHIP: | Makes an effort to build credibility with employees, takes initiative, can handle problems/issues that arise without always involving a manager; uses good judgement. | Above Average |
| TIME & TASK MANAGEMENT: | The degree to which the EXA is personally organized, meets deadlines, completes assignments on time, delegates work appropriately to others. | Average |
| FLEXIBILITY: | The extent to which the EXA will perform any job duties assigned, is able to adapt to and implement new systems and procedures, and adjusts own schedule to fill in when needed. | Above Average |
| EAGERNESS TO GROW & IMPROVE: | The extent to which the EXA is able to audit own performance and recommend standards of performance; extent to which EXA makes apparent efforts to obtain the skills required of a manager (i.e. learning group sheets); and through the ability to listen to criticism of performance. | Above Average |
| DRIVE FOR RESULTS: | Demonstrates a sense of urgency, supports the objectives of management, takes initiative; exhibits enthusiasm to store staff. | Average |

**Section III. OVERALL RATING:**

EXA SELF-RATING: Outstanding

MGR RATING: EXCEPTIONAL/ABOVE AVERAGE

| RATING | DEFINITIONS |
|---|---|
| OUTSTANDING | One of the Best in the District |
| EXCEPTIONAL/ ABOVE AVERAGE | Above Standard in many Performance areas |
| MEETS EXPECTATIONS | Generally performs at Standard |
| NEEDS IMPROVEMENT | Development opportunity in several Performance areas |
| REPEATED SUB-STANDARD PERFORMANCE | Significant persistent Performance problems |

Note: Sub-scale ratings may be assigned unequal weigh or priority in determining the Overall Rating. An Overall Rating of Needs Improvement or Repeat Sub-Standard is an indication of an unacceptable performance level. Also, even for people receiving Outstanding, Exceptional or Meets Expectations Overall Ratings, there may be critical performance deficiencies that may require remedial, corrective or disciplinary action.

**Section IV. TRANSFERABILITY & CAREER GROWTH:**

**MGR s indication of where this EXA stands in terms of Transferability & Career Growth:**

Still needs some experience before being considered for promotion to MGR; can move laterally

**EXA s indication of Transferability & Career Growth for the upcoming 12-18 months:**

I am ready and capable of handling the responsibilities of store MGR and would like to be promoted soon

**Section V - JOB-RELATED STRENGTHS**

**EXA: Self-Assessment of job knowledge, skills and abilities that you see as your strengths.**

# VOLUNTARY STATEMENT

I, Leanne M. Turley SSN: 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 D.O.B.: 11/12/1963, make the following voluntary statement to (LPS) Martise Scott, who had identified himself/herself to me as a Loss Prevention Supervisor of the Walgreen Company. No promises have been made, nor have I been threatened or mistreated by (LPS) Martise Scott or anyone else into giving this voluntary statement. I am currently a (position code) MGR, at Store # 5188, (address) 1525 N Veterans Pkwy Bloomington, IL 61704. I have worked for the Walgreen Company since: March, 1985

When Eric Simple was not offered a managerial position at store # 5460 in 2003 he was very upset. As he was an EXA in this store at that time, he came to me and asked why he didn't get the promotion. Without speaking to anyone else about actual reasons, I gave him my opinion as to why he may not have gotten the opportunity.

Although I cannot remember the conversation verbatim, I'm sure that I explained that the Exa who was promoted was probably a better fit for that location. I have used this statement for years when speaking to MGT's, EXA's, and other store managers without ever considering that it could be construed in any negative connotations – it's simply a way of referring to strengths & weaknesses of a candidate vs needs of a location. I now realize that it could also be viewed as a racially biased statement when speaking with ~~other~~ people of other backgrounds than myself, and thus won't use that analogy in the future.

At the same time, I may have stated that Pontiac was possibly not ready to have a black manager. It is well-known in this area that some of the smaller, outlying towns have some very racist tendencies, and I was simply trying to make Eric feel better because my feeling was that he may not have been very happy working there. Again, I don't remember my exact words, and it was simply my opinion given in an attempt to encourage him for the future.

I tend not to even think of race when speaking, and failed to realize that this could be construed as a racist statement on my part – something which was both naive & stupid, and which I will discontinue in the future.






WAL00084

Sept. 2, 2004

Attached statement was reviewed with Leanne Turley on 9/2/04 with the following comments:

1. As Store Manager promotions are a joint decision by District Manager, Ops. V.P. and Sr. Ops V.P., it was inappropriate for a Store Manager to lend opinion as to why an individual may or may not have been promoted.

2. Although intent was to offer empathy to Mr. Simple regarding not being promoted to Store Manager, lending opinion that the decision may have been influenced by race was both unfounded and inappropriate.

Leanne M. Turley

Turley
EXHIBIT NO. 4
11-30-05
J. JOHNSON

Go Back Print (w/Adds) Create Addendum Modify Delete Approve Reject Copy Reassign

## Case Inquiry Report

| | | | |
|---|---|---|---|
| Case Number | 55243 | Report Date | 09/29/2004 |
| Lead Category | | Lead Number | |
| Incident Date | 09/25/2004 | LPS Number | 231 |
| LPS Name | Martise Scott | LPRM Number | 36 |
| LPRM Name | Ryan M Harris | Location Number | 5188 |
| Location Type | Store | Location Address | 1525 N Veterans Pkwy Bloomington IL 61704 |

**Subject**

| | | | | | |
|---|---|---|---|---|---|
| Last Name | Turley | First Name | Leanne | MI | |
| Alias Last Name | | Alias First Name | | Alias MI | |
| Street Address1 | 1228 E GROVE ST | Street Address2 | | | |
| City | BLOOMINGTON | State | IL | Zip | 61701 |
| SSN | 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 | Sex | Female | Cashier Number | 101 |
| Position | Drug Store Manager | Company Start Date | 03/08/1985 | | |
| Average Hours | 44 | Profit Sharing Code | P | | |
| Age | 40 | Birth Date | 11/12/1963 | Minor ? | No |

| | | | |
|---|---|---|---|
| Case Report Status | Approved | Predication | Employee Relations |
| Case Type | Employee Relations | Specific Case Type | Discrimination |

If pharmacy case:
Were they controlled drugs?
Were you assisted by any of the following pharmacy personnel?
Were you assisted by LpxRx during investigation?
Was subject diverting or using drugs? None Selected

Turley EXHIBIT NO. 5 11-30-05 J. JOHNSON

| Were any of the following used ? | |
|---|---|
| Were you assisted by Lpx during investigation? | No |
| Did you interview the Subject ? | Yes |
| If Yes, date Interviewed | 08/25/2004 |
| Did the subject admit guilt ? | Yes |
| If Yes, admission was | Written/Signed |

Admin Data Page

List of Attachments
S-HADLEY
S-CULBERTSON
LET. EXA SIMPLE
EXA EVALUATION
Written Statement

Comments
None

| List known dollars of missing cash or merchandise | | | |
|---|---|---|---|
| Cash | $0 | | |
| Merchandise | $0 | | |
| S/S | $0 | | |
| Cigarettes | $0 | | |
| Rx | $0 | | |
| Photo | $0 | | |
| Liquor | $0 | | |
| Other | $0 | | |
| Amount Paid or Recovered | $0 | Additional Amount Promised | $0 |

| Disposition of the subject, if employee | Written Warning |
|---|---|
| If discharged or resigned, date of separation | |
| Was the subject prosecuted ? | No |

References
None

Brief Synopsis of the Case (if this is a Significant Case)

Addendums to this Case Report

None

Case Description

PREDICATION: This inquiry was predicated on information received from District Manager Palmer, on 07-29-04, regarding possible "Racial comments", surronding a recent promotion.

FACTS: On 07-29-2004, District Manager Palmer advised LPS Scott that he was in possession of a letter from EXA Eric Simple. According to District Manager Palmer, EXA Simple alleges that some disturbing statements were made by his former Store Manager Leanne Turley regarding his race being a factor in deciding whether are not if he would be promoted to a Store Manager in the city of Pontiac Illinois.

District Manager Palmer advised LPS Scott that he had contacted Employee Relations Attorney Rachel Ablin regarding the matter. Palmer advised that Ablin requested that LPS Scott accompanied by District Manager Palmer conduct an interview based on the above allegations that were presented in the letter that Eric Simple sent to District Manager Palmer. Arrangements were made to conduct the interview with Simple on 08-12-2004,during the afternoon, at Store # 2177,which is the store Simple is currently assigned to.

On 08-12-04,LPS Scott met with District Manager Palmer who upon arriving advised that he would like Store Manager King to also sit in on the interview.

At approximately 3:10 p.m., all parties involved met with EXA Simple in the stockroom.

LPS Scott advised EXA Simple of the nature of the interview.

According to Simple he attempted on several occasion to contact District Manager Palmer in an attempt to discuss his evaluation and comments that surrounded the promotion of Store Manager Jonland to the Pontiac Store. LPS Scott advised Simple that he was addressing the issues in which he stated that were of "racial overtones". EXA Simple indicated that he was concerned that the reason he was not promoted to the Pontiac Store was directly related to statements that were repeated to him by his former Store Manager Leanne Turley. EXA Simple stated that he attempted to discuss the matter with District Manager Palmer in February of 2004,but to no avail, which forced him to send the letter in question "certified mail". Simple stated that he did not understand why District Manager Palmer would not take his phone calls are set up a meeting.

District Manager Palmer responded that scheduling conflicts did not allow him the opportunity to have a meeting with Simple. Furthermore after EXA Simple filed a EEOC complaint he was advised to direct all inquires regarding Mr. Simple to "Employee Relations Attorney David Metz", which he did so.

District Manager Palmer advised LPS Scott that Mr. Simple had filed an Equal Employment opportunity case. It should be noted that LPS Scott was not made aware of this complaint until the above interview.

EXA Simple stated that he attempted to resolve the matter prior to going to the EEOC. Simple advised that he attempted to contact District Manager Palmer and implied that he and Palmer had a discussion regarding the promotion of Jonland on 10-2-2004. Simple alleges that District Manager Palmer stated that Jonland was better suited for that market due to "Market Appeal", when asked to explain the market appeal Simple alleges that Palmer stated "Your pulling the race card'. Simple also stated that he attempted to use the open door policy and contact Vice President of Operations Dave Gloudemans, but never received a call back.

It should be noted that District Manager Palmer denied ever making the statements regarding "market appeal and "playing the race card".

EXA Simple stated that on October 2nd and 3rd he confronted Store Manager Turley (manager at the time of the Pontiac store promotion), according to Simple, Turley advised Simple that " Pontiac was not ready for him". When asked to explain Turley stated that "a black man would fail in that store" and "that Pontiac was not ready for him".

EXA Simple was asked by District Manager Palmer to provide names of other employees that Simple alleges that were aware that Turley had made the above comments. EXA Simple initially stated that he did not want to reveal his source fearing they would face retaliation. District Manager Palmer advised simple it would allow LPS Scott to conduct a complete investigation. EXA Simple agreed and provided the following names: Jackie Hadley clerk at # 5188, Leanne Turley Store Manager # 5188, Jessica Culbertson Assistant Manager # 3181(formerly at # 5188), Sam Lahn # 2587 formerly of # 5188, Crystal Dwyer no longer in the District and Stephen Schnu no longer with the company.

EXA Simple presented LPS Scott with his 2003 and 2004 performance evaluations.

LPS Scott concluded the interview with Simple and advised Simple that he would be conducting an official inquiry. It appeared that EXA Simple was satisfied.

On 08-19-2004, LPS Scott contacted Rachel Ablin of Employee Relations. Ablin had been out of the office for a period, therefore delaying a follow up call. LPS Scott advised Ablin of his findings and was advised to begin interviewing. Ablin suggested that LPS Scott advise her of all findings after every interview. LPS Scott agreed and advised Ablin that interviews would start the following day (08-20-2004)

On 08-20-2004 around 9:30 a.m., LPS Scott conducted an interview with Assistant Manager Jessica Culbertson at Store # 3181, where she is currently assigned. Culbertson stated that she was aware of the comments surrounding EXA Simples complaints. Culbertson stated that during a conversation with Turley while working at stores # 5188, she asked why Simple did not get the Managers job in Pontiac? According to Culbertson Store Manager Turley stated that "Pontiac is not ready for Mr. Simple". Culbertson then asked Turley what she meant by that? Culbertson asked Turley do you mean because he's black? Culbertson related that Turley gave the nodding of the head indicating that Culbertson was correct. Culbertson also stated that Turley indicated that her comments regarding the situation should be noted as "off the record", this according to Culbertson. Assistant Manager Culbertson agreed to provide LPS Scott with a written statement. This concluded

the interview with Culbertson.

It should be noted that Culbertson was afraid to comment, fearing retaliation from the District Manager Palmer. LPS Scott asked Culbertson why she feared retaliation, Culbertson stated that Turley and Palmer are very close. LPS Scott assured Culbertson that the Walgreens Company does not tolerate retaliation.

It should be noted the Employee Relations Attorney Ablin was advised of the above statements. Ablin instructed LPS Scott to continue on to the next witness.

On 08-23-2004 around 11:30 p.m., LPS Scott conducted an interview with Clerk Jackie Hadley at store # 5188, where Hadley is currently working. Hadley stated that she had no knowledge that EXA Simple did not get the Pontiac store because he was black. It was said by Ms. Turley " that it would be harder if you were black", working in Pontiac. It should be noted that Mrs. Hadley made the comment after the interview that "Ms. Turley was not the only one who believed that it would be harder for a black person in Pontiac. When LPS Scott asked Hadley what she meant she indicated that that higher up believed this two. Hadley refused to write Turley's name during the written statement as the person making the above statement. Hadley did verbally admit this to LPS Scott. Clerk Hadley agreed to provide LPS Scott with a voluntary written statement

It should be noted that this concluded the interview with Hadley. It should be noted that Employee Relations Attorney Ablin was advised of the above statements. Ablin advised LPS Scott to proceed and interview Store Manager Turley.

On 08-25-2004,LPS Scott advised Store Manager Turley of his findings. Turley stated that she did make the comment to EXA Simple that she thought, "Jonland (newly promoted Store Manager # 5460) was a better fit for the Pontiac store. Turley also stated that she might have voiced her opinion to Simple that "Pontiac was not ready for a black Manager". Turley stated that this was of her own opinion and no one else's.

Turley stated that she did not intend for her comments to be hurtful to Simple but was only giving her on opinion. Store Manager Turley agreed to provide LPS Scott with a voluntary written statement surrounding this inquiry. This concluded the interview with Turley.

LPS Scott advised Store Manager Turley that if any disciplinary action were to take place it would be given from District Manager Palmer.

On 09-02-2004,District Manager Palmer contacted LPS Scott and advised him that we would be meeting with EXA Simple in an attempt to bring the above matter to a close. It should be noted that scheduling conflicts caused delays in the meeting with EXA Simple..

DISPOSITION: On 09-15-2004, District Manager Palmer and LPS Scott accompanied by Store Manager King contacted EXA Simple and advised him of the above findings. Simple was advised by District Manager and LPS Scott that in fact the alleged comments were made inappropriately by Store Manager Turley. District Manager Palmer also advised that "Disciplinary action", would be taking place regarding Ms. Turley's comments. This concluded the interview with EXA Simple who acknowledged that he was satisfied with the inquiry.

On 09-25-2004,In an attempt to gain closure LPS Scott contacted Employee Relations Attorney Ablin,who advised that the Written Disciplinary Action regarding Turley was forthcoming. This inquiry should be considered closed.

Go Back Print (w/Adds) Create Addendum Modify Delete Approve Reject Copy Reassign

History

Case Report Created by: Martise Scott on: 09/29/2004
Case Report Rejected by: Ryan Harris on: 09/29/2004
Case Report Updated by: Martise Scott on: 09/29/2004
Case Report Approved by: Ryan Harris on: 09/30/2004

## District Managers Report of EXA, MGT and AMN ratings submitted by Store MGRs.

ENTER ANY Changes you would like to make in the "GREEN" Columns - Default = NO CHANGE

EXHIBIT NO. 6 11-30-05 J. JOHNSON Turley

Final 4/16/05

| POS | LOC | First | Last | Sales-Suggestive Selling | Store Condition | Inventory | Develop Employees | Shrink | Teamwork | Policies | CustomerService | Pharmacy Knowlegde | Computer Systems | Coaching | Communication | Leadership | Time Mgmt | Flexibility | EagernesstoGrow | Drive For Results | EXCEL | Store MGR's Overall | MGR's Rating of Promotability | DM's Corrected Rating | FINAL DM's Rating of Promotability | Out-of-Balance Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMN | 04142 | PAMELA | HIRT | 3 | 3 | 4 | 3 | 4 | 2 | 4 | 3 | 3 | 4 | 3 | 4 | 3 | 4 | 3 | 3 | 3 | | 3 | | 3 | 0 | Ok |
| AMN | 05544 | TIMOTHY | BUNDY | 3 | 4 | 5 | 3 | 3 | 4 | 3 | 5 | 3 | 4 | 3 | 4 | 4 | 3 | 5 | 4 | 4 | | 3 | | 3 | 0 | Ok |
| AMN | 05088 | DAVID | WASSON | 4 | 4 | 4 | 3 | 4 | 3 | 5 | 5 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 3 | 4 | | 4 | | 4 | 0 | Ok |
| EXA | 01529 | MICHAEL | RAMPY | 2 | 3 | 2 | 3 | 3 | 3 | 3 | 2 | 2 | 4 | 3 | 3 | 3 | 3 | 2 | 2 | 2 | | 2 | Must Improve | 3 | Well-Positioned | Ok |
| EXA | 02148 | LEOTIS | DAVENPORT | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 3 | 3 | 4 | 3 | 3 | 3 | 4 | 3 | 3 | | 3 | Well-Positioned | 3 | Well-Positioned | Ok |
| EXA | 01529 | JEREMY | BIENEMAN | 4 | 3 | 3 | 4 | 3 | 5 | 4 | 4 | 3 | 3 | 4 | 5 | 5 | 3 | 5 | 4 | 4 | | 3 | Future MGR | 3 | Future MGR | Ok |
| EXA | 02587 | MATTHEW | SMITH | 3 | 3 | 3 | 4 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 2 | 2 | | 3 | Future MGR | 3 | Future MGR | Ok |
| EXA | 02100 | CHRISTINA | REISING | 3 | 3 | 4 | 2 | 3 | 3 | 3 | 4 | 2 | 4 | 2 | 3 | 3 | 4 | 5 | 3 | 3 | | 3 | Well-Positioned | 3 | Future MGR | Ok |
| EXA | 02206 | LORI | STONEKING | 3 | 3 | 4 | 3 | 4 | 4 | 3 | 3 | 3 | 4 | 3 | 4 | 3 | 4 | 3 | 3 | 3 | | 3 | Future MGR | 3 | Future MGR | Ok |
| EXA | 02442 | TIM | CORSARO | 3 | 4 | 3 | 4 | 3 | 4 | 4 | 4 | 3 | 4 | 4 | 5 | 3 | 3 | 4 | 3 | 3 | | 3 | Future MGR | 3 | Well-Positioned | Ok |
| EXA | 02588 | ROBERT | HUGHES | 2 | 3 | 2 | 3 | 4 | 4 | 3 | 4 | 2 | 3 | 3 | 4 | 3 | 3 | 4 | 4 | 3 | | 3 | Well-Positioned | 3 | Well-Positioned | Ok |
| EXA | 04142 | JAN | KRYGOWSKI | 2 | 3 | 3 | 2 | 3 | 3 | 3 | 3 | 3 | 4 | 2 | 3 | 2 | 4 | 4 | 2 | 2 | | 3 | Well-Positioned | 3 | Well-Positioned | Ok |
| EXA | 01529 | GARY | BROWN | 5 | 4 | 2 | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 4 | 3 | 5 | 4 | 5 | 5 | 5 | | 4 | MGR SOON | 4 | MGR SOON | Ok |
| EXA | 06604 | BETH | MINTON | 4 | 5 | 4 | 4 | 4 | 5 | 4 | 4 | 3 | 3 | 4 | 4 | 4 | 4 | 5 | 5 | 5 | | 4 | Future MGR | 4 | Future MGR | Ok |
| EXA | 06408 | TROY | KAUFMANN | 4 | 4 | 5 | 4 | 3 | 5 | 5 | 5 | 4 | 5 | 4 | 5 | 4 | 3 | 4 | 4 | 5 | | 4 | Future MGR | 4 | Future MGR | Ok |
| EXA | 04604 | JOHN | EMERY JR. | 4 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 5 | 4 | 3 | | 4 | Future MGR | 4 | Future MGR | Ok |
| EXA | 02177 | MELISSA | JONLAND | 4 | 4 | 3 | 3 | 4 | 5 | 3 | 3 | 3 | 3 | 4 | 3 | 3 | 4 | 4 | 4 | 4 | | 4 | Future MGR | 4 | MGR SOON | Ok |
| EXA | 05088 | MICHAEL | PHUNG | 4 | 4 | 4 | 4 | 4 | 5 | 4 | 5 | 3 | 4 | 4 | 4 | 4 | 4 | 5 | 5 | 5 | | 4 | Future MGR | 4 | Future MGR | Ok |
| EXA | 01300 | JEFFERY | HALVERSON | 4 | 4 | 4 | 5 | 5 | 4 | 5 | 4 | 3 | 5 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | | 4 | Future MGR | 4 | Well-Positioned | Ok |
| EXA | 02165 | CARMELLA | WILSON | 4 | 4 | 3 | 5 | 3 | 4 | 4 | 4 | 3 | 3 | 5 | 5 | 4 | 4 | 3 | 4 | 4 | | 4 | Future MGR | 4 | MGR SOON | Ok |
| EXA | 03161 | BRANDON | WATSON | 4 | 4 | 3 | 4 | 3 | 4 | 3 | 4 | 3 | 4 | 3 | 4 | 4 | 4 | 4 | 5 | 3 | | 4 | MGR SOON | 4 | MGR SOON | Ok |
| EXA | 05188 | ERIC | SIMPLE | 4 | 3 | 4 | 5 | 4 | 5 | 4 | 5 | 3 | 3 | 5 | 5 | 4 | 3 | 4 | 4 | 3 | | 4 | MGR SOON | 4 | MGR SOON | Ok |
| EXA | 02166 | DAVE | SIEGRIST | 4 | 4 | 3 | 3 | 4 | 4 | 3 | 5 | 2 | 4 | 4 | 3 | 4 | 4 | 5 | 5 | 5 | | 4 | MGR SOON | 4 | Future MGR | Ok |
| EXA | 05460 | SAMUEL | LAHN | 3 | 4 | 3 | 4 | 4 | 5 | 4 | 5 | 3 | 4 | 4 | 4 | 5 | 3 | 5 | 4 | 5 | | 4 | MGR SOON | 4 | Future MGR | Ok |

Dist28MgmtPerf

| POS | LOC | First | Last | Sales-Suggestive Selling | Store Condition | Inventory | Develop Employees | Shrink | Teamwork | Policies | CustomerService | Pharmacy Knowlegde | Computer Systems | Coaching | Communication | Leadership | Time Mgmt | Flexibility | EagernesstoGrow | Drive For Results | EXCEL | Store MGR's Overall | MGR's Rating of Promotability | DM's Corrected Rating | FINAL DM's Rating of Promotability | Out-of-Balance Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EXA | 05188 | DIANA | LESLIE | 3 | 4 | 5 | UNI | 3 | 4 | 3 | 4 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 3 | 3 | | 4 | Future MGR | 4 | Future MGR | Ok |
| EXA | 04142 | MICHAEL | HALLER | 3 | 3 | 4 | 3 | 3 | 4 | 3 | 4 | 3 | 2 | 3 | 3 | 4 | 2 | 5 | 4 | 4 | | 4 | Future MGR | 4 | Future MGR | Ok |
| EXA | 05544 | ELISA | SHANER | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 4 | | 5 | MGR SOON | 5 | MGR SOON | Ok |
| EXA | 06408 | MATTHEW | QUAYLE | 5 | 4 | 4 | 5 | 5 | 5 | 4 | 4 | 3 | 5 | 5 | 4 | 5 | 5 | 5 | 5 | 5 | | 5 | MGR SOON | 5 | MGR SOON | Ok |
| EXA | 06079 | JENNIFER | BOND | 4 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 4 | 5 | 5 | 5 | 5 | 5 | 5 | | 5 | MGR SOON | 5 | MGR SOON | Ok |
| EXA | 05088 | DAWN | BARNWELL | 4 | 4 | 4 | 4 | 4 | 5 | 5 | 5 | 4 | 5 | 5 | 4 | 5 | 5 | 5 | 5 | 5 | | 5 | MGR SOON | 5 | MGR SOON | Ok |
| MGT | 02587 | DANIEL | METZ | 3 | 2 | 3 | 2 | 3 | 3 | 3 | 2 | 1 | 2 | 2 | 3 | 2 | 2 | 3 | 2 | 3 | No | 2 | Must Improve | 2 | Must Improve | Ok |
| MGT | 02588 | JEREMY | BYRD | 2 | 3 | 2 | 3 | 3 | 3 | 3 | 4 | 2 | 2 | 1 | 3 | 2 | 2 | 3 | 4 | 4 | UNK | 2 | Must Improve | 2 | Must Improve | Ok |
| MGT | 05188 | THEO | EDDINS | 2 | 2 | 3 | 2 | 3 | 3 | 3 | 3 | 3 | 2 | 3 | 4 | 3 | 3 | 2 | 3 | 2 | No | 2 | Well-Positioned | 2 | Well-Positioned | Ok |
| MGT | 04142 | S | LOCK | 2 | 2 | 3 | 3 | 3 | 2 | 3 | 4 | 3 | 4 | 4 | 4 | 1 | 2 | 3 | 2 | 2 | No | 2 | Must Improve | 2 | Must Improve | Ok |
| MGT | 04142 | BONNI | DRIVER | 1 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 2 | 2 | 3 | 1 | 1 | No | 2 | Must Improve | 2 | Must Improve | Ok |
| MGT | 04732 | CHADWICK | HARPER | 4 | 4 | 3 | 3 | 3 | 4 | 4 | 4 | 3 | 3 | 3 | 3 | 4 | 3 | 4 | 3 | 3 | No | 3 | ADSM 2004 | 3 | ADSM 2004 | Ok |
| MGT | 05188 | ROBERT | HARPER | 4 | 3 | 4 | 3 | 3 | 3 | 4 | 5 | 4 | 3 | 4 | 4 | 4 | 3 | 3 | 3 | 2 | Yes | 3 | Well-Positioned | 4 | In Next ADSM | Ok |
| MGT | 02100 | JASON | CALEF | 4 | 3 | 4 | 2 | 4 | 3 | 3 | 4 | 2 | 3 | 3 | 3 | 3 | 4 | 4 | 3 | 4 | No | 3 | ADSM 2004 | 3 | ADSM 2004 | Ok |
| MGT | 04732 | DARRYL | STEELE | 4 | 4 | 3 | 3 | 3 | 3 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 3 | 3 | No | 3 | ADSM 2004 | 3 | Well-Positioned | Ok |
| MGT | 04504 | JULIA | ROSKILLY | 4 | 3 | 3 | 4 | 3 | 5 | 4 | 4 | 4 | 3 | 3 | 4 | 4 | 3 | 3 | 3 | 4 | No | 3 | Well-Positioned | 3 | Well-Positioned | Ok |
| MGT | 04732 | MICHELLE | STEARNS | 3 | 4 | 3 | 3 | 3 | 4 | 4 | 4 | 2 | 3 | 3 | 4 | 3 | 4 | 4 | 3 | 3 | No | 3 | Well-Positioned | 3 | Well-Positioned | Ok |
| MGT | 08408 | MARTIN | BEHNKE | 3 | 4 | 3 | 2 | 3 | 4 | 4 | 3 | 2 | 3 | 2 | 3 | 3 | 4 | 5 | 3 | 3 | No | 3 | Well-Positioned | 3 | Well-Positioned | Ok |
| MGT | 04504 | JOE | WHITE | 3 | 4 | 4 | 3 | 4 | 5 | 4 | 4 | 2 | 3 | 3 | 4 | 3 | 3 | 4 | 5 | 5 | No | 3 | ADSM 2004 | 3 | ADSM 2004 | Ok |
| MGT | 05188 | REBECCA | SPENCER | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 3 | 3 | 2 | 3 | 4 | 3 | 2 | 3 | 3 | 3 | No | 3 | Well-Positioned | 3 | Well-Positioned | Ok |
| MGT | 02177 | DAMEON | CLAYTON | 3 | 3 | 3 | 4 | 3 | 3 | 3 | 3 | 2 | 3 | 4 | 3 | 3 | 3 | 3 | 4 | 3 | Yes | 3 | ADSM 2004 | 3 | ADSM 2004 | Ok |
| MGT | 04732 | SUSAN | WALLACE | 3 | 4 | 3 | 4 | 3 | 4 | 4 | 4 | 2 | 3 | 4 | 4 | 3 | 4 | 4 | 3 | 3 | No | 3 | Well-Positioned | 3 | Well-Positioned | Ok |
| MGT | 02206 | MARIE | WATSON | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 2 | 2 | 4 | 4 | 4 | 4 | 4 | 3 | 3 | Yes | 3 | Well-Positioned | 3 | Well-Positioned | Ok |
| MGT | 02165 | PATRICIA | LILLIE | 3 | 4 | 3 | 3 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 3 | 4 | 3 | 3 | Yes | 3 | Well-Positioned | 3 | Well-Positioned | Ok |
| MGT | 05460 | ANGELA | LINDEEN | 3 | 3 | 2 | 3 | 3 | 3 | 3 | 3 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 3 | Yes | 3 | Too New | 3 | Too New | Ok |
| MGT | 06604 | PHILLIP | JANKE | 3 | 4 | 4 | 3 | 3 | 4 | 3 | 4 | 2 | 3 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | Yes | 3 | ADSM 2004 | 3 | ADSM 2004 | Ok |
| MGT | 05188 | BRIAN | JACKSON | 3 | 4 | 3 | 3 | 4 | 4 | 4 | 4 | 2 | 3 | 3 | 3 | 3 | 4 | 5 | 4 | 3 | Yes | 3 | ADSM 2004 | 3 | Well-Positioned | Ok |

Dist28MgmtPerf

| POS | LOC | First | Last | Sales-Suggestive Seling | Store Condition | Inventory | Develop Employees | Shrink | Teamwork | Policies | CustomerService | Pharmacy Knowlegde | Computer Systems | Coaching | Communication | Leadership | Time Mgmt | Flexibility | EagernesstoGrow | Drive For Results | EXCEL | Store MGR's Overall | MGR's Rating of Promotability | DM's Corrected Rating | FINAL DM's Rating of Promotability | Out-of-Balance Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MGT | 02165 | BRENDA | BESSERER | 3 | 4 | 3 | 3 | 5 | 4 | 3 | 4 | 3 | 4 | 4 | 3 | 4 | 4 | 3 | 3 | 4 | Yes | 4 | ADSM 2004 | 4 | ADSM 2004 | Ok |
| MGT | 02442 | VINCENT | MARTIN | 3 | 3 | 3 | 3 | 3 | 4 | 3 | 4 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 3 | 5 | Yes | 4 | Well-Positioned | 4 | Well-Positioned | Ok |
| MGT | 05544 | CHRISTOPHER | RENNAU | 3 | 4 | 3 | 3 | 4 | 3 | 4 | 5 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | Yes | 4 | Well-Positioned | 4 | Well-Positioned | Ok |
| MGT | 02166 | JAMIE | LEE | 3 | 4 | 3 | 3 | 3 | 4 | 4 | 4 | 2 | 3 | 4 | 3 | 4 | 4 | 5 | 5 | 5 | Yes | 4 | In Next ADSM | 4 | ADSM 2004 | Ok |
| MGT | 02148 | TRISHA | SPECKMANN | 3 | 5 | 4 | 3 | 3 | 4 | 3 | 4 | 2 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 4 | No | 4 | Well-Positioned | 4 | Well-Positioned | Ok |
| MGT | 05544 | ERIC | CLEER | 5 | 5 | 5 | 4 | 4 | 5 | 5 | 5 | 3 | 4 | 4 | 5 | 5 | 5 | 5 | 5 | 5 | Yes | 5 | In Next ADSM | 5 | In Next ADSM | Ok |
| MGT | 02587 | RYAN | THOMAS | 4 | 4 | 4 | 3 | 4 | 4 | 4 | 3 | 2 | 3 | 4 | 3 | 5 | 4 | 4 | 5 | 5 | Yes | 5 | In Next ADSM | 5 | In Next ADSM | Ok |
| MGT | 04504 | KRIS | STONEKING | 4 | 5 | 4 | 4 | 4 | 5 | 4 | 4 | 4 | 4 | 5 | 5 | 4 | 3 | 5 | 5 | 5 | Yes | 5 | In Next ADSM | 5 | In Next ADSM | Ok |

Dist28MgmtPerf

| POS | LOC | First | Last | Sales-Suggestive Seling | Store Condition | Inventory | Develop Employees | Shrink | Teamwork | Policies | CustomerService | Pharmacy Knowlegde | Computer Systems | Coaching | Communication | Leadership | Time Mgmt | Flexibility | EagernesstoGrow | Drive For Results | EXCEL | Store MGR's Overall | MGR's Rating of Promotability | DM's Corrected Rating | FINAL DM's Rating of Promotability | Out-of-Balance Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MGT | 06604 | JASON | IBBOTSON | 3 | 3 | 3 | 3 | 3 | 4 | 3 | 4 | 2 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 3 | Yes | 3 | ADSM 2004 | 3 | Well-Positioned | Ok |
| MGT | 01300 | JOHN | HORSLEY | 3 | 3 | 4 | 3 | 4 | 4 | 4 | 3 | 3 | 4 | 3 | 4 | 3 | 4 | 4 | 3 | 3 | No | 3 | Well-Positioned | 3 | Well-Positioned | Ok |
| MGT | 04504 | POLLY | HILLYER | 3 | 3 | 4 | 3 | 3 | 4 | 3 | 4 | 3 | 5 | 5 | 5 | 3 | 4 | 4 | 4 | 4 | No | 3 | Well-Positioned | 3 | Well-Positioned | Ok |
| MGT | 02166 | STEPHANIE | CAMDEN | 3 | 3 | 3 | 3 | 4 | 3 | 3 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | Yes | 3 | ADSM 2004 | 3 | ADSM 2004 | Ok |
| MGT | 02148 | DAVID | MICHAELS | 3 | 3 | 3 | 3 | 3 | 4 | 3 | 4 | 2 | 3 | 3 | 3 | 4 | 3 | 4 | 4 | 3 | Yes | 3 | ADSM 2004 | 3 | ADSM 2004 | Ok |
| MGT | 04732 | ERIN | HAMILTON | 3 | 4 | 3 | 3 | 3 | 4 | 4 | 3 | 4 | 3 | 3 | 4 | 3 | 4 | 4 | 3 | 3 | No | 3 | Well-Positioned | 3 | Well-Positioned | Ok |
| MGT | 05544 | PAUL | RANTISI | 3 | 5 | 3 | 3 | 4 | 4 | 3 | 5 | 4 | 3 | 3 | 4 | 3 | 5 | 5 | 5 | 5 | Yes | 3 | ADSM 2004 | 3 | Well-Positioned | Ok |
| MGT | 02206 | DENISE | RAY | 3 | 3 | 3 | 3 | 2 | 3 | 3 | 3 | 2 | 3 | 3 | 3 | 3 | 3 | 4 | 3 | 3 | Yes | 3 | Well-Positioned | 3 | Well-Positioned | Ok |
| MGT | 02442 | MATTHEW | SALM | 3 | 3 | 4 | 3 | 3 | 4 | 4 | 4 | 3 | 3 | 3 | 4 | 4 | 3 | 4 | 3 | 3 | No | 3 | Well-Positioned | 3 | Well-Positioned | Ok |
| MGT | 06408 | TIMOTHY | BELCHER | 2 | 4 | 4 | 4 | 3 | 4 | 3 | 4 | 2 | 2 | 4 | 4 | 3 | 3 | 4 | 3 | 3 | Yes | 3 | ADSM 2004 | 3 | Well-Positioned | Ok |
| MGT | 03181 | TAMMY | CRABILL | 2 | 2 | 3 | 2 | 3 | 3 | 3 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 3 | 2 | UNK | 3 | Well-Positioned | 3 | Well-Positioned | Ok |
| MGT | 04142 | DEBORAH | EDWARDS | 2 | 3 | 3 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 4 | 3 | 3 | 3 | No | 3 | ADSM 2004 | 3 | Well-Positioned | Ok |
| MGT | 01529 | ERIC | GORE | 2 | 2 | 3 | 4 | 3 | 3 | 3 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 4 | 3 | 3 | No | 3 | Well-Positioned | 3 | Well-Positioned | Ok |
| MGT | 06408 | ERIC | KIZZIAH | 2 | 4 | 3 | 2 | 3 | 4 | 4 | 5 | 2 | 2 | 3 | 4 | 3 | 3 | 5 | 4 | 4 | Yes | 3 | ADSM 2004 | 3 | Well-Positioned | Ok |
| MGT | 05460 | ERIN | KOHORST | 2 | 2 | 3 | 2 | 3 | 3 | 4 | 4 | 4 | 3 | 2 | 3 | 3 | 3 | 4 | 3 | 3 | Yes | 3 | Well-Positioned | 3 | Well-Positioned | Ok |
| MGT | 05088 | PAULA | COLE | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 5 | 3 | 4 | 4 | 4 | 4 | 3 | 4 | 4 | 4 | No | 4 | Well-Positioned | 4 | Well-Positioned | Ok |
| MGT | 08408 | ANDREW | DEARING | 4 | 4 | 5 | 4 | 4 | 4 | 3 | 5 | 4 | 3 | 5 | 4 | 5 | 3 | 5 | 5 | 5 | Yes | 4 | In Next ADSM | 4 | In Next ADSM | Ok |
| MGT | 04504 | SAUL | GROENE | 4 | 4 | 4 | 5 | 3 | 4 | 3 | 4 | 4 | 5 | 5 | 5 | 5 | 4 | 5 | 4 | 4 | No | 4 | In Next ADSM | 4 | ADSM 2004 | Ok |
| MGT | 06079 | JASON | CARGILL | 4 | 4 | 4 | 3 | 4 | 2 | 4 | 4 | 3 | 4 | 3 | 4 | 3 | 5 | 5 | 4 | 5 | Yes | 4 | In Next ADSM | 4 | In Next ADSM | Ok |
| MGT | 02177 | SONIA | CRITTENDON | 4 | 3 | 3 | 3 | 3 | 4 | 3 | 5 | 2 | 3 | 3 | 4 | 4 | 4 | 4 | 5 | 4 | Yes | 4 | In Next ADSM | 4 | In Next ADSM | Ok |
| MGT | 01300 | THOMAS | CADY | 4 | 4 | 3 | 3 | 5 | 3 | 4 | 4 | 3 | 3 | 3 | 4 | 4 | 3 | 4 | 5 | 4 | Yes | 4 | In Next ADSM | 4 | ADSM 2004 | Ok |
| MGT | 05188 | JESSICA | CULBERTSON | 4 | 3 | 4 | 3 | 3 | 5 | 4 | 3 | 2 | 3 | 3 | 4 | 4 | 4 | 4 | 3 | 3 | Yes | 4 | ADSM 2004 | 4 | ADSM 2004 | Ok |
| MGT | 05088 | SCOTT | SCHUSTER | 4 | 4 | 3 | 3 | 3 | 4 | 3 | 5 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 4 | No | 4 | ADSM 2004 | 4 | ADSM 2004 | Ok |
| MGT | 05088 | AMY | ROBB | 4 | 4 | 4 | 5 | 4 | 4 | 4 | 4 | 4 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | No | 4 | Well-Positioned | 4 | Well-Positioned | Ok |
| MGT | 08079 | JACOB | QUAYLE | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 4 | 4 | 4 | 4 | 4 | 5 | 4 | 3 | Yes | 4 | In Next ADSM | 4 | In Next ADSM | Ok |
| MGT | 02100 | NANCY | WEST | 4 | 4 | 3 | 3 | 3 | 4 | 3 | 4 | 2 | 3 | 4 | 5 | 4 | 4 | 5 | 5 | 5 | Yes | 4 | ADSM 2004 | 4 | ADSM 2004 | Ok |
| MGT | 05544 | SARA | SUTTON | 3 | 4 | 4 | 4 | 4 | 5 | 5 | 5 | 3 | 3 | 5 | 5 | 4 | 3 | 4 | 3 | 4 | No | 4 | Well-Positioned | 4 | Well-Positioned | Ok |