**E-FILED**
Friday, 28 July, 2006  03:33:45 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ERIC D. SIMPLE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-1305 |
| | ) | |
| WALGREEN CO., an Illinois Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

COMES NOW the defendant, WALGREEN CO., an Illinois Corporation, by and through its attorneys, HINSHAW & CULBERTSON LLP, and for its Answers to Plaintiff's First Set of Interrogatories, states as follows:

1.    Identify all individuals who provided information or, in any other manner, assisted or contributed to the preparation of these interrogatory answers, and specify to which answer or answers each individual assisted or contributed.

<u>**ANSWER:**</u>    **Mike Palmer
District Manager
Walgreen Co.
Peoria, IL  61614**

**Michelle Goetz
Administrative Assistant
Walgreen Co.
Deerfield, IL  60015**

**Princess Ayers
Project Manager
Walgreen Co.
Deerfield, IL  60015**

**Mr. Palmer contributed to all answers except Nos. 17 and 20, which answers consist of documents collected by Ms. Goetz and Ms. Ayers.**



*Palmer*
**EXHIBIT NO.** *1*
*11-30-05*
**J. JOHNSON**

2.    Prior to answering these interrogatories, have you made due and diligent search of the defendant's books, records, and papers and due and diligent inquiry of the agents and employees of the defendant?

**ANSWER:**    **Yes.**

3.    Identify by date all management positions that Walgreens offered Eric Simple and for each position please state the following:

a.    The date the position was offered;

b.    The title of the position;

c.    The location of the position including a complete address;

d.    The duties of the position; and

e.    The educational, and experience requirements for the position.

**ANSWER:**    **In November 2001, Mr. Simple was offered the Store Manager's position at the store at 1700 E. Court St., Kankakee, Illinois.**

**In November 2002, Mr. Simple was offered the Store Manager's position at the Western Avenue store, 600 South Western Avenue, Peoria, Illinois.**

**In December 2002, Mr. Simple was offered the Store Manager's position for the store at 1109 W. Main Street, Peoria, Illinois.**

4.    For every store manager position offered to plaintiff, Eric Simple please explain in detail why he was the best qualified candidate for the position.

**ANSWER:**    **For the Store Manager positions offered to Mr. Simple, he was the best qualified because of his experience and work performance as Executive Assistant Manager.**

80184956v1 846495

5.    Please identify a other EXA's (Executive Assistant Manager) in District #28 who was a candidate and/or was considered for a store management position offered to plaintiff, ERIC SIMPLE, and for each please state:

    a.    Their name;

    b.    Their age;

    c.    Their race and national origin;

    d.    Their gender;

    e.    Their educational qualification and experience related to a store management position; and

    f.    The reason they did or did not receive a store management position.

**ANSWER:**    **For 600 S. Western, Peoria: Mike Quayle, Troy Kauffman, Jennifer Bond; for 1109 W. Main Peoria: Staci Burmood, Mike Rampy, Jennifer Bond, Gary Brown; and for 1700 E. Court St., Kankakee: Dave Siegrist, Gary Brown, Carmella Wilson.**

6.    Please detail Walgreens policy and procedure for promoting EXA's to the position of Store Manager, including but not limited to the actual posting of the position, the interview process and acceptance of the position.

**ANSWER:**    **The District Manager identifies Executive Assistant Managers (EXAs) who are considered suitable for promotion to a Store Manager's position based upon the EXA's performance reviews and compatibility of their skills with the requirements of particular stores.  Depending upon the Store Manager's familiarity with the EXAs being considered for the Store Manager position, the District Manager may or may not interview the EXAs.  After the District Manager makes his selection, the decision is reviewed by an Operations Vice President and a Division Vice President, both of whom are located in the company's Deerfield, Illinois, offices.**

80184956v1 846495

7.    Please explain in detail why there is an interview and test given to be promoted from Assistant Manager to EXA, but no test or interview given to be promoted from EXA to Store Manager.

> **ANSWER:    Because typically the District Manager is well acquainted with the EXA's performance and because the decision to promote an EXA is based upon their performance in that position, EXAs are not always interviewed as part of the Store Manager selection process.**

8.    Please describe in detail the specific posting and interview process followed by District Manager, Mike Palmer, for each store manager position that he offered to plaintiff, ERIC SIMPLE.

> **ANSWER:    Mike Palmer identified Mr. Simple as a suitable candidate for each of the Store Manager positions he was offered. This decision was based upon Mr. Palmer's evaluation of Mr. Simple's performance as an EXA. Mr. Palmer offered the positions to Mr. Simple, who declined the positions because he said they would have required him to relocate and he was unwilling to do so.**

9.    Please describe what contribution or input, if any, the District Manager, Operations Vice President and Senior Operations Vice President, provide when determining who is the best qualified candidate to be promoted from EXA to Store Manager.

> **ANSWER:    The decision to promote an EXA to Store Manager is made primarily by the District Manager, with the Operations Vice President and the Division Vice President reviewing the EXA's performance and qualifications for the particular store.**

10.    Please provide details of the educational background of Melissa Jonland, both formal (High School, College, University, etc) and work related (seminars, workshops, etc.).

> **ANSWER:    Two years at Illinois Valley Community College and one year at Illinois State University. She also participated in the company's management training program.**

80184956v1 846495

11.    Please describe in detail why Melissa Jonland was determined to be the best

qualified candidate over all other EXA's in District #28 for the 1001 W. Reynolds Street,

Pontiac, Illinois Store Manager position in October, 2003.

> **ANSWER:**    **Store Manager Greg Gray, preceded Ms. Jonland as Store Manager of this operation for approximately 2-1/2 yr. Mr. Gray was demoted from this assignment as a result of violation of company policy.   In the months immediately prior to his demotion, employee morale in this operation had noticeably declined and there was a marked deterioration in inventory investment controls/management, salesfloor and stockroom organization and training/development/motivation of store staff. Ms. Jonland had exhibited a stronger performance history in the majority of these operational areas than other candidates considered, particularly as evidenced by her strong contribution in her previous assignment as EXA at store #2177.   This assessment of her performance level at the time was supported by Store Managers Kerry King #2177 and Leanne Turley #5188.**

12.    Please identify how many stores Melissa Jonland has worked in as an Assistant

EXA prior to her promotion to store manager including but not limited to the length of time

worked in each store and the mane [sic] of the supervising manager for each store.

> **ANSWER:**    **Ms. Jonland has worked in the following locations as an EXA:**
>
> **4/02 through 10/03 – Store #2177; 1110 N. Main St., Bloomington, IL.  Store Manager:  Mr. Kerry King**
>
> **4/01 through 3/02 – Store #5188; 1525 N. Veterans Pkwy., Bloomington, IL.  Store Manager:  Ms. Leanne Turley.**

13.    Please identify any and all stores that the plaintiff, ERIC SIMPLE, has worked in

as a Assistant EXA including but not limited to the length of time worked in each store and the

mane [sic] of the supervising manager for each store.

> **ANSWER:**    **Mr. Simple has worked in the following locations as an EXA:**
>
> **4/04 through 12/04 – Store #2177; 1110 N. Main St., Bloomington, IL.  Store Manager:  Mr. Kerry King.**

80184956v1 846495

> **4/02 through 3/02 – Store #5188; 1525 N. Veterans Pkwy., Bloomington, IL.  Store Manager:  Ms. Leanne Turley.**
>
> **6/01 through 3/02 – Store #2587; 2611 E. Oakland Ave., Bloomington, IL.  Store Manager(s):  Mr. Ken Hadley and Mr. Billy Walden.**

14.    Please identify any and all other candidates who were considered for the Pontiac, Illinois (store number 5460) Manager position for October 2003; the Kankakee, Illinois, (store number 2148) Manager position for November 2001; and Peoria, Illinois (store number 1300) Manager position and for each please state the following:

    a.    The name of the candidate;

    b.    The store(s) they were considered for; and

    c.    The reason the candidate was rejected as a Store Manager.

    **ANSWER:    See Answer to Interrogatory No. 5.**

15.    Please identify the number of years that District Manager, Mike Palmer has been employed by Walgreens, and the positions he held during those years.  Please provide the names of all African-Americans who have been promoted or recommended for promotion to the position of Store Manager during Mike Palmer's employment with Walgreens, and for each person please identify each individual by name, the store they manage, and whether they are still employed by Walgreens as a store manager.

> **ANSWER:    Mr. Palmer has been employed as District Manager for 16 years. During Mr. Palmer's tenure as District Manager, Montez Dones, an African-American, was promoted to Store Manager at 1101 N. Main, Normal, Illinois.   Mr. Dones is still employed by the company.**

6

80184956v1 846495

16.    Please identify any and all complaints of discrimination filed against District Manager, Mike Palmer (internally or externally) and with allegation please provide the following:

        a.    The date of the charge/complaint;

        b.    The nature of the allegation; and

        c.    Whether Walgreens conducted an investigation of the charge/complaint;

        d.    The result of the investigation or whether the charge/complaint is still pending.

**ANSWER:**    **None, other than Mr. Simple's.**

17.    Please identify the socioeconomic and ethnic make up of each store in District #28.

**ANSWER:**    **Objection. This interrogatory is vague. What is meant by "each store"? If the plaintiff is seeking census information, this is as readily available to the plaintiff as to the defendant.**

18.    Please provide any information regarding any disciplinary action, if any, that may have been taken against Bloomington, (store number 5188) Store Manager, Leann Turley, for the racial statements she made to plaintiff regarding the reasons he was not promoted to store manager of Pontiac, Illinois, facility.

**ANSWER:**    **The defendant objects to the form of the interrogatory and in particular to the characterization of Ms. Turley's statements as "racial statements she made to the plaintiff."**

19.    Please state in detail when Walgreens first became aware that racial statements had been made to plaintiff that his race was the factor in his non-selection as store manager of the Pontiac, Illinois facility.

**ANSWER:**    **The defendant objects to the characterization "that racial statements had been made to plaintiff that his race was the factor**

80184956v1 846495

in his non-selection of store manager." To the extent this refers to any statement made by Ms. Turley or any other Walgreen employee, it is an inaccurate characterization.

20.    Please describe in detail Walgreens policy, if any, against racial discrimination, racial harassment, or a racially hostile environment.

**ANSWER:    See document attached at WAL00275.**

21.    Please state in detail the events that occurred leading up to the availability of a Store Manager position at 600 Western Avenue, Peoria, Illinois in April, 2004.

**ANSWER:    The previous store manager, Jeff Stokes, was promoted to a higher sales/profit store.**

22.    Prior to October 2003, was Melissa Jonland offered a Store Manager position in any other Walgreens store, and if so, is, for each please identify the following:

a.    The location of the store;

b.    The date the position became available;

c.    List the names of all candidates considered for the position; and

d.    The name of the person appointed Store Manager.

**ANSWER:    No.**

I, MIKE PALMER, state under penalty of perjury that the foregoing Answers to Plaintiff's First Set of Interrogatories are true and correct.

Executed at Peoria, Illinois, this ___6th___ day of ~~April~~, June 2005.

MIKE PALMER,
District Manager, Walgreen Co.

WALGREEN CO., an Illinois Corporation,

By: HINSHAW & CULBERTSON LLP

L. Lee Smith
One of Its Attorneys
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61602
309-674-1025

80184956v1 846495

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 8, 2005, a copy of the foregoing document was served upon the following counsel by:

_____ Enclosing it in an envelope, properly addressed as indicated below, with first-class postage prepaid at Peoria, Illinois;

_____ Facsimile transmission;

___✓___ Personal service

Donald R. Jackson
Attorney at Law
456 Fulton St., Suite 218
Peoria, IL 61602

80184956v1 846495

# WALGREENS POLICY AGAINST HARASSMENT AND DISCRIMINATION

Walgreens subscribes to a policy of equal employment opportunity, making employment available without regard to race, color, religion, national origin, citizenship status according to the Immigration Reform and Control Act of 1986, sex, sexual orientation, age, or disability.

Walgreens believes that employees have a right to work in an environment free of verbal or physical harassment on account of race, color, religion, national origin, sex, sexual orientation, age, disability, or any personal characteristic. Walgreens' policy strictly prohibits any harassing conduct that affects an individual's employment, interferes with an individual's work performance, or creates an intimidating, hostile, or offensive working environment, even if the harassing behavior does not rise to the level of legally actionable conduct. Such harassment on the part of supervisors or employees will not be tolerated.

Anyone found to have violated *Walgreens Policy Against Harassment and Discrimination* may be subject to serious disciplinary action up to and including termination of employment.

## WHAT IS SEXUAL HARASSMENT?

Sexual harassment includes, but is not limited to:
* Making unwelcome sexual advances or requests for sexual favors or other verbal or physical conduct of a sexual nature as a condition of an employee's continued employment.
* Making a submission to or rejection of such conduct a basis for employment decisions affecting the employee.
* Creating an intimidating, hostile, or offensive working environment by verbal or physical conduct of a sexual nature.

## WHAT CONSTITUTES HARASSING BEHAVIOR?

Harassing behavior may be verbal, nonverbal, or physical. Examples of inappropriate behaviors include:
* **Verbal** - Discriminatory comments, epithets, slurs, insults, threats, or jokes about personal or physical traits or of a personal or physical nature, as well as sexual innuendoes, unwelcome requests for any type of sexual favor or dating, questions about personal sexual matters, or sexually suggestive comments.
* **Nonverbal** - Suggestive or insulting noises, leering, whistling, obscene gestures, and the posting or possession at the workplace of objects, written materials, posters, cartoons, or pictures that are of a sexually suggestive, pornographic, or discriminatory nature.
* **Physical** - Improper touching, hugging, pinching, brushing, rubbing, or massaging the body, unnecessary closeness, coercing sexual intercourse and assault, or any other intimidating or unwelcome physical contact.

It should be noted that engaging in activity of a personal or intimate sexual nature, whether or not consensual, is considered inappropriate in the workplace environment and will subject all involved to disciplinary action, up to and including termination of employment.

## HOW CAN I REPORT A PROBLEM?

Employees who believe they have experienced or observed discrimination and/or harassment should report their complaint immediately to their choice of their Store Manager, District Manager, Store Operations Vice President, Loss Prevention Supervisor, the Loss Prevention Hotline at 1-800-666-5677, or the Employee Relations Department at Corporate Headquarters, (847) 914-5394. Loss Prevention and Employee Relations have both male and female staff available to investigate these matters.

Each complaint will be investigated on a priority basis, with the investigation coordinated by the Employee Relations Department. Although Walgreens must collect all relevant information, the investigation will be confidential, with disclosure made only where there is a need to know.

Decisions reached will be communicated to those involved. Walgreens encourages any employee to direct questions regarding discrimination or harassment to the Employee Relations Department and assures that this may be done without fear of retaliation. All decisions are reviewable upon request by the Vice President of Human Resources, 200 Wilmot Road, Deerfield, Illinois 60015.

Everyone is encouraged to assist Walgreens in maintaining a workplace free of discrimination and/or harassment. It is only through immediate, accurate, and honest reporting of possible acts of discrimination and/or harassment that Walgreens can conduct meaningful investigations and take appropriate corrective action. Being dishonest about a claim of discrimination and/or harassment will be considered as serious as the harassment or discrimination itself and may result in termination of employment.

## MANAGEMENT RESPONSIBILITIES

Any manager who ignores and/or knowingly conceals concerns of discrimination and/or harassment in violation of this policy will be subject to serious disciplinary action, up to and including termination of employment.

## RETALIATION

Retaliation against a person who files a charge of discrimination, participates in an investigation, or opposes an unlawful employment practice, is prohibited by law. It is Walgreens' policy not to tolerate such behavior. Any employee determined to have retaliated against an individual will be subject to serious disciplinary action, up to and including termination of employment.

*Additional state and local laws may apply; please consult the Personnel Policy Manual for additional information.*

WAL00275

E-FILED
Wednesday, 08 June, 2005  03:38:48 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ERIC D. SIMPLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  04-1305 |
| | ) | |
| WALGREEN CO., an Illinois Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

TO:    All Attorneys of Record

THE UNDERSIGNED CERTIFIES that a true copy of the following discovery documents, were served on the 8th day of June, 2005:

**ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

WALGREEN CO., an Illinois Corporation,

By: HINSHAW & CULBERTSON LLP

s/L. Lee Smith
L. Lee Smith
One of Its Attorneys
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61602
309-674-1025

## CERTIFICATE OF SERVICE

I hereby certify that on **June 8, 2005,** I electronically filed this **NOTICE OF SERVICE OF DISCOVERY DOCUMENTS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Donald R. Jackson
Attorney at Law
456 Fulton St., Suite 218
Peoria, IL  61602

                                  s/L. Lee Smith
                                  Attorneys for Defendant
                                  L. Lee Smith
                                  HINSHAW & CULBERTSON LLP
                                  456 Fulton St., Suite 298
                                  Peoria, IL  61602
                                  309-674-1025

2

| Reports | Feedback | Help | LogOff |

*TWO STORE OFFER.*
*TO ME.*

Date : Mon May 17 21:08:09 CDT 2004



## District 028 - ILLINOIS NORTH (Total Stores in District - 25)

**Peer Group 119 - LowInc(<40K),Wht(>80%),Midwest   ( Total Stores in Peer Group - 167 )**

| Store | Address | | Income | Demographics |
|---|---|---|---|---|
| 2100 | 1021 Court, Pekin, IL | | LowInc (<40K) | Wht(>80%) |
| 2185 | 845 N Main, Canton, IL | | LowInc (<40K) | Wht(>80%) |
| 4142 | 1050 N. Kennedy Drive, Kankakee, IL | | LowInc (<40K) | Wht(>80%) |
| 7216 | 1057 E Main Street, Galesburg, IL | | LowInc (<40K) | Wht(>80%) |

**Peer Group 121 - LowInc(<40K),AfAm(>40%),North   ( Total Stores in Peer Group - 115 )**

| 1300 | 600 S Western, Peoria, IL   *APRIL 30, 2004 IMTCH. I FILED WITH EOE* | | LowInc (<40K) | AfAm(>40%) |
| 2148 | 1700 E Court, Kankakee, IL   *NOV. 14, 2001* | | LowInc (<40K) | AfAm(>40%) |

**Peer Group 151 - LowInc(<40K),Wht(>25%)AfAm(15-40%),North   ( Total Stores in Peer Group - 90 )**

| 1529 | 1109 W Main, Peoria, IL | | LowInc (<40K) | Wht(>25%)AfAm(15-40%) |
| 3181 | 2515 N Knoxville Ave, Peoria, IL | | LowInc (<40K) | Wht(>25%)AfAm(15-40%) |

**Peer Group 219 - AvgInc(40-60K),Wht(>80%),Midwest   ( Total Stores in Peer Group - 606 )**

| 2166 | 3524 N. University, Peoria, IL | | AvgInc(40-60K) | Wht(>80%) |
| 2177 | 1110 N Main, Bloomington, IL | | AvgInc(40-60K) | Wht(>80%) |
| 2587 | 2611 E Oakland, Bloomington, IL | | AvgInc(40-60K) | Wht(>80%) |
| 3763 | Nec Of Wilmore & Peoria, Washington, IL | | AvgInc(40-60K) | Wht(>80%) |
| 4732 | 2020 Court Street, Pekin, IL | | AvgInc(40-60K) | Wht(>80%) |
| 5088 | 300 N Main St, East Peoria, IL | | AvgInc(40-60K) | Wht(>80%) |
| 5188 | 1525 N Veterans Pkwy, Bloomington, IL | | AvgInc(40-60K) | Wht(>80%) |
| 6079 | 4814 N Sheridan Rd, Peoria, IL | | AvgInc(40-60K) | Wht(>80%) |
| 6604 | 1919 West Pioneer Parkway, Peoria, IL | | AvgInc(40-60K) | Wht(>80%) |
| 9313 | Nec Of Towanda & Ft Jesse, Normal, IL | | AvgInc(40-60K) | Wht(>80%) |

**Peer Group 259 - AvgInc(40-60K),Wht(>25%)AfAm(15-40%),Midwest   ( Total Stores in Peer Group - 137 )**

| 5544 | 1200 E War Memorial Dr, Peoria Heights, IL | | AvgInc(40-60K) | Wht(>25%)AfAm(15-40%) |
| 8408 | 2324 W War Memorial Drive, Peoria, IL | | AvgInc(40-60K) | Wht(>25%)AfAm(15-40%) |

**Peer Group 908 - Rural   ( Total Stores in Peer Group - 73 )**

*Palmer*
EXHIBIT NO. 2
*11-30-05*
J. JOHNSON

View My Requests - 02177                                              5/17/04 9:08:11 PM

| 2206 | 300 E Jackson St, Macomb, IL | Rural | | AvgInc(40-60K) | Wht(>80%) | |
|------|------------------------------|-------|--|----------------|-----------|--|
| 2442 | 501 N Convent St, Bourbonnais, IL | Rural | | AvgInc(40-60K) | Wht(>80%) | |
| 2588 | 1101 N Main - Suite 2, Normal, IL | Rural | | AvgInc(40-60K) | Wht(>80%) | |
| 4504 | 844 W Fremont St, Galesburg, IL | Rural | | AvgInc(40-60K) | Wht(>80%) | |
| 5460 | 1001 W Reynolds St, Pontiac, IL | Rural | ✈ | AvgInc(40-60K) | Wht(>80%) | ★ |

Palmer
EXHIBIT NO. 3
11-30-05
J. JOHNSON

## ==== DISTRICT SALES REPORT ====

028 - Illinois North
Mike Palmer
Tammy Birke

| | | |
|---|---|---|
| # of Days in Period: | 21 | |
| Report for Period - From: | Oct - 01 | # of Est Stores: 22 |
| To: | Oct - 21 | # of Non-Est Stores |
| | | # of Total Stores: 22 |

| STORE # | STORE ADDRESS | | SELF SERVE DOLLARS | AVG SALE | RX DOLLARS | RX AVG | CIGRETTE DOLLARS | TOTAL SALES | CUST COUNT | SS BUY | SS Mrd lav DOS (TY/LY) | Rx Mrd lav DOS (TY/LY) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01300 | 800 S WESTERN AVE PEORIA IL O: 8406 M C QUAYLE 05/04 | TY | 54,254 | $ 4.86 | 188,419 | 204 | 6,921 | 248,594 | 11,170 | 6381 | 378881 | 294552 |
| | | LY | 52,095 | $ 4.55 | 196,105 | 214 | 7,691 | 255,571 | 11,511 | 17161 | 382015 | 285975 |
| | | Dif | 2,159 | $ 0.33 | (7,888) | -10 | (760) | (6,277) | (341) | -10780 | 207 | 45 |
| | | % | 4.1% | 7.3% | -3.9% | -4.5% | -9.8% | -2.5% | -3.0% | | 217 | 41 |
| 01529 | 1109 W MAIN ST PEORIA IL O: 8505 S L BURWOOD WARD 12/02 | TY | 97,425 | $ 7.34 | 164,030 | 171 | 7,397 | 288,652 | 13,278 | 11705 | 394176 | 272412 |
| | | LY | 93,185 | $ 7.14 | 158,678 | 160 | 5,216 | 257,077 | 13,050 | 15953 | 421077 | 234916 |
| | | Dif | 4,240 | $ 0.20 | 25,354 | 11 | 2,181 | 31,775 | 228 | -4248 | 128 | 4K |
| | | % | 4.8% | 2.8% | 16.0% | 7.2% | 41.8% | 12.4% | 1.7% | | 144 | 4K |
| 02100 | 1021 COURT ST PEKIN IL O: 8904 B N GENTRY 10/01 | TY | 97,733 | $ 8.35 | 217,754 | 201 | 5,795 | 321,282 | 11,711 | 19639 | 440032 | 280036 |
| | | LY | 93,131 | $ 7.81 | 238,328 | 238 | 7,264 | 338,723 | 11,931 | 39499 | 465697 | 271500 |
| | | Dif | 4,602 | $ 0.54 | (20,574) | -37 | (1,469) | (17,441) | (220) | -19860 | 149 | 3K |
| | | % | 4.9% | 6.9% | -8.6% | -15.8% | -20.7% | -5.1% | -1.8% | | 157 | 31 |
| 02146 | 1700 E COURT ST KANKAKEE IL O: 8911 D M SEIGRIST 10/04 | TY | 96,933 | $ 8.53 | 197,585 | 202 | 7,867 | 302,585 | 14,838 | -99 | 450468 | 245715 |
| | | LY | 95,723 | $ 5.88 | 205,316 | 214 | 10,661 | 311,700 | 16,267 | 21462 | 430050 | 231326 |
| | | Dif | 1,210 | $ 0.65 | (7,731) | -12 | (2,794) | (9,315) | (1,429) | -21561 | 139 | 34 |
| | | % | 1.3% | 11.0% | -3.8% | -5.6% | -26.2% | -3.0% | -8.8% | | 134 | 31 |
| 02185 | 845 N MAIN ST CANTON IL O: 9902 J R STOKES 05/04 | TY | 82,929 | $ 7.09 | 328,687 | 306 | 3,987 | 415,503 | 11,702 | 20580 | 426980 | 407762 |
| | | LY | 83,451 | $ 6.83 | 341,258 | 323 | 5,783 | 430,592 | 12,218 | 28468 | 429865 | 389015 |
| | | Dif | (522) | $ 0.25 | (12,771) | -17 | (1,798) | (15,088) | (511) | -7888 | 170 | 33 |
| | | % | -0.6% | 3.7% | -3.7% | -5.2% | -31.1% | -3.5% | -4.2% | | 163 | 3K |
| 02186 | 3534 N UNIVERSITY ST PEORIA IL O: 8910 R G BRANDOW 07/04 | TY | 110,632 | $ 7.85 | 345,267 | 214 | 7,187 | 363,086 | 14,095 | 29147 | 449217 | 359826 |
| | | LY | 108,672 | $ 7.79 | 350,326 | 231 | 4,839 | 363,837 | 13,952 | 14890 | 491244 | 362891 |
| | | Dif | 1,960 | $ 0.08 | (5,059) | -17 | 2,348 | (751) | 143 | 14257 | 126 | 39 |
| | | % | 1.8% | 0.8% | -2.0% | -7.7% | 48.5% | -0.2% | 1.0% | | 142 | 3K |
| 02177 | 1110 N MAIN ST BLOOMINGTON IL O: 8906 K W KING 03/99 | TY | 170,508 | $ 8.60 | 310,146 | 278 | 6,721 | 487,377 | 19,831 | 20451 | 515357 | 360475 |
| | | LY | 166,080 | $ 8.45 | 265,776 | 269 | 4,618 | 438,478 | 19,665 | 28486 | 464278 | 336452 |
| | | Dif | 4,428 | $ 0.15 | 44,370 | 11 | 2,903 | 60,901 | 166 | -8015 | 100 | 31 |
| | | % | 2.7% | 1.8% | 16.7% | 4.0% | 45.5% | 11.7% | 0.8% | | 92 | 3K |
| 02205 | 300 E JACKSON ST MACOMB IL O: 9410 P H ROBERTS 02/01 | TY | 143,255 | $ 7.82 | 458,894 | 441 | 4,418 | 604,663 | 18,328 | 19328 | 480449 | 434845 |
| | | LY | 128,843 | $ 7.56 | 393,530 | 407 | 3,692 | 528,085 | 17,038 | 25253 | 447753 | 387204 |
| | | Dif | 14,512 | $ 0.26 | 65,364 | 34 | 726 | 76,802 | 1,288 | -5905 | 103 | 2? |
| | | % | 11.3% | 3.5% | 16.1% | 8.3% | 19.7% | 14.9% | 7.5% | | 112 | 27 |
| 02442 | 501 N CONVENT ST BOURBONNAIS IL O: 9108 M D WOYNER 10/03 | TY | 177,359 | $ 9.25 | 362,838 | 314 | 7,429 | 547,626 | 19,171 | 19726 | 495236 | 440812 |
| | | LY | 168,371 | $ 8.70 | 346,047 | 308 | 7,655 | 516,071 | 19,350 | 45044 | 517484 | 507135 |
| | | Dif | 8,988 | $ 0.55 | 22,791 | 7 | (226) | 31,556 | (179) | -25316 | 90 | 3? |
| | | % | 5.3% | 6.3% | 6.7% | 2.4% | -2.9% | 6.1% | -0.9% | | 98 | 24 |
| 02567 | 3611 E OAKLAND AVE BLOOMINGTON IL O: 9511 B F WALDEN JR 10/01 | TY | 174,093 | $ 10.00 | 331,256 | 315 | 4,802 | 510,241 | 17,415 | 32004 | 473126 | 396631 |
| | | LY | 149,870 | $ 9.39 | 308,047 | 301 | 3,352 | 461,269 | 15,960 | 23768 | 445132 | 350212 |
| | | Dif | 24,223 | $ 0.61 | 23,209 | 14 | 1,540 | 48,972 | 1,455 | 8236 | 92 | 3? |
| | | % | 16.2% | 6.5% | 7.5% | 4.7% | 45.9% | 10.6% | 9.1% | | 97 | 3K |
| 02588 | 1101 N MAIN SUITE 2 NORMAL IL O: 9108 M R DONES 08/01 | TY | 103,926 | $ 7.85 | 218,955 | 202 | 5,919 | 328,801 | 13,235 | 16482 | 384348 | 288055 |
| | | LY | 100,120 | $ 7.45 | 218,094 | 209 | 5,715 | 323,929 | 13,443 | 18592 | 384541 | 307564 |
| | | Dif | 3,806 | $ 0.40 | 862 | -8 | 204 | 4,872 | (208) | -2130 | 126 | 35 |
| | | % | 3.8% | 5.4% | 0.4% | -3.7% | 3.6% | 1.5% | -1.5% | | 121 | 33 |
| 02181 | 3515 N KNOXVILLE AVE PEORIA IL O: 9406 P A HUST 05/04 | TY | 120,188 | $ 6.84 | 367,880 | 337 | 9,544 | 497,412 | 17,576 | 31650 | 468133 | 425752 |
| | | LY | 114,995 | $ 6.53 | 357,083 | 343 | 7,713 | 479,791 | 17,614 | 37212 | 572133 | 400316 |
| | | Dif | 5,193 | $ 0.31 | 10,597 | -6 | 1,831 | 17,621 | (38) | -5582 | 124 | 31 |
| | | % | 4.5% | 4.7% | 3.0% | -1.7% | 23.7% | 3.7% | -0.2% | | 146 | 92 |
| 04142 | 1050 N KENNEDY DR KANKAKEE IL [24 Hr] O: 9708 J S THOMPSON 08/97 | TY | 273,978 | $ 7.08 | 1,034,068 | 905 | 10,859 | 1,320,703 | 34,325 | 57050 | 594783 | 740561 |
| | | LY | 279,728 | $ 7.09 | 925,976 | 889 | 17,838 | 1,228,848 | 36,365 | 69963 | 639563 | 599300 |
| | | Dif | (5,753) | $ 0.02 | 108,089 | 16 | 1,021 | 103,357 | (2,040) | -12815 | 88 | 15 |
| | | % | -2.1% | 3.8% | 11.7% | 1.8% | 5.8% | 8.4% | -5.6% | | 79 | 17 |
| 04504 | 844 W FREMONT ST GALESBURG IL O: 9806 [24 Hr] L E BENEFIELD 04/04 | TY | 199,237 | $ 7.60 | 681,313 | 865 | 9,570 | 899,120 | 26,215 | 53453 | 547182 | 599677 |
| | | LY | 184,395 | $ 7.20 | 548,413 | 636 | 9,389 | 842,207 | 25,600 | 55684 | 521930 | 623444 |
| | | Dif | 14,842 | $ 0.40 | 32,900 | 19 | 171 | 47,913 | 615 | -2231 | 88 | 24 |
| | | % | 8.0% | 5.5% | 5.1% | 2.9% | 1.8% | 5.7% | 2.4% | | 93 | 2K |
| 04732 | 2020 COURT ST PEKIN IL O: 9806 [24 Hr] S M BEYER 10/96 | TY | 151,839 | $ 7.92 | 614,048 | 539 | 5,241 | 771,128 | 18,161 | 35000 | 494063 | 560877 |
| | | LY | 139,303 | $ 7.85 | 565,258 | 528 | 4,196 | 708,657 | 17,742 | 45306 | 530376 | 511126 |
| | | Dif | 12,536 | $ 0.07 | 48,690 | 11 | 1,045 | 62,471 | 1,419 | -10306 | 104 | 25 |
| | | % | 9.0% | 0.9% | 8.6% | 2.0% | 24.9% | 8.8% | 8.0% | | 119 | 24 |
| 05088 | 300 N MAIN ST E PEORIA IL O: 9903 [24 Hr] L C BENEFIELD 02/99 | TY | 120,733 | $ 7.78 | 537,086 | 449 | 6,435 | 664,274 | 16,523 | 42008 | 525657 | 510406 |
| | | LY | 160,039 | $ 8.11 | 536,104 | 470 | 5,303 | 701,446 | 19,728 | 61322 | 529071 | 492435 |
| | | Dif | (39,266) | $ (0.33) | 982 | -21 | 1,132 | (37,172) | (4,205) | -19314 | 142 | 22 |
| | | % | -24.5% | -4.1% | 0.2% | -4.5% | 21.3% | -5.3% | -21.3% | | 105 | 24 |
| 05188 | 1525 N VETERANS PKWY | TY | 268,338 | $ 8.44 | 830,798 | 780 | 7,767 | 1,107,894 | 31,904 | 44984 | 545074 | 741462 |

## ==== DISTRICT SALES REPORT ====

028 - Illinois North
Mike Palmer
Tammy Bins

# of Days in Period: 21
Report for Period - From: Oct - 01
To: Oct - 21

# of Est Stores: 22
# of Non-Est Stores:
# of Total Stores: 22

| STORE # / STORE ADDRESS | | SELF SERVE DOLLARS | AVG SALE | RX DOLLARS | RX AVG | CIGRETTE DOLLARS | TOTAL SALES | CUST COUNT | SS BUY | SS Mrg Inv DOS (TY,LY) | Rx Mrg Inv DOS(TY,LY) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BLOOMINGTON IL | LY | 249,864 $ | 8.53 | 718,588 | 698 | 6,502 | 975,054 | 29,312 | 51893 | 581585 | 697741 |
| O: 09/03 [24 Hr] | Dif | 19,374 $ | (0.08) | 112,201 | 82 | 1,265 | 132,840 | 2,582 | -8909 | 68 | 24 |
| L M TURLEY 03/99 | % | 7.8% | -1.0% | 15.6% | 8.9% | 19.5% | 13.6% | 8.8% | | 76 | 21 |
| 05490 1001 W REYNOLDS ST | TY | ~ 91,115 $ | 9.11 | 194,542 | 184 | 9,770 | 265,427 | 10,608 | -2096 | 437018 | 260374 |
| PONTIAC IL | LY | 83,657 $ | 8.85 | 154,370 | 160 | 7,070 | 245,097 | 9,449 | 26760 | 483258 | 205651 |
| O: 00/01 | Dif | 7,458 $ | 0.25 | 40,172 | 24 | 2,700 | 50,330 | 557 | -28850 | 157 | 32 |
| M H JONI AND 10/03 | % | 8.9% | 2.9% | 26.0% | 14.8% | 38.2% | 20.5% | 5.9% | | 179 | 44 |
| 05544 1209 E WAR MEMORIAL DR | TY | 250,734 $ | 8.03 | 618,973 | 537 | 22,427 | 890,134 | 31,223 | 49447 | 525153 | 504021 |
| PEORIA HGTS IL | LY | 239,553 $ | 7.95 | 535,434 | 486 | 18,297 | 781,284 | 30,139 | 58115 | 565859 | 517133 |
| O: 09/11 [24 Hr] | Dif | 11,181 $ | 0.08 | 91,539 | 51 | 6,130 | 108,850 | 1,084 | -8668 | 88 | 22 |
| J D VRCHOTA 11/99 | % | 4.7% | 1.0% | 17.4% | 10.5% | 37.8% | 13.9% | 3.6% | | 77 | 22 |
| 06079 4814 N SHERIDAN RD | TY | 163,867 $ | 9.08 | 265,330 | 230 | 10,482 | 439,679 | 18,094 | 25198 | 484802 | 339462 |
| PEORIA IL | LY | 155,812 $ | 8.98 | 231,605 | 215 | 9,236 | 396,653 | 17,351 | 48853 | 486267 | 270372 |
| O: 00/08 | Dif | 8,055 $ | 0.08 | 33,725 | 15 | 1,248 | 43,026 | 743 | -23657 | 93 | 34 |
| T E RAILEY 07/04 | % | 5.2% | 0.9% | 14.6% | 7.1% | 13.5% | 10.8% | 4.3% | | 100 | 31 |
| 06408 2324 W WAR MEMORIAL DR | TY | 184,586 $ | 8.14 | 560,333 | 503 | 9,511 | 754,430 | 22,681 | 26760 | 498425 | 648397 |
| PEORIA IL | LY | 179,797 $ | 8.03 | 527,091 | 496 | 7,124 | 714,012 | 22,382 | 64960 | 558647 | 486144 |
| O: 01/07 [24 Hr] | Dif | 4,789 $ | 0.11 | 33,242 | 7 | 2,387 | 40,418 | 299 | -38229 | 87 | 31 |
| E J RAHN 08/01 | % | 2.7% | 1.3% | 6.3% | 1.5% | 33.5% | 5.7% | 1.3% | | 100 | 24 |
| 06604 1919 W PIONEER PKWY | TY | 160,009 $ | 9.18 | 400,086 | 324 | -7,880 | 588,375 | 17,495 | 32904 | 401644 | 406978 |
| PEORIA IL | LY | 142,812 $ | 8.92 | 337,346 | 284 | 6,039 | 486,197 | 16,009 | 43644 | 511207 | 328046 |
| O: 02/05 | Dif | 17,197 $ | 0.26 | 62,740 | 41 | 1,841 | 82,178 | 1,486 | -10740 | 98 | 28 |
| M COLE 07/04 | % | 12.5% | 2.9% | 18.6% | 14.4% | 27.2% | 16.9% | 9.3% | | 115 | 27 |
| Total Established Stores | TY | 3,295,389 $ | 8.06 | 9,143,962 | 376 | 185,819 | 12,624,990 | 408,974 | 592,220 | 10,461,224 | 9,541,125 |
| Count: 22 | LY | 3,169,597 $ | 7.81 | 8,442,976 | 357 | 162,981 | 11,775,554 | 406,072 | 832,129 | 10,769,344 | 8,604,311 |
| | Dif | 125,792 $ | 0.25 | 701,006 | 9 | 22,838 | 849,436 | 2,902 | (239,909) | (308,120) | 936,814 |
| | % | 4.0% | 3.2% | 8.3% | 2.4% | 13.9% | 7.2% | 0.7% | | -2.9% | 10.9% |
| 07216 1057 E MAIN ST | TY | 91,801 $ | 7.55 | 169,982 | 169 | 7,503 | 269,286 | 12,167 | 34774 | 416167 | 230860 |
| GALESBURG IL | LY | 72,544 $ | 7.34 | 119,851 | 128 | 6,808 | 199,003 | 9,879 | 21856 | 379664 | 207323 |
| O: 03/04 | Dif | 19,257 $ | 0.20 | 50,331 | 41 | 695 | 70,283 | 2,288 | 12918 | 146 | 36 |
| R A QARD 04/04 | % | 26.5% | 2.7% | 42.1% | 32.3% | 10.2% | 35.3% | 23.2% | | 167 | 41 |
| Total Not Established Stores | TY | 91,801 $ | 7.55 | 169,982 | 169 | 7,503 | 269,286 | 12,167 | 34,774 | 416,167 | 230,860 |
| Count: 1 | LY | 72,544 $ | 7.34 | 119,651 | 128 | 6,808 | 199,003 | 9,879 | 21,856 | 379,664 | 207,323 |
| | Dif | 19,257 $ | 0.20 | 50,331 | 41 | 695 | 70,283 | 2,288 | 12,918 | 36,503 | 23,537 |
| | % | 26.5% | 2.7% | 42.1% | 32.3% | 10.2% | 35.3% | 23.2% | | 9.6% | 11.4% |
| Total District | TY | 3,387,190 $ | 8.04 | 9,313,864 | 367 | 193,122 | 12,894,276 | 421,141 | 626,994 | 10,877,391 | 9,771,985 |
| Count: 23 | LY | 3,242,141 $ | 7.79 | 8,562,627 | 357 | 169,789 | 11,974,557 | 415,951 | 853,985 | 11,149,008 | 8,811,634 |
| | Dif | 145,049 $ | 0.25 | 751,337 | 10 | 23,333 | 919,719 | 5,190 | (226,991) | (271,617) | 960,351 |
| | % | 4.5% | 3.2% | 8.8% | 2.8% | 13.7% | 7.7% | 1.2% | | -2.4% | 10.9% |
| 24 Hour Established Stores | TY | 1,450,463 $ | 8.01 | 4,874,610 | 621 | 79,610 | 6,404,683 | 181,032 | | | |
| Count: 7 | LY | 1,432,780 $ | 7.90 | 4,446,967 | 600 | 66,459 | 5,946,206 | 181,268 | | | |
| | Dif | 17,683 $ | 0.11 | 427,643 | 21 | 13,151 | 458,477 | (236) | | | |
| | % | 1.2% | 1.4% | 9.6% | 3.5% | 19.8% | 7.7% | -0.1% | | | |
| 24 Hour Not Established Stores | TY | 0 | | 0 | | 0 | 0 | 0 | | | |
| Count: 0 | LY | 0 | | 0 | | 0 | 0 | 0 | | | |
| | Dif | 0 | | 0 | | 0 | 0 | 0 | | | |
| | % | | | | | | | | | | |
| Total 24 Hour Stores | TY | 1,450,463 $ | 8.01 | 4,874,610 | 621 | 79,610 | 6,404,683 | 181,032 | | | |
| Count: 7 | LY | 1,432,780 $ | 7.90 | 4,446,967 | 600 | 66,459 | 5,946,206 | 181,268 | | | |
| | Dif | 17,683 $ | 0.11 | 427,643 | 21 | 13,151 | 458,477 | (236) | | | |
| | % | 1.2% | 1.4% | 9.6% | 3.5% | 19.8% | 7.7% | -0.1% | | | |

12/22/2004  11:45 AM  Walgreens  Page 002 of 5

Palmer
EXHIBIT NO. 4
1-20-05
J. JOHNSON

## ===  DISTRICT SALES REPORT  ===

| STORE # / STORE ADDRESS | | SELF SERVE DOLLARS | AVG SALE | RX DOLLARS | RX AVG | CIGRETTE DOLLARS | LIQUOR DOLLARS | TOTAL SALES | CUST COUNT | SS BUY | SS Mtd Inv DOS (TY/LY) | Rx Mtd Inv DOS(TY/LY) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | # of Days in Period 21 | | | # of Ext Stores | 2 | | | |
| 026 - Illinois North | | | | Report for Period - From  Dec - 01 | | | | # of Non-Ext Stores | 2 | | | |
| Mike Palmer | | | | To  Dec - 2 1 | | | | # of Total Stores | 22 | | | |
| Tammy Birks | | | | | | | | | 23 | | | |
| 01200 | 809 S WESTERN AVE | TY | 87,834 $ 6.84 | 183,461 201 | 8,844 | 0 | 257,899 | 11,821 | 9501 | | |
| | PEORIA  IL | LY | 71,546 $ 5.74 | 200,659 220 | 7,341 | | 279,548 | 12,473 | -4345 | 404568 | 399047 |
| | O: 84/06 | DIV | (3,714) $ 0.10 | (17,196) -19 | (967) | | (21,606) | (357) | 13046 | 364855 | 287484 |
| | M C QUAYLE 05/04 | ½ | -5.2% 1.9% | -8.6% -8.6% | -13.8% | | -7.6% | -8.8% | | 179 | 57 |
| | | | | | | | | | | 149 | 61 |
| 01529 | 1109 W MAIN ST | TY | 125,400 $ 6.91 | 192,443 179 | 7,876 | 0 | 325,721 | 14,227 | 6134 | | |
| | PEORIA  IL | LY | 138,232 $ 6.96 | 175,650 176 | 9,562 | | 310,450 | 14,758 | -8132 | 411793 | 327624 |
| | O: 85/05 | DIV | (2,802) $ 0.13 | 16,790 3 | 1,313 | | 15,271 | (591) | 14268 | 399973 | 231824 |
| | J L BOND 12/04 | ½ | -2.2% 1.4% | 9.6% 1.9% | 20.0% | | 4.8% | -3.5% | | 107 | 47 |
| | | | | | | | | | | 98 | 32 |
| 02100 | 1821 COURT ST | TY | 147,412 $ 10.34 | 215,543 204 | 8,827 | 0 | 386,692 | 14,282 | -20693 | | |
| | PEKIN  IL | LY | 146,114 $ 9.70 | 252,634 249 | 6,775 | | 404,522 | 14,986 | -2068 | 417973 | 278908 |
| | O: 89/04 | DIV | 2,298 $ 0.64 | (37,091) -46 | (748) | | (35,641) | (704) | -18975 | 448519 | 26698 |
| | B N GENTRY 10/01 | ½ | 1.8% 6.9% | -14.2% -18.2% | -11.0% | | -6.8% | -4.7% | | 95 | 3X |
| 02148 | 1706 E COURT ST | TY | 120,292 $ 7.39 | 211,179 212 | 8,402 | 0 | 339,874 | 18,282 | -8703 | | |
| | KANKAKEE  IL | LY | 124,132 $ 7.69 | 217,850 231 | 8,796 | | 350,847 | 17,493 | -8591 | 491064 | 319166 |
| | O: 89/11 | DIV | (9,839) $ 0.29 | (9,771) -19 | (393) | | (10,872) | (1,214) | -2112 | 495597 | 341766 |
| | D M SIEGRIST 10/04 | ½ | -3.1% -4.1% | -3.1% -8.2% | -4.1% | | -3.1% | -6.8% | | 96 | 37 |
| 02185 | 945 N MAIN ST | TY | 137,427 $ 9.34 | 337,684 320 | 4,142 | 0 | 478,323 | 14,728 | -3101 | | |
| | CANTON  IL | LY | 137,971 $ 8.04 | 368,284 341 | 5,888 | | 512,053 | 15,244 | -13175 | 415144 | 413070 |
| | O: 90/02 | DIV | (374) $ 0.29 | (30,610) -21 | (1,746) | | (22,730) | (515) | 10074 | 398462 | 398060 |
| | J R STOKES 05/04 | ½ | -0.3% 3.2% | -8.3% -6.2% | -29.7% | | -8.4% | -3.4% | | 100 | 33 |
| | | | | | | | | | | 87 | 25 |
| 02168 | 3524 N UNIVERSITY ST | TY | 162,629 $ 9.55 | 245,189 216 | 7,111 | 0 | 414,928 | 18,346 | -21801 | | |
| | PEORIA  IL | LY | 162,355 $ 9.10 | 269,736 237 | 5,290 | | 427,266 | 16,514 | -23609 | 419816 | 345662 |
| | O: 89/10 | DIV | 274 $ 0.12 | (14,546) -21 | 1,815 | | (12,406) | (160) | 2125 | 454641 | 323870 |
| | R G BRANDOW 07/04 | ½ | 0.2% 1.3% | -5.3% -8.8% | 34.3% | | -2.8% | -1.0% | | 79 | 36 |
| | | | | | | | | | | 86 | 33 |
| 02177 | 1110 N MAIN ST | TY | 218,305 $ 10.05 | 302,908 282 | 6,101 | 0 | 537,314 | 21,714 | -27421 | | |
| | BLOOMINGTON  IL | LY | 209,604 $ 10.05 | 284,939 285 | 5,218 | | 496,858 | 20,676 | -18507 | 461533 | 396360 |
| | O: 89/06 | DIV | 8,501 $ 0.01 | 16,970 -3 | 866 | | 37,458 | 835 | -8914 | 427260 | 330678 |
| | K W KING 03/99 | ½ | 4.1% 0.1% | 6.3% -1.1% | 17.2% | | 5.9% | 4.0% | | 69 | 31 |
| | | | | | | | | | | 69 | 33 |
| 02206 | 380 E JACKSON ST | TY | 189,794 $ 9.21 | 488,655 474 | 2,963 | 0 | 856,431 | 20,291 | -26721 | | |
| | MACOMB  IL | LY | 178,701 $ 9.45 | 417,065 442 | 2,945 | | 596,341 | 19,012 | 2244 | 418564 | 452638 |
| | O: 84/10 | DIV | 7,093 $ (0.25) | 49,690 32 | 427 | | 57,989 | 1,278 | -31875 | 449517 | 480405 |
| | P H ROBERTS 02/01 | ½ | 3.9% -2.6% | 11.9% 7.2% | 17.2% | | 9.5% | 8.7% | | 79 | 3X |
| | | | | | | | | | | 79 | 3X |
| 02442 | 501 N CONVENT ST | TY | 281,216 $ 11.81 | 396,246 339 | 7,774 | 0 | 685,539 | 23,638 | -40564 | | |
| | BOURBONNAIS  IL | LY | 279,015 $ 11.38 | 384,131 343 | 7,136 | | 670,252 | 24,509 | -22326 | 607325 | 435045 |
| | O: 81/08 | DIV | 2,603 $ 0.43 | 12,145 -12 | 638 | | 15,288 | (871) | -28229 | 453680 | 298633 |
| | M D WOYNER 10/03 | ½ | 0.9% 3.7% | 3.2% -3.4% | 8.9% | | 2.3% | -2.7% | | 58 | 2X |
| | | | | | | | | | | 53 | 2X |
| 02597 | 2911 E OAKLAND AVE | TY | 241,762 $ 11.47 | 341,668 237 | 4,669 | 0 | 588,048 | 21,071 | -48930 | | |
| | BLOOMINGTON  IL | LY | 236,441 $ 11.71 | 323,889 324 | 4,461 | | 564,591 | 20,195 | -26381 | 408306 | 394057 |
| | O: 91/11 | DIV | 6,349 $ (0.23) | 17,777 13 | 142 | | 29,217 | 876 | -20569 | 419129 | 239651 |
| | B F WALDEN JR 10/01 | ½ | 2.3% -2.0% | 5.5% 4.1% | 3.2% | | 4.1% | 4.3% | | 56 | 2X |
| | | | | | | | | | | 53 | 2X |
| 02589 | 1101 N MAIN SUITE 2 | TY | 124,705 $ 8.94 | 232,298 218 | 5,850 | 0 | 362,657 | 13,949 | 9228 | | |
| | NORMAL  IL | LY | 131,860 $ 9.05 | 224,447 211 | 5,826 | | 361,933 | 14,576 | -3505 | 410083 | 356466 |
| | O: 84/06 | DIV | (7,155) $ (0.10) | 7,849 7 | 24 | | 734 | (635) | 12723 | 379857 | 362037 |
| | M R DONES 09/01 | ½ | -5.4% -1.1% | 3.5% 3.4% | 0.5% | | 0.2% | -4.4% | | 107 | 47 |
| | | | | | | | | | | 99 | 35 |
| 03191 | 2515 N KNOXVILLE AVE | TY | 156,833 $ 8.27 | 378,320 348 | 8,347 | 0 | 545,060 | 18,979 | -20096 | | |
| | PEORIA  IL | LY | 169,906 $ 8.52 | 382,916 356 | 9,571 | | 541,282 | 18,941 | -19483 | 426403 | 456833 |
| | O: 84/06 | DIV | (12,872) $ (0.25) | 15,404 -10 | 1,176 | | 3,707 | (962) | -583 | 505705 | 368403 |
| | P A HLIST 05/04 | ½ | -7.6% -2.9% | 4.2% -2.9% | 13.7% | | 0.7% | -4.8% | | 98 | 3X |
| | | | | | | | | | | 93 | 25 |
| 04192 | 1050 N KENNEDY DR | TY | 408,956 $ 10.33 | 1,029,596 1039 | 16,963 | 0 | 1,457,509 | 39,569 | -56933 | | |
| | KANKAKEE  IL | LY | 423,401 $ 9.78 | 1,037,169 1039 | 18,556 | | 1,479,128 | 43,374 | -18063 | 592393 | 787804 |
| | O: 67/08  [24 Hr] | DIV | (14,442) $ 0.55 | (7,583) -06 | 405 | | (21,622) | (3,804) | -37020 | 698520 | 895107 |
| | J S THOMPSON 08/97 | ½ | -3.4% 5.6% | -0.7% -8.9% | 2.2% | | -1.5% | -8.7% | | 46 | 17 |
| | | | | | | | | | | 42 | 17 |
| 04504 | 344 W FREMONT ST | TY | 304,456 $ 9.73 | 719,620 684 | 9,116 | 0 | 1,033,191 | 31,276 | -84424 | | |
| | GALESBURG  IL | LY | 314,264 $ 9.63 | 705,880 666 | 10,462 | | 1,030,577 | 32,521 | -968 | 457669 | 572116 |
| | O: 99/06  [24 Hr] | DIV | (9,808) $ 0.10 | 13,780 -13 | (1,347) | | 2,614 | (1,245) | -83634 | 522780 | 651007 |
| | L E BENEFIELD 04/04 | ½ | -3.1% 1.0% | 2.0% 2.8% | -12.5% | | 0.3% | -4.1% | | 49 | 32 |
| | | | | | | | | | | 52 | 27 |
| 04792 | 2620 COURT ST | TY | 242,734 $ 10.40 | 522,785 566 | 5,368 | 0 | 870,407 | 22,301 | -24704 | | |
| | PEKIN  IL | LY | 231,472 $ 10.18 | 506,326 579 | 4,569 | | 842,361 | 22,738 | -19206 | 529637 | 738574 |
| | O: 99/10  [24 Hr] | DIV | 10,902 $ 0.22 | 18,480 -11 | 605 | | 29,046 | 563 | -8468 | 529849 | 601996 |
| | B M BEYER 10/98 | ½ | 4.7% 2.1% | 2.7% -2.0% | 17.6% | | 3.3% | 2.5% | | 58 | 3X |
| | | | | | | | | | | 62 | 27 |
| 05189 | 1625 N VETERANS PKWY | TY | 383,405 $ 10.49 | 858,578 815 | 7,189 | 0 | 1,250,171 | 37,284 | -24956 | | |
| | BLOOMINGTON  IL | LY | 379,522 $ 10.49 | 801,391 609 | 7,269 | | 1,186,552 | 36,261 | -20756 | 647485 | 795778 |
| | O: 88/02 | DIV | 3,603 $ (0.18) | 59,187 15 | (91) | | 61,616 | 1,033 | -4067 | 601519 | 570687 |
| | L M TURLEY 03/99 | ½ | 0.9% -1.6% | 7.3% 1.9% | -1.1% | | 5.2% | 2.6% | | 49 | 24 |
| | | | | | | | | | | 44 | 22 |
| 05480 | 1001 W REYNOLDS ST | TY | 146,418 $ 11.52 | 89,078 260 | 10,268 | 0 | 351,366 | 12,709 | -23917 | | |
| | PONTIAC  IL | LY | 143,971 $ 11.91 | 171,093 172 | 8,298 | | 321,302 | 12,088 | -4889 | 424099 | 300989 |
| | O: 90/01 | DIV | 2,447 $ (0.39) | 32,846 27 | 3,971 | | 40,064 | 621 | -19048 | 443407 | 232387 |
| | M N JONLAND 10/03 | ½ | 1.7% -3.3% | 19.7% 15.6% | 63.1% | | 12.5% | 5.1% | | 97 | 2X |
| 05544 | 1200 E WAR MEMORIAL DR | TY | 625,566 $ 10.13 | 623,522 553 | 21,808 | 0 | 1,001,467 | 36,153 | -44687 | | |
| | PEORIA HGTS  IL | LY | 359,212 $ 10.16 | 571,160 534 | 17,883 | | 948,055 | 34,454 | -27802 | 525036 | 668920 |
| | O: 96/11  [24 Hr] | DIV | 2,044 $ (0.03) | 46,342 19 | 4,246 | | 53,422 | 376 | -17085 | 594134 | 496274 |
| | J D VRCHOTA 11/98 | ½ | 0.6% -0.3% | 8.0% 3.8% | 24.0% | | 5.9% | 1.1% | | 48 | 2X |
| | | | | | | | | | | 46 | 17 |

## ===== DISTRICT SALES REPORT =====

| 029 - Illinois North | | # of Days in Period | 21 | | # of Est Stores | 2 |
| Mike Palmer | | Report for Period - From: | Dec - 01 | | # of Non-Est Stores | 2 |
| Tammy Birie | | To: | Dec - 21 | | # of Total Stores | 23 |

| STORE # STORE ADDRESS | | SELF SERVE DOLLARS | AVG SALE | RX DOLLARS | RX AVG | CIGARETTE DOLLARS | LIQUOR DOLLARS | TOTAL SALES | CUST COUNT | SS BUY | SS Mid Inv DOS (TY,LY) | Rx Mid Inv DOS (TY,LY) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06079 4814 N SHERIDAN RD PEORIA IL C: 00/08 S L BURWOOD-WARD 12/04 | TY LY Dif % | 282,398 $ 11.46 251,819 $ 11.81 580 $ (0.15) 0.2% -1.3% | | 284,573 255 269,478 245 18,545 10 6.2% 3.9% | | 9,870 0 9,864 0 76 0 0.8% | 0 0 0 | 547,342 530,141 17,201 3.2% | 22,023 21,685 538 1.8% | -59115 -28125 -27960 | 412172 319525 444485 279440 53 3C 56 27 | |
| 06408 2324 W WAR MEMORIAL DR PEORIA IL C: 01/07 [24 HR] E J RAH-N 03/01 | TY LY Dif % | 272,981 $ 10.29 277,627 $ 10.40 (4,636) $ (0.11) -1.7% -1.2% | | 582,820 526 588,937 550 (6,317) -72 -1.1% -4.0% | | 9,069 7,498 1,828 21.9% | 0 0 0 | 684,670 674,194 (9,524) -1.1% | 26,524 26,711 (187) -0.7% | -16918 -15328 -980 | 479998 596163 512359 541786 55 27 56 24 | |
| 06604 1910 W PIONEER PKWY PEORIA IL C: 02/05 M COURT 07/04 | TY LY Dif % | 264,251 $ 11.80 296,723 $ 11.92 18,528 $ 0.12 7.8% 1.0% | | 401,448 348 374,825 322 32,511 25 8.7% 7.8% | | 8,276 7,038 1,238 17.6% | 0 0 0 | 869,873 817,689 52,277 9.5% | 21,541 20,175 1,386 6.8% | -40000 -19739 -20261 | 412224 418099 495999 34703 52 27 64 24 | |
| Total Established Stores Count: 21 | TY LY Dif % | 4,592,317 $ 10.06 4,587,490 $ 9.95 4,827 $ 0.10 0.1% 1.0% | | 8,638,982 391 8,903,498 398 734,896 (7) 2.7% -1.7% | | 176,872 162,348 13,524 8.3% | 0 0 0 | 13,807,571 13,354,334 253,247 1.9% | 458,876 460,986 (4,220) -0.9% | (554,021) (302,383) (251,658) | 9,544,839 9,715,925 9,817,693 8,201,827 (72,864) 1,513,708 -0.6% 18.5% | |
| 06099 308 N MAIN ST E PEORIA IL C: 03/03 [24 HR] L C BENEFIELD 03/98 | TY LY Dif % | 176,936 $ 10.22 262,833 $ 10.86 (85,928) $ (0.47) -32.7% -4.4% | | 522,348 444 554,846 499 (32,297) -58 -5.9% -11.2% | | 8,261 8,721 (490) -8.4% | 0 0 0 | 705,546 824,200 (118,655) -14.4% | 17,315 24,594 (7,280) -29.8% | -12342 -16033 8297 | 638582 857019 585768 542266 65 35 90 22 | |
| 07216 1857 E MAIN ST GALESBURG IL C: 03/04 R A OARD 04/04 | TY LY Dif % | 139,294 $ 9.08 130,241 $ 8.89 9,053 $ (0.09) 7.0% -2.0% | | 186,940 194 131,008 144 55,932 49 42.8% 34.3% | | 6,696 7,378 (707) -9.6% | 0 0 0 | 332,800 269,922 84,176 23.8% | 14,386 13,176 1,208 9.2% | -31816 2512 -34226 | 385861 234540 382824 182005 89 35 90 41 | |
| Total Not Established Stores Count: 2 | TY LY Dif % | 316,199 $ 9.57 393,074 $ 10.41 (76,875) $ (0.43) -19.6% -4.7% | | 709,188 316 685,854 322 23,635 (3) 3.4% -1.6% | | 12,957 14,004 (1,137) -8.1% | 0 0 0 | 1,038,345 1,092,922 (54,577) -5.0% | 31,701 37,782 (6,081) -16.1% | (44,158) (16,177) (28,031) | 918,653 891,556 898,422 734,2B* 17,131 157,265 1.9% 21.4% | |
| Total District Count: 23 | TY LY Dif % | 4,908,516 $ 10.06 4,980,564 $ 9.98 (72,048) $ 0.08 -1.4% 0.8% | | 9,547,571 385 9,269,140 381 280,431 (7) 2.8% -1.7% | | 189,826 177,442 12,387 7.0% | 0 0 0 | 14,845,918 14,447,146 198,770 1.4% | 489,576 486,980 (10,291) -2.1% | (598,178) (318,460) (279,696) 87.6% | 10,461,182 10,607,182 10,517,015 8,939,213 (55,830) 1,970,972 -0.5% 18.7% | |
| 24 Hour Established Stores Count: 6 | TY LY Dif % | 1,908,140 $ 10.19 1,989,696 $ 10.08 (11,956) $ 0.11 -0.5% 1.1% | | 4,437,681 881 4,318,623 700 120,898 (10) 2.8% -2.7% | | 71,803 65,946 5,857 8.9% | 0 0 0 | 6,477,494 6,362,867 114,587 1.8% | 199,100 195,395 (3,265) -1.7% | | | |
| 24 Hour Not Established Stores Count: 1 | TY LY Dif % | 176,936 $ 10.22 262,833 $ 10.89 (85,928) $ (0.47) -32.7% -4.4% | | 522,348 444 554,845 498 (32,297) (10) -5.9% -11.2% | | 8,261 8,721 (430) -8.4% | 0 0 0 | 705,546 824,200 (118,655) -14.4% | 17,315 24,594 (7,289) -29.8% | | | |
| Total 24 Hour Stores Count: 7 | TY LY Dif % | 2,146,045 $ 10.15 2,242,831 $ 10.15 (97,868) $ 0.04 -4.4% -0.4% | | 4,980,040 647 4,971,488 671 69,571 (24) 1.3% -3.5% | | 77,994 72,887 5,227 7.2% | 0 0 0 | 7,162,978 7,197,067 (4,088) -0.1% | 219,412 220,985 (1,893) -4.2% | | | |

12/22/2004

028 - Illinois North
Mike Palmer
Tammy Birkel

| STORE ADDRESS | | SELF SERVE DOLLARS | | AVG SALE | RX DOLLARS | RX AVG | CIGRETTE DOLLARS | LIQUOR DOLLARS | TOTAL SALES | CUST COUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Established Stores | TY | 4,592,317 | $ | 10.06 | 8,838,382 | 391 | 176,872 | 0 | 13,607,571 | 456,678 |
| Count: 21 | LY | 4,587,490 | $ | 9.95 | 8,603,496 | 398 | 163,348 | 0 | 13,354,324 | 460,898 |
| | Dif | 4,827 | $ | 0.10 | 234,896 | (7) | 13,524 | 0 | 253,247 | (4,220) |
| | % | 0.1% | | 1.0% | 2.7% | -1.7% | 8.3% | | 1.9% | -0.9% |
| Total Not Established Stores | TY | 316,199 | $ | 9.97 | 709,189 | 319 | 12,957 | 0 | 1,038,345 | 31,701 |
| Count: 2 | LY | 393,074 | $ | 10.41 | 685,654 | 322 | 14,094 | 0 | 1,092,822 | 37,762 |
| | Dif | (76,875) | $ | (0.43) | 23,535 | (3) | (1,137) | 0 | (54,477) | (6,061) |
| | % | -19.6% | | -4.2% | 3.4% | -1.0% | -8.1% | | -5.0% | -16.1% |
| Total District | TY | 4,908,516 | $ | 10.05 | 9,547,571 | 385 | 189,829 | 0 | 14,645,916 | 488,379 |
| Count: 23 | LY | 4,980,564 | $ | 9.98 | 9,289,140 | 391 | 177,442 | 0 | 14,447,146 | 498,660 |
| | Dif | (72,048) | $ | 0.08 | 258,431 | (7) | 12,387 | 0 | 198,770 | (10,281) |
| | % | -1.4% | | 0.8% | 2.8% | -1.7% | 7.0% | | 1.4% | -2.1% |
| 24 Hour Established Stores | TY | 1,968,140 | $ | 10.19 | 4,437,691 | 691 | 71,603 | 0 | 6,477,434 | 193,100 |
| Count: 6 | LY | 1,980,098 | $ | 10.08 | 4,316,823 | 700 | 65,946 | 0 | 6,362,867 | 196,385 |
| | Dif | (11,958) | $ | 0.11 | 120,868 | (19) | 5,657 | 0 | 114,567 | (3,285) |
| | % | -0.6% | | 1.1% | 2.8% | -2.7% | 8.6% | | 1.8% | -1.7% |
| 24 Hour Not Established Stores | TY | 176,905 | $ | 10.22 | 522,349 | 444 | 6,291 | 0 | 705,545 | 17,315 |
| Count: 1 | LY | 262,833 | $ | 10.69 | 554,646 | 499 | 6,721 | 0 | 824,200 | 24,584 |
| | Dif | (85,928) | $ | (0.47) | (32,297) | (56) | (430) | 0 | (118,655) | (7,269) |
| | % | -32.7% | | -4.4% | -5.8% | -11.2% | -6.4% | | -14.4% | -29.6% |
| Total 24 Hour Stores | TY | 2,145,045 | $ | 10.19 | 4,960,040 | 647 | 77,894 | 0 | 7,182,979 | 210,415 |
| Count: 7 | LY | 2,242,931 | $ | 10.15 | 4,871,469 | 671 | 72,667 | 0 | 7,187,067 | 220,969 |
| | Dif | (97,886) | $ | 0.04 | 88,571 | (24) | 5,227 | 0 | (4,088) | (10,554) |
| | % | -4.4% | | 0.4% | 1.8% | -3.6% | 7.2% | | -0.1% | -4.8% |

## WALGREEN CO.'S, PRIVILEGE LOG

The following documents contained have been withheld from production on the basis of the attorney-client privilege and work product doctrine:

| DATE | DESCRIPTION | PRIVILEGE | BATES |
|------|-------------|-----------|-------|
| 03/05/04 | Memo from Rachel Ablin to Leanne Turley re charge of Discrimination. | Attorney-Client | PRIV0001 |
| 03/05/04 | E-mail transmission from Mike Palmer to Rachel Ablin re past Store Manager promotional opportunities. | Attorney-Client | PRIV0002 |
| | Handwritten notes from Rachel Ablin re telephone conference with Mike Palmer. | Work Product | PRIV0003-0004 |



Palmer
EXHIBIT NO. 5
11-30-05
J. JOHNSON

1

80178612v1 846495