E-FILED
Friday, 28 July, 2006  03:34:07 PM
Clerk, U.S. District Court, ILCD

WAL0014

SOURCE: RATING HISTORY - ARCHCP

PAGE   1

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

RATING HISTORY

| NAME | SOCIAL | DATE | RATING | POS WHEN RATED |
|------|--------|------|--------|----------------|
| --- | --- | --- | --- | --- |
| DAWN | 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 | 06/01/1997 | 81 H M | --- |
| BARNWELL | | 08/01/1998 | 82 F E | AMN |
| | | 08/31/1999 | 82 F E | AMN |
| | | 08/31/2000 | 70 C Y | AMN |
| | | 08/31/2001 | M Q A | EXA |
| | | 08/31/2002 | E Q A | EXA |
| | | 08/31/2003 | O H A | EXA |



EXHIBIT NO. 6
J. JOHNSON
11-30-05

WAL00015

PAGE    1

RATING HISTORY

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

NAME
----
JEREMY          BIERMAN

SOCIAL
------
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

| DATE | RATING | POS WHEN RATED |
|------|--------|----------------|
| 08/31/2001 | M M | MGT |
| 08/31/2002 | M P | EXA |
| 08/31/2003 | M Q | EXA |

SOURCE: RATING HISTORY - ARCHCP

WAL00016

PAGE   1

RATING HISTORY

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

| NAME | | SOCIAL | DATE | RATING | POS WHEN RATED |
|------|------|--------|------|--------|----------------|
| ---- | | ------ | ---- | ------ | ----- |
| JENNIFER | BOND | 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 | 08/31/2000 | Y | EXA |
| | | | 08/31/2001 | C | EXA |
| | | | 08/31/2002 | M H A P E | EXA |
| | | | 08/31/2003 | O H | EXA |

SOURCE: RATING HISTORY - ARCHCF

WAL000017

PAGE 1

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

RATING HISTORY

NAME                                    SOCIAL
----                                    ------
GARY        BROWN                       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

| DATE | RATING | POS WHEN RATED |
|------|--------|----------------|
| 08/01/1998 | | |
| 08/31/1999 | 1 Y | |
| 08/31/2000 | 73 H Y | AMN |
| 08/31/2001 | 70 C Y | AMN |
| 08/31/2002 | M P L | EXA |
| 08/31/2003 | E Q A | EXA |
| 08/31/2003 | B H | EXA |

SOURCE: RATING HISTORY - ARCHCY

WAL000018

PAGE  1

RATING HISTORY

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

| NAME | SOCIAL | DATE | RATING | POS WHEN RATED |
|------|--------|------|--------|----------------|
| ERIC CLEER | 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 | 08/31/2002 | E O | MGT MGT |
| | | 08/31/2003 | H | MGT MGT |

SOURCE: RATING HISTORY - ARCHCP

WAL00019

PAGE   1

RATING HISTORY

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

NAME
----
TIM  CORSARO

SOCIAL
------
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

| DATE | RATING | | POS WHEN RATED |
|------|--------|--|----------------|
| 08/31/1990 | 82 | G | MGT |
| 02/28/1991 | 82 | G | MGT |
| 08/31/1991 | 82 | B A | MGT |
| 02/28/1992 | 83 | G E | MGT |
| 08/31/1992 | 83 | G A | MGT |
| 02/28/1993 | 82 | G A | MGT |
| 02/28/1994 | 83 | G A | MGT |
| 02/28/1995 | 81 | G A | MGT |
| 06/01/1996 | 74 | G E | MGT |
| 06/01/1997 | 75 | 1 E | AMN |
| 08/31/1998 | 76 | 1 X | AMN |
| 08/31/1999 | 78 | F E | AMN |
| 08/31/2000 | 78 | F E | AMN |
| 08/31/2001 | M | H | MGT |
| 08/31/2002 | M | Q | EXA |
| 08/31/2003 | M | P L | EXA |

SOURCE: RATING HISTORY - ARCHCP

WAL00020

PAGE    1

RATING HISTORY

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

| NAME<br>---- | | SOCIAL<br>------ | DATE<br>---- | RATING | POS<br>WHEN<br>RATED |
|------|------|------|------|------|------|
| SONIA | CRITTENDON | 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 | 08/31/2000 | 73  3 | AMN |
| | | | 08/31/2001 | M  E | MGT |
| | | | 08/31/2002 | M  P | MGT |
| | | | 08/31/2003 | E  H | MGT |

SOURCE: RATING HISTORY - ARCHCP

WAL000021

PAGE   1

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

RATING HISTORY

| NAME | SOCIAL | DATE | RATING | POS WHEN RATED |
|------|--------|------|--------|----------------|
| LEOTIS    DAVENPORT | 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 | 06/01/1996 | 80 H M | AMN |
| | | 06/01/1997 | 80 F M | AMN |
| | | 08/01/1998 | 80 G M | AMN |
| | | 08/31/1999 | 80 B A | MGT |
| | | 08/31/2000 | 70 C Y | EXA |
| | | 08/31/2001 | M P | EXA |
| | | 08/31/2002 | M Q | MGT |
| | | 08/31/2003 | M P | EXA |

SOURCE: RATING HISTORY - ARCHC

WAL00022

PAGE    1

RATING HISTORY

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

NAME                    SOCIAL          DATE                    RATING      POS
----                    ------          ----                    -------     WHEN
ANDREW  DEARING III     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     08/31/2000    70 F Y                RATED
                                        08/31/2001    M P                   -----
                                        08/31/2002    M P          E        AMN
                                        08/31/2003    M H                   MGT
                                                                            MGT
                                                                            MGT

SOURCE: RATING HISTORY - ARCHIOF

WAL00023

PAGE   1

RATING HISTORY

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

NAME                              SOCIAL
----                              ------
JOHN      EMERY JR.               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

| DATE | RATING | POS WHEN RATED |
|------|--------|----------------|
| 08/31/2001 | E H | MGT |
| 08/31/2002 | E Q | EXA |
| 08/31/2003 | E A | EXA |

SOURCE: RATING HISTORY - ARCHCF

WAL00024

PAGE    1

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

RATING HISTORY

| NAME | | SOCIAL | DATE | RATING | POS WHEN RATED |
|------|---|--------|------|--------|-----------------|
| ---- | | ------ | ---- | ------ | --------------- |
| JEFFERY | HALVERSON | 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 | 08/31/2001 | M | MGT |
| | | | 08/31/2002 | P | EXA |
| | | | 08/31/2003 | E | EXA |

SOURCE: RATING HISTORY - ARCHOF

WAI00025

PAGE  1

RATING HISTORY

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

| NAME | | SOCIAL | DATE | RATING | POS WHEN RATED |
| ---- | ---- | ------ | ---- | ------ | -------------- |
| ---- | ---- | -------------- | ---------- | ------ | ------ |
| ROBERT | HARPER | 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 | 08/31/2001 | M | MGT |
| | | | 08/31/2002 | Q P | MGT |
| | | | 08/31/2003 | E H | MGT |

SOURCE: RATING HISTORY - ARCHOF

WAL00026

PAGE   1

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

RATING HISTORY

| NAME | SOCIAL | DATE | RATING | POS WHEN RATED |
|------|--------|------|--------|----------------|
| TROY KAUFMANN | 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 | 06/01/1996 | 88 H E | ANN |
| | | 06/01/1997 | 76 I E | MGT |
| | | 08/01/1998 | 80 I E | MGT |
| | | 08/31/1999 | 70 C Y | EXA |
| | | 08/31/2000 | 72 C A | EXA |
| | | 08/31/2001 | I F | EXA |
| | | 08/31/2002 | M I F | EXA |
| | | 08/31/2003 | E Q L | EXA |

SOURCE: RATING HISTORY - ARCHCF

WAL000027

PAGE   1

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

RATING HISTORY

| NAME | SOCIAL | DATE | RATING | POS WHEN RATED |
|---|---|---|---|---|
| --- | --- | --- | --- | --- |
| JAN   KRYGOWSKI | 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 | 06/01/1996 | 85 F M | ADN |
| | | 06/01/1997 | 87 H M | ADN |
| | | 08/01/1998 | 72 I A | ADN |
| | | 08/31/1999 | 74 B A | EXA |
| | | 08/31/2000 | 74 I A | EXA |
| | | 08/31/2001 | M Q A | EXA |
| | | 08/31/2002 | M Q A | EXA |
| | | 08/31/2003 | M P A | EXA |

SOURCE: RATING HISTORY - ARCHCF

WAL00028

PAGE 1

RATING HISTORY

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

NAME
SAMUEL    LAHN

| SOCIAL | DATE | RATING | POS WHEN RATED |
|---|---|---|---|
| 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 | 08/31/2001 | M | MGT EXA |
|  | 08/31/2002 | M P | EXA |
|  | 08/31/2003 | M Q | EXA |

SOURCE: RATING HISTORY - ARCHC

WAL00029

PAGE    1

RATING HISTORY

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

| NAME | | SOCIAL | DATE | RATING | POS WHEN RATED |
|------|------|--------|------|--------|----------------|
| DIANA | LESLIE | 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 | 08/31/2000 | 73 R A | MGT |
| | | | 08/31/2001 | E H A | MGT |
| | | | 08/31/2002 | E Q A | EXA |
| | | | 08/31/2003 | E Q | EXA |

SOURCE: RATING HISTORY - ARCHC/P

WAL00030

# PAGE 1

## RATING HISTORY

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

| NAME | | SOCIAL | DATE | RATING | | POS WHEN RATED |
|------|------|--------|------|--------|------|----------------|
| BETH | MINTON | 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 | 08/31/2000 | 73 | Y | MGT |
| | | | 08/31/2001 | 1 | F | MGT |
| | | | 08/31/2002 | M | Q | EXA |
| | | | 08/31/2003 | E | Q | EXA |

SOURCE: RATING HISTORY - ARCHGT

WAL000031

PAGE    1

RATING HISTORY

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

| NAME | SOCIAL | DATE | RATING | POS WHEN RATED |
|------|--------|------|--------|----------------|
| MICHAEL PHONG | 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 | 08/01/1997 | 75 1 B | MGT |
| | | 08/01/1998 | 75 1 E | MGT |
| | | 08/31/1999 | 73 E A | MGT |
| | | 08/31/2000 | 70 C Y | EXA |
| | | 08/31/2001 | M Q L | EXA |
| | | 08/31/2002 | M Q A | EXA |
| | | 08/31/2003 | E Q | EXA |

SOURCE: RATING HISTORY - ARCHCP

WAL00032

PAGE   1

RATING HISTORY

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

NAME                          SOCIAL
----                          ------
MATTHEW        QUAYLE         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

| DATE | RATING | POS WHEN RATED |
|------|--------|----------------|
| ---- | ------ | ----- |
| 08/31/2000 | 72 | MGT |
| 08/31/2001 | E H Y | EXA |
| 08/31/2002 | E P A | EXA |
| 08/31/2003 | O H | EXA |

SOURCE; RATING HISTORY - ARCHI?

WAL00033

PAGE    1

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

RATING HISTORY

| NAME | | SOCIAL | DATE | RATING | | POS WHEN RATED |
|------|------|--------|------|--------|--------|--------|
| MICHAEL | RAMPY | 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 | 08/31/2000 | 70 C Y | | EXA |
| | | | 08/31/2001 | M H A | | EXA |
| | | | 08/31/2002 | E Q A | | EXA |
| | | | 08/31/2003 | M P | | EXA |

SOURCE: RATING HISTORY - ARCHOP

WAL000034

PAGE    1

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

RATING HISTORY

| NAME | SOCIAL |
| --- | --- |
| CHRISTINA REISING | 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 |

| DATE | RATING | POS WHEN RATED |
| --- | --- | --- |
| 08/31/1999 | M | --- |
| 08/31/2000 | 74 F B | AMN |
| 08/31/2001 | 70 C Y | EXA |
| 08/31/2002 | M Q A | EXA |
| 08/31/2003 | E Q A | EXA |

SOURCE: RATING HISTORY - ARCHCP

WAL00035

PAGE 1

PREPARED 03/09/04 BY THE HUMAN RESOURCES INFORMATION CENTER

RATING HISTORY

NAME          SOCIAL
DAVE          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
SIEGRIST

| DATE | RATING | POS WHEN RATED |
|------|--------|----------------|
| 08/31/2001 | M P | MGT EXA |
| 08/31/2002 | M Q | EXA |
| 08/31/2003 | E Q | EXA |

SOURCE: RATING HISTORY - ARCHCP

WAL000036

PAGE 1

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

RATING HISTORY

NAME: ERIC SIMPLE

SOCIAL: 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

| DATE | RATING | POS WHEN RATED |
|---|---|---|
| 06/01/1996 | .77 G E | MGT |
| 06/01/1997 | 83 G E | MGT |
| 08/01/1998 | 81 G E | MGT |
| 08/31/1999 | 70 C Y | EXA |
| 08/31/2000 | 72 C N | EXA |
| 08/31/2001 | M N A | EXA |
| 08/31/2002 | E P A | EXA |
| 08/31/2003 | E H | EXA |

SOURCE: RATING HISTORY - ARCHCP

WAL00037

PAGE    1

RATING HISTORY

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

| NAME | SOCIAL | DATE | RATING | POS WHEN RATED |
|------|--------|------|--------|----------------|
| MATTHEW    SMITH | 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 | 08/31/2000 | 73 1 Y | MGT |
| | | 08/31/2001 | E H | MGT |
| | | 08/31/2002 | Q | EXA |
| | | 08/31/2003 | M Q A | EXA |

SOURCE: RATING HISTORY - ARCHIVE

WAL00038

PAGE    1

RATING HISTORY

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

| NAME | | SOCIAL | DATE | RATING | | POS WHEN RATED |
|------|------|--------|------|--------|------|--------|
| KRIS | STONEKING | 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 | 08/31/2002 | E P | | MGT |
| | | | 08/31/2003 | O H | | MGT |

SOURCE: RATING HISTORY - ARCHIVE

WAI100039

PAGE 1

RATING HISTORY

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

NAME          SOCIAL
-----         ------
LORI STONEKING   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

| DATE | RATING | POS WHEN RATED |
|------|--------|----------------|
| 08/31/2000 | 74 E | ANN |
| 08/31/2001 | 2 F | NOT |
| 08/31/2002 | M Q | EXA |
| 08/31/2003 | M Q | EXA |

SOURCE: RATING HISTORY - ARCHCF

WAL00040

PAGE    1

PREPARED 03/09/04, BY THE HUMAN RESOURCE INFORMATION CENTER

RATING HISTORY

| NAME | | SOCIAL | DATE | RATING | POS WHEN RATED |
|------|---|--------|------|--------|----------------|
| RYAN | THOMAS | 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 | 08/31/2001 | M O | MGT |
| | | | 08/31/2002 | P Q | MGT |
| | | | 08/31/2003 | M H | MGT |

SOURCE: RATING HISTORY - ARCHIV

WAL00041

PAGE 1

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

RATING HISTORY

NAME
---
CARMELLA        WILSON

SOCIAL
---
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

| DATE | RATING | POS WHEN RATED |
|------|--------|----------------|
| --- | --- | --- |
| 08/01/1998 | 76  1  E | MGT |
| 08/31/1999 | 83  B  A | MGT |
| 08/31/2000 | 81  C  A | EXA |
| 08/31/2001 | E  P  L | EXA |
| 08/31/2002 | M  Q  L | EXA |
| 08/31/2003 | H  H   | EXA |

SOURCE: RATING HISTORY - ARCHIVE

WAL00042

PAGE 1

RATING HISTORY

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

NAME     STACI          BURMOOD

SOCIAL     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

| DATE | RATING | | | POS WHEN RATED |
|------|------|------|------|------|
| 06/01/1996 | 71 | 1 | E | MGT |
| 06/01/1997 | 80 | F | M | AMN |
| 08/01/1998 | 81 | F | M | AMN |
| 08/31/1999 | 83 | M | E | AMN |
| 08/31/2001 | 70 | C | Y | EXA |
| 08/31/2002 | M | M | A | EXA |
| 08/31/2003 | M | P | A | MGR |

SOURCE: RATING HISTORY - ARCHCH

WAL00043

PAGE  1

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

RATING HISTORY

| NAME | | SOCIAL | DATE | RATING | POS WHEN RATED |
|------|------|--------|------|--------|----------------|
| MONTEZ | | 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 | 06/01/1996 | 1 Y | MGT |
| | DONES | | 06/01/1997 | 80 G E | MGT |
| | | | 08/01/1998 | 80 I E | MGT |
| | | | 08/31/1999 | 70 C Y | MGT |
| | | | 08/31/2000 | 73 A A | EXA |
| | | | 08/31/2001 | M H A | EXA |
| | | | 08/31/2002 | M Q L | MGR |
| | | | 08/31/2003 | M P | MGR |

SOURCE: RATING HISTORY - ARCHCF

WAL00044

PAGE 1

RATING HISTORY

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

NAME: JAMES GRAY

SOCIAL: 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

| DATE | RATING | | | POS WHEN RATED |
|------|--------|--|--|----------------|
| 02/28/1991 | 75 | G | E | MGT |
| 08/31/1991 | 75 | G | E | MGT |
| 02/28/1992 | 80 | 1 | E | MGT |
| 08/31/1992 | 83 | G | E | MGT |
| 02/28/1993 | 87 | G | E | MGT |
| 02/28/1994 | 88 | G | A | MGT |
| 02/28/1995 | 89 | G | A | MGT |
| 06/01/1996 | 86 | 2 | E | AMN |
| 06/01/1997 | 88 | 2 | E | AMN |
| 08/01/1998 | 72 | 1 | A | EXA |
| 08/31/1999 | 74 | A | A | EXA |
| 08/31/2000 | 77 | A | A | EXA |
| 08/31/2001 | M | Q | L | MGR |
| 08/31/2002 | M | Q | L | MGR |
| 08/31/2003 | M | P | L | MGR |

SOURCE: RATING HISTORY - ARCHC

PAGE   1

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

RATING HISTORY

NAME
----
MICHAEL        HALLER

SOCIAL
------
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

| DATE | RATING | POS WHEN RATED |
|------|--------|----------------|
| 06/01/1996 | 1 Y | |
| 06/01/1997 | 78 P M | AMN |
| 08/01/1998 | 82 H E | AMN |
| 08/31/1999 | 82 H Y | AMN |
| 08/31/2000 | 70 C Y | EXA |
| 08/31/2001 | M C L | EXA |
| 08/31/2002 | M Q L | EXA |
| 08/31/2003 | E Q L | EXA |

SOURCE: RATING HISTORY - ARCHCF

WAL000046

PAGE   1

RATING HISTORY

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

NAME
----
PATRICK          HILST

SOCIAL
------
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

| DATE | RATING | POS WHEN RATED |
|------|--------|----------------|
| 08/01/1998 | 81 G E | MGT |
| 08/31/1999 | 70 C Y | EXA |
| 08/31/2000 | 73 A A | EXA |
| 08/31/2001 | E H A | EXA |
| 08/31/2002 | M Q L | MGR |
| 08/31/2003 | M Q | MGR |

SOURCE: RATING HISTORY - ARCHIVE

WAL000047

PAGE   1

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

RATING HISTORY

NAME                                SOCIAL
MELISSA        JONLAND              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

| DATE | RATING | POS WHEN RATED |
|------|--------|---------------|
| 08/31/2000 | .73 | -- |
| 08/31/2001 | G | MGR |
| 08/31/2002 | Q | EXA |
| 08/31/2003 | H | EXA |

SOURCE: RATING HISTORY - ARCHCR

WAI00049

PAGE   1

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

RATING HISTORY

| NAME | SOCIAL | DATE | RATING | POS WHEN RATED |
|---|---|---|---|---|
| ELISA SHANER | 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 | 08/31/2002 | M Q A | EXA |
| | | 08/31/2003 | O H Y | EXA |

SOURCE: RATING HISTORY - ARCHCH

WAL00050

PAGE    1

RATING HISTORY

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

NAME                    SOCIAL
----                    ------
JEFF    STOKES          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

| DATE | RATING | POS WHEN RATED |
|------|--------|----------------|
| 06/01/1996 | 1 Y | MGT |
| 06/01/1997 | 78 1 E | MGT |
| 08/01/1998 | 80 1 E | MGT |
| 08/31/1999 | 81 E A | MGT |
| 08/31/2000 | 70 C Y | EXA |
| 08/31/2001 | M H A | EXA |
| 08/31/2002 | E P A | EXA |
| 08/31/2003 | M P | MGR |

SOURCE: RATING HISTORY - ARCHCP

WAL00051

PAGE  1

RATING HISTORY

PREPARED 03/09/04 BY THE HUMAN RESOURCE INFORMATION CENTER

| NAME | | |
| --- | --- | --- |
| MATTHEW | WOYNER | |

| SOCIAL | | |
| --- | --- | --- |
| 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 | | |

| DATE | RATING | POS WHEN RATED |
| --- | --- | --- |
| 08/31/1999 | 79 M E | AMN |
| 08/31/2000 | 70 C Y | EXA |
| 08/31/2001 | M H A | EXA |
| 08/31/2002 | M O L | MGR |
| 08/31/2003 | M Q | MGR |

SOURCE: RATING HISTORY - ARCHIVE