**E-FILED**
Friday, 28 July, 2006 03:34:33 PM
Clerk, U.S. District Court, ILCD

PAGE   2

LISTING OF CURRENT EXAS IN DISTRICT 028

PREPARED 03/09/04 11.34.21 BY THE HUMAN RESOURCE INFORMATION CENTER

| NAME | | RACE | CO START DATE | POS START DATE | STORE NUMB |
|------|------|------|---------------|----------------|------------|
| DAVE | SIEGRIST | W | 04/25/2000 | 04/2002 | 06408 |
| ERIC | SIMPLE | B | 04/26/1995 | 04/1999 | 05188 |
| MATTHEW | SMITH | W | 01/10/1998 | 05/2001 | 05460 |
| KRIS | STONEKING | W | 07/30/2001 | 04/2003 | 04504 |
| LORI | STONEKING | W | 07/16/1981 | 04/2002 | 02206 |
| RYAN | THOMAS | W | 12/12/1996 | 04/2003 | 02587 |
| CARMELLA | WILSON | W | 06/03/1997 | 04/1999 | 04504 |

SOURCE: CURRENT EXA - ARCHMB



Palmer
EXHIBIT NO. 7
11-30-05
J. JOHNSON

WAL00053

PAGE   1

LISTING OF EXAS PROMOTED TO MANAGER IN DISTRICT 028 SINCE 01/01/2001

PREPARED 03/09/04 11.11.15 BY THE HUMAN RESOURCE INFORMATION CENTER

| NAME | | RACE | STORE NUMB | CO START DATE | POS START DATE | CO TERM DATE | |
|---|---|---|---|---|---|---|---|
| JAMES | GRAY | W | 05460 | 09/17/1990 | 01/2001 | | — Pontiac |
| PAMELA | ROBERTS | W | 02206 | 11/06/1997 | 02/2001 | | — McComb |
| MONTEZ | DORRIS | B | 02588 | 12/01/1994 | 06/2001 | | — Bloomington / Normal |
| PATRICK | KILST | W | 02165 | 09/06/1996 | 10/2001 | | — Canton |
| MATTHEW | WOYNER | W | 02148 | 02/04/1993 | 11/2001 | | — Kankakee |
| JEFF | STOKES | W | 01100 | 12/27/1995 | 11/2002 | | — Peoria |
| STACI | BURWOOD | W | 01529 | 12/28/1994 | 12/2002 | | — Kankakee |
| MELISSA | JOHLAND | W | 05460 | 08/08/1994 | 10/2003 | | — Pontiac |
| ELISA | SHANER | H | 02148 | 06/28/1988 | 10/2003 | | — Kankakee |
| MICHAEL | HALLER | W | 02148 | 10/24/1995 | 01/2004 | | — Kankakee |

SOURCE: PALMER HISTORY - AACHMB



Palmer
EXHIBIT NO. 8
11-30-05
J. JOHNSON

WAL00054

PAGE   1

LISTING OF CURRENT EXAS IN DISTRICT 028

PREPARED 03/09/04 11.34.21 BY THE HUMAN RESOURCE INFORMATION CENTER

| NAME | | RACE | CO START DATE | POS START DATE | STORE NUMB |
|---|---|---|---|---|---|
| DANN | BARDWELL | W | 03/24/1994 | 04/2000 | 05088 |
| JEREMY | BIERMAN | W | 03/27/2000 | 04/2002 | 01529 |
| JENNIFER | BOND | W | 05/22/1995 | 04/2000 | 06079 |
| GARY | BROWN | W | 01/28/1995 | 04/2000 | 21165 |
| ERIC | CLEER | W | 05/09/2001 | 04/2003 | 05544 |
| TIM | CORSARO | W | 03/21/1979 | 05/2001 | 02442 |
| SONIA | CRITTENDON | B | 03/29/1997 | 04/2003 | 05188 |
| LEOTIS | DAVENPORT | B | 06/30/1993 | 04/2002 | 04142 |
| ANDREW | DEARING III | B | 12/02/1999 | 04/2003 | 03181 |
| JOHN | EMERY JR. | W | 04/10/2000 | 04/2001 | 07216 |
| JEFFERY | HALVERSON | W | 07/09/2000 | 04/2002 | 01300 |
| ROBERT | HARPER | W | 12/16/1998 | 04/2003 | 04142 |
| TROY | KAUFMANN | W | 09/17/1991 | 07/1999 | 04792 |
| JAN | KRYGOWSKI | W | 09/22/1990 | 03/1998 | 02148 |
| SAMUEL | LAHN | W | 08/05/2000 | 04/2002 | 02177 |
| DIANA | LESLIE | W | 11/01/1993 | 05/2001 | 02588 |
| BETH | MINTON | W | 03/04/1992 | 04/2002 | 06604 |
| MICHAEL | PHUNG | A | 12/08/1996 | 04/2000 | 05088 |
| MATTHEW | QUAYLE | W | 02/26/1999 | 05/2001 | 02166 |
| MICHAEL | RAMPY | W | 08/17/1999 | 04/2000 | 05544 |
| CHRISTINA | REISING | W | 10/05/1994 | 04/2000 | 02100 |

SOURCE: CURRENT EXA - ARCH88



EXHIBIT NO. 9
Palmer
11-30-05
J. JOHNSON

WAL00052

# Walgreens HR Planning 2003 ~ 028 ILLINOIS NORTH

## MGR

| Name: | SSN: | Sales/ Scripts | Hire Date | POS Date | 2003 Overall Rating | 1-Year Projection | POS Last Year | Store Address: | Last Rating | Notes: |
|---|---|---|---|---|---|---|---|---|---|---|
| JEFFREY THOMPSON | 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 | 18.6 | 02/26/1986 | 09/11/2/1990 | MEETS EXPECTATIONS | Well-Positioned/ Lateral | MGR | 1060 N KENNEDY DRIVE KANKAKEE, IL | 08/31/2002 MGR-E | Current ML |
| RODNEY OARD | 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 | 14.9 | 06/03/1989 | 12/04/1998 | MEETS EXPECTATIONS | Well-Positioned/ Lateral | MGR | 844 W FREMONT ST GALESBURG, IL | 08/31/2002 MGR-E | Current ML |
| LEANNE TURLEY | 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 | 13.8 | 03/08/1985 | 12/03/1993 | MEETS EXPECTATIONS | Well-Positioned/ Lateral | MGR | 1628 N VETERANS PKWY BLOOMINGTON, IL | 08/31/2002 MGR-M | |
| JAMES VRCHOTA | 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 | 12.0 | 08/21/1989 | 01/18/1996 | MEETS EXPECTATIONS | Well-Positioned/ Lateral | MGR | 1200 E WAR MEMORIAL DR PEORIA HEIGHTS, IL | 08/31/2002 MGR-E | |
| ERIC RAHN | 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 | 11.3 | 07/12/1980 | 09/17/1997 | EXCEPTIONAL/ABOVE AVERAGE | Can be Promoted | MGR | 4711 N WAR MEMORIAL DRI PEORIA, IL | 08/31/2002 MGR-E | |
| LYLE BENEFIELD | 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 | 10.4 | 06/28/1977 | 04/01/1985 | OUTSTANDING | Can be Promoted | MGR | 300 N MAIN ST EAST PEORIA, IL | 08/31/2002 MGR-E | |
| ROBERT BEYER | 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 | 9.6 | 09/19/1970 | 04/01/1977 | MEETS EXPECTATIONS | Well-Positioned/ Lateral | MGR | 2020 COURT STREET PEKIN, IL | 08/31/2002 MGR-O | Current ML |
| PAMELA ROBERTS | 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 | 8.1 | 11/06/1997 | 02/09/2001 | MEETS EXPECTATIONS | Well-Positioned/ Lateral | MGR | 300 E JACKSON ST MACOMB, IL | 08/31/2002 MGR-M | |
| JAMES HUDSON | 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 | 7.8 | 06/29/1994 | 12/01/2000 | IMPROVEMENT NEEDED | Must Improve | MGR | 601 N CONVENT ST BOURBONNAIS, IL | 08/31/2002 MGR-M | |
| VICKY EGGERS | 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 | 7.7 | 08/19/1994 | 09/05/1996 | MEETS EXPECTATIONS | Well-Positioned/ Lateral | MGR | 2815 N KNOXVILLE AVE PEORIA, IL | 08/31/2002 MGR-M | |
| BILLY WALDEN JR | 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 | 7.5 | 07/26/1991 | 08/04/2000 | MEETS EXPECTATIONS | Well-Positioned/ Lateral | MGR | 2811 E OAKLAND BLOOMINGTON, IL | 08/31/2002 MGR-M | |
| KERRY KING | 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 | 7.2 | 11/01/1989 | 03/06/1997 | MEETS EXPECTATIONS | Can be Promoted | MGR | 1110 N MAIN BLOOMINGTON, IL | 08/31/2002 MGR-M | |
| TIMOTHY RALEY | 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 | 6.7 | 05/01/1985 | 02/02/2000 | MEETS EXPECTATIONS | Can be Promoted | MGR | 3624 N. UNIVERSITY PEORIA, IL | 08/31/2002 MGR-M | |
| PATRICK HILST | 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 | 6.5 | 09/08/1996 | 10/05/2001 | MEETS EXPECTATIONS | Well-Positioned/ Lateral | MGR | 845 N MAIN CANTON, IL | 08/31/2002 MGR-M | |
| MARTIN COURI | 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 | 6.4 | 02/24/1986 | 08/14/1990 | EXCEPTIONAL/ABOVE AVERAGE | Can be Promoted | MGR | 4914 N SHERIDAN RD PEORIA, IL | 08/31/2002 MGR-E | |
| BRET GENTRY | 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 | 6.9 | 02/22/1984 | 01/17/2000 | MEETS EXPECTATIONS | Can be Promoted | MGR | 1021 COURT PEKIN, IL | 08/31/2002 MGR-M | |
| ROBERT BRANDOW | 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 | 5.7 | 02/25/1976 | 04/01/1979 | MEETS EXPECTATIONS | Well-Positioned/ Lateral | MGR | 1819 WEST PIONEER PARK PEORIA, IL | 08/31/2002 MGR-M | |

Palmer
EXHIBIT NO. 10
11-30-05
J. JOHNSON

WAL00055

05/05/04   10:50   WALGREEN ILLINOIS → WALGREEN CO   NO.175   003

# HR Planning 2003 -- 028 ILLINOIS NORTH

## MGR

| Name: | SSN: | Sales/ Scripts | Hire Date | POS Date | 2003 Overall Rating | 1-Year Projection | POS Last Year | Store Address: | Last Rating | Notes: |
|---|---|---|---|---|---|---|---|---|---|---|
| MONTEZ DONES | 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 | 5.0 | 12/01/1994 | 06/26/2001 | MEETS EXPECTATIONS | Well-Positioned/ Lateral | MGR | 1101 N MAIN - SUITE 2 NORMAL, IL | 08/31/2002 MGR-M | |
| MATTHEW WOYNER | 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 | 4.7 | 02/04/1993 | 12/03/2001 | MEETS EXPECTATIONS | Can be Promoted | MGR | 1700 E COURT KANKAKEE, IL | 08/31/2002 MGR-N | |
| STACI BURMOOD | 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 | 4.2 | 12/28/1994 | 12/15/2002 | MEETS EXPECTATIONS | Well-Positioned/ Lateral | EXA | 1109 W MAIN PEORIA, IL | 08/31/2002 EXA-K | |
| JEFF STOKES | 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 | 3.8 | 12/27/1995 | 12/03/2002 | MEETS EXPECTATIONS | Well-Positioned/ Lateral | EXA | 600 S WESTERN PEORIA, IL | 03/31/2002 EXA-E | |
| JAMES GROY | 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 | 3.2 | 08/17/1990 | 07/17/2001 | MEETS EXPECTATIONS | Well-Positioned/ Lateral | MGR | 1001 W REYNOLDS ST PONTIAC, IL | 08/31/2002 MGR-M | |

WAL00056

# HR Planning 2003 -- 028 ILLINOIS NORTH

**EXA**

| Name: | SSN: | Salary/ Scripts | Hire Date | POS Date | 2003 Overall Rating | 1-Year Projection | POS Last Year | Store Address: | Last Rating | Notes: |
|---|---|---|---|---|---|---|---|---|---|---|
| JAN KRYGOWSKI | 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 | 18.6 | 09/22/1996 | 03/08/2002 9/06 | MEETS EXPECTATIONS | Well-Positioned | EXA | 1850 N. KENNEDY DRIVE KANKAKEE, IL | 08/31/2002 EXA-M | ★ |
| MICHAEL HALLER | 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 | 18.8 | 10/24/1995 | 04/12/2001 | MEETS EXPECTATIONS | Future Store MGR | EXA | 1050 N. KENNEDY DRIVE KANKAKEE, IL | 08/31/2002 EXA-M | |
| JOHN EMERY JR. | 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 | 14.9 | 04/10/2000 | 04/04/2001 | EXCEPTIONAL/AB OVE AVERAGE | Future Store MGR | EXA | 644 W FREMONT ST GALESBURG, IL | 08/31/2002 EXA-E | |
| DIANA LESLIE | 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 | 13.8 | 11/01/1993 | 03/10/2003 | EXCEPTIONAL/AB OVE AVERAGE | Future Store MGR | EXA | 1025 N VETERANS PKWY BLOOMINGTON, IL | 08/31/2002 EXA-E | |
| ERIC SIMPLE | 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 | 13.6 | 04/26/1994 | 04/07/1999 | EXCEPTIONAL/AB OVE AVERAGE | Can Promote to Store MGR SOON | EXA | 1525 N VETERANS PKWY BLOOMINGTON, IL | 08/31/2002 EXA-E | |
| ELISA SHANER | 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 | 12.0 | 10/29/2001 | 02/06/2002 | OUTSTANDING | Can Promote to Store MGR SOON | EXA | 1200 E WAR MEMORIAL DR PEORIA HEIGHTS, IL | 08/31/2002 EXA-E | |
| MATTHEW QUAYLE | 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 | 11.3 | 02/26/1999 | 05/01/2001 | OUTSTANDING | Can Promote to Store MGR SOON | EXA | 4711 N WAR MEMORIAL DRI PEORIA, IL | 08/31/2002 EXA-M | |
| TROY KAUFMANN | 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 | 11.3 | 09/17/1991 | 07/12/1982 1992 | MEETS EXPECTATIONS | Future Store MGR | EXA | 4711 N WAR MEMORIAL DRI PEORIA, IL | 08/31/2002 EXA-M | |
| MICHAEL PHUNG | 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 | 10.4 | 12/08/1995 | 04/05/2000 | EXCEPTIONAL/AB OVE AVERAGE | Future Store MGR | EXA | 300 N MAIN ST EAST PEORIA, IL | 08/31/2002 EXA-M | |
| DAWN BARNWELL | 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 | 10.4 | 03/24/1994 | 04/05/2000 | OUTSTANDING | Future Store MGR | EXA | 300 N MAIN ST EAST PEORIA, IL | 08/31/2002 EXA-M | — |
| LORI STONEKING | 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 | 8.1 | 07/16/1981 | 04/03/2002 | MEETS EXPECTATIONS | Can Promote to Store MGR SOON | EXA | 100 N MAIN ST EAST PEORIA, IL | 08/31/2002 EXA-E | ★ |
| TIM CORSARO | 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 | 7.8 | 03/21/1979 | 05/02/2001 | MEETS EXPECTATIONS | Future Store MGR | EXA | 300 E JACKSON ST MACOMB, IL | 08/31/2002 EXA-M | |
| BRANDON WATSON | 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 | 7.7 | 10/26/1998 | 04/03/2002 | EXCEPTIONAL/AB OVE AVERAGE | Future Store MGR | EXA | 601 N CONVERT ST BOURBONNAIS, IL | 08/31/2002 EXA-M | |
| MATTHEW SMITH | 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 | 7.5 | 01/10/1998 | 05/02/2001 | MEETS EXPECTATIONS | Future Store MGR | EXA | 2615 N KNOXVILLE AVE PEORIA, IL | 08/31/2002 EXA-M | |
| MELISSA JONLAND | 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 | 7.2 | 08/08/1994 | 05/02/2001 | EXCEPTIONAL/AB OVE AVERAGE | Future Store MGR | EXA | 2011 E OAKLAND BLOOMINGTON, IL | 08/31/2002 EXA-E | |
| DAVE SIEGRIST | 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 | 6.7 | 04/25/2000 | 04/03/2002 | EXCEPTIONAL/AB OVE AVERAGE | Can Promote to Store MGR SOON | EXA | 1110 N MAIN BLOOMINGTON, IL | 08/31/2002 EXA-E | |
| CARMELLA WILSON | 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 | 6.6 | 06/03/1997 | 04/21/1999 | EXCEPTIONAL/AB OVE AVERAGE | Future Store MGR | EXA | 645 N MAIN CANTON, IL | | ★ |

Tuesday, April 22, 2003

03/05/04   10:50   WALGF   ILLINOIS → WALGREEN CO        NO.175   D05

# Walgreens

## HR Planning 2003 -- 028 ILLINOIS NORTH

**EXA**

| Name: | SSN: | Sales/ Scripts | Hire Date | POS Date | 2003 Overall Rating | 1-Year Projection | POS Last Year | Store Address: | Last Rating | Notes: |
|---|---|---|---|---|---|---|---|---|---|---|
| JENNIFER BOND | 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 | 8.4 | 05/22/1995 | 02/19/2001 | OUTSTANDING | Can Promote to Store MGR SOON | EXA | 4614 N SHERIDAN RD PEORIA, IL | 08/31/2002 EXA-E | |
| CHRISTINA REISING | 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 | 5.9 | 10/05/1994 | 03/31/2000 | MEETS EXPECTATIONS | Well-Positioned | EXA | 1021 COURT PEKIN, IL | 08/31/2002 EXA-E | |
| BETH MINTON | 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 | 5.7 | 03/04/1992 | 04/03/2002 | EXCEPTIONAL/AB OVE AVERAGE | Future Store MGR | EXA | 1919 WEST PIONEER PARK PEORIA, IL | 08/31/2002 EXA-M | |
| ROBERT HUGHES | 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 | 5.0 | 12/20/1993 | 04/03/2002 | MEETS EXPECTATIONS | Well-Positioned | EXA | 1101 N MAIN - SUITE 2 NORMAL, IL | 08/31/2002 EXA-M | |
| LEOTIS DAVENPORT | 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 | 4.7 | 08/30/1993 | 04/03/2002 | MEETS EXPECTATIONS | Well-Positioned | EXA | 1700 E COURT KANKAKEE, IL | 08/31/2002 EXA-M | |
| GARY BROWN | 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 | 4.2 | 01/28/1986 | 04/05/2000 | EXCEPTIONAL/AB OVE AVERAGE | Can Promote to Store MGR SOON | EXA | 1109 W MAIN PEORIA, IL | 08/31/2002 EXA-E | |
| MICHAEL RAMPY | 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 | 4.2 | 08/17/1999 | 04/05/2000 | IMPROVEMENT NEEDED | Must Improve | EXA | 1100 W MAIN PEORIA, IL | 08/31/2002 EXA-E | |
| JEREMY BIENEMAN | 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 | 4.2 | 03/27/2000 | 04/03/2002 | MEETS EXPECTATIONS | Future Store MGR | EXA | 1109 W MAIN PEORIA, IL | 08/31/2002 EXA-E | |
| JEFFERY HALVERSON | 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 | 3.8 | 07/09/2000 | 04/03/2002 | EXCEPTIONAL/AB OVE AVERAGE | Future Store MGR | EXA | 800 S WESTERN PEORIA, IL | 08/31/2002 EXA-M | |
| SAMUEL LAHN | 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 | 3.2 | 08/05/2000 | 04/03/2002 | EXCEPTIONAL/AB OVE AVERAGE | Can Promote to Store MGR SOON | EXA | 1001 W REYNOLDS ST PONTIAC, IL | 09/31/2002 EXA-M | |

WAI 00058

03/05/04 10:50 WALGF ILLINOIS → WALGREEN CO NO.175 D06

# Walgreens — HR Planning 2003 -- 028 ILLINOIS NORTH

## AMN

| Name: | SSN: | Sales/ Scripts | Hire Date | POS Date | 2003 Overall Rating | 1-Year Projection | POS Last Year | Store Address: | Last Rating | Notes: |
|---|---|---|---|---|---|---|---|---|---|---|
| PAMELA HIRT | 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 | 18.6 | 10/03/1975 | 02/05/2002 | MEETS EXPECTATIONS | | AMN | 1050 N. KENNEDY DRIVE KANKAKEE, IL | 03/31/2002 AMN-M | |
| TIMOTHY BUNDY | 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 | 12.0 | 08/01/1965 | 12/04/2002 | MEETS EXPECTATIONS | | MGR | 1220 E WAR MEMORIAL DR PEORIA HEIGHTS, IL | 04/31/2002 MGR-M | |
| DAVID WASSON | 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 | 10.4 | 04/26/1971 | 09/07/2000 | EXCEPTIONAL/AB OVE AVERAGE | | AMN | 300 N MAIN ST EAST PEORIA, IL | 09/31/2002 AMN-M | |

WAL00059

03/05/04 10:50 WALGR ILLINOIS → WALGREEN CO NO.175 P07

# Walgreens HR Planning 2003 -- 028 ILLINOIS NORTH

## MGT

| Name: | SSN: | Sales/ Scripts | Hire Date | POS Date | 2003 Overall Rating | 1-Year Projection | POS Last Year | Store Address: | Last Rating | Notes: |
|---|---|---|---|---|---|---|---|---|---|---|
| BONNI DRIVER | 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 | 18.5 | 03/04/1995 | 09/13/2000 | IMPROVEMENT NEEDED | Must improve | MGT | 1050 N. KENNEDY DRIVE KANKAKEE, IL | 08/31/2002 MGT-M | |
| S LOCK | 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 | 18.6 | 07/16/1977 | 07/16/1999 | IMPROVEMENT NEEDED | Must improve | MGT | 1050 N. KENNEDY DRIVE KANKAKEE, IL | 08/31/2002 MGT-M | |
| DEBORAH EDWARDS | 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 | 18.6 | 11/25/1996 | 09/26/1999 | MEET6 EXPECTATIONS | May-be ready for ADSM in 2004 | MGT | 1050 N. KENNEDY DRIVE KANKAKEE, IL | 09/31/2002 MGT-M | |
| SAUL GROENE | 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 | 14.9 | 10/01/1999 | 10/01/2001 | MEETS EXPECTATIONS | Recommended for Next ADSM Class | MGT | 844 W FREMONT ST GALESBURG, IL | 09/31/2002 MGT-E | |
| JULIA ROSKILLY | 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 | 14.9 | 02/09/2000 | 07/11/2001 | MEETS EXPECTATIONS | Well-Positioned | MGT | 844 W FREMONT ST GALESBURG, IL | 08/31/2002 MGT-E | |
| POLLY HILLYER | 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 | 14.9 | 02/20/1995 | 07/24/2002 | METB EXPECTATIONS | Well-Positioned | MGT | 844 W FREMONT ST GALESBURG, IL | 08/31/2002 MGT-E | |
| JOE WHITE | 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 | 14.9 | 01/03/2002 | 01/03/2002 | MEETB EXPECTATIONS | Maybe ready for ADSM in 2004 | MGT | 844 W FREMONT ST GALESBURG, IL | 08/31/2002 MGT-M | |
| KRIS STONEKING | 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 | 14.9 | 07/30/2001 | 07/30/2001 | OUTSTANDING | Recommended for Next ADSM Class | MGT | 844 W FREMONT ST GALESBURG, IL | | |
| ROBERT HARPER | 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 | 13.8 | 12/16/1998 | 04/05/2000 | MEETS EXPECTATIONS | Well-Positioned | MGT | 1526 N VETERANS PKWY BLOOMINGTON, IL | 08/31/2002 MGT-E | |
| JESSICA CULBERTSON | 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 | 13.8 | 07/21/2001 | 04/17/2002 | EXCEPTIONAL/ABOVE AVERAGE | Maybe ready for ADSM in 2004 | | 1526 N VETERANS PKWY BLOOMINGTON, IL | | |
| REBECCA SPENCER | 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 | 13.8 | 08/14/2000 | 07/24/2002 | MEETS EXPECTATIONS | Well-Positioned | | 1526 N VETERANS PKWY BLOOMINGTON, IL | | |
| CRYSTAL DWYER | 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 | 13.8 | 02/19/2003 | 03/05/2003 | MEETS EXPECTATIONS | Too New | | 1526 N VETERANS PKWY BLOOMINGTON, IL | | |
| THEO EDDINS | 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 | 13.8 | 04/02/2000 | 09/25/2000 | IMPROVEMENT NEEDED | Well-Positioned | MGT | 1526 N VETERANS PKWY BLOOMINGTON, IL | | |
| BRIAN JACKSON | 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 | 13.8 | 10/14/2002 | 10/14/2002 | MEETS EXPECTATIONS | | | 1526 N VETERANS PKWY BLOOMINGTON, IL | 09/31/2002 MGT-M | |
| SARA SUTTON | 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 | 12.0 | 02/09/1999 | 10/16/2002 | MEETS EXPECTATIONS | Maybe ready for ADSM in 2004 | | 1200 E WAR MEMORIAL DR PEORIA HEIGHTS, IL | | |
| CHRISTOPHER REINNAU | 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 | 12.0 | 08/04/1899 | 09/06/2002 | EXCEPTIONAL/ABOVE AVERAGE | Well-Positioned | MGT | 1200 E WAR MEMORIAL DR PEORIA HEIGHTS, IL | 09/31/2002 MGT-M | |
| ERIC CLEER | 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 | 12.0 | 05/08/2001 | 05/08/2001 | OUTSTANDING | Recommended for Next ADSM Class | MGT | 1200 E WAR MEMORIAL DR PEORIA HEIGHTS, IL | 09/31/2002 MGT-E | |

WAL00060

03/05/04 10:50 WALGf ) ILLINOIS → WALGREEN CO NO.175 D08

# Walgreens HR Planning 2003 -- 028 ILLINOIS NORTH

| MGT Name: | SSN: | Salary/ Scripts | Hire Date | POS Date | 2003 Overall Rating | 1-Year Projection | POS Last Year | Store Address: | Last Rating | Notes: |
|---|---|---|---|---|---|---|---|---|---|---|
| PAUL RANTIS) | 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 | 12.0 | 03/06/1998 | 10/02/2002 | MEETS EXPECTATIONS | May-be ready for ADSM in 2004 | | 1200 E WAR MEMORIAL DR PEORIA HEIGHTS, IL | | |
| JASON PACEY | 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 | 11.3 | 02/12/2003 | 02/12/2003 | MEETS EXPECTATIONS | Too New | | 4711 N WAR MEMORIAL DRI PEORIA, IL | | |
| TIMOTHY BELCHER | 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 | 11.3 | 08/01/2001 | 01/19/2003 | MEETS EXPECTATIONS | May-be ready for ADSM in 2004 | | 4711 N WAR MEMORIAL DRI PEORIA, IL | | |
| MARTIN BEHNKE | 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 | 11.3 | 10/17/1998 | 09/08/2000 | MEETS EXPECTATIONS | Well-Positioned | MGT | 4711 N WAR MEMORIAL DRI PEORIA, IL | 08/31/2002 MGT-M | |
| ANDREW DEARING | 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 | 11.3 | 12/02/1999 | 08/01/2000 | EXCEPTIONAL/AB OVE AVERAGE | Recommended for Next ADSM Class | MGT | 4711 N WAR MEMORIAL DRI PEORIA, IL | 08/31/2002 MGT-H | |
| ERIC KIZZIAH | 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 | 11.3 | 07/30/2002 | 07/31/2002 | MEETS EXPECTATIONS | May-be ready for ADSM in 2004 | | 4711 N WAR MEMORIAL DRI PEORIA, IL | | |
| ELIZABETH HICKEY | 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 | 10.4 | 02/12/2003 | 02/12/2003 | MEETS EXPECTATIONS | Too New | | 300 N MAIN ST EAST PEORIA, IL | | |
| AMY ROBB | 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 | 10.4 | 07/29/1993 | 09/06/2000 | EXCEPTIONAL/AB OVE AVERAGE | Well-Positioned | MGT | 300 N MAIN ST EAST PEORIA, IL | 08/31/2002 MGT-M | |
| SCOTT SCHUSTER | 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 | 10.4 | 08/12/2002 | 08/12/2002 | EXCEPTIONAL/AB OVE AVERAGE | May-be ready for ADSM in 2004 | | 300 N MAIN ST EAST PEORIA, IL | | |
| PAULA COLE | 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 | 10.4 | 03/22/1992 | 03/22/2002 | EXCEPTIONAL/AB OVE AVERAGE | Well-Positioned | | 300 N MAIN ST EAST PEORIA, IL | | |
| DARIN MONOHON | 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 | 9.6 | 03/10/2003 | 03/10/2003 | MEETS EXPECTATIONS | | | 2020 COURT STREET PEKIN, IL | | |
| ERIN HAMILTON | 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 | 9.6 | 09/24/1999 | 09/08/2001 | MEETS EXPECTATIONS | Well-Positioned | MGT | 2020 COURT STREET PEKIN, IL | | |
| CHADWICK HARPER | 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 | 9.6 | 08/02/2000 | 08/02/2000 | MEETS EXPECTATIONS | May-be ready for ADSM in 2004 | | 2020 COURT STREET PEKIN, IL | | |
| SUSAN WALLACE | 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 | 9.5 | 05/09/1988 | 12/13/2002 | MEETS EXPECTATIONS | Well-Positioned | MGT | 2020 COURT STREET PEKIN, IL | 08/31/2002 MGT-E | |
| MICHELLE STEARNS | 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 | 9.6 | 09/11/1989 | 10/18/2000 | MEETS EXPECTATIONS | Well-Positioned | MGT | 2020 COURT STREET PEKIN, IL | 08/31/2002 MGT-M | |
| DARRYL STEELE | 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 | 9.6 | 07/27/2000 | 09/16/2001 | MEETS EXPECTATIONS | May-be ready for ADSM in 2004 | | 2020 COURT STREET PEKIN, IL | 08/31/2002 MGT-AT | |
| MARIE WATSON | 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 | 8.1 | 07/22/2002 | 07/22/2002 | MEETS EXPECTATIONS | Well-Positioned | | 300 E JACKSON ST MACOMB, IL | | |

WAL00061

**Walgreens** — HR Planning 2003 -- 028 ILLINOIS NORTH

MGT

| Name: | SSN: | Sales/Scripts | Hire Date | POS Date | 2003 Overall Rating | 1-Year Projection | POS Last Year | Store Address: | Last Rating | Notes: |
|---|---|---|---|---|---|---|---|---|---|---|
| DENISE RAY | 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 | 8.1 | 05/24/2000 | 10/30/2001 | MEETS EXPECTATIONS | Well-Positioned | MGT | 390 E JACKSON ST MACOMB, IL | 08/31/2002 MGT-M | |
| JILL WATSON | 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 | 8.1 | 12/06/2002 | 12/06/2002 | MEETS EXPECTATIONS | Too New | MGT | 380 E JACKSON ST MACOMB, IL | | |
| VINCENT MARTIN | 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 | 1.8 | 08/23/1995 | 08/05/2000 | EXCEPTIONAL/AB OVE AVERAGE | Well-Positioned | MGT | 501 N CONVENT ST BOURBONNAIS, IL | 08/31/2002 MGT-E | |
| MATTHEW SALM | 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 | 1.6 | 11/16/1999 | 11/16/1999 | EXCEPTIONAL/AB OVE AVERAGE | Well-Positioned | MGT | 501 N CONVENT ST BOURBONNAIS, IL | 08/31/2002 MGT-E | |
| TAMMY CRABILL | 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 | 7.7 | 09/23/1998 | 12/01/1999 | MEETS EXPECTATIONS | Well-Positioned | MGT | 2515 N KNOXVILLE AVE PEORIA, IL | 08/31/2002 MGT-E | |
| RYAN THOMAS | 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 | 7.6 | 12/21/1995 | 09/00/2000 | OUTSTANDING | Recommended for Next ADSM Class | MGT | 6344 E OAKLAND BLOOMINGTON, IL | 08/31/2002 MGT-M | |
| DANIEL METZ | 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 | 7.5 | 04/05/2000 | 04/05/2000 | MEETS EXPECTATIONS | Must Improve | MGT | 2911 E OAKLAND BLOOMINGTON, IL | 08/31/2002 MGT-M | |
| SONA CRITTENDON | 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 | 7.2 | 03/29/1997 | 07/31/2002 | EXCEPTIONAL/AB OVE AVERAGE | Recommended for Next ADSM Class | MGT | 1110 N MAIN BLOOMINGTON, IL | 08/31/2002 MGT-M | |
| DAMEON CLAYTON | 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 | 7.2 | 10/03/2001 | 10/03/2001 | MEETS EXPECTATIONS | May-be ready for ADSM in 2004 | MGT | 1110 N MAIN BLOOMINGTON, IL | 08/31/2002 MGT-M | |
| JAMIE LEE | 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 | 8.7 | 09/18/2000 | 08/16/2000 | EXCEPTIONAL/AB OVE AVERAGE | Recommended for Next ADSM Class | MGT | 3524 N. UNIVERSITY PEORIA, IL | 08/31/2002 MGT-E | |
| STEPHANIE CAMDEN | 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 | 6.7 | 09/13/1995 | 11/28/2001 | MEETS EXPECTATIONS | May-be ready for ADSM in 2004 | MGT | 3524 N. UNIVERSITY PEORIA, IL | 08/31/2002 MGT-E | |
| PATRICIA LILLIE | 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 | 6.6 | 05/08/2000 | 07/31/2000 | MEETS EXPECTATIONS | Well-Positioned | MGT | 845 N MAIN CANTON, IL | 08/31/2002 MGT-E | |
| BRENDA BESSERER | 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 | 6.6 | 10/04/1999 | 07/26/2000 | EXCEPTIONAL/AB OVE AVERAGE | May-be ready for ADSM in 2004 | MGT | 845 N MAIN CANTON, IL | 08/31/2002 MGT-E | |
| JASON CARGILL | 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 | 6.4 | 05/18/2001 | 05/18/2001 | EXCEPTIONAL/AB OVE AVERAGE | Recommended for Next ADSM Class | MGT | 4614 N SHERIDAN RD PEORIA, IL | 08/31/2002 MGT-M | |
| JACOB QUAYLE | 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 | 6.4 | 02/11/1999 | 07/27/2000 | EXCEPTIONAL/AB OVE AVERAGE | Recommended for Next ADSM Class | MGT | 4614 N SHERIDAN RD PEORIA, IL | 08/31/2002 MGT-E | |
| JASON CALEF | 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 | 5.9 | 02/02/2000 | 03/24/2001 | MEETS EXPECTATIONS | May-be ready for ADSM in 2004 | MGT | 1021 COURT PEKIN, IL | 08/31/2002 MGT-E | |

WAL00062

## HR Planning 2003 -- 028 ILLINOIS NORTH

### MGT

| Name: | SSN: | Sales/Scripts | Hire Date | POS Date | 2003 Overall Rating | 1-Year Projection | POS Last Year | Store Address: | Last Rating | Notes: |
|---|---|---|---|---|---|---|---|---|---|---|
| NANCY WEST | 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 | 5.9 | 10/14/2002 | 10/14/2002 | EXCEPTIONAL/AB OVE AVERAGE | Maybe ready for ADSM in 2004 | MGT | 1021 COURT PEKIN, IL | | |
| JASON IBBOTSON | 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 | 5.7 | 04/11/1989 | 07/31/2000 | EXCEPTIONAL/AB OVE AVERAGE | Maybe ready for ADSM in 2004 | MGT | 1919 WEST PIONEER PARK PEORIA, IL | 08/31/2002 MGT-M | |
| PHILIP JANKE | 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 | 5.7 | 10/21/2002 | 10/21/2002 | MEETS EXPECTATIONS | Maybe ready for ADSM in 2004 | MGT | 1919 WEST PIONEER PARK PEORIA, IL | | |
| JEREMY BYRD | 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 | 5.0 | 07/31/2000 | 07/31/2000 | IMPROVEMENT NEEDED | Must Improve | MGT | 1101 N MAIN - SUITE 2 NORMAL, IL | 08/31/2002 MGT-I | Repeat Sub-Standard |
| TRISHA SPECKMANN | 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 | 4.7 | 09/05/1989 | 09/15/2000 | EXCEPTIONAL/AB OVE AVERAGE | Well-Positioned | MGT | 1700 E COURT KANKAKEE, IL | 08/31/2002 MGT-E | |
| DAVID MICHAELS | 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 | 4.7 | 08/29/2001 | 05/08/2002 | MEETS EXPECTATIONS | Maybe ready for ADSM in 2004 | | 1700 E COURT KANKAKEE, IL | | |
| ERIC GORE | 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 | 4.2 | 10/13/1993 | 09/06/2000 | MEETS EXPECTATIONS | Well-Positioned | MGT | 1109 W MAIN PEORIA, IL | 08/31/2002 MGT-M | |
| THOMAS CADY | 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 | 3.8 | 01/23/1997 | 03/24/1999 | EXCEPTIONAL/AB OVE AVERAGE | Recommended for Next ADSM Class | MGT | 600 S WESTERN PEORIA, IL | 08/31/2002 MGT-M | |
| JOHN HORSLEY | 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 | 3.8 | 04/06/1998 | 09/06/2000 | MEETS EXPECTATIONS | Well-Positioned | MGT | 600 S WESTERN PEORIA, IL | 08/31/2002 MGT-M | |
| ERIN KOHORST | 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 | 3.2 | 07/28/2001 | 07/12/2001 | MEETS EXPECTATIONS | Well-Positioned | MGT | 1001 W REYNOLDS ST PONTIAC, IL | 08/31/2002 MGT-44 | |
| ANGELA LINDEEN | 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 | 3.2 | 04/02/2002 | 04/02/2002 | MEETS EXPECTATIONS | Too New | MGT | 1001 W REYNOLDS ST PONTIAC, IL | 08/31/2002 MGT-M | |

Tuesday, April 22, 2003

WAL.00063

FORM 970 (4/89) I.C. 962480

# *Walgreens*

Name: _____

Store: _____

Date: 9/3/04

## SUPERVISION VISIT NOTES

| Tasks To Do | Due Date | Emp. | Limits on $ or Hours |
|---|---|---|---|
| Mr. Kuc & DM Palmer reviewed Mr. Semple's inquiry regarding c/1 to MGT compensation presently set @ 15.20/hr. Will release Mr. Semple of any openings in the market. Mr. Semple stated that he wanted an overnight MGT position as soon as possible | | | |
| reviewed Mgr. Tusley statement regarding Mr. Semple not promoted to MGR in timely fashion. LPS Sgd present & Mr. Semple satisfied that Ms. Tusley coached in not offering unfounded opinion re: Mgr. promotion NS. | | | |
| [signature] 9/3/04  [signatures] | | | |

Palmer
EXHIBIT NO. 11
11-30-05
J. JOHNSON

WHITE–STAYS IN NOTEBOOK    YELLOW–DISTRICT MANAGER

WAL00085

FORM 970 (4/89) I.C. 962480

# Walgreens

Name: _____

Store: 2177

Date: 4/30/04

## SUPERVISION VISIT NOTES

| Tasks To Do | Due Date | Emp. | Limits on $ or Hours |
|---|---|---|---|
| M.Palmer offered promo off. to Mr. Eric Single as MGR @ 1600 S. Western in Peoria | | | |
| — E Single declined, stating following reasons | | | |
| 1) Felt he could not responsibly balance family & work obligations with the commute | | | |
| — stated reloc @ co. expense & declined | | | |
| — suggested a mid-pt. location & unwilling | | | |
| 2) I informed that the commute was acceptable & he still declined the offer | | | |

Witness

Kerry King

KERRY KING

Palmer

EXHIBIT NO. 12
11-30-05

J. JOHNSON

DEPOSITION
EXHIBIT
1

WHITE—STAYS IN NOTEBOOK          YELLOW—DISTRICT MANAGER

WAL00094

## Store 02177

**From:** Store 02177 <str.02177@store.walgreens.com>
**To:** <Mike.Palmer@walgreens.com>
**Cc:** 2177 <str.02177@store.walgreens.com>
**Sent:** Wednesday, October 13, 2004 5:13 PM
**Subject:** Re: Promotional Opportunity

Thank you Mr. Palmer for the personal e-mail. I must say I'am very surprised and pleased at the same time to see that you now have an interview process to help you selcet store managers when there is an open opportunity. Of the nine years I have been with walgreens I have not know you to open up an interviewing process like this. This pleses me to see your distict making changes. I however will not be putting my name in the hat because I'm not willing to relocate to kankakee, as I was not willing to do so in nov. of 2001. I also told you in our last meeting that after what had be stated to me about another promotion opportunity(and why I was the right choice), I was not interested in being a store manager at this point in my career. Thanks for the consideration. Sorry this is a few minutes late but as you are aware Mr King is on vac. and I'm the only manager here tonite. and cust. service is our first priority:

> Mr. Simple,
>
>       I see that Mr. King is on vacation this week and therefore you may
> not be aware.
>
>       I am considering EXA candidates for promotion to Store Manager at
> #2148, 1700 E Court St. in Kankakee, Il.
>
>       Please return this email to me by 5 p.m. today if:
>
>               1. You are interested in interviewing for this position
>                  and
>               2. Willing to immediately relocate to the Kankakee market.
>
> thanks, mp
>
>
>

Palmer

DEPOSITION
EXHIBIT
13

76



March 18, 2004


Mr. Louis Rodriguez, Investigator
Equal Employment Opportunity          VIA UPS OVERNIGHT MAIL
   Commission
Chicago District Office
500 W. Madison St., Ste. 2800
Chicago, IL  60661-2511

                    RE:  Eric Simple v. Walgreen Co.
                         Charge No. 210-2004-02749

Dear Mr. Rodriguez:

This letter shall constitute Walgreens position statement in
regard to the above-referenced charge of discrimination filed by
Mr. Eric Simple (hereinafter "Charging Party" or "Mr. Simple").
Please be advised that I represent Walgreen Co. and all future
communications regarding this charge should be directed to me.  I
ask that you not contact any employee of Walgreens without first
advising me of your intent to do so.  I appreciate your
cooperation in this regard.

While we believe this letter to be accurate in all respects, it
is, of course, the result of a preliminary investigation.
Therefore, we reserve the right to modify, correct, or supplement
it on the basis of further information that may come to light.
In addition, this letter is submitted with the understanding that
it will not and cannot be used as evidence in any further
proceeding between the parties.

Mr. Simple alleges that he was discriminated against on the basis
of his race in that he was denied a promotion.  As will be
discussed in more detail below, the district manager, Mr. Mike
Palmer, promoted Charging Party to executive assistant manager
("EXA") in April 1999.  The EXA position is the management
training position immediately below a store manager.  District
managers in general, and Mr. Palmer in particular, promote
employees into the EXA position with the expectation that they
will eventually become store managers.  Store managers are
selected on the basis of their relative qualifications and
overall job performance, and without regard to any personal
characteristic.

Palmer
EXHIBIT NO. 14
11-30-05
J. JOHNSON

March 18, 2004
Mr. Louis Rodriguez, Investigator
Page 2

Despite his allegations, Mr. Simple has, in fact, been offered a promotion to store manager on at least two occasions. Mr. Palmer offered him a promotion to one of two stores in Peoria, Illinois, in the fall of 2002. He was also offered a promotion to a store in Kankakee, Illinois, in the fall of 2001. Mr. Simple turned down both offers because he preferred to stay in the Bloomington - Normal market.

Mr. Palmer's district is extremely spread out, as are many districts in the country, and the majority of EXAs understand that in order to gain promotional opportunities they will have to travel anywhere in the district. By limiting oneself to a specific geographical area, the opportunity for promotion decreases. In addition, there is very little growth of new stores in this market and, as a result, store manager openings are only created by store management turnover, which is infrequent.

For instance, the most recent opening for a store manager position in the Bloomington - Normal area was in 2001. Mr. Palmer filled that opening with an EXA by the name of Mr. Montez Dones, who is also black and has similar seniority with the Company as Mr. Simple. In addition, contrary to Mr. Simple's allegations, Mr. Dones' store is in a primarily white suburban neighborhood.

Mr. Simple contends that he was not promoted to store manager at the Pontiac store because of his race, however, this could not be farther from the truth. As was indicated earlier, promotion decisions are based on performance and not on seniority or any personal characteristic. Ms. Melissa Jonland was the most qualified person for that position. Mr. Palmer transfers EXAs to different stores as both a training experience and to see what they can contribute to the needs of differing stores. Ms. Jonland dramatically improved every store that she was moved to in the areas that they were lacking. She therefore outperformed her counterparts that were also considered for promotion. In fact, there were a number of white EXAs who were considered for promotion at the same time as Ms. Jonland, and they also were not selected. For example, Jan Krygowski (white), Troy Kaufmann (white), and Carmella Wilson (white) all had more seniority than Ms. Jonland and yet were also not offered the promotion to the Pontiac store.

Any claim that Mr. Palmer's decisions are motivated by race are further refuted by the fact that Mr. Palmer was the final decision-maker both in Charging Party's promotion to EXA and the subsequent denial of his promotion to store manager of the

WAL00002

March 18, 2004
Mr. Louis Rodriguez, Investigator
Page 3

Pontiac store. (However, as was noted previously, Mr. Simple was offered two promotions to store manager that he turned down). Courts have long recognized that when the same person hires (or in this case promotes) an employee knows of the protected characteristic and then later terminates (or fails to promote) that same employee, there is a powerful inference that no discrimination has occurred.

In conclusion, Mr. Simple is unable to sustain any claim of discrimination and his claims fail as a matter of law. Based on the foregoing facts and arguments, it is evident that Walgreen Co. has treated Mr. Simple fairly at all times without regard to his race or any other protected characteristic. Therefore, the Company urges that this charge be dismissed for lack of probable cause.

Thank you for your consideration and review of Walgreens' statement of position. Should you require further information regarding this charge, please contact me at the telephone number listed below.

Very truly yours,


Rachel Ablin
Employee Relations Department
(847) 914-5397

RA/cma0315

Enclosures

bcc:  D. Gloudemans
      M. Palmer

WAL00003