UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 04-1305 |
| WALGREEN CO., an Illinois Corporation, | ) ) ) |
| Defendant. | ) |

### AFFIDAVIT OF MICHAEL A. PALMER

I, MICHAEL A. PALMER, do state as follows:

1. I am 51 years old and have been employed by Walgreen Company as a district manager since 1988. Prior to becoming district manager, I was a store manager for various Walgreen stores in Madison, Wisconsin, for about seven years. The district of which I am currently manager is referred to as the "Illinois North" district. That district was created in about 1992, and is comprised of stores located in Kankakee, Pontiac, Bloomington, Peoria, Pekin, Macomb, Canton, and Galesburg. There are a total of 28 stores in the district currently.

2. I have overall responsibility for operations of all stores in the Illinois North District.

3. I am the individual responsible for selecting new store managers in the district. Store managers are selected from the ranks of Executive Assistant Store Managers ("EXA") or those persons who are already store managers.

4. The typical career path is for an EXA who is qualified to become a store manager to begin his or her career as a store manager in a store in the bottom one-third tier in terms of volume and profitability. The reason for this is to enable the new store manager to gain

proficiency in his or her skills in a less pressurized environment and to minimize the possible loss of profits should the new manager not succeed. If the store manager succeeds at such a store, he or she may then be reassigned to a higher profit store as openings occur.

5. The Pontiac store opened in January 2000. The first store manager hired (by me) was a Vietnamese male, Tuan Nguyen, who had previously been a manager at the Canton store. Nguyen left in January 2001. In October 2003, the manager of the Pontiac store was demoted because of his violation of company policy. The Pontiac store was in the bottom quarter in profitability for stores in the district and the store manager's position would be filled by promoting an EXA, rather than filling it with an existing store manager. In considering the list of available EXAs to fill the position, I decided that Melissa Jonland, EXA in a Bloomington store, was the EXA who had the qualities required at that time by the Pontiac store.

6. At that time, employee morale in the Pontiac store was low. Investment management, meaning the maintenance of optimum inventory levels for the sales base, for the store was weak. The overall store condition and the store staff productivity had also declined in the recent months at the store. Ms. Jonland's performance as an EXA demonstrated that she had strong and consistent performance in her personal productivity, good communication skills, kept to the task at hand, and had good attention to detail.

7. While Ms. Jonland had been an EXA I concluded she had demonstrated strength in investment management in the two stores where she worked. This judgment was based on my subjective and objective review of the two stores which showed inventories were low in relation to sales. As an EXA she would have been responsible, along with the store manager, for investment management in the stores. Ms. Jonland's performance in this area was better than

2

that of Mr. Simple's, who had preceded her as an EXA at the 1110 Main Street store in Bloomington.

8. I regularly visit the 28 stores in the district and meet with the EXAs to discuss store operations. I also promoted Ms. Jonland to the EXA position in 2001, and I was therefore well-acquainted with her work performance in October 2003.

9. At the time I filled the Pontiac store manager's position in October 2003 there were three other EXAs besides Mr. Simple who had more seniority than Ms. Jonland – Jan Krygowski (white), Troy Kaufmann (white), and Carmella Wilson (white).

10. Ms. Jonland was the only candidate that I interviewed for the position, and she accepted immediately. I did not solicit applications or conduct other interviews for the position as it was an existing opening in an ongoing store and had to be filled reasonably soon and I was familiar with the qualifications of the EXAs in the district.

11. Store managers at Walgreens are paid a base salary and a bonus. The base salary is determined by me at the time the job is offered. The bonus is determined by the store's profitability, and takes into account not only the store's overall profitability but the improvement in profitability. Bonuses are paid annually to store managers. In 2002 the Pontiac store manager preceding Jonland had a base salary of $46,500. The base salary for the manager was increased in 2003 to $49,200.

12. Melissa Jonland's base salary starting as manager at the Pontiac store was $46,500. Her base salary was increased to $49,800 in 2004. She is still employed in that position.

13. Walgreen Store No. 1300 was located at 600 South Western Avenue in Peoria. That store closed on August 18, 2005, when it was consolidated with the Main Street store in

Peoria to form a new store on Western Avenue in Peoria. In 2002 the manager of the Western Avenue store was paid $46,500 per year. A new manager was selected for the store later in 2002, and he was paid $45,120 in base salary. That salary increased to $46,920 in 2003 and $49,920 in 2004.

14. In May 2002, the Pontiac and Western Avenue store managers each received bonuses of $7,200. In 2003 the Pontiac store manager received a bonus of $15,650, and the two store managers (a change in managers occurred during the year) at the Western Avenue store received a total of $8,538 in bonuses. In 2004 the Western Avenue store managers received a total of $12,250 in bonuses, while the Pontiac store manager received a total of $14,157 for her bonus.

15. On April 30, 2004, I offered the Western Avenue store manager's position to Eric Simple, who declined the offer. Had he accepted the position, his base salary would have been $46,500. The responsibilities, status, promotional opportunities, and working conditions of the store manager's position at the Western Avenue store were the same as at the Pontiac store. Since I have been district manager, the store managers at that store have been white, except for one Hispanic female.

16. Following the closing of the Western Avenue store in August 2005, the store manager at that store, Matt Quayle, became a manager at 4818 N. Sheridan, Peoria, a higher-profit store. Because this district is relatively static in terms of population and few new stores are opening, it is typically the case for an EXA to start at lower-profit stores, and, based on their performance, they will then have an opportunity to become a manager at a higher-profit store. This is what occurred with Mr. Quayle.

17. I had also offered Mr. Simple the store manager's position at the Main Street, Peoria store in December 2002, but he declined.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed at Peoria, Illinois, this 26 day of July, 2006.

_____
MICHAEL A. PALMER

80219648v1 846495