Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

ERIC D. SIMPLE,                )
                               )
            Plaintiff,         )
                               )
vs.                            ) No. 04-1305
                               )
                               )
WALGREEN CO., an Illinois      )
Corporation,                   )
                               )
            Defendant.         )

COPY

THE DEPOSITION of MELISSA JONLAND, a witness, called by the plaintiff for examination in the above-entitled cause, pursuant to the Federal Rules of Civil Procedure, taken before me, Angela M. Jones, CSR-RPR, a Notary Public in and for the State of Illinois, at 456 Fulton Street, Suite 298, in the City of Peoria, County of Peoria, and State of Illinois, on the 29th day of June, A.D. 2006, commencing at 10:40 a.m.

Page 2

APPEARANCES:

   NILE J. WILLIAMSON, ESQUIRE
   Attorney at Law
   411 Hamilton Boulevard, Suite 1926
   Peoria, Illinois 61602
   (309) 677-5950
          On Behalf of the Plaintiff.

   HINSHAW & CULBERTSON LLP
   BY: L. LEE SMITH, ESQUIRE
   Attorney at Law
   456 Fulton Street, Suite 298
   Peoria, Illinois 61602
   (309) 674-1025
          On Behalf of the Defendant.

ALSO PRESENT:

   ERIC SIMPLE
   JENNIFER SIMPLE

Page 3

INDEX

WITNESS:                                              Page

   MELISSA JONLAND
      Direct Examination by Mr. Williamson..........4

EXHIBITS:

   JONLAND EXHIBIT 1................................14
      Statement

   JONLAND EXHIBIT 2................................42
      2001 through 2005 Salaries

   JONLAND EXHIBIT 3................................43
      Manager Bonus June '03 through May '04

   JONLAND EXHIBIT 4................................44
      Manager Bonus June '04 through May '05

Page 4

1    (Witness sworn.)
2    MR. WILLIAMSON: Same stipulation as
3 always?
4    MR. SMITH: Yes.
5    MR. WILLIAMSON: You want to reserve
6 signature?
7    MR. SMITH: Sure.
8    MELISSA JONLAND,
9 called as a witness, after being first duly sworn, was
10 examined and testified upon her oath as follows:
11    DIRECT EXAMINATION
12    BY MR. WILLIAMSON:
13    Q    Would you state your full name, resident
14 address, and date of birth, please?
15    A    Melissa Nicole Jonland, 516 Wild Turkey
16 Lane in Normal, Illinois, 3/26/1977.
17    MR. WILLIAMSON: I don't remember this
18 last time, the overhead sound.
19    (Discussion off the record.)
20 BY MR. WILLIAMSON:
21    Q    Miss Jonland, would you tell me, if you
22 would, your educational background starting with high
23 school and degrees obtained?
24    A    I graduated from Streator High School in

Page 5

1 1994 -- sorry, '95. I went to Illinois Valley Community
2 College for two years, went to ISU --
3    Q   Excuse me. Did you obtain an associate's
4 degree at Illinois Valley Community College?
5    A   No. I did not. Went to ISU for one year
6 and then quit.
7    Q   Have you obtained any degrees past high
8 school?
9    A   No.
10   Q   And after you went to Illinois State for a
11 year, did you begin working in terms of a business
12 career?
13   A   Yes. I've been with Walgreens since '94.
14   Q   '94 was the last year you went to Illinois
15 State?
16   A   No. The last year I went to Illinois
17 State was in '98.
18   Q   All right. Tell me the years then you
19 were at Illinois Valley Community College.
20   A   From '95 to '97.
21   Q   When did you begin working for Walgreens?
22   A   August '94.
23   Q   Give me your career at Walgreens, if you
24 will.

Page 6

1    A   Started as a service clerk, moved into the
2 photo lab, cosmetics, became a head cosmetician, then
3 assistant manager, executive assistant, and then store
4 manager.
5    Q   Let me try and catch up with you. Started
6 as a service clerk, moved into the photo lab. What did
7 you do after that?
8    A   Went to cosmetics.
9    Q   When you say you went to cosmetics, what
10 did you do at cosmetics?
11   A   Ran the cosmetics department.
12   Q   Were you a manager or --
13   A   Not at first.
14   Q   So you were promoted to manager of
15 cosmetics?
16   A   Uh-huh.
17   Q   You need to answer yes when you answer
18 questions.
19   A   Yes.
20   Q   Or no, for that matter.
21       So where did you go after you were manager
22 of the cosmetic department?
23   A   After I was the manager of the cosmetics
24 department, I was promoted to assistant manager, and I

Page 7

1 got moved to another store.
2    Q   What year did you become an assistant
3 manager?
4    A   1999.
5    Q   And where were you an assistant manager
6 at?
7    A   The 24-hour store on Oakland -- or on
8 Veterans and GE Road in Bloomington.
9    Q   Now, how many stores had you worked at up
10 until that point in time?
11   A   Two.
12   Q   And they would have been --
13   A   Streator where I was hired and then Main
14 Street in Bloomington.
15   Q   Which of the jobs -- when you went to the
16 Main Street store in Bloomington, which job did you have?
17   A   I worked in the photo lab and then
18 cosmetics.
19   Q   So it was only at the Streator store you
20 worked as a service clerk as you described it?
21   A   Service clerk and then photo there, too.
22 Yes.
23   Q   Who was the manager at the time you went
24 to the Oakland-Bloomington store?

Page 8

1    A   Veterans, Veterans store.
2    Q   I'm sorry. Veterans?
3    A   Uh-huh.
4    Q   That's a yes?
5    A   Leanne Turley was the manager. Yes.
6    Q   When you said "uh-huh," that was a yes?
7    A   Yes.
8    Q   Tell me who the manager was again.
9    A   Leanne Turley.
10   Q   How long were you an assistant manager
11 then at that store?
12   A   Two years.
13   Q   Until 2001?
14   A   Yes.
15   Q   And at that point in time, did you attend
16 what's referred to as the EXA classes?
17   A   Yes.
18   Q   What are the EXA course or classes?
19   A   They're a program of classes broken up
20 into three sessions that you have to attend to learn more
21 about the operations of the store.
22   Q   And is it necessary to attend the EXA
23 classes to be promoted at Walgreens?
24   A   Yes.

Page 9

1  Q  And for what purpose?
2  A  To further your education about the
3  company.
4  Q  In other words, can you be a store manager
5  without going to the EXA classes?
6  A  Not to my knowledge.
7  Q  And can you be an EXA without going to the
8  EXA classes?
9  A  Not to my knowledge.
10  Q  Assistant manager is below EXA; is that
11  correct?
12  A  Yes.
13  Q  In terms of pay and responsibility?
14  A  Yes.
15  Q  While you were with Leanne Turley as
16  assistant manager, did you receive annual evaluations
17  from Leanne Turley?
18  A  Yes.
19  Q  Were those done once a year?
20  A  Yes.
21  Q  So does that mean you received two during
22  the time you were an assistant manager?
23  A  I think so.
24  Q  Because you were there between 1999 and

Page 10

1  2001?
2  A  Uh-huh.
3  Q  That's a yes?
4  A  I should have. Yes.
5  Q  But you don't recall as we're sitting here
6  today?
7  A  No.
8  Q  I'm just asking because maybe you had a
9  carry-over; maybe there was a third one that came in
10  right at the --
11  A  I can recall two from her specifically.
12  Q  How generally were your evaluations with
13  Leanne Turley?
14  A  They were average to well.
15  Q  How was the evaluation done at Walgreens
16  in terms of is there a point system?
17  A  I think it's more average, below average,
18  exceptional.
19  Q  So it was a word system?
20  A  Uh-huh.
21  Q  That's a yes?
22  A  Yes.
23  Q  And you generally received average or
24  above average?

Page 11

1  A  Yes.
2  Q  Was there any situation while you were an
3  assistant manager where you were disciplined for any
4  reason, either by Leanne Turley or anybody else at
5  Walgreens?
6  A  Yes.
7  Q  What was that?
8  A  There was an incident between myself and
9  an EXA from another store.
10  Q  Who was that?
11  A  Her name was Shashi Mishra.
12  MR. WILLIAMSON: Let's go off the record.
13  (Discussion off the record.)
14  BY MR. WILLIAMSON:
15  Q  How is that spelled?
16  A  I believe it was spelled S-h-a-s-h-i. I
17  could be wrong, though.
18  Q  Well, we do have her statement, so let me
19  just -- Shashi, I think that's right. Her name is Shashi
20  Mishra; is that correct?
21  A  Yes.
22  Q  There was a suggestion during the course
23  of the situation with her you called her a "fucking
24  foreign bitch." Is that correct?

Page 12

1  A  No.
2  Q  You didn't call her that?
3  A  No.
4  Q  Tell me what then happened with Shashi.
5  A  She walked into the office where I was on
6  the computer and another assistant manager was counting
7  the safe; and my back was to her, didn't know she was
8  there. And I hear her say, "Listen, Missy, or whoever
9  you are, I need you to come out to my car and get this
10  stuff." I then informed her that we were both busy, and
11  we would be with her shortly; and she continued to talk
12  and say that she didn't have to bring this stuff to the
13  store, she was just being nice and if I didn't come get
14  it, she was going to leave with it.
15  So I got mad and said, "Fine," followed
16  her out to her car. I, at that point, I believe, told
17  her she was being fucking ridiculous.
18  Q  You did this in the parking lot then?
19  A  In the parking lot, yeah. She then opened
20  her trunk, got the stuff out of her car and put it in a
21  cart and pushed the cart at me, and that was basically it
22  that I can recall. I mean, I'm sure --
23  Q  She pushed the cart at you for what
24  purpose?

**Page 13**

1   A   Like to pass it off to me, like, "Here you
2   go."
3   Q   So you were to take the cart and transport
4   whatever was in the cart back to the store?
5   A   Right.
6   Q   How long did this situation last then?
7   A   I would say less than five minutes.
8   Q   So you were angry, and I take it she must
9   have been angry as well?
10   A   I believe she was as well.
11   Q   Was she actually your superior at that
12   time since she was an EXA and you were an assistant store
13   manager, or how did that work?
14   A   She was classified as a step above me, but
15   we didn't work together in the same store.
16   Q   But that's what I want to understand.  I
17   know that she wasn't the EXA in the store you were
18   working at; so did that mean she could give you direction
19   at that point in time in accordance with Walgreen policy,
20   or was she just like another co-employee because she
21   wasn't at your store?
22   A   I view it as she was another co-employee.
23   Q   So you didn't believe you had to take
24   direction from her?

**Page 14**

1   A   No. I didn't believe I had to sacrifice
2   customer service to take direction from her. I was
3   looking up something for a customer.
4   Q   That was an interesting way to answer that
5   question. Actually, what I want to know is: Did you
6   believe at that time and understand that you had to take
7   direction from her because she was an EXA at another
8   store while you were an assistant manager at the
9   Bloomington store?
10   A   No.
11   Q   And there wasn't any Walgreen policy in
12   place that you were familiar with that would indicate you
13   did have to take direction from her at that time then?
14   A   No.
15       (Exhibit 1 marked for
16       identification.)
17   BY MR. WILLIAMSON:
18   Q   Handing you what's been marked Jonland
19   Exhibit Number 1, is that a copy of the statement you
20   gave to Walgreens employees as a result of the incident
21   you've described to me?
22   A   Yes.
23   Q   Is that the only written statement you've
24   ever given as a result of that incident?

**Page 15**

1   A   Yes.
2   Q   Have you given oral statements that were
3   recorded or transcribed in some manner to Walgreens
4   employees regarding that incident other than Jonland
5   Exhibit Number 1?
6   A   Not that I recall, no.
7   Q   So this is, in fact, the only written
8   rendition of what you believe happened during the course
9   of that situation?
10   A   Yes.
11   Q   And did you advise Mr. Palmer of that
12   situation at or after the time it occurred?
13   A   My boss did, Miss Turley did.
14   Q   You didn't personally?
15   A   No.
16   Q   Does your statement indicate that you
17   spoke with Mr. Palmer about that incident? Go ahead and
18   glance through it again if you'd like. Some of it is
19   yellowed out.
20       (Pause in proceedings.)
21   A   No. Miss Turley came back in the evening
22   of the incident, and I told her all about it. I believe
23   she spoke with Miss Mishra's boss about it and with
24   Mr. Palmer about it then.

**Page 16**

1   Q   How do you know that she spoke with
2   Mr. Palmer about it?
3   A   I believe she told me she did. I was very
4   concerned, obviously, because I had never been in any
5   trouble before. So I wanted to know exactly the process
6   of what was happening.
7   Q   Again, did you recall -- when did she tell
8   you she spoke with Mr. Palmer? I mean, was it a day or
9   two, a week? How long after the incident did she speak
10   with Mr. Palmer?
11   A   I think this incident occurred on a
12   Friday, and she spoke with him on Monday.
13   Q   Three days then?
14   A   Uh-huh.
15   Q   Yes?
16   A   Yes.
17   Q   When did she tell you she spoke with
18   Mr. Palmer?
19   A   I can't recall exactly when she told me.
20   Q   Was it the day after she spoke with
21   Palmer?
22   A   It may have been. I don't remember.
23   Q   Just trying to get some idea of the time.
24   A   I don't recall.

Page 17

1  Q  And did you receive any type of
2  disciplinary action as a result of this incident?
3  A  I can't remember specifically. I think
4  she may have had to give me a formal write-up for
5  swearing, but I really don't recall.
6  Q  Which specific swear words were you given
7  a formal write-up about?
8  A  "Fucking" and "shit."
9  Q  And that is another word that you used to
10 Miss Mishra; is that correct?
11 A  Yes.
12 Q  Anything else other than those two words?
13 A  No.
14 Q  Is that the only reason you were given a
15 write-up, for using the profanity that you've described?
16 A  Yes.
17 Q  What was the consequence of the write-up?
18 A  I think she had to give me a write-up. I
19 don't recall an actual write-up. I don't have one that
20 I'm aware of in my file.
21 Q  Write-up would be something in writing
22 obviously?
23 A  Yes.
24 Q  So it could have been an oral warning; it

Page 18

1  could have been a written warning?
2  A  I believe it would have had to be written.
3  Q  Why do you say she had to give you that?
4  A  I seem to recall that she did but --
5  Q  But you used the expression she had to
6  give you a written write-up.
7  A  I think that may have been the punishment
8  determined by the Loss Prevention supervisor, Tim Belka.
9  Q  So Tim Belka was the one that determined
10 the form of punishment and not Mike Palmer?
11 A  I honestly couldn't tell you. I don't
12 know.
13 Q  And not Leanne Turley?
14 A  I don't know.
15 Q  You don't know?
16 A  Huh-uh.
17 Q  Was there any consequence to you other
18 than this written or oral write-up as you've referred to
19 it?
20 A  No.
21 Q  Did you receive any demotion in pay?
22 A  No.
23 Q  Did you have to attend sensitivity
24 training, for instance?

Page 19

1  A  No.
2  Q  Miss Mishra was of what nationality if you
3  know?
4  A  I don't know.
5  Q  So no one was concerned about her
6  nationality or her racial background in this incident,
7  nor -- was anyone concerned about her nationality?
8  A  I don't know.
9  Q  Was it ever mentioned to you?
10 A  She said that she thought I called her a
11 fucking foreign bitch, which I did not. That's the only
12 time I've ever heard anything about her nationality.
13 Q  And no one from Walgreens spoke with you
14 about her nationality?
15 A  Loss Prevention came in and asked me --
16 they sat down and had an interview with me as to whether
17 I actually said that or not.
18 Q  I understand that, but was her nationality
19 brought up in the investigatory process?
20 A  Not to my knowledge, no.
21 Q  So, again, no one at Walgreens spoke with
22 you or were concerned about Miss Mishra's nationality in
23 investigating this incident?
24     MR. SMITH: I'm going to object as far as

Page 20

1  calling what -- you're asking for speculation as to what
2  is somebody else's concern.
3      MR. WILLIAMSON: No. I'm not asking for
4  concern. I'm asking about whether they spoke with her
5  about it.
6      MR. SMITH: You can ask whether they spoke
7  about it.
8  A  Just during the loss prevention interview.
9      MR. WILLIAMSON: What was the last answer?
10     THE REPORTER: "Just during the loss
11 prevention interview."
12 BY MR. WILLIAMSON:
13 Q  I didn't understand anybody to ask you
14 anything during the loss prevention interview regarding
15 her nationality. Are you now saying they did ask you
16 something?
17 A  They asked me if I called her a fucking
18 foreign bitch.
19 Q  Aside from that statement? I understand
20 that.
21 A  Then no.
22 Q  Okay. Nor did anyone from Walgreens,
23 after the investigation was concluded, counsel you or
24 suggest to you that the incident was inappropriate

Page 21

1 regarding Miss Mishra because of her nationality; is that
2 correct?
3   A   No.
4   Q   It would be correct?
5   A   Yes. No one has ever counseled me on
6 that.
7   Q   Other than that incident, have you ever
8 received any type of disciplinary action from Walgreens
9 while you were an employee?
10  A   No.
11  Q   So, in 2001, you were transferred from the
12 store you worked at?
13  A   Yes.
14  Q   And why was that?
15  A   Early 2002.
16  Q   You said you were an assistant manager
17 between 1999 and 2001?
18  A   Yes. I then was promoted to EXA, which is
19 a different job title.
20  Q   At the same store?
21  A   Uh-huh. Yes.
22  Q   Thanks. When did that happen in 2001?
23  A   Spring, probably March.
24  Q   So you were an EXA for probably close to

Page 22

1 nine months then in 2001 at the Bloomington store?
2   A   Yes.
3   Q   I say Bloomington store.
4       Now, in that nine-month period of time,
5 were you always under Leanne Turley again as a manager at
6 the store?
7   A   Yes.
8   Q   And how did your job change from being an
9 assistant manager to being an EXA when you received that
10 promotion in 2001?
11  A   More responsibility.
12  Q   And how was that?
13  A   Just more tasks, more scheduling, more
14 department maintenance, more employee training, basically
15 greater responsibility.
16  Q   When did you go to the EXA classes again?
17  A   2001.
18  Q   Yes. When in 2001?
19  A   March, probably again then in May and
20 July.
21  Q   It was a total of three weeks, was it?
22  A   Three sessions, two to three days apiece.
23  Q   When one wants to become an EXA, how do
24 you go through that process at Walgreens?

Page 23

1   A   You express interest in it, you work hard,
2 let your superior know that's what you're going for, what
3 you're interested in.
4   Q   You file some type of application?
5   A   You can apply for it. Yes.
6   Q   And you did that?
7   A   Yes.
8   Q   When did you do that?
9   A   I don't recall the date.
10  Q   Was it 2000 or 2001?
11  A   I don't remember.
12  Q   And who do you make the application to?
13  A   I believe it goes to Mr. Palmer.
14  Q   The district manager?
15  A   Yes.
16  Q   And do you recall what's on the
17 application?
18  A   Not at this time, no.
19  Q   Did the application discuss disciplinary
20 actions?
21  A   I don't remember it doing so. No.
22  Q   Was there any reason that your application
23 contained a rendition of the incident with Miss Mishra?
24  A   Not that I know of, no.

Page 24

1   Q   You don't recall making any reference to
2 that incident when you made application for the EXA
3 program?
4   A   No. I don't recall.
5   Q   So, after you make the application, what
6 happens?
7   A   It's all different now from when I did it.
8       MR. SMITH: You're interested in what
9 happened to her or the process?
10      MR. WILLIAMSON: Her, of course.
11  A   I applied and then I waited, and then I
12 believe I was told I was accepted to go.
13  Q   Who told you that?
14  A   Miss Turley told me.
15  Q   And did she have to approve your
16 acceptance?
17  A   I don't know if she did or not.
18  Q   Did anyone else have to approve your
19 acceptance?
20  A   I believe Mr. Palmer would have to if it
21 were his decision.
22  Q   So you indicated Miss Turley would have to
23 approve your application, as I understand it?
24  A   I believe she would have had to support

Page 25

1  me. Yes.
2  Q  And then Mr. Palmer would have to approve
3  your attendance at the EXA classes?
4  A  Yes.
5  Q  Is there anyone else involved at Walgreens
6  who would have to actually approve your attendance at
7  those classes?
8  A  Not that I know of.
9  Q  Now, did you start as an EXA before you
10 attended the initial classes for EXA?
11 A  No. You don't start as an EXA until you
12 go to the classes.
13 Q  You went to the first round of classes, at
14 which point you started as an EXA?
15 A  Yes.
16 Q  I take it when you became an EXA you
17 received a promotion?
18 A  Yes.
19 Q  And that would be financial?
20 A  Yes.
21 Q  Tell me what you were making as an
22 assistant store manager.
23 A  I don't remember.
24 Q  You don't remember your salary?

Page 26

1  A  I don't remember what I was making. I
2  believe it was less than 30,000.
3  Q  Was that the base salary?
4  A  For an assistant manager?
5  Q  Yes.
6  A  Yes.
7  Q  Did you receive a bonus as an assistant
8  manager?
9  A  No.
10 Q  And that was the difference between the
11 assistant manager and the EXA, was it not, that the EXA
12 did receive a bonus?
13 A  Yes. I believe there's also a salary
14 increase.
15 Q  That was my next question. What did you
16 go then from being an assistant manager in terms of an
17 EXA in terms of base salary?
18 A  I think it was somewhere in the mid 30s.
19 Q  So you think you went from maybe 30,000 to
20 in the mid 30's when you became an EXA, plus the bonus?
21 A  Plus the bonus, yes.
22 Q  Did you supervise people as an assistant
23 manager?
24 A  Yes.

Page 27

1  Q  By supervise, does that mean you could
2  hire and fire people as an assistant manager?
3  A  I never did any hiring until I was an EXA.
4  Q  But did you have the authority to hire and
5  fire as an assistant manager?
6  A  I may have.
7  Q  You don't know?
8  A  I never had to do that. That wasn't one
9  of my responsibilities.
10 Q  I understand you never had to do it. Did
11 you have the authority to hire and fire as an assistant
12 manager?
13 A  Yes.
14 Q  But you just didn't do it?
15 A  Didn't have -- didn't come up.
16 Q  I take it you also had authority to hire
17 and fire when you became an EXA?
18 A  Yes.
19 Q  And did you do it when you were an EXA?
20 A  Yes.
21 Q  On more than one occasion?
22 A  Yes.
23 Q  Would that be hiring and firing both?
24 A  No, just hiring.

Page 28

1  Q  So March of 2001 would be the first time
2  you had ever hired anyone on behalf of Walgreens?
3  A  That I can remember, yes.
4  Q  When did you first fire somebody on behalf
5  of Walgreens?
6  A  I don't remember.
7  Q  You've done that as well?
8  A  Yes.
9  Q  On more than one occasion?
10 A  Only one is truly sticking out to me, but
11 it may have been more than one.
12 Q  Did you do that as an EXA or store
13 manager?
14 A  Store manager.
15 Q  So, until you were appointed as store
16 manager, you had never fired anybody on behalf of
17 Walgreens?
18 A  Not that I remember.
19 Q  When you were an assistant store manager,
20 did you have involvement with the budget of the store,
21 purchasing?
22 A  No.
23 Q  Who did that?
24 A  Miss Turley would have done that.

Page 29

1  Q   The store manager?
2  A   Yes.
3  Q   So, when you became an EXA, it was also
4  true that the store manager handled the budgeting and
5  purchasing requirements of the store?
6  A   Yes.
7  Q   So, until you became a store manager, you
8  had never been involved in budgeting or purchasing
9  requirements at Walgreens; is that correct?
10 A   I had never done a budget until I became a
11 store manager.
12 Q   Had you ever done any purchasing until you
13 became the store manager?
14 A   Can you clarify what you mean by
15 purchasing?
16 Q   Did you order goods for the store?
17 A   Yes.
18 Q   As an EXA?
19 A   All the way back to assistant manager I
20 ordered.
21 Q   What type of things would you order?
22 A   Basic department merchandise.
23 Q   As part of your EXA classes or maybe on
24 your own, had you ever taken any classes in finance or

Page 30

1  business after you left IVC, Illinois Valley Central
2  College?
3  A   Illinois Valley Community College.
4  Q   Thank you. Illinois Valley Community
5  College.
6  A   I took a few at ISU.
7  Q   Which was in '98?
8  A   Yes.
9  Q   Other than that?
10 A   No.
11 Q   In other words, did Walgreens provide any
12 specific training for you either in the EXA classes or by
13 seminars or otherwise as to business classes, accounting
14 procedures?
15 A   Bits of training during EXA class.
16 Q   Short bits, I take it, given the time
17 frame involved in the EXA classes?
18 A   Short classes, yeah.
19 Q   At some point in time then, you were
20 appointed a store manager?
21 A   Yes.
22 Q   When did that occur?
23 A   October of 2003.
24 Q   October of 2003?

Page 31

1  A   Yes.
2  Q   And after you became an EXA in March of
3  2001, what stores did you work in?
4  A   I continued to work for Miss Turley until
5  April of 2002, and then I went to work at the Main Street
6  store in Bloomington.
7  Q   Who was the store manager at the Main
8  Street store?
9  A   Kerry King.
10 Q   K-i-n-g?
11 A   Yes.
12 Q   Is Terry (sic) King a man or female?
13 A   It's Kerry.
14 Q   Oh, I'm sorry.
15 A   And he is male.
16 Q   K-e-r-r-y?
17 A   Yes.
18 Q   So you worked under him for approximately
19 a year and a half?
20 A   Yes.
21 Q   And you worked as an EXA?
22 A   Yes.
23 Q   Did you also receive written evaluations
24 then from Mr. King?

Page 32

1  A   I don't remember one from Mr. King.
2  Q   So, even though you worked for about 17
3  months, you didn't receive any type of written
4  evaluation?
5  A   I don't remember receiving one. No.
6  Q   And then what occurred in October of 2003
7  to cause you to be appointed a store manager?
8  A   The Pontiac store became open for store
9  manager.
10 Q   And how did you know that?
11 A   I was informed by Mr. Palmer.
12 Q   Did he tell you that orally?
13 A   Yes.
14 Q   And what did he say?
15 A   He told me that the Pontiac store had
16 become open for store manager.
17 Q   Was that the end of the conversation?
18 A   No.
19 Q   Would you tell me what else he said and
20 what you said?
21 A   He offered it to me, and I accepted.
22 Q   So did he come to the Main Street store?
23 A   I met him somewhere, and we had the
24 interview.

Page 33

1  Q  Did he call you up and tell you he wanted
2  to have a meeting with you?
3  A  Yes.
4  Q  And did he tell you what it was about?
5  A  No.
6  Q  So when did he do that?
7  A  I don't recall the exact date. It was the
8  first week of October, last week of September, right in
9  there.
10  Q  And at that point in time, had you ever
11  expressed an interest in being a store manager?
12  A  Yes.
13  Q  To who?
14  A  Miss Turley, Mr. King.
15  Q  And these were casual conversations?
16  A  Yes.
17  Q  Simply said, "I'd like to be a store
18  manager someday"?
19  A  Yes. Soliciting advice, you know, "How
20  can I get there quicker?"
21  Q  So Mr. Palmer called you on the phone and
22  said he'd like to have a meeting with you and didn't tell
23  you why?
24  A  Yes.

Page 34

1  Q  Did you ask anybody why?
2  A  No.
3  Q  And the meeting was set up within a day or
4  two after he called you?
5  A  It was that same day.
6  Q  Same day?
7  A  Yes.
8  Q  Where did you meet him?
9  A  I met him at McDonald's in Normal.
10  Q  For lunch?
11  A  Yes.
12  Q  And who was present at that time?
13  A  Mr. Palmer and myself.
14  Q  Again, tell me what he said to you and
15  what you said to him.
16  A  He told me that the store manager position
17  in Pontiac had come open and asked me if I would like to
18  have the job; and I said, "Yes."
19  Q  And that was the extent of the
20  conversation?
21  A  I don't recall the entire conversation.
22  Q  And you don't have to tell me the exact
23  words either. I'm just asking what the substance of any
24  remaining discussion was.

Page 35

1  A  He talked to me a little bit about the
2  store, what kind of store it was, what kind of problems
3  it had.
4  Q  What kind of store did he say it was?
5  A  Slower, low-volume store.
6  Q  What did that mean?
7  A  Not very busy.
8  Q  What else did he say about the store?
9  A  It hadn't turned a profit yet.
10  Q  Anything else?
11  A  Told me who the assistant managers there
12  were.
13  Q  Who was that?
14  A  There was Mr. Coursey. I can't remember
15  the other girl's name that was there.
16  Q  Do you know how to spell Coursey?
17  A  C-o-u-r-s-e-y.
18  Q  That was a male?
19  A  Yes.
20  Q  White male?
21  A  Yes.
22  Q  And there was another assistant manager
23  that was a female?
24  A  Yes.

Page 36

1  Q  You don't remember her name?
2  A  It was Erin something.
3  Q  Was she a white female?
4  A  Yes.
5  Q  For the record, you're a white female?
6  A  Yes.
7  Q  And at the time this job offer was made to
8  you, how old were you?
9  A  26.
10  Q  And at the time the offer of the Pontiac
11  store was made to you, you had been in management
12  positions at Walgreens for something less than four
13  years; is that correct?
14  A  Yes.
15  Q  You had no type of post-high school
16  degree; is that correct?
17  A  Yes.
18  Q  You were not required to make application
19  for the Pontiac store position as I'm understanding you;
20  is that correct?
21  A  Yes.
22  Q  And the Pontiac store position was offered
23  to you unsolicited?
24  A  Yes.

Page 37

1  Q  Did any discussion ensue between yourself,
2  Miss Turley, and Mr. Palmer about Eric Simple regarding
3  the Pontiac store position?
4  A  No.
5  Q  And did you ask?
6  A  No.
7  Q  Did you know Eric Simple at that time?
8  A  Yes.
9  Q  Had you worked with him before?
10 A  No.
11 Q  In other words, you had never been in
12 management positions at the same store?
13 A  Not at the same time, no.
14 Q  How did you know Mr. Simple then?
15 A  Just from being in the market.
16 Q  In other words, he was working in the
17 Bloomington market and so were you?
18 A  Yes.
19 Q  So comments you heard about Mr. Simple
20 were from other people?
21 A  If I ever heard anything about him, yes.
22 Q  Because you don't recall at this point
23 hearing anything about him?
24 A  No.

Page 38

1  Q  Now, was this the first time you had ever
2  been offered a store management position?
3  A  Yes.
4  Q  Are you a single person, if I might ask?
5  A  I have a boyfriend.
6  Q  Did you have a boyfriend at that time?
7  A  When I was promoted?
8  Q  Yes.
9  A  Yes.
10 Q  Same one?
11 A  Yes.
12 Q  Living together?
13 A  We are now, yes.
14 Q  I'm only asking to find out if there was
15 any type of commitment you had to make in terms of
16 changing residence that affected your personal life at
17 that time.
18 A  No.
19 Q  So you lived in Bloomington, and you were
20 going to drive to Pontiac?
21 A  I actually live in Normal.
22 Q  You did then?
23 A  Yes.
24 Q  And you still do?

Page 39

1  A  Yes.
2  Q  And that was your intention, to drive to
3  the Pontiac store?
4  A  Yes.
5  Q  And you still do that?
6  A  Yes.
7  Q  How long of a drive is that?
8  A  About a half hour.
9  Q  Do you know the mileage?
10 A  35 miles.
11 Q  Just tell me briefly the route you take to
12 remind me of that.
13 A  I leave my house, get on the interstate,
14 take it to the Pontiac exit --
15 Q  That would be Interstate 55?
16 A  Yes.
17 Q  So you're getting off at a close exit,
18 taking Interstate 55. And after you get off of
19 Interstate 55, it's a quick trip to the Pontiac store in
20 Pontiac; is it not?
21 A  Yes.
22 Q  You think it's about 30 minutes?
23 A  Yes.
24 Q  Did Mr. Palmer then discuss the financial

Page 40

1  aspects of the job?
2  A  Salary? Yes.
3  Q  What did he say?
4  A  He told me what my starting salary was
5  going to be. I don't recall the number.
6  Q  Again, you don't recall your salary?
7  A  I don't. I don't recall what it was.
8  Q  More than 50,000?
9  A  No. I believe it was $3,625 a month to
10 start.
11 Q  I don't trust my math too much, but that's
12 about 43,000 annually on the base salary?
13 A  I believe that's what it was.
14 Q  There was also a bonus?
15 A  Yes.
16 Q  Did he discuss that with you at that time?
17 A  No.
18 Q  When did you find out -- you knew about
19 the bonus system at Walgreens, didn't you?
20 A  Yes.
21 Q  So was the bonus system at the Pontiac
22 store any different than any other store?
23 A  They're all a little different because the
24 bonuses have a base bonus that's based on how many

Page 41

1  dollars you do in sales the previous year. So
2  everybody's bonus is adjusted to reflect that.
3      Q   And how does it work then when you go into
4  a store where they had a low -- in other words, they had
5  not made money the previous year?
6      A   It's a very small bonus.
7      Q   Your bonus was very small because of the
8  previous year?
9      A   The bonus I got was very small. Yeah.
10     Q   What was your first bonus?
11     A   Most of it was EXA, and a couple of it
12 then -- well, about half was EXA, half was store manager.
13 And I think that was about 9.
14     Q   9,000?
15     A   Yeah.
16     Q   So that would be for the year 2003?
17     A   Yeah.
18     Q   So 2004 would be the first year where you
19 receive a full year based upon being a store manager at
20 Pontiac; is that correct?
21     A   Yes.
22     Q   And what was your base salary and bonus in
23 19-- 2004 then?
24     A   I don't remember.

Page 42

1      Q   As you know, we have all these things in
2  written documents. The reason I'm not handing you the
3  written documents is it makes it somewhat easier for me
4  to question you to ask from memory. You can give me
5  round figures.
6      A   I don't recall at all what it was.
7      Q   Now, has the base salary and bonus
8  increased since you've been at the Pontiac store?
9      A   Yes.
10     Q   And how much?
11     A   I now make $4,625 a month.
12     Q   When did that change occur?
13     A   That occurred just in May.
14         (Exhibit 2 marked for
15         identification.)
16 BY MR. WILLIAMSON:
17     Q   Handing you what's been marked Jonland
18 Exhibit Number 2, look at the figures as they relate to
19 you and tell me if those are correct.
20         (Pause in proceedings.)
21     A   Yes.
22     Q   And what do those figures represent?
23     A   Total earnings for the year.
24     Q   Is that base salary plus bonus?

Page 43

1      A   Yes.
2      Q   And what does it indicate for you for the
3  years identified?
4      A   I've kept my pay increasing.
5      Q   I mean, put the figures orally into the
6  record if you would.
7      A   $36,530 for '02. For '03, $46,500. For
8  '04, $49,800. And for '05, $55,500.
9      Q   Again, does that include base salary plus
10 bonus?
11     A   Yes.
12     Q   Are you certain of that?
13     A   No. I'm not certain of that.
14         MR. WILLIAMSON: This will be 3.
15         (Exhibit 3 marked for
16         identification.)
17 BY MR. WILLIAMSON:
18     Q   Handing you what's been marked Jonland
19 Exhibit Number 3, can you review again only your own
20 reference on that document and tell me if that's a fair
21 representation of what it purports to represent?
22         (Pause in proceedings.)
23     A   Yes.
24     Q   And what period of time does it suggest on

Page 44

1  the document itself in the upper right-hand corner?
2      A   June of '03 through May of '04.
3      Q   And what does it indicate that it's
4  representing?
5      A   It represents the bonus.
6      Q   The manager bonus?
7      A   Yes.
8      Q   What is your bonus for that period of
9  time?
10     A   $9,438.
11     Q   And you believe that's correct?
12     A   Yes.
13     Q   Again, reviewing that document with the
14 document I just handed you, you believe that the first
15 document represents -- by that, I mean Exhibit 2 --
16 represents base salary and the second document, Exhibit
17 3, represents bonus?
18     A   Yes.
19         (Exhibit 4 marked for
20         identification.)
21 BY MR. WILLIAMSON:
22     Q   Again, looking at that document, can you
23 tell us what that represents?
24     A   It represents the bonus for June of '04

Page 45

1 through May of '05.
2 Q  For store managers?
3 A  Yes.
4 Q  And what does your own reference indicate?
5 A  $17,678.
6 Q  And is that correct for the time period?
7 A  Yes.
8 Q  In the upper right-hand corner, what date
9 is indicated?
10 A  June of '04 through May of '05.
11 Q  You said that?
12 A  Yes.
13 Q  Again, is that your bonus for that period
14 of time exclusive of salary?
15 A  Yes.
16 Q  How do you attribute the increase in the
17 bonuses you've had at the Pontiac store since you've
18 become manager?
19 A  We finally started turning a profit at the
20 Pontiac store.
21 Q  In other words, do you attribute that to
22 your own work?
23 A  With a lot of help from my employees.
24 Q  Did Mr. Palmer indicate to you at the time

Page 46

1 that he offered you the job that the turnaround was
2 possible at the Pontiac store in terms of income and
3 total sales?
4 A  Yes.
5 Q  Did you inquire about any other factors
6 about that store at the time you were offered the job?
7 A  I believe I asked him when the next
8 scheduled inventory was.
9 Q  Anything else?
10 A  I don't recall.
11 Q  In other words, did you inquire at all
12 about the possibility for increase in sales at the
13 Pontiac store when you took the job?
14 A  He had told me about it. I didn't have to
15 inquire.
16 Q  What did he say? Again, I don't think you
17 mentioned that the first time.
18 A  He believed that Pontiac could always be a
19 profitable store.
20 Q  What did he say?
21 A  He said he thought with a lot of hard work
22 and effort it would become profitable and pay out a nice
23 bonus.
24 Q  That was at the initial conversation at

Page 47

1 McDonald's?
2 A  Yes.
3 Q  Did you ask about that at all?
4 A  I may have. I don't remember.
5 Q  Did you care?
6 A  No.
7 Q  You were going to take whatever store he
8 offered you?
9 A  Yes.
10 Q  Tell me then the percentage makeup of how
11 your bonus is determined at the present time at Pontiac.
12 A  Can you repeat the question, please?
13     THE REPORTER: "Tell me then the
14 percentage makeup of how your bonus is determined at the
15 present time at Pontiac."
16 A  I don't know that information.
17 Q  How do you know then that your bonus is
18 being paid correctly?
19 A  Because when Mr. Palmer hands them out,
20 when they come in, we all sit down and he has meetings
21 with each one of us; and we go over it then together.
22 Q  So that's how you find out?
23 A  Yes.
24 Q  Is each store manager given the same

Page 48

1 percentage of bonus in the Illinois North Region?
2 A  I don't know.
3 Q  Because you don't see those figures?
4 A  We can see the figures. As I said
5 earlier, every store has a base bonus that is based on
6 how much sales you do; so that fluctuates. And then
7 everyone's increases and profitability and sales are all
8 reflected on the same percentages.
9 Q  But the base bonus may or may not be in
10 the same percentage? Obviously, one store may sell more
11 than another. But does each store receive a base bonus,
12 for instance, of 3 percent, or do you know that?
13 A  I don't know that.
14 Q  And you don't have access to figures then
15 that would tell you that from Walgreens; is that correct?
16 A  I may. I don't know.
17 Q  Now, since you've been at the Pontiac
18 store, have you had opportunities to become a manager of
19 any other store?
20 A  No. I have not.
21 Q  And is that because you haven't asked?
22 A  I have not asked, so I don't know.
23 Q  And has it been given to you as an option
24 unsolicited such as the Pontiac store?

**Page 49**

1  A   No.
2  Q   So you haven't asked, and they haven't
3  offered?
4  A   Yes.
5  Q   Would you be willing to move to other
6  stores?
7  A   Yes.
8  Q   And what would be the factors which would
9  come into play in making a decision to move to other
10 stores?
11 A   Whether it's a more profitable store,
12 bigger bonus.
13 Q   How about the location?
14 A   Not that important to me.
15 Q   Would you be willing to go to Chicago
16 then?
17 A   Sure.
18 Q   Anyplace in the state?
19 A   Yeah. Yes.
20 Q   So as long as the profit potential would
21 be there for you?
22 A   As long as it was a good move for my
23 boyfriend and I to make, then yes.
24 Q   So the only thing that would come into

**Page 50**

1  play other than profit would be your boyfriend's interest
2  in wanting to move as well?
3  A   Yes.
4  Q   Have you discussed that with him?
5  A   We talk about it from time to time.
6  Q   But you've never taken any steps beyond
7  that to discuss it with Walgreens then?
8  A   Not at this time.
9  Q   How about the North Main Street store in
10 Normal, would you be willing to move there?
11 A   Yes.
12 Q   As manager?
13 A   Yes -- did you say Main Street or Fort
14 Jesse? I apologize.
15 Q   Main Street.
16 A   Then no.
17 Q   Why?
18 A   Less of a bonus. It's less profitable
19 than my store.
20 Q   So you would not move to the North Main
21 Street store?
22 A   No.
23 Q   When you had the discussions with Miss
24 Turley and Mr. Kerry, did you indicate parameters of the

**Page 51**

1  stores you wanted to take as manager?
2  A   No.
3  Q   So you told them that you'd be willing to
4  move anyplace?
5  A   At the time that I was promoted, I was not
6  willing to move anyplace because my mother was ill.
7  Q   Where was your mother located?
8  A   Streator.
9  Q   And your mother is deceased?
10 A   No.
11 Q   No longer ill?
12 A   Yes.
13 Q   So it was only at that point in time you
14 had a limited range?
15 A   Yes.
16 Q   And did you think it was appropriate to
17 tell Walgreens that you had a limited range because of
18 your mother's illness?
19 A   I never had to tell Walgreens that.
20 Q   Nor did you tell Miss Turley that?
21 A   No.
22 Q   What I'm asking is: Is that an
23 appropriate basis for someone taking a job at Walgreens,
24 I mean, the health of their family or relationships with

**Page 52**

1  boyfriends or significant others? Wouldn't that come
2  into play when one was attempting to pick a job at
3  Walgreens as manager?
4  A   I believe so. Yes.
5  Q   I mean, most people would have those
6  concerns, wouldn't they?
7  A   Yes.
8  Q   And that's not inappropriate, is it, to
9  say that to your employer?
10 A   It would depend on the situation, I guess.
11 Q   Right. But in your case, at least so far
12 as the health of your own mother was concerned and your
13 relationship with your significant other, boyfriend,
14 those factors would come into play in picking the store
15 that you'd be a manager at for Walgreens; is that
16 correct?
17 A   For me, yes, they would.
18 Q   I take it you'd understand that with other
19 employees? Their personal situations would affect what
20 stores they wanted to be relocated to as a Walgreens
21 employee; is that correct?
22 A   Yes.
23 Q   Am I confusing you at all, with the look
24 on your face? I'm just asking if those types of personal

Page 53

1 situations wouldn't factor into an employee's decision as
2 to where and when they'd want to work for Walgreens. You
3 agree that those type of situations would come into play?
4     MR. SMITH: I'm objecting as far as you're
5 asking her to speculate as to what entered into other
6 employees' considerations. I think she can testify as to
7 what entered into her consideration.
8   Q Did you inquire about the shrinkage rate
9 at the Pontiac store with Mr. Palmer?
10   A No.
11   Q What does shrinkage rate mean?
12   A How much money you're losing due to theft
13 or misuse of goods.
14   Q What was the shrinkage rate at Pontiac?
15   A I don't recall. The very first inventory
16 I had there had to be a 2.8 which is pretty high.
17   Q Has it lowered since that time?
18   A Yes.
19   Q What would the shrinkage rate be at the
20 North Main Street store in Bloomington?
21   A I have no idea.
22   Q Higher than 2.8?
23   A I don't know.
24   Q Would there be a correlation between the

Page 54

1 amount of total sales of the store and the shrinkage
2 rate?
3   A There could be.
4   Q In what respect?
5   A Well, I guess if you're selling more
6 things, you have more customers in there. More customers
7 could be stealing or opening products and damaging them.
8 I really couldn't say.
9   Q How about the demographics of the area
10 that the store was in?
11   A I don't know.
12   Q Other than the total sales of the North
13 Main Street store in Bloomington, is there any other
14 reason you wouldn't want to be manager there?
15   A No.
16   Q So, if it had higher total sales, you'd be
17 manager there?
18   A Higher bonus, yes.
19   Q It would have a higher bonus if it had
20 higher total sales, wouldn't it?
21   A If it had a higher bonus than the store
22 I'm currently at, then, yes, I would work there.
23   Q Do you believe you could turn around the
24 sales at the North Main Street store if you're the

Page 55

1 manager?
2   A I have no idea what I could do there.
3   Q In any event, that's not a store you'd
4 accept a transfer to; is that correct?
5   A Not at this time, no.
6   Q Are there any particular qualifications
7 that you're aware of that Walgreens imposes for store
8 managers in the Illinois North area between the years
9 2003 and now?
10   A No.
11   Q It's purely in the discretion of
12 Mr. Palmer then, as I understand it?
13   A I believe so.
14   Q Are you aware of anyone else at Walgreens
15 who has input into that decision as to Illinois North
16 managers other than Mr. Palmer?
17   A No.
18   Q Are you aware of any written criteria that
19 Walgreens uses to pick store managers in the Illinois
20 North area from the year 2003 up until now?
21   A No.
22   Q Have you ever been told of any such
23 written qualifications?
24   A No.

Page 56

1   Q When a store manager's job comes open, is
2 there any posting procedure for that in the Illinois
3 North Region? I'm talking about now.
4   A I don't know.
5   Q You know what I mean by posting?
6   A Like on the internet?
7   Q No. Any written notification anyplace.
8   A For store manager jobs, I have not seen
9 one yet.
10   Q So you've never seen any written
11 notification in advance of an opening for a store
12 manager's job in the Illinois North Region since you've
13 been a Walgreens employee; is that correct?
14   A That's correct.
15   Q Do you receive any travel reimbursement
16 either for -- for 30 minutes you travel every day or any
17 other type of travel reimbursement?
18   A No.
19   Q No mileage then?
20   A No.
21   Q Is there any other type of compensation
22 you receive other than your base salary and the bonus?
23   A No.
24   Q I take it there is a participation in

## Page 57

1  retirement plans?
2  A  Yes.
3  Q  Do you receive health insurance?
4  A  Yes.
5  Q  And you don't pay for that?
6  A  I pay for health insurance.
7  Q  For yourself?
8  A  Yes.
9  Q  Any other type of benefit you receive then
10 other than the ones we've discussed?
11 A  Profit sharing, retirement, medical and
12 dental, stock purchase, VIP, that's it.
13 Q  VIP?
14 A  Voluntary Investment Plan.
15 Q  What is your significant other's name?
16 A  Billy Walden, Junior.
17 Q  Can you spell that for us?
18 A  B-i-l-l-y --
19 Q  I'm sorry. What was the first letter?
20 A  B.
21 Q  Not his first name. His last name.
22 A  W-a-l-d-e-n.
23 Q  Is he employed by Walgreens?
24 A  Yes, he is.

## Page 58

1  Q  And what is his employment status?
2  A  Store manager.
3  Q  Where?
4  A  Oakland and Veterans in Bloomington.
5  Q  How long has he been a store manager?
6  A  I think he's been a store manager for six
7  years.
8  Q  So at the same store?
9  A  No. He's had two stores.
10 Q  What was the prior store?
11 A  It was in Pekin, Illinois.
12 Q  I'm guessing that when you were offered
13 the Pontiac job he was at the Oakland-Veterans store?
14 A  Yes.
15 Q  So any decision you would make on transfer
16 to a Walgreens store as you earlier indicated would also
17 be contingent upon Mr. Walden's status in that transfer
18 process?
19 A  Yes.
20 Q  If you were offered a store in Chicago, I
21 take it you'd want Mr. Walden to be offered a store in
22 the Chicago area as well?
23 A  Not necessarily. It would be nice if he
24 could go with me, but it doesn't always work that way.

## Page 59

1  Q  Tell me just briefly the difference in
2  benefits other than salary and bonus you have as a store
3  manager versus when you were an assistant store manager.
4  A  Store managers can participate in Share
5  Walgreens which is a stock option plan. That's the only
6  difference I'm aware of.
7  Q  So that the stock option plan, you're
8  allowed to buy shares of stock of Walgreens at a
9  particular price, and Walgreens matches the number of
10 shares; is that correct?
11 A  I'm not really sure how it works.
12 Q  You do that?
13 A  I do do that.
14 Q  A certain amount of money is taken out of
15 each paycheck to purchase shares?
16 A  Yes.
17 Q  So you don't know whether you're receiving
18 the stock at a lower price or whether Walgreens is buying
19 stock on your behalf as the benefit then?
20 A  I'm not sure how it works.
21 Q  I think it's probably the latter; each
22 time you buy a share, Walgreens purchases a portion of
23 what you buy. Is that correct?
24 A  I'm not sure how it works.

## Page 60

1  (Pause in proceedings.)
2  MR. WILLIAMSON: I think we're done.

6  DEPOSITION CONCLUDED AT 11:45 A.M.

## Page 61

```
STATE OF ILLINOIS  )
                   ) SS
COUNTY OF TAZEWELL )
```

CERTIFICATE

I, Angela M. Jones, CSR-RPR, a Notary Public duly commissioned and qualified in and for the State of Illinois, do hereby certify that, pursuant to notice, there came before me on the 29th day of June, A.D. 2006, at 456 Fulton Street, Suite 298, Peoria, Illinois, the following named person, to wit:

MELISSA JONLAND,

a witness, called by the plaintiff, who was by me first duly sworn to testify to the truth and nothing but the truth of her knowledge touching and concerning the matters in controversy in this cause, and that she was thereupon carefully examined upon her oath and her examination reduced to shorthand by means of stenotype and thereafter converted to typewriting using computer-aided translation by me.

I also certify that the deposition is a true record of the testimony given by the witness.

I further certify that I am neither attorney or counsel for nor related to or employed by any

## Page 62

of the parties to the action in which this deposition is taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in the action.

In witness whereof, I have hereunto set my hand and affixed my notarial seal this 15th day of July, A.D. 2006.

Angela M. Jones, CSR-RPR
Illinois CSR #084-003482

OFFICIAL SEAL
ANGELA M. JONES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-30-2010

## Page 63

```
ERIC SIMPLE,            )
                        )
        Plaintiff,      )
                        )
   vs.                  ) No. 04-1305
                        )
WALGREEN CO.,           )
                        )
        Defendant.      )
```

I hereby certify that I have read the foregoing transcript of my deposition given on the 29th day of June, 2006, at the time and place aforesaid, consisting of pages 1 through 60, inclusive, and I do again subscribe and make oath that the same is a true, correct, and complete transcript of my deposition so given as aforesaid.

Please check one:

☐ I have submitted errata sheet(s).

☐ No corrections were noted.

_____
MELISSA JONLAND

SUBSCRIBED AND SWORN TO before me this ___ day of ___, A.D. 2006.

_____
Notary Public

## Page 64

WITNESS ERRATA SHEET

```
ERIC SIMPLE         )
                    )
   vs.              ) No. 04-1305
                    )
WALGREEN CO.        )
```

Deposition of: MELISSA JONLAND, 6/29/06

I wish to make the following changes for the following reasons:

Page    Line
        Change:
        Reason:

        Change:
        Reason:

        Change:
        Reason:

        Change:
        Reason:

        Change:
        Reason:

        Change:
        Reason:

        Change:
        Reason:

        Change:
        Reason:

(Signed) _____