E-FILED
Friday, 28 July 2006 03:05:42 PM
Clerk, U.S. District Court, ILCD



JONLAND
EXHIBIT
A. JONES 6/29/06

# VOLUNTARY STATEMENT

I, Melissa N. Jonland , SSN: 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 , D.O.B.:

03-26-77 , make the following voluntary statement to (LPS) Tim Belka , who had

identified himself/herself to me as a Loss Prevention Supervisor of the Walgreen Company.    No promises

have been made, nor have I been threatened or mistreated by (LPS) Tim Belka or anyone else

into giving this voluntary statement.  I am currently a (position code) MGT , at Store #

5188 , (address) 1525 N. Veteran's Pkwy Bloomington, IL 61704 . I have worked for the Walgreen

Company since: August 1994.

On Saturday, December 9, 2000, at approximately
4:40 pm, I was approached by a male customer
carrying a fragrance gift set. He inquired about the
price saying he could not find a sign. All of our
registers were busy, so I took the gift set to the
office to look up the retail on the AS400, rather
than make him wait any longer than necessary.
Earlier in the afternoon, my store manager,
Ms. Turley, informed me that Ms. Mishra would
be coming by to pick up an interstore for Pontiac
#9460. She then placed the bag of interstores
under the counter in the office. At about 4:45pm,
I was sitting in the office at the AS400 looking up
the retail while Mr. Lahn counted the safe after
doing turn-ins. As my back was to the office door,
I did not know Ms. Mishra was in the office
until I heard her say "Missy or whoever you are
(to Mr. Lahn, I assume) I need you to come to my
car and get some stuff." I turned to her and
told her we would help her when we could.
Between 4pm and 6pm is generally our busiest
time, and the only other manager working was
Ms. Reeves, who was busy helping out in photo.
She then informed me that she was in a hurry
and did not have all night to watch "him" count
the safe and me play on the computer. I attempted
to explain to her what I was doing, but she
overrode me, saying that she didn't have to
bring us stuff from Pontiac; she was just being
courteous and also that she had to go to Mr.
Hadley's store (#2587) as well. Her tone and

**VOLUNTARY STATEMENT (continued)**

attitude finally got to me and I jumped out of my chair, gave a little salute and said "Yes, mam!" I followed her out of the office, listening to her saying how I was wasting her time, and I told her to "just shut up." She then said "No you shut up." At this point we were by the checkouts and she grabbed a cart and proceeded outside. I followed. Once we were outside and there were no employees or customers around, I told her what was on my mind. I said she was acting fucking ridiculous, and that if she ever walked into my store and started ordering people around, we were going to have a problem. I told her that she was not my boss and that she's not the boss of anyone here at my store. I also told her that this was not Pontiac, where sales are typically very slow. I told her that my store is very busy and neither I nor anyone else had time to put up with shit from her. While I was telling her all of this, she was unloading her trunk all by herself and putting the merchandise into the cart all by herself. Next thing that happened was the customer I had been waiting on left hollering to me that he was sorry, but had an appointment and had to go, but would be back. I hollered back that I was very sorry, but that certain employees of the company unfortunately did not have the patience he had shown. [The customer did end up coming back the next day and buying over $100 in merchandise. I did not get his name or anything for witness material as I did not realize this incident would go so far. I had not seen him before and I haven't since.] After Ms. Mishra finished loading the cart, I asked her "This is what you needed me for?" As I had not done anything at all to help her. She went on again about how she didn't have to bring the merchandise from Pontiac, and I said that was fine, if there was anything we needed from there I would personally go pick it up if it would keep her out of my store. I then thanked her for wasting my time and told her to have a nice day. She was still saying things to me but at that point I just ignored her. I grabbed the cart, walked it the 10 ft. to the store and

**VOLUNTARY STATEMENT (continued)**

went inside. I went to the office and immediately called her store to see if Mr. Nguyen happened to be there so I could tell him what had just occurred. He was not in, so I went and found Mr. Lahn, who asked me what the hell that was all about. As far as I know, he and Ms. Mishra are not familiar with each other. I just told him I wasn't sure what she needed help with, as all I did was watch her do everything herself. I then continued to work while I waited for Ms. Turley to come back, as she told me she would. As soon as she did come back to the store, I took her to the stockroom and told her what had happened in great detail. I believe she and Mr. Nguyen discussed the incident on Monday, and I know Mr. Palmer called her about it Monday, as well.

Ms. Mishra and I briefly worked together at my store 5188 in 1999, and I can honestly say we have not liked each other since then. My reason for not liking her is that I don't like how she treats people she considers "beneath" her. I am not saying this is a fact, just my impression of her. This altercation has probably been building for quite awhile, and it is my understanding that she apparently had a bad day at work that Saturday. However that is no excuse to go into another store and start ordering people around. There are things I said that I regret saying, such as "fucking" and "shit". I should not have gotten so mad that I started swearing. But I cannot feel bad about telling her to never come into my store barking orders at people who do not work for her. She has always treated me like dirt like I am beneath her and should follow her orders no matter what. It was one thing when we had to work together, but I don't feel I have to put up with that now.

Mr. Belka has informed me of the allegations Ms. Mishra has made. At no point did I call her a "fucking foreign bitch" or tell her she "will never get a store". The only thing I said at all regarding a difference between her and I was when I told her that things were different at my store, that we were busier than

## VOLUNTARY STATEMENT (continued)

her store in Pontiac and that we are constantly
helping customers. As far as me telling her she
will never get a store, I did not say that. I did
say that she was not my boss. I am not a
racist or bigoted person at all, as everyone who
knows me can attest to, and I would never make
comments like that, no matter how angry I was.

This is a true and accurate statement of the facts:

Signature _Melissa N. Jonford_   Date _12/20/00_   Time _2:10 p.m._

L.P.S. _Timothy A. Bell_   Date _12/30/00_   Time _2:30_

Witness _____ Date _____ Time _____

Page 4 of 4


JONLAND 2
EXHIBIT NO. 6/29/06
A. JONES

PAGE   2

SALARIES OF DISTRICT 028 MANAGERS 2001 THRU 2005

PREPARED 12/13/05 12.16.18 BY THE HUMAN RESOURCE INFORMATION CENTER



| YEAR | SOCIAL | SALA | Name / Store |
|------|--------|------------|--------------|
| 02 | | 36,530.00 | Melissa N. Jonland |
| 03 | | 46,500.00 | Store #5460- 1001 W. Reynolds St., Pontiac, IL 61764 |
| 04 | | 49,800.00 | |
| 05 | | 55,500.00 | |
| 01 | | 46,320.00 | Matthew D. Woyner |
| 02 | | 46,320.00 | Store #2442- 501 N. Convent St., Bourbonnais, IL 60914 |
| 03 | | 50,220.00 | |
| 04 | | 53,220.00 | |
| 05 | | 58,920.00 | |
| 01 | | 46,500.00 | Bret N. Gentry |
| 02 | | 46,500.00 | Store #2100- 1021 Court St., Pekin, IL 61554 |
| 03 | | 49,200.00 | |
| 04 | | 52,200.00 | |
| 05 | | 57,900.00 | |
| 01 | | 37,830.00 | Carmella L. Wilson |
| 02 | | 37,830.00 | Store #2165- 845 N. Main St., Canton, IL 61520 |
| 04 | | 40,430.00 | |
| 04 | | 41,860.00 | |
| 05 | | 53,640.00 | |
| 01 | | 36,530.00 | Matthew C. Quayle |
| 02 | | 36,530.00 | Store #6079- 4814 N. Sheridan Rd., Peoria, IL 61614 |
| 03 | | 40,300.00 | |
| 04 | | 48,000.00 | |
| 05 | | 55,440.00 | |
| 01 | | 36,790.00 | Jennifer L. Bond |
| 02 | | 36,790.00 | Store #9508- 221 N. Western Ave., West Peoria, IL 61604 |
| 03 | | 40,430.00 | |
| 04 | | 41,730.00 | |
| 05 | | 54,840.00 | |
| 01 | | 63,300.00 | |
| 02 | | 63,300.00 | |

SOURCE: MGR SALARY - ARCIMB

WAL00303

JONLAND
EXHIBIT NO. 3
6/30/06
A. JONES

BUDGET GROUP 6
JUNE 03 - MAY 04

ILLINOIS NORTH
D#028

MGR BONUS

07/02/2004

| DST | STORE | NAME | SS# | BDGT END | YR | POS | ST | END | # MO | BONUS $ |
|-----|-------|------|-----|----------|----|-----|----|----|------|---------|
| 028 | 01300 | MC QUAYLE | | 05/30/04 | 04 | 85 | 5.5 | 5.0 | 0.5 | 250.00 |
| 028 | 01300 | JR STOKES | | 05/30/04 | 04 | 85 | 6.0 | 5.5 | 11.5 | 5750.00 |
| 028 | 01529 | SL BURMOOD | | 05/30/04 | 04 | 85 | 6.0 | 5.0 | 12.0 | 6000.00 |
| 028 | 02100 | BN GENTRY | | 05/30/04 | 04 | 85 | 6.0 | 5.0 | 12.0 | 6661.00 |
| 028 | 02148 | MA HALLER | | 05/30/04 | 04 | 85 | 6.0 | 5.0 | 4.5 | 2250.00 |
| 028 | 02148 | EB SHANER | | 05/30/04 | 04 | 85 | 1.5 | 1.5 | 3.0 | 1500.00 |
| 028 | 02148 | MD WOYNER | | 05/30/04 | 04 | 85 | 10.5 | 10.5 | 4.5 | 3600.00 |
| 028 | 01300 | JR STOKES | | 05/30/04 | 04 | 85 | 5.5 | 5.0 | 0.5 | 799.00 |
| 028 | 02165 | PA HILST | | 05/30/04 | 04 | 85 | 6.0 | 5.5 | 11.5 | 18379.00 |
| 028 | 02166 | TE RAILEY | | 05/30/04 | 04 | 85 | 6.0 | 5.5 | 12.0 | 6840.00 |
| 028 | 02177 | KW KING | | 05/30/04 | 04 | 85 | 6.0 | 5.0 | 12.0 | 17964.00 |
| 028 | 02206 | PH ROBERTS | | 05/30/04 | 04 | 85 | 6.0 | 5.0 | 12.0 | 27583.00 |
| 028 | 02442 | MD WOYNER | | 05/30/04 | 04 | 85 | 10.5 | 10.5 | 7.5 | 20043.00 |
| 028 | 02442 | JM HUDSON | | 05/30/04 | 04 | 85 | 6.0 | 5.0 | 4.5 | 12026.00 |
| 028 | 02587 | BF WALDEN JR | | 05/30/04 | 04 | 85 | 6.0 | 5.0 | 12.0 | 21351.00 |
| 028 | 02588 | MR DONES | | 05/30/04 | 04 | 85 | 6.0 | 5.0 | 12.0 | 9247.00 |
| 028 | 03181 | PA HILST | | 05/30/04 | 04 | 85 | 5.5 | 5.0 | 0.5 | 565.00 |
| 028 | 03181 | VL EGGERS | | 05/30/04 | 04 | 85 | 6.0 | 5.5 | 11.5 | 12983.00 |
| 028 | 04142 | JS THOMPSON | | 05/30/04 | 04 | 85 | 6.0 | 5.0 | 12.0 | 71107.00 |
| 028 | 04504 | LE BENEFIELD | | 05/30/04 | 04 | 85 | 4.0 | 3.0 | 2.0 | 4951.00 |
| 028 | 04504 | RA OARD | | 05/30/04 | 04 | 85 | 6.0 | 5.0 | 10.0 | 24751.00 |
| 028 | 04732 | RM BEYER | | 05/30/04 | 04 | 85 | 6.0 | 5.0 | 12.0 | 29445.00 |
| 028 | 05088 | LC BENEFIELD | | 05/30/04 | 04 | 85 | 6.0 | 5.0 | 12.0 | 32693.00 |
| 028 | 05188 | LM TURLEY | | 05/30/04 | 04 | 85 | 6.0 | 5.0 | 12.0 | 60564.00 |
| 028 | 05460 | MN JONLAND | | 05/30/04 | 04 | 85 | 10.0 | 9.0 | 12.0 | 9438.00 |
| 028 | 05460 | JG GRAY | | 05/30/04 | 04 | 85 | 6.0 | 5.0 | 8.0 | 4719.00 |
| 028 | 05544 | JD VRCHOTA | | 05/30/04 | 04 | 85 | 6.0 | 5.0 | 4.0 | 39066.00 |
| 028 | 06079 | M COURI | | 05/30/04 | 04 | 85 | 6.0 | 5.0 | 12.0 | 17386.00 |
| 028 | 06408 | EJ RAHN | | 05/30/04 | 04 | 85 | 6.0 | 5.0 | 12.0 | 21943.00 |
| 028 | 06604 | RG BRANDOW | | 05/30/04 | 04 | 85 | 6.0 | 5.0 | 12.0 | 14400.00 |
| 028 | 07216 | RA OARD | | 05/30/04 | 04 | 85 | 4.0 | 5.0 | 2.0 | 2500.00 |
| 028 | 07216 | LE BENEFIELD | | 05/30/04 | 04 | 85 | 6.0 | 3.0 | 10.0 | 17000.00 |

WAJ.00276

# MANAGER BONUS

## ILLINOIS NORTH
## DST. #028

### BUDGET GROUP 6
### JUNE 04 - MAY 05

JONLAND
EXHIBIT NO. 4
A. JONES 6/29/05

| DST | STORE | NAME | SS# | BDGT END | YR | POS | ST | END | # MO | BONUS $ | COMMENTS |
|-----|-------|------|-----|----------|----|----|----|----|------|---------|----------|
| 028 | 01300 | MC QUAYLE | | 05/31/05 | 05 | 85 | 6.0 | 5.0 | 12.0 | 8916.00 | — No [ the sum / restriction ] |
| 028 | 01529 | JL BOND | | 05/31/05 | 05 | 85 | 12.5 | 5.0 | 5.5 | 6890.00 | |
| 028 | 01529 | SL BURMOOD-WARD | | 05/31/05 | 05 | 85 | 6.0 | 12.5 | 6.5 | 8143.00 | |
| 028 | 02100 | BN GENTRY | | 05/31/05 | 05 | 85 | 6.0 | 5.0 | 12.0 | 6000.00 | |
| 028 | 02148 | DM SIEGRIST | | 05/31/05 | 05 | 85 | 10.5 | 5.0 | 7.5 | 5686.00 | (?) |
| 028 | 02165 | CL WILSON | | 05/31/05 | 05 | 85 | 3.0 | 5.0 | 3.0 | 4306.00 | |
| 028 | 02166 | RG BRANDOW | | 05/31/05 | 05 | 85 | 7.5 | 5.0 | 10.5 | 8708.00 | |
| 028 | 02177 | KW KING | | 05/31/05 | 05 | 85 | 6.0 | 5.0 | 12.0 | 22223.00 | |
| 028 | 02206 | PH ROBERTS | | 05/31/05 | 05 | 85 | 6.0 | 5.0 | 12.0 | 30119.00 | |
| 028 | 02442 | MD WOYNER | | 05/31/05 | 05 | 85 | 6.0 | 5.0 | 12.0 | 29277.00 | |
| 028 | 02587 | BF WALDEN JR | | 05/31/05 | 05 | 85 | 6.0 | 5.0 | 12.0 | 31839.00 | |
| 028 | 02588 | MR DONES | | 05/31/05 | 05 | 85 | 6.0 | 5.0 | 12.0 | 11727.00 | |
| 028 | 03181 | PA HILST | | 05/31/05 | 05 | 85 | 6.0 | 5.0 | 12.0 | 21058.00 | |
| 028 | 04142 | JS THOMPSON | | 05/31/05 | 05 | 85 | 6.0 | 5.0 | 12.0 | 62105.00 | |
| 028 | 04504 | LE BENEFIELD | | 05/31/05 | 05 | 85 | 6.0 | 5.0 | 12.0 | 47100.00 | |
| 028 | 04732 | RM BEYER | | 05/31/05 | 05 | 85 | 6.0 | 5.0 | 12.0 | 36149.00 | |
| 028 | 05088 | LC BENEFIELD | | 05/31/05 | 05 | 85 | 3.0 | 5.0 | 12.0 | 32693.00 | |
| 028 | 05188 | RA OARD | | 05/31/05 | 05 | 85 | 5.5 | 5.0 | 0.5 | 2548.00 | |
| 028 | 05188 | LM TURLEY | | 05/31/05 | 05 | 85 | 6.0 | 5.5 | 11.5 | 58608.00 | |
| 028 | 05460 | MN JONLAND | | 05/31/05 | 05 | 85 | 6.0 | 5.0 | 12.0 | 17678.00 | → Pending |
| 028 | 05544 | JD VRCHOTA | | 05/31/05 | 05 | 85 | 6.0 | 5.0 | 12.0 | 41302.00 | |
| 028 | 06079 | SL BURMOOD-WARD | | 05/31/05 | 05 | 85 | 12.5 | 5.0 | 5.5 | 9641.00 | |
| 028 | 06079 | M COURI | | 05/31/05 | 05 | 85 | 6.0 | 7.5 | 1.5 | 2629.00 | |
| 028 | 06408 | EJ RAHN | | 05/31/05 | 05 | 85 | 6.0 | 5.0 | 12.0 | 30489.00 | |
| 028 | 06604 | RG BRANDOW | | 05/31/05 | 05 | 85 | 6.0 | 7.5 | 1.5 | 3852.00 | |
| 028 | 06604 | M COURI | | 05/31/05 | 05 | 85 | 7.5 | 5.0 | 10.5 | 26962.00 | |
| 028 | 07216 | MS RAMPY | | 05/31/05 | 05 | 85 | 5.5 | 5.0 | 0.5 | 250.00 | |
| 028 | 07216 | RA OARD | | 05/31/05 | 05 | 85 | 6.0 | 5.5 | 11.5 | 14375.00 | |
| 028 | 09313 | LM TURLEY | | 05/31/05 | 05 | 85 | 5.5 | 5.0 | 0.5 | 2548.00 | |
| | | | | | | | | | | 583821.00 | |

WAJ.09291

6/29/2005