EEOC Form 5 (5/01)

**E-FILED**
Friday, 28 July, 2006 03:35:59 PM
Clerk, U.S. District Court, ILCD

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | **210-2004-02749** |

| Illinois Department Of Human Rights | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(Indicate Mr., Ms., Mrs.)*<br>**Mr. Eric D. Simple** | Home Phone No. *(Incl Area Code)*<br>**(309) 663-7189** | Date of Birth<br>**10-06-1970** |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **1305 Plantation Lane,  Bloomington, IL 61704** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**WALGREENS** | No. Employees, Members<br>**500 or More** | Phone No. *(Include Area Code)*<br>**(309) 661-8600** |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **1525 Veterans Parkway,  Bloomington, IL 61704** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| **10-02-2003** | **10-02-2003** |

☒ CONTINUING ACTION

PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began employment as a manager at Respondent on April 26, 1995.  I have been in the Executive Assistant (EXA) career path position to Store Manager since 1999.  My store manager and the district manager have repeatedly praised my work and stated that I was ready for a store, but, they didn't have one for me.  In October 2003, Respondent selected a less experienced White female, with less time as an EXA as Store Manager in Pontiac, Illinois.  I was told that I "wouldn't be a good fit."  Approximately, 2 months later, Respondent indicated that there was an opening in the Kankakee store.  Respondent has wrongfully denied my promotion to the store with the predominantly White customer base while attempting to steer me a location with a predominantly Black customer base.

I believe that I have been discriminated against on the basis of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Feb 12, 2004**          *Eric D. Simple*<br>Date                    *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

WAL00006