



## maps you'll need

These are the best-selling maps for the area you've selected. Your mileage results are displayed below.

   

**Rand McNally Foldmap: Peoria**
$4.95

**Rand McNally Folded Map: Illinois**
Best Seller
$4.95

**Rand McNally EasyFinder: Illinois**
Our Pick
$7.95

**DeLorme Atlas & Gazetteer: Illinois**
$19.95





Buy any Seagate External Hard Drive or Upgrade Kit and get FREE music download from RealPlayer Music Store.

Learn how.

## get mileage results

**From:**
1305 Plantation Ln
Bloomington, IL 61704-9480

**To:**
600 S Western Ave
Peoria, IL 61605-1654

**Driving Distance:** 48 miles

**Driving Time:** 0 hours, 55 minutes

Get driving directions between these locations.

Note: All driving distances and times are estimates. Mileages and driving times provided here may differ from those found in the Rand McNally Road Atlas.

NAVTEQ ON BOARD



**Find it in the 2006 Road Atlas**

*Bloomington, IL*
- page 32, Bloomington / Normal detail map
- page 32, grid section H-10

*Peoria, IL*
- page 35, Peoria detail map
- page 32, grid section G-8

All rights reserved. Use subject to license.

Sign up for email up



 **Verify before you buy.**


      

**Rand McNally Folded Map: Illinois**

**Rand McNally EasyFinder: Illinois**

**Rand McNally Foldmap: Chicago & Vicinity Regional**

**Rand McNally Foldmap: Chicago Streets**




Best Seller
$4.95

Our Pick
$7.95

$4.95

$4.95

### get mileage results

**From:**
1305 Plantation Ln
Bloomington, IL 61704-9480

**To:**
1001 W Reynolds St
Pontiac, IL 61764-9776

**Driving Distance:** 36 miles

**Driving Time:** 0 hours, 43 minutes

Get driving directions between these locations.

Note: All driving distances and times are estimates. Mileages and driving times provided here may differ from those found in the Rand McNally Road Atlas.







**Find it in the 2006 Road Atlas**

*Bloomington, IL*
- page 32, Bloomington / Normal detail map
- page 32, grid section H-10

*Pontiac, IL*
- page 32, grid section G-10

All rights reserved. Use subject to license.

Sign up for email up