# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-1305 |
| | ) |
| WALGREEN CO., an | ) |
| Illinois Corporation, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION TO STRIKE THE AFFIDAVIT OF MICHAEL A. PALMER

NOW COMES the plaintiff, ERIC D. SIMPLE, by his attorney, NILE J. WILLIAMSON, and moves to strike the affidavit of Michael A. Palmer e-filed July 28, 2006, in support of Defendant's Motion for Summary Judgment and for reasons thereof states as follows:

1. That paragraphs 4, 6 and 7 lack foundation, contain inadmissible conclusions and are in contradiction to the deposition testimony of said Michael A. Palmer.

2. That paragraphs 11, 12, 13, 14 and 16 contain inadmissible hearsay and the second sentence of paragraph 16 contains a conclusion of the witness not presented in his deposition.

WHEREFORE, plaintiff Eric D. Simple prays for an order of court striking the affidavit of Michael A. Palmer and for such other orders as may be appropriate.

ERIC D. SIMPLE, Plaintiff,

By: s/Nile J. Williamson
NILE J. WILLIAMSON

ATTORNEY AT LAW  
1926 ASSOCIATED BANK PLAZA  
PEORIA, ILLINOIS 61602-1104  
TELEPHONE: (309) 677-5950  
FAX: (309) 677-5952  
E-MAIL: nilew@aol.com  

## CERTIFICATE OF SERVICE

I hereby certify that on <u>July 31, 2006</u>, I electronically filed the foregoing <u>Plaintiff's Motion to Strike the Affidavit of Michael A. Palmer</u> with the Clerk of the U.S. District Court by using the CM/ECF system which will send notification of such filing to the following:

L. Lee Smith  
Hinshaw & Culbertson  
456 Fulton Street, Suite 298  
Peoria, IL 61602  

s/Nile J. Williamson  
NILE J. WILLIAMSON  
ATTORNEY AT LAW  
1926 ASSOCIATED BANK PLAZA  
TELEPHONE: (309) 677-5950  
FAX: (309) 677-5952  
E-MAIL: nilew@aol.com