UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-1305 |
| ) | |
| WALGREEN CO., an Illinois Corporation, ) | |
| ) | |
| Defendant. ) | |

## ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

COMES NOW the defendant, WALGREEN CO., an Illinois Corporation, by and through its attorneys, HINSHAW & CULBERTSON LLP, and for its Answers to Plaintiff's First Set of Interrogatories, states as follows:

1. Identify all individuals who provided information or, in any other manner, assisted or contributed to the preparation of these interrogatory answers, and specify to which answer or answers each individual assisted or contributed.

**ANSWER:** Mike Palmer
District Manager
Walgreen Co.
Peoria, IL 61614

Michelle Goetz
Administrative Assistant
Walgreen Co.
Deerfield, IL 60015

Princess Ayers
Project Manager
Walgreen Co.
Deerfield, IL 60015

Mr. Palmer contributed to all answers except Nos. 17 and 20, which answers consist of documents collected by Ms. Goetz and Ms. Ayers.



Palmer
EXHIBIT NO. 1
11-30-05
J. JOHNSON

80184956v1 846495

2. Prior to answering these interrogatories, have you made due and diligent search of the defendant's books, records, and papers and due and diligent inquiry of the agents and employees of the defendant?

ANSWER:   Yes.

3. Identify by date all management positions that Walgreens offered Eric Simple and for each position please state the following:

    a. The date the position was offered;

    b. The title of the position;

    c. The location of the position including a complete address;

    d. The duties of the position; and

    e. The educational, and experience requirements for the position.

ANSWER:   In November 2001, Mr. Simple was offered the Store Manager's position at the store at 1700 E. Court St., Kankakee, Illinois.

In November 2002, Mr. Simple was offered the Store Manager's position at the Western Avenue store, 600 South Western Avenue, Peoria, Illinois.

In December 2002, Mr. Simple was offered the Store Manager's position for the store at 1109 W. Main Street, Peoria, Illinois.

4. For every store manager position offered to plaintiff, Eric Simple please explain in detail why he was the best qualified candidate for the position.

ANSWER:   For the Store Manager positions offered to Mr. Simple, he was the best qualified because of his experience and work performance as Executive Assistant Manager.

5. Please identify a other EXA's (Executive Assistant Manager) in District #28 who was a candidate and/or was considered for a store management position offered to plaintiff, ERIC SIMPLE, and for each please state:

    a. Their name;

    b. Their age;

    c. Their race and national origin;

    d. Their gender;

    e. Their educational qualification and experience related to a store management position; and

    f. The reason they did or did not receive a store management position.

    **ANSWER:** **For 600 S. Western, Peoria: Mike Quayle, Troy Kauffman, Jennifer Bond; for 1109 W. Main Peoria: Staci Burmood, Mike Rampy, Jennifer Bond, Gary Brown; and for 1700 E. Court St., Kankakee: Dave Siegrist, Gary Brown, Carmella Wilson.**

6. Please detail Walgreens policy and procedure for promoting EXA's to the position of Store Manager, including but not limited to the actual posting of the position, the interview process and acceptance of the position.

    **ANSWER:** **The District Manager identifies Executive Assistant Managers (EXAs) who are considered suitable for promotion to a Store Manager's position based upon the EXA's performance reviews and compatibility of their skills with the requirements of particular stores. Depending upon the Store Manager's familiarity with the EXAs being considered for the Store Manager position, the District Manager may or may not interview the EXAs. After the District Manager makes his selection, the decision is reviewed by an Operations Vice President and a Division Vice President, both of whom are located in the company's Deerfield, Illinois, offices.**

7. Please explain in detail why there is an interview and test given to be promoted from Assistant Manager to EXA, but no test or interview given to be promoted from EXA to Store Manager.

> ANSWER: Because typically the District Manager is well acquainted with the EXA's performance and because the decision to promote an EXA is based upon their performance in that position, EXAs are not always interviewed as part of the Store Manager selection process.

8. Please describe in detail the specific posting and interview process followed by District Manager, Mike Palmer, for each store manager position that he offered to plaintiff, ERIC SIMPLE.

> ANSWER: Mike Palmer identified Mr. Simple as a suitable candidate for each of the Store Manager positions he was offered. This decision was based upon Mr. Palmer's evaluation of Mr. Simple's performance as an EXA. Mr. Palmer offered the positions to Mr. Simple, who declined the positions because he said they would have required him to relocate and he was unwilling to do so.

9. Please describe what contribution or input, if any, the District Manager, Operations Vice President and Senior Operations Vice President, provide when determining who is the best qualified candidate to be promoted from EXA to Store Manager.

> ANSWER: The decision to promote an EXA to Store Manager is made primarily by the District Manager, with the Operations Vice President and the Division Vice President reviewing the EXA's performance and qualifications for the particular store.

10. Please provide details of the educational background of Melissa Jonland, both formal (High School, College, University, etc) and work related (seminars, workshops, etc.).

> ANSWER: Two years at Illinois Valley Community College and one year at Illinois State University. She also participated in the company's management training program.

4