11. Please describe in detail why Melissa Jonland was determined to be the best qualified candidate over all other EXA's in District #28 for the 1001 W. Reynolds Street, Pontiac, Illinois Store Manager position in October, 2003.

ANSWER: Store Manager Greg Gray, preceded Ms. Jonland as Store Manager of this operation for approximately 2-1/2 yr. Mr. Gray was demoted from this assignment as a result of violation of company policy. In the months immediately prior to his demotion, employee morale in this operation had noticeably declined and there was a marked deterioration in inventory investment controls/management, salesfloor and stockroom organization and training/development/motivation of store staff. Ms. Jonland had exhibited a stronger performance history in the majority of these operational areas than other candidates considered, particularly as evidenced by her strong contribution in her previous assignment as EXA at store #2177. This assessment of her performance level at the time was supported by Store Managers Kerry King #2177 and Leanne Turley #5188.

12. Please identify how many stores Melissa Jonland has worked in as an Assistant EXA prior to her promotion to store manager including but not limited to the length of time worked in each store and the mane [sic] of the supervising manager for each store.

ANSWER: Ms. Jonland has worked in the following locations as an EXA:

4/02 through 10/03 – Store #2177; 1110 N. Main St., Bloomington, IL. Store Manager: Mr. Kerry King

4/01 through 3/02 – Store #5188; 1525 N. Veterans Pkwy., Bloomington, IL. Store Manager: Ms. Leanne Turley.

13. Please identify any and all stores that the plaintiff, ERIC SIMPLE, has worked in as a Assistant EXA including but not limited to the length of time worked in each store and the mane [sic] of the supervising manager for each store.

ANSWER: Mr. Simple has worked in the following locations as an EXA:

4/04 through 12/04 – Store #2177; 1110 N. Main St., Bloomington, IL. Store Manager: Mr. Kerry King.

5

> 4/02 through 3/02 – Store #5188; 1525 N. Veterans Pkwy., Bloomington, IL. Store Manager: Ms. Leanne Turley.
>
> 6/01 through 3/02 – Store #2587; 2611 E. Oakland Ave., Bloomington, IL. Store Manager(s): Mr. Ken Hadley and Mr. Billy Walden.

14. Please identify any and all other candidates who were considered for the Pontiac, Illinois (store number 5460) Manager position for October 2003; the Kankakee, Illinois, (store number 2148) Manager position for November 2001; and Peoria, Illinois (store number 1300) Manager position and for each please state the following:

> a. The name of the candidate;
>
> b. The store(s) they were considered for; and
>
> c. The reason the candidate was rejected as a Store Manager.

**ANSWER:** See Answer to Interrogatory No. 5.

15. Please identify the number of years that District Manager, Mike Palmer has been employed by Walgreens, and the positions he held during those years. Please provide the names of all African-Americans who have been promoted or recommended for promotion to the position of Store Manager during Mike Palmer's employment with Walgreens, and for each person please identify each individual by name, the store they manage, and whether they are still employed by Walgreens as a store manager.

> **ANSWER:** **Mr. Palmer has been employed as District Manager for 16 years. During Mr. Palmer's tenure as District Manager, Montez Dones, an African-American, was promoted to Store Manager at 1101 N. Main, Normal, Illinois. Mr. Dones is still employed by the company.**

6

16. Please identify any and all complaints of discrimination filed against District Manager, Mike Palmer (internally or externally) and with allegation please provide the following:

    a. The date of the charge/complaint;

    b. The nature of the allegation; and

    c. Whether Walgreens conducted an investigation of the charge/complaint;

    d. The result of the investigation or whether the charge/complaint is still pending.

**ANSWER:** None, other than Mr. Simple's.

17. Please identify the socioeconomic and ethnic make up of each store in District #28.

**ANSWER:** Objection. This interrogatory is vague. What is meant by "each store"? If the plaintiff is seeking census information, this is as readily available to the plaintiff as to the defendant.

18. Please provide any information regarding any disciplinary action, if any, that may have been taken against Bloomington, (store number 5188) Store Manager, Leann Turley, for the racial statements she made to plaintiff regarding the reasons he was not promoted to store manager of Pontiac, Illinois, facility.

**ANSWER:** The defendant objects to the form of the interrogatory and in particular to the characterization of Ms. Turley's statements as "racial statements she made to the plaintiff."

19. Please state in detail when Walgreens first became aware that racial statements had been made to plaintiff that his race was the factor in his non-selection as store manager of the Pontiac, Illinois facility.

**ANSWER:** The defendant objects to the characterization "that racial statements had been made to plaintiff that his race was the factor

7

in his non-selection of store manager." To the extent this refers to any statement made by Ms. Turley or any other Walgreen employee, it is an inaccurate characterization.

20. Please describe in detail Walgreens policy, if any, against racial discrimination, racial harassment, or a racially hostile environment.

**ANSWER:** See document attached at WAL00275.

21. Please state in detail the events that occurred leading up to the availability of a Store Manager position at 600 Western Avenue, Peoria, Illinois in April, 2004.

**ANSWER:** The previous store manager. Jeff Stokes, was promoted to a higher sales/profit store.

22. Prior to October 2003, was Melissa Jonland offered a Store Manager position in any other Walgreens store, and if so, is, for each please identify the following:

   a. The location of the store;

   b. The date the position became available;

   c. List the names of all candidates considered for the position; and

   d. The name of the person appointed Store Manager.

**ANSWER:** No.

I, MIKE PALMER, state under penalty of perjury that the foregoing Answers to Plaintiff's First Set of Interrogatories are true and correct.

Executed at Peoria, Illinois, this 6th day of June, 2005.

MIKE PALMER,
District Manager, Walgreen Co.

WALGREEN CO., an Illinois Corporation,

By: HINSHAW & CULBERTSON LLP

_____
L. Lee Smith
One of Its Attorneys
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL 61602
309-674-1025

80184956v1 846495