## CERTIFICATE OF SERVICE

The undersigned certifies that on June 8, 2005, a copy of the foregoing document was served upon the following counsel by:

____ Enclosing it in an envelope, properly addressed as indicated below, with first-class postage prepaid at Peoria, Illinois;

____ Facsimile transmission;

√ Personal service


Donald R. Jackson
Attorney at Law
456 Fulton St., Suite 218
Peoria, IL 61602

_____
[signature]

E-FILED
Wednesday, 08 June, 2005 03:38:48 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-1305 |
| WALGREEN CO., an Illinois Corporation, | ) |
| Defendant. | ) |

### NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

TO:   All Attorneys of Record

THE UNDERSIGNED CERTIFIES that a true copy of the following discovery documents, were served on the 8th day of June, 2005:

**ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

WALGREEN CO., an Illinois Corporation,

By: HINSHAW & CULBERTSON LLP

s/L. Lee Smith
L. Lee Smith
One of Its Attorneys
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL 61602
309-674-1025

80193294v1 846495

## CERTIFICATE OF SERVICE

I hereby certify that on **June 8, 2005**, I electronically filed this **NOTICE OF SERVICE OF DISCOVERY DOCUMENTS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Donald R. Jackson
Attorney at Law
456 Fulton St., Suite 218
Peoria, IL  61602

                                            s/L. Lee Smith
                                            Attorneys for Defendant
                                            L. Lee Smith
                                            HINSHAW & CULBERTSON LLP
                                            456 Fulton St., Suite 298
                                            Peoria, IL  61602
                                            309-674-1025

80193294v1 846495

## WALGREENS POLICY AGAINST HARASSMENT AND DISCRIMINATION

Walgreens subscribes to a policy of equal employment opportunity, making employment available without regard to race, color, religion, national origin, citizenship status according to the Immigration Reform and Control Act of 1986, sex, sexual orientation, age, or disability.

Walgreens believes that employees have a right to work in an environment free of verbal or physical harassment on account of race, color, religion, national origin, sex, sexual orientation, age, disability, or any personal characteristic. Walgreens' policy strictly prohibits any harassing conduct that affects an individual's employment, interferes with an individual's work performance, or creates an intimidating, hostile, or offensive working environment, even if the harassing behavior does not rise to the level of legally actionable conduct. Such harassment on the part of supervisors or employees will not be tolerated.

Anyone found to have violated *Walgreens Policy Against Harassment and Discrimination* may be subject to serious disciplinary action up to and including termination of employment.

## WHAT IS SEXUAL HARASSMENT?

Sexual harassment includes, but is not limited to:
- Making unwelcome sexual advances or requests for sexual favors or other verbal or physical conduct of a sexual nature as a condition of an employee's continued employment.
- Making a submission to or rejection of such conduct a basis for employment decisions affecting the employee.
- Creating an intimidating, hostile, or offensive working environment by verbal or physical conduct of a sexual nature.

## WHAT CONSTITUTES HARASSING BEHAVIOR?

Harassing behavior may be verbal, nonverbal, or physical. Examples of inappropriate behaviors include:
- **Verbal** - Discriminatory comments, epithets, slurs, insults, threats, or jokes about personal or physical traits or of a personal or physical nature, as well as sexual innuendoes, unwelcome requests for any type of sexual favor or dating, questions about personal sexual matters, or sexually suggestive comments.
- **Nonverbal** - Suggestive or insulting noises, leering, whistling, obscene gestures, and the posting or possession at the workplace of objects, written materials, posters, cartoons, or pictures that are of a sexually suggestive, pornographic, or discriminatory nature.
- **Physical** - Improper touching, hugging, pinching, brushing, rubbing, or massaging the body, unnecessary closeness, coercing sexual intercourse and assault, or any other intimidating or unwelcome physical contact.

It should be noted that engaging in activity of a personal or intimate sexual nature, whether or not consensual, is considered inappropriate in the workplace environment and will subject all involved to disciplinary action, up to and including termination of employment.

## HOW CAN I REPORT A PROBLEM?

Employees who believe they have experienced or observed discrimination and/or harassment should report their complaint immediately to their choice of their Store Manager, District Manager, Store Operations Vice President, Loss Prevention Supervisor, the Loss Prevention Hotline at 1-800-666-5677, or the Employee Relations Department at Corporate Headquarters, (847) 914-5394. Loss Prevention and Employee Relations have both male and female staff available to investigate these matters.

Each complaint will be investigated on a priority basis, with the investigation coordinated by the Employee Relations Department. Although Walgreens must collect all relevant information, the investigation will be confidential, with disclosure made only where there is a need to know.

Decisions reached will be communicated to those involved. Walgreens encourages any employee to direct questions regarding discrimination or harassment to the Employee Relations Department and assures that this may be done without fear of retaliation. All decisions are reviewable upon request by the Vice President of Human Resources, 200 Wilmot Road, Deerfield, Illinois 60015.

Everyone is encouraged to assist Walgreens in maintaining a workplace free of discrimination and/or harassment. It is only through immediate, accurate, and honest reporting of possible acts of discrimination and/or harassment that Walgreens can conduct meaningful investigations and take appropriate corrective action. Being dishonest about a claim of discrimination and/or harassment will be considered as serious as the harassment or discrimination itself and may result in termination of employment.

## MANAGEMENT RESPONSIBILITIES

Any manager who ignores and/or knowingly conceals concerns of discrimination and/or harassment in violation of this policy will be subject to serious disciplinary action, up to and including termination of employment.

## RETALIATION

Retaliation against a person who files a charge of discrimination, participates in an investigation, or opposes an unlawful employment practice, is prohibited by law. It is Walgreens' policy not to tolerate such behavior. Any employee determined to have retaliated against an individual will be subject to serious disciplinary action, up to and including termination of employment.

*Additional state and local laws may apply; please consult the Personnel Policy Manual for additional information.*

(09/2002) store

WAL00275