View My Requests - 02177

| Reports | Feedback | Help | LogOff |

TWO STORE OFFER.

Date: Mon May 17 21:08:09 CDT 2004

District 028 - ILLINOIS NORTH (Total Stores in District - 25)

| Store# | Address, City, State | Business Generator(s) | Income Level | Ethnicity Arrangement |
|---|---|---|---|---|
| Peer Group 119 - LowInc(<40K),Wht(>80%),Midwest   ( Total Stores in Peer Group - 167 ) ||||||
| 2100 | 1021 Court, Pekin, IL | | LowInc(<40K) | Wht(>80%) |
| 2155 | 845 N Main, Canton, IL | | LowInc(<40K) | Wht(>80%) |
| 2142 | 1050 N Kennedy Drive, Kankakee, IL | | LowInc(<40K) | Wht(>80%) |
| 7218 | 1057 S Main Street, Galesburg, IL | | LowInc(<40K) | Wht(>80%) |
| Peer Group 121 - LowInc(<40K),AfAm(>40%),North   ( Total Stores in Peer Group - 115 ) ||||||
| 1500 | 1600 S Western, Peoria, IL   April 30, 2004  ATTCK IT FILED WITH EOC | | LowInc(<40K) | AfAm(>40%) |
| 2146 | 700 E Court, Kankakee, IL   Nov. 14, 2001 | | LowInc(<40K) | AfAm(>40%) |
| Peer Group 151 - LowInc(<40K),Wht(>25%)AfAm(15-40%),North   ( Total Stores in Peer Group - 90 ) ||||||
| 1529 | 1109 W Main, Peoria, IL | | LowInc(<40K) | Wht(>25%),AfAm(15-40%) |
| 3151 | 2515 N Knoxville Ave, Peoria, IL | | LowInc(<40K) | Wht(>25%),AfAm(15-40%) |
| Peer Group 219 - AvgInc(40-60K),Wht(>80%),Midwest   ( Total Stores in Peer Group - 606 ) ||||||
| 2188 | 3524 N University, Peoria, IL | | AvgInc(40-60K) | Wht(>80%) |
| 2177 | 1116 N Main, Bloomington, IL | | AvgInc(40-60K) | Wht(>80%) |
| 2587 | 2611 E Oakland, Bloomington, IL | | AvgInc(40-60K) | Wht(>80%) |
| 3758 | Nec Of Wilmore & Peoria, Washington, IL | | AvgInc(40-60K) | Wht(>80%) |
| 4792 | 2020 Court Street, Pekin, IL | | AvgInc(40-60K) | Wht(>80%) |
| 5088 | 300 N Main St, East Peoria, IL | | AvgInc(40-60K) | Wht(>80%) |
| 6188 | 1525 N Veterans Pkwy, Bloomington, IL | | AvgInc(40-60K) | Wht(>80%) |
| 6079 | 4814 N Sheridan Rd, Peoria, IL | | AvgInc(40-60K) | Wht(>80%) |
| 6504 | 1919 West Pioneer Parkway, Peoria, IL | | AvgInc(40-60K) | Wht(>80%) |
| 6513 | Nec Of Towanda & Ft Jesse, Normal, IL | | AvgInc(40-60K) | Wht(>80%) |
| Peer Group 259 - AvgInc(40-60K),Wht(>25%)AfAm(15-40%),Midwest   ( Total Stores in Peer Group - 137 ) ||||||
| 6644 | 1200 E War Memorial Dr, Peoria Heights, IL | | AvgInc(40-60K) | Wht(>25%),AfAm(15-40%) |
| 6408 | 2324 W War Memorial Drive, Peoria, IL | | AvgInc(40-60K) | Wht(>25%),AfAm(15-40%) |
| Peer Group 908 - Rural   ( Total Stores in Peer Group - 73 ) ||||||

Palmer
EXHIBIT NO. 2
1-30-05
J. JOHNSON

View My Requests - 02177                                                5/17/04 9:08:11 PM

| 2206 | 300 E Jackson St, Macomb, IL | Rural | AvgInc(40-60K) | Wht(>80%) |
| --- | --- | --- | --- | --- |
| 2442 | 501 N Convent St, Bourbonnais, IL | Rural | AvgInc(40-60K) | Wht(>80%) |
| 2588 | 1101 N Main - Suite 2, Normal, IL | Rural | AvgInc(40-60K) | Wht(>80%) |
| 4504 | 844 W Fremont St, Galesburg, IL | Rural | AvgInc(40-60K) | Wht(>80%) |
| 5460 | 1001 W Reynolds St, Pontiac, IL | Rural ★ | AvgInc(40-60K) | Wht(>80%) ★ |