# Walgreens HR Planning 2003 -- 028 ILLINOIS NORTH

## MGR

| Name | SSN | Sales/Scripts | Hire Date | POS Date | 2003 Overall Rating | 1-Year Projection | POS Last Year | Store Address | Last Rating | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| JEFFREY THOMPSON | 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 | 18.6 | 02/25/1986 | 09/12/1990 | MEETS EXPECTATIONS | Well-Positioned/Lateral | MGR | 1030 N KENNEDY DRIVE KANKAKEE, IL | 08/31/2002 MGR-M | Current ML |
| RODNEY OARD | 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 | 14.9 | 06/05/1989 | 12/04/1998 | MEETS EXPECTATIONS | Well-Positioned/Lateral | MGR | 844 W FREMONT ST GALESBURG, IL | 08/31/2002 MGR-E | |
| LEANNE TURLEY | 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 | 13.8 | 03/08/1985 | 12/03/1993 | MEETS EXPECTATIONS | Well-Positioned/Lateral | MGR | 1525 N VETERANS PKWY BLOOMINGTON, IL | 08/31/2002 MGR-E | |
| JAMES VRCHOTA | 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 | 12.0 | 08/21/1989 | 01/16/1996 | EXCEPTIONAL/AB OVE AVERAGE | Can be Promoted | MGR | 1200 E WAR MEMORIAL DR PEORIA HEIGHTS, IL | 08/31/2002 MGR-E | |
| ERIC RAPIN | 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 | 11.3 | 07/12/1990 | 03/17/1997 | EXCEPTIONAL/AB OVE AVERAGE | Can be Promoted | MGR | 4711 N WAR MEMORIAL DR PEORIA, IL | 08/31/2002 MGR-E | |
| LYLE BENEFIELD | 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 | 10.4 | 06/28/1977 | 04/01/1985 | OUTSTANDING | Can be Promoted | MGR | 300 N MAIN ST EAST PEORIA, IL | 08/31/2002 MGR-O | |
| ROBERT BEYER | 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 | 9.6 | 09/19/1970 | 04/01/1977 | MEETS EXPECTATIONS | Can be Promoted | MGR | 2020 COURT STREET PEKIN, IL | 08/31/2002 MGR-M | |
| PAMELA ROBERTS | 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 | 8.1 | 11/06/1997 | 02/09/2001 | MEETS EXPECTATIONS | Well-Positioned/Lateral | MGR | 2515 N KNOXVILLE AVE PEORIA, IL | 08/31/2002 MGR-M | |
| JAMES HUDSON | 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 | 7.8 | 06/29/1994 | 12/01/2000 | IMPROVEMENT NEEDED | Must Improve | MGR | 501 N CONVENT ST BOURBONNAIS, IL | 08/31/2002 MGR-M | |
| VICKY EGGERS | 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 | 7.7 | 06/19/1984 | 09/05/1996 | MEETS EXPECTATIONS | Can be Promoted | MGR | 300 E JACKSON ST MACOMB, IL | 08/31/2002 MGR-M | |
| BILLY WALDEN JR | 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 | 7.5 | 07/25/1991 | 08/04/2000 | MEETS EXPECTATIONS | Well-Positioned/Lateral | MGR | 2611 E OAKLAND BLOOMINGTON, IL | 08/31/2002 MGR-M | |
| KERRY KING | 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 | 7.2 | 11/01/1989 | 03/06/1997 | MEETS EXPECTATIONS | Can be Promoted | MGR | 1110 N MAIN BLOOMINGTON, IL | 08/31/2002 MGR-M | |
| TIMOTHY RAILEY | 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 | 6.7 | 05/01/1985 | 02/02/2000 | MEETS EXPECTATIONS | Well-Positioned/Lateral | MGR | 3524 N UNIVERSITY PEORIA, IL | 08/31/2002 MGR-M | |
| PATRICK HILST | 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 | 6.5 | 09/06/1996 | 10/05/2001 | MEETS EXPECTATIONS | Can be Promoted | MGR | 845 N MAIN CANTON, IL | 08/31/2002 MGR-M | |
| MARTIN COURI | 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 | 6.4 | 02/24/1986 | 08/14/1990 | EXCEPTIONAL/AB OVE AVERAGE | Can be Promoted | MGR | 4614 N SHERIDAN RD PEORIA, IL | 08/31/2002 MGR-E | |
| BRET GENTRY | 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 | 5.9 | 02/22/1984 | 01/17/2000 | MEETS EXPECTATIONS | Well-Positioned/Lateral | MGR | 1021 COURT PEKIN, IL | 08/31/2002 MGR-M | |
| ROBERT BRANDOW | 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 | 5.7 | 02/25/1976 | 04/01/1979 | MEETS EXPECTATIONS | Well-Positioned/Lateral | MGR | 1819 WEST PIONEER PARK PEORIA, IL | 08/31/2002 MGR-M | |

Palmer
EXHIBIT NO. 10
11-30-05
J. JOHNSON

WAL00055

# Walgreens HR Planning 2003 -- 028 ILLINOIS NORTH

## MGR

| Name: | SSN: | Sales/Scripts | Hire Date | POS Date | 2003 Overall Rating | 1-Year Projection | POS Last Year | Store Address: | Last Rating | Notes: |
|---|---|---|---|---|---|---|---|---|---|---|
| MONTEZ DONES | 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 | 5.0 | 12/01/1994 | 06/26/2001 | MEETS EXPECTATIONS | Well-Positioned/Lateral | MGR | 1101 N MAIN - SUITE 2 NORMAL, IL | 08/31/2002 MGR-M | |
| MATTHEW WOYNER | 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 | 4.7 | 02/04/1993 | 12/03/2001 | MEETS EXPECTATIONS | Can be Promoted | MGR | 1700 E COURT KANKAKEE, IL | 08/31/2002 MGR-M | |
| STACI BURMOOD | 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 | 4.2 | 12/28/1994 | 12/16/2002 | MEETS EXPECTATIONS | Well-Positioned/Lateral | EXA | 1109 W. MAIN PEORIA, IL | 08/31/2002 EXA-E | |
| JEFF STOKES | 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 | 3.8 | 12/27/1995 | 12/03/2002 | MEETS EXPECTATIONS | Well-Positioned/Lateral | EXA | 600 S WESTERN PEORIA, IL | 08/31/2002 EXA-E | |
| JAMES GRAY | 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 | 3.2 | 08/17/1990 | 01/17/2001 | MEETS EXPECTATIONS | Well-Positioned/Lateral | MGR | 100 W REYNOLDS ST PONTIAC, IL | 08/31/2002 MGR-M | |

03/05/24   10:50   WALGREENS ILLINOIS → WALGREEN CO   NO.175   D24

# Walgreens HR Planning 2003 -- 028 ILLINOIS NORTH

| Name: | SSN: | Sales/Scripts | Hire Date | POS Date | 2003 Overall Rating | 1-Year Projection | POS Last Year | Store Address: | Last Rating | Notes: |
|---|---|---|---|---|---|---|---|---|---|---|
| JAN KRYGOWSKI | 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 | 18.6 | 08/22/1990 | 03/05/2002 | MEETS EXPECTATIONS | Well Positioned | EXA | 1050 N. KENNEDY DRIVE KANKAKEE, IL | 08/31/2002 EXA-M | |
| MICHAEL HALLER | 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 | 18.8 | 10/24/1995 | 09/12/2001 | EXCEPTIONAL/AB OVE AVERAGE | Future Store MGR | EXA | 844 W FREMONT ST GALESBURG, IL | 08/31/2002 EXA-E | |
| JOHN EMERY JR. | 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 | 14.9 | 04/10/2000 | 04/04/2001 | EXCEPTIONAL/AB OVE AVERAGE | Future Store MGR | EXA | 1525 N VETERANS PKWY BLOOMINGTON, IL | 08/31/2002 EXA-E | |
| DIANA LESLIE | 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 | 13.8 | 11/01/1993 | 03/10/2003 | EXCEPTIONAL/AB OVE AVERAGE | Future Store MGR | EXA | 1200 E WAR MEMORIAL DR PEORIA HEIGHTS, IL | 08/31/2002 EXA-E | |
| ERIC SIMPLE | 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 | 13.8 | 04/26/1995 | 04/07/1999 | EXCEPTIONAL/AB OVE AVERAGE | Can Promote to Store MGR SOON | EXA | 4711 N WAR MEMORIAL DRI PEORIA, IL | 08/31/2002 EXA-M | |
| ELISA SHANER | 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 | 12.0 | 10/29/2001 | 02/06/2002 | OUTSTANDING | Can Promote to Store MGR SOON | EXA | 300 N MAIN ST EAST PEORIA, IL | 08/31/2002 EXA-M | |
| MATTHEW QUAYLE | 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 | 11.3 | 02/26/1999 | 05/01/2001 | OUTSTANDING | Can Promote to Store MGR SOON | EXA | 300 E JACKSON ST MACOMB, IL | 08/31/2002 EXA-M | |
| TROY KAUFMANN | 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 | 11.3 | 09/17/1991 07/12/1982 | | EXCEPTIONAL/AB OVE AVERAGE | Future Store MGR | EXA | 501 N CONVENT ST BOURBONNAIS, IL | 08/31/2002 EXA-M | |
| MICHAEL PHUNG | 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 | 10.4 | 12/08/1996 | 04/05/2000 | EXCEPTIONAL/AB OVE AVERAGE | Future Store MGR | EXA | 2515 N KNOXVILLE AVE PEORIA, IL | 08/31/2002 EXA-M | |
| DAWN BARNWELL | 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 | 10.4 | 03/24/1994 | 04/05/2000 | OUTSTANDING | Can Promote to Store MGR SOON | EXA | 3524 N. UNIVERSITY PEORIA, IL | 08/31/2002 EXA-M | |
| LORI STONEKING | 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 | 8.1 | 07/16/1981 | 04/03/2002 | MEETS EXPECTATIONS | Future Store MGR | EXA | 2811 E OAKLAND BLOOMINGTON, IL | 08/31/2002 EXA-E | |
| TIM CORSARO | 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 | 7.8 | 03/21/1979 | 05/02/2001 | MEETS EXPECTATIONS | Future Store MGR | EXA | 1110 N MAIN BLOOMINGTON, IL | 08/31/2002 EXA-E | |
| BRANDON WATSON | 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 | 7.7 | 10/26/1999 | 04/03/2002 | EXCEPTIONAL/AB OVE AVERAGE | Can Promote to Store MGR SOON | EXA | | | |
| MATTHEW SMITH | 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 | 7.5 | 01/10/1998 | 05/02/2001 | MEETS EXPECTATIONS | Future Store MGR | EXA | | | |
| MELISSA JONLAND | 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 | 7.2 | 08/08/1994 | 05/02/2001 | EXCEPTIONAL/AB OVE AVERAGE | Future Store MGR | EXA | | | |
| DAVE SIEGRIST | 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 | 6.7 | 04/25/2000 | 04/03/2002 | EXCEPTIONAL/AB OVE AVERAGE | Can Promote to Store MGR SOON | EXA | | | |
| CARMELLA WILSON | 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 | 6.6 | 06/03/1997 | 04/21/1999 | EXCEPTIONAL/AB OVE AVERAGE | Future Store MGR | EXA | 845 N. CANTON, IL | 08/31/2002 EXA-M | |