# Walgreens HR Planning 2003 -- 028 ILLINOIS NORTH

EXA

| Name | SSN | Sales/Scripts | Hire Date | POS Date | 2003 Overall Rating | 1-Year Projection | POS Last Year | Store Address | Last Rating | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| JENNIFER BOND | 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 | 8.4 | 05/22/1995 | 02/19/2001 | OUTSTANDING | Can Promote to Store MGR SOON | EXA | 4814 N SHERIDAN RD PEORIA, IL | 08/31/2002 EXA-E | |
| CHRISTINA REISING | 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 | 5.9 | 10/05/1994 | 03/31/2000 | MEETS EXPECTATIONS | Well-Positioned | EXA | 1021 COURT PEKIN, IL | 08/31/2002 EXA-E | |
| BETH MINTON | 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 | 5.7 | 03/04/1992 | 04/03/2002 | EXCEPTIONAL/ABOVE AVERAGE | Future Store MGR | EXA | 1919 WEST PIONEER PARK PEORIA, IL | 08/31/2002 EXA-E | |
| ROBERT HUGHES | 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 | 5.0 | 12/20/1989 | 04/03/2002 | MEETS EXPECTATIONS | Well-Positioned | EXA | 1101 N MAIN - SUITE 2 NORMAL, IL | 08/31/2002 EXA-M | |
| LEOTIS DAVENPORT | 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 | 4.7 | 06/30/1993 | 04/03/2002 | MEETS EXPECTATIONS | Well-Positioned | EXA | 1700 E COURT KANKAKEE, IL | 08/31/2002 EXA-M | |
| GARY BROWN | 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 | 4.2 | 01/28/1995 | 04/05/2000 | EXCEPTIONAL/ABOVE AVERAGE | Can Promote to Store MGR SOON | EXA | 1109 W MAIN PEORIA, IL | 08/31/2002 EXA-E | |
| MICHAEL RAMPY | 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 | 4.2 | 08/17/1999 | 04/05/2000 | IMPROVEMENT NEEDED | Must Improve | EXA | 1109 W MAIN PEORIA, IL | 08/31/2002 EXA-M | |
| JEREMY BIENEMAN | 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 | 4.2 | 03/27/2000 | 04/03/2002 | MEETS EXPECTATIONS | Future Store MGR | EXA | 600 S WESTERN PEORIA, IL | 08/31/2002 EXA-M | |
| JEFFERY HALVERSON | 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 | 3.8 | 07/09/2000 | 04/03/2002 | EXCEPTIONAL/ABOVE AVERAGE | Future Store MGR | EXA | 1001 W REYNOLDS ST PONTIAC, IL | 08/31/2002 EXA-M | |
| SAMUEL LAHN | 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 | 3.2 | 08/05/2000 | 04/03/2002 | EXCEPTIONAL/ABOVE AVERAGE | Can Promote to Store MGR SOON | | | | |

# Walgreens HR Planning 2003 -- 028 ILLINOIS NORTH

## AMN

| Name: | SSN: | Sales/ Scripts | Hire Date | POS Date | 2003 Overall Rating | 1-Year Projection | POS Last Year | Store Address: | Last Rating | Notes: |
|---|---|---|---|---|---|---|---|---|---|---|
| PAMELA HIRT | 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 | 18.6 | 10/03/1975 | 02/26/2002 | MEETS EXPECTATIONS | | AMN | 1050 N. KENNEDY DRIVE KANKAKEE, IL | 08/31/2002 AMN-M | |
| TIMOTHY BUNDY | 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 | 12.0 | 08/01/1986 | 12/04/2002 | MEETS EXPECTATIONS | | MGR | 1200 E WAR MEMORIAL DR PEORIA HEIGHTS, IL | 08/31/2002 MGR-M | |
| DAVID WASSON | 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 | 10.4 | 04/26/1971 | 09/07/2000 | EXCEPTIONAL/AB OVE AVERAGE | | AMN | 300 N MAIN ST EAST PEORIA, IL | 08/31/2002 AMN-M | |

WAL00059

# Walgreens

## HR Planning 2003 -- 028 ILLINOIS NORTH

| Name: | SSN: | Sales/ Scripts | Hire Date | POS Date | 2003 Overall Rating | 1-Year Projection | POS Last Year | Store Address: | Last Rating | Notes: |
|---|---|---|---|---|---|---|---|---|---|---|
| **MGT** | | | | | | | | | | |
| BONNI DRIVER | 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 | 18.6 | 03/04/1995 | 09/13/2000 | IMPROVEMENT NEEDED | Must Improve | MGT | 1050 N. KENNEDY DRIVE KANKAKEE, IL | 08/31/2002 MGT-M | |
| S LOCK | 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 | 18.6 | 04/11/1977 | 07/16/1999 | IMPROVEMENT NEEDED | Must Improve | MGT | 1050 N. KENNEDY DRIVE KANKAKEE, IL | 08/31/2002 MGT-E | |
| DEBORAH EDWARDS | 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 | 18.6 | 11/25/1996 | 09/29/1999 | MEETS EXPECTATIONS | May-be ready for ADSM in 2004 | MGT | 844 W FREMONT ST GALESBURG, IL | 08/31/2002 MGT-M | |
| SAUL GROENE | 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 | 14.9 | 10/01/1999 | 10/01/2001 | EXCEPTIONAL/AB OVE AVERAGE | Recommended for Next ADSM Class | MGT | 844 W FREMONT ST GALESBURG, IL | 08/31/2002 MGT-E | |
| JULIA ROSKILLY | 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 | 14.9 | 07/11/2001 | 07/11/2001 | EXCEPTIONAL/AB OVE AVERAGE | Well-Positioned | MGT | 844 W FREMONT ST GALESBURG, IL | 08/31/2002 MGT-E | |
| POLLY HILLYER | 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 | 14.9 | 02/20/1996 | 07/24/2002 | MEETS EXPECTATIONS | Well-Positioned | MGT | 1525 N VETERANS PKWY BLOOMINGTON, IL | 08/31/2001 MGT-M | |
| JOE WHITE | 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 | 14.9 | 01/03/2002 | 01/03/2002 | MEETS EXPECTATIONS | May-be ready for ADSM in 2004 | MGT | 1525 N VETERANS PKWY BLOOMINGTON, IL | 08/31/2002 MGT-E | |
| KRIS STONEKING | 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 | 14.9 | 07/30/2001 | 07/30/2001 | OUTSTANDING | Recommended for Next ADSM Class | MGT | 1525 N VETERANS PKWY BLOOMINGTON, IL | 08/31/2002 MGT-M | |
| ROBERT HARPER | 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 | 13.8 | 12/16/1998 | 04/05/2002 | MEETS EXPECTATIONS | Well-Positioned | MGT | 1525 N VETERANS PKWY BLOOMINGTON, IL | 08/31/2002 MGT-E | |
| JESSICA CULBERTSON | 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 | 13.8 | 07/21/2001 | 04/17/2002 | EXCEPTIONAL/AB OVE AVERAGE | May-be ready for ADSM in 2004 | MGT | 1525 N VETERANS PKWY BLOOMINGTON, IL | 08/31/2002 MGT-M | |
| REBECCA SPENCER | 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 | 13.8 | 08/14/2002 | 07/24/2002 | MEETS EXPECTATIONS | Well-Positioned | MGT | 1525 N VETERANS PKWY BLOOMINGTON, IL | 08/31/2002 MGT-E | |
| CRYSTAL DWYER | 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 | 13.8 | 02/19/2003 | 03/05/2003 | MEETS EXPECTATIONS | Too New | MGT | 1525 N VETERANS PKWY BLOOMINGTON, IL | | |
| THEO EDDINS | 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 | 13.8 | 04/02/2000 | 09/25/2000 | IMPROVEMENT NEEDED | Well-Positioned | MGT | 1200 E WAR MEMORIAL DR PEORIA HEIGHTS, IL | 08/31/2002 MGT-M | |
| BRIAN JACKSON | 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 | 13.8 | 10/14/2002 | 10/14/2002 | MEETS EXPECTATIONS | May-be ready for ADSM in 2004 | MGT | 1525 N VETERANS PKWY BLOOMINGTON, IL | | |
| SARA SUTTON | 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 | 12.0 | 02/09/1999 | 10/16/2002 | EXCEPTIONAL/AB OVE AVERAGE | Well-Positioned | MGT | 1200 E WAR MEMORIAL DR PEORIA HEIGHTS, IL | 08/31/2002 MGT-M | |
| CHRISTOPHER RENNAU | 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 | 12.0 | 08/04/1899 | 08/06/2000 | EXCEPTIONAL/AB OVE AVERAGE | Well-Positioned | MGT | 1200 E WAR MEMORIAL DR PEORIA HEIGHTS, IL | 08/31/2002 MGT-M | |
| ERIC CLEER | 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 | 12.0 | 05/09/2001 | 05/09/2001 | OUTSTANDING | Recommended for Next ADSM Class | MGT | 1200 E WAR MEMORIAL DR PEORIA HEIGHTS, IL | 08/31/2002 MGT-E | |

WAL00060