E-FILED
Tuesday, 08 August, 2006 10:10:44 AM
Clerk, U.S. District Court, ILCD

# Walgreens HR Planning 2003 -- 028 ILLINOIS NORTH

## MGT

| Name | SSN | Salary/ Scripts | Hire Date | POS Date | 2003 Overall Rating | 1-Year Projection | POS Last Year | Store Address | Last Rating | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| PAUL RANTISI | 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 | 12.0 | 03/06/1998 | 10/02/2002 | MEETS EXPECTATIONS | May-be ready for ADSM in 2004 | | 1200 E WAR MEMORIAL DR PEORIA HEIGHTS, IL | | |
| JASON PACEY | 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 | 11.3 | 02/12/2003 | 02/12/2003 | TOO NEW | Too New | | 4711 N WAR MEMORIAL DR PEORIA, IL | | |
| TIMOTHY BELCHER | 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 | 11.3 | 08/01/2001 | 01/19/2003 | MEETS EXPECTATIONS | May-be ready for ADSM in 2004 | MGT | 4711 N WAR MEMORIAL DR PEORIA, IL | 08/31/2002 MGT-M | |
| MARTIN BEHNKE | 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 | 11.3 | 10/17/1998 | 09/06/2000 | MEETS EXPECTATIONS | Well-Positioned | MGT | 4711 N WAR MEMORIAL DR PEORIA, IL | 08/31/2002 MGT-M | |
| ANDREW DEARING | 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 | 11.3 | 12/02/1999 | 05/01/2000 | EXCEPTIONAL/AB OVE AVERAGE | Recommended for Next ADSM Class. | MGT | 4711 N WAR MEMORIAL DR PEORIA, IL | 08/31/2002 MGT-M | |
| ERIC KIZZIAH | 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 | 11.3 | 07/30/2002 | 07/31/2002 | MEETS EXPECTATIONS | May-be ready for ADSM in 2004 | | 300 N MAIN ST EAST PEORIA, IL | | |
| ELIZABETH HICKEY | 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 | 10.4 | 02/12/2003 | 02/12/2003 | TOO NEW | Too New | | 300 N MAIN ST EAST PEORIA, IL | | |
| AMY ROBB | 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 | 10.4 | 07/29/1991 | 09/06/2000 | EXCEPTIONAL/AB OVE AVERAGE | Well-Positioned | MGT | 300 N MAIN ST EAST PEORIA, IL | 08/31/2002 MGT-E | |
| SCOTT SCHUSTER | 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 | 10.4 | 08/12/2002 | 08/12/2002 | EXCEPTIONAL/AB OVE AVERAGE | May-be ready for ADSM in 2004 | | 300 N MAIN ST EAST PEORIA, IL | | |
| PAULA COLE | 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 | 10.4 | 03/22/1992 | 03/20/2002 | EXCEPTIONAL/AB OVE AVERAGE | Well-Positioned | | 2020 COURT STREET PEKIN, IL | | |
| DARIN MONOHON | 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 | 9.6 | 03/10/2003 | 03/10/2003 | | | | 2020 COURT STREET PEKIN, IL | | |
| ERIN HAMILTON | 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 | 9.6 | 09/24/1999 | 08/08/2001 | MEETS EXPECTATIONS | Well-Positioned | MGT | 2020 COURT STREET PEKIN, IL | 08/31/2002 MGT-E | |
| CHADWICK HARPER | 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 | 9.6 | 08/02/2000 | 08/02/2000 | MEETS EXPECTATIONS | May-be ready for ADSM in 2004 | MGT | 2020 COURT STREET PEKIN, IL | 08/31/2002 MGT-E | |
| SUSAN WALLACE | 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 | 9.6 | 08/09/1988 | 12/13/2000 | MEETS EXPECTATIONS | Well-Positioned | MGT | 2020 COURT STREET PEKIN, IL | 08/31/2002 MGT-E | |
| MICHELLE STEARNS | 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 | 9.6 | 09/11/1989 | 10/18/2000 | MEETS EXPECTATIONS | Well-Positioned | MGT | | | |
| DARRYL STEELE | 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 | 9.6 | 07/27/2000 | 08/16/2001 | MEETS EXPECTATIONS | May-be ready for ADSM in 2004 | | | | |
| MARIE WATSON | 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 | 8.1 | 07/22/2002 | 07/22/2002 | MEETS EXPECTATIONS | Well-Positioned | | 300 E JACKSON ST MACOMB, IL | | |

WAL00061

03/05/04   10:50   WALGR  ILLINOIS → WALGREEN CO                                                                 NO.175   005

# Walgreens HR Planning 2003 -- 028 ILLINOIS NORTH

## MGT

| Name: | SSN: | Sales/Scripts | Hire Date | POS Date | 2003 Overall Rating | 1-Year Projection | POS Last Year | Store Address: | Last Rating | Notes: |
|---|---|---|---|---|---|---|---|---|---|---|
| DENISE RAY | 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 | 8.1 | 05/24/2000 | 10/30/2001 | MEETS EXPECTATIONS | Well-Positioned | MGT | 300 E JACKSON ST MACOMB, IL | 08/31/2002 MGT-M | |
| JILL WATSON | 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 | 8.1 | 12/06/2002 | 12/06/2002 | MEETS EXPECTATIONS | Too New | MGT | 300 E JACKSON ST MACOMB, IL | 08/31/2002 MGT-M | |
| VINCENT MARTIN | 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 | 7.8 | 08/23/1995 | 09/06/2000 | EXCEPTIONAL/AB OVE AVERAGE | Well-Positioned | MGT | 501 N CONVENT ST BOURBONNAIS, IL | 08/31/2002 MGT-E | |
| MATTHEW SALM | 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 | 7.8 | 11/16/1999 | 11/16/1999 | MEETS EXPECTATIONS | Well-Positioned | MGT | 501 N CONVENT ST BOURBONNAIS, IL | 08/31/2002 MGT-E | |
| TAMMY CRABILL | 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 | 7.7 | 09/23/1998 | 12/01/1999 | MEETS EXPECTATIONS | Well-Positioned | MGT | 2515 N KNOXVILLE AVE PEORIA, IL | 08/31/2002 MGT-E | |
| RYAN THOMAS | 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 | 7.6 | 12/12/1996 | 08/05/2000 | OUTSTANDING | Recommended for Next ADSM Class | MGT | 2844 E OAKLAND BLOOMINGTON, IL | 08/31/2002 | |
| DANIEL METZ | 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 | 7.5 | 04/05/2000 | 04/05/2000 | IMPROVEMENT NEEDED | Must Improve | MGT | 2811 E OAKLAND BLOOMINGTON, IL | 08/31/2002 MGT-M | |
| SONIA CRITTENDON | 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 | 7.2 | 03/29/1997 | 07/31/2002 | EXCEPTIONAL/AB OVE AVERAGE | Recommended for Next ADSM Class | MGT | 1110 N MAIN BLOOMINGTON, IL | 08/31/2002 MGT-M | |
| DAMEON CLAYTON | 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 | 7.2 | 10/03/2001 | 10/03/2001 | MEETS EXPECTATIONS | May-be ready for ADSM in 2004 | MGT | 3524 N UNIVERSITY PEORIA, IL | 08/31/2002 MGT-E | |
| JAMIE LEE | 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 | 6.7 | 08/16/2000 | 08/16/2000 | EXCEPTIONAL/AB OVE AVERAGE | Recommended for Next ADSM Class | MGT | 3524 N UNIVERSITY PEORIA, IL | 08/31/2002 MGT-E | |
| STEPHANIE CAMDEN | 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 | 6.7 | 09/13/1995 | 11/29/2001 | MEETS EXPECTATIONS | May-be ready for ADSM in 2004 | MGT | 845 N MAIN CANTON, IL | 08/31/2002 MGT-E | |
| PATRICIA LILLIE | 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 | 6.6 | 05/08/2000 | 07/31/2000 | MEETS EXPECTATIONS | Well-Positioned | MGT | 845 N MAIN CANTON, IL | 08/31/2002 MGT-E | |
| BRENDA BESSERER | 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 | 6.6 | 10/04/1999 | 07/26/2000 | EXCEPTIONAL/AB OVE AVERAGE | May-be ready for ADSM in 2004 | MGT | 4814 N SHERIDAN RD PEORIA, IL | 08/31/2002 MGT-M | |
| JASON CARGILL | 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 | 6.4 | 05/18/2001 | 05/18/2001 | EXCEPTIONAL/AB OVE AVERAGE | Recommended for Next ADSM Class | MGT | 4814 N SHERIDAN RD PEORIA, IL | 08/31/2002 MGT-M | |
| JACOB QUAYLE | 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 | 6.4 | 02/11/1999 | 07/27/2000 | EXCEPTIONAL/AB OVE AVERAGE | Recommended for Next ADSM Class | MGT | 1021 COURT PEKIN, IL | 08/31/2002 MGT-M | |
| JASON CALEF | 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 | 5.9 | 02/02/2000 | 03/24/2001 | MEETS EXPECTATIONS | May-be ready for ADSM in 2004 | | | | |

# Walgreens

## HR Planning 2003 -- 028 ILLINOIS NORTH

### MGT

| Name | SSN | Sales/ Scripts | Hire Date | POS Date | 2003 Overall Rating | 1-Year Projection | POS Last Year | Store Address | Last Rating | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| NANCY WEST | 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 | 5.9 | 10/14/2002 | 10/14/2002 | EXCEPTIONAL/AB OVE AVERAGE | May-be ready for ADSM in 2004 | MGT | 1021 COURT PEKIN, IL | 08/31/2002 MGT-M | |
| JASON IBBOTSON | 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 | 5.7 | 04/11/1989 | 07/31/2000 | MEETS EXPECTATIONS | May-be ready for ADSM in 2004 | MGT | 1819 WEST PIONEER PARK PEORIA, IL | 08/31/2002 MGT-M | |
| PHILLIP JANKE | 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 | 5.7 | 10/12/2002 | 10/21/2002 | MEETS EXPECTATIONS | May-be ready for ADSM in 2004 | MGT | 1819 WEST PIONEER PARK PEORIA, IL | | |
| JEREMY BYRD | 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 | 5.0 | 04/11/2000 | 07/31/2000 | IMPROVEMENT NEEDED | Must Improve | MGT | 1101 N MAIN - SUITE 2 NORMAL, IL | 08/31/2002 MGT-J | Repeat Sub-Standard |
| TRISTA SPECKMANN | 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 | 4.7 | 09/05/1989 | 09/15/2000 | EXCEPTIONAL/AB OVE AVERAGE | Well-Positioned | MGT | 1700 E COURT KANKAKEE, IL | 08/31/2002 MGT-E | |
| DAVID MICHAELS | 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 | 4.7 | 08/29/2001 | 05/08/2002 | MEETS EXPECTATIONS | May-be ready for ADSM in 2004 | MGT | 1700 E COURT KANKAKEE, IL | | |
| ERIC GORE | 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 | 4.2 | 10/13/1993 | 09/06/2000 | MEETS EXPECTATIONS | Well-Positioned | MGT | 1108 W MAIN PEORIA, IL | 08/31/2002 MGT-M | |
| THOMAS CADY | 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 | 3.8 | 01/23/1997 | 03/24/1999 | EXCEPTIONAL/AB OVE AVERAGE | Recommended for Next ADSM Class | MGT | 500 S WESTERN PEORIA, IL | 08/31/2002 MGT-M | |
| JOHN HORSLEY | 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 | 3.8 | 04/06/1988 | 09/06/2000 | MEETS EXPECTATIONS | Well-Positioned | MGT | 500 S WESTERN PEORIA, IL | 08/31/2002 MGT-M | |
| ERIN KOHORST | 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 | 3.2 | 07/28/1999 | 07/12/2001 | MEETS EXPECTATIONS | Well-Positioned | MGT | 1001 W REYNOLDS ST PONTIAC, IL | 08/31/2002 MGT-M | |
| ANGELA LINDEEN | 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 | 3.2 | 04/02/2002 | 04/02/2002 | MEETS EXPECTATIONS | Too New | | 1001 W REYNOLDS ST PONTIAC, IL | | |