E-FILED
Tuesday, 08 August, 2006  10:14:48 AM
Clerk, U.S. District Court, ILCD

Page 33

```
 1    Q    By Mr. Palmer?
 2    A    Yes.
 3    Q    Mr. Palmer makes all appointments to the
 4   store manager jobs --
 5    A    To my knowledge.
 6    Q    What district is that referred to again?
 7    A    District 28, Illinois North to my
 8   knowledge.
 9    Q    Since you have worked at Walgreens from
10   1994, has Mr. Palmer been the district manager of
11   Illinois North?
12    A    Yes.
13    Q    And since you've been an employee at
14   Walgreens, are you aware of any other individual who has
15   input or decision-making ability in the appointment of
16   store managers in the Illinois North region other than
17   Mike Palmer?
18    A    He appoints the managers to their
19   positions.
20    Q    Yes, sir.  I'm asking if you're aware of
21   any other individual who has input in that process either
22   because of your personal involvement or because you've
23   been told that would assist Mr. Palmer in that position
24   process.
```

Page 34

```
 1    A    When I became store manager, he consulted
 2   Leanne Turley, asked her whether or not I was ready to be
 3   a store manager.
 4    Q    And what was Leanne Turley's position?
 5    A    Store manager.
 6    Q    You were working in her store?
 7    A    Yes.
 8    Q    So, in your own case, Mr. Palmer consulted
 9   with a store manager that you were working at to ask that
10   superior if you were ready to be a store manager?
11    A    To my knowledge, that's correct.
12    Q    And is that also what you've observed in
13   other situations where Mr. Palmer appoints store managers
14   in the Illinois North District?
15    A    I would have to say yes.
16    Q    So he does request input from the
17   immediate store manager of the person who's to be
18   appointed as store manager in your experience?
19    A    I think he asks that person's opinion.  I
20   don't believe -- I don't know if they have direct input
21   in saying yes or no, but I think he asks their opinion.
22    Q    That was my word, "input."
23    A    Yeah.  I think he asks their opinion.
24    Q    But, still, it's exclusively his decision?
```

Page 35

```
 1    A    To my knowledge, yes.
 2    Q    In your own situation, was there anybody
 3   else that Mr. Palmer may have asked an opinion of as to
 4   your capabilities to be a store manager other than your
 5   immediate store manager?
 6    A    Not to my knowledge.
 7    Q    How would you describe your working
 8   relationship with Mr. Palmer?
 9    A    Professional.
10    Q    You don't have a social relationship with
11   him?
12    A    No.
13    Q    Do you believe that in your dealings with
14   Mr. Palmer as an African-American male you've been
15   treated the same as or different than white male store
16   managers since 2001?
17    A    I don't know.  I do not know.  I've never
18   had the opportunity to be present with him interacting
19   with other store managers.  It's always one-on-one.
20    Q    Does Mr. Palmer do reviews of the store
21   managers?
22    A    Yes.
23    Q    Written reviews?
24    A    Yes.
```

Page 36

```
 1    Q    Annually?
 2    A    Yes.
 3    Q    When you were an assistant -- I think I'm
 4   saying that right -- assistant EXA --
 5    A    Before becoming an EXA or as an MGT?
 6    Q    No.  When you're an assistant store
 7   manager, aren't you an assistant EXA?
 8    A    No.  MGT, EXA, store manager.
 9    Q    That's right.  Thanks.  When you were an
10   EXA, did Mr. Palmer do reviews of you?
11    A    No.
12    Q    That was the store manager?
13    A    Yes.
14    Q    So the only time Mr. Palmer does a written
15   review of a Walgreens employee is when they're the store
16   manager?
17    A    Yes -- well, recently that has changed.
18    Q    And why is that?
19    A    Mr. Palmer now does -- he does the
20   review -- he sits in on the review for the EXA and the
21   store manager now.  Last year was the first year  He's a
22   part of the EXA review.
23    Q    2005 was the first year that he started
24   sitting in on the reviews of the EXAs then?
```