1:04-cv-01305-MMM-JAG   # 51-10   Page 1 of 1
Eric Simple v. Walgreen Co.
Tuesday, 08 August, 2006 10:18:33 AM
Clerk, U.S. District Court, ILCD
Leanne E-FILED
11/30/2005

35

1  A. Correct.
2  Q. And aside from the evaluations, what did you
3  observe as to Mr. Simple's capabilities as an employee
4  during that 12-month period of time?
5  A. I believe that he was doing a good job and
6  that he was promotable to the -- he could be given a
7  chance to become a store manager.
8  Q. Did he always come to work on time?
9  A. Uh-huh.
10 Q. Did he get along well with people?
11    You need to answer yes or no, by the way.
12 A. Oh, sorry. Yes.
13 Q. Did he get along well with people?
14 A. Yes.
15 Q. Would you say that was one of his strengths?
16 A. Yeah, I would.
17 Q. Did he work the necessary overtime to perform
18 his job while he was under your supervision?
19 A. He worked the -- yes. I mean, they are
20 required to work 44 hours a week. That was never an issue
21 at all whatsoever.
22 Q. Is there any deficiency he had during that
23 12-month period of time that you would care to speak
24 about?

36

1  A. I mean, everybody's got strengths and
2  weaknesses, but nothing that was a glaring deficiency, no.
3  Q. Getting then to the evaluation.
4  A. Uh-huh.
5  Q. This is a form document that you have to make
6  your comments in accordance with the form and the rating
7  process; is that correct?
8  A. Correct. Uh-huh.
9  Q. Would you tell us generally how you rated
10 Mr. Simple on that particular evaluation?
11 A. I rated him as exceptional or above average.
12 Q. And what is the top rating?
13 A. Outstanding.
14 Q. And exceptional/above average was the
15 second-to-top rating?
16 A. Yes, it is.
17 Q. How many total ratings were there?
18 A. Five.
19 Q. As I understand it -- and correct me if I'm
20 wrong -- unless you rate, as a manager, the EXA as
21 promotable, they're not going to be promotable to manager;
22 is that correct?
23 A. I, I would say that would be correct as -- I
24 mean, if --

37

1  Q. So, from the standpoint of what the manager
2  assesses an EXA --
3  A. Uh-huh.
4  Q. -- they can stop career advancement in its
5  tracks unless the evaluation states that the person is
6  promotable to a manager and, in fact, it even has a time
7  frame, does it not?
8  A. And then the district manager also would
9  review.
10 Q. I'm talking about the manager at this point.
11 A. What I'm saying, though, is if a manager were
12 to state that a person was not promotable, the district
13 manager still has the opportunity to review that and say,
14 you know, We need to discuss this further or make changes,
15 from what I --
16 Q. How do you know that?
17 A. -- from what I know.
18 Q. How do you know that?
19 A. Well, because the district manager does have
20 to approve this. There's a spot for his signature as
21 well.
22 Q. Well, whether the district manager approves it
23 or not, there isn't any policy or procedure in force at
24 Walgreens, as you earlier stated, that would indicate

38

1  that, is there?
2     MR. SMITH: I don't -- I think that misstates
3  maybe what she earlier stated.
4  BY MR. WILLIAMSON:
5  Q. All right. Let me go back with you then a
6  second.
7  A. Okay.
8  Q. You've indicated to me there isn't any policy
9  or procedure in place in writing or orally as to the
10 manner in which an EXA is to be promoted to a store
11 manager, and that's been true throughout the time you've
12 worked at Walgreens; isn't that correct?
13 A. Okay.
14 Q. Well, don't -- I don't want you to say okay.
15 A. I mean --
16 Q. I'm asking you --
17 A. If you're -- are you saying -- then this is.
18 Q. That's not what I'm saying. I'm asking the
19 questions, and you're giving the answers.
20 A. When I -- the original question --
21    MR. SMITH: What's -- I'm not sure what the
22 question is, the pending question.
23    MR. WILLIAMSON: I can re-ask you again.
24 BY MR. WILLIAMSON: