## Page 83

1  didn't feel like I had the answers that I needed, and I
2  would have to go elsewhere.
3      Q.  When you say you would have to go elsewhere,
4  what did you mean?
5      A.  The open-door policy. I proceeded to call
6  Mr. Dave Gloudeman three times. No one ever returned my
7  calls.
8      Q.  Did you talk to anyone else at Walgreens
9  about -- in management at Walgreens about your not getting
10 the Pontiac store manager's position?
11     A.  Actually, at that point in time I didn't have
12 to talk to anyone else. People were asking me how did I
13 feel about it and how could I still be coming to work
14 every day.
15     Q.  Who said that?
16     A.  Several managers.
17     Q.  And these were managers in what stores?
18     A.  In the entire market. I had Mr. Walden call
19 me one time, ask me was I mad at him?
20         No. Why? Do I have a reason to be mad at
21 you, Mr. Walden?
22         I had Miss Crittendon, the other assistants
23 asking me how I felt about what happened.
24     Q.  Now, that happened in -- these conversations

## Page 84

1  either with Miss Turley or Mr. Palmer happened in October
2  of 2003, and between -- other than the conversations
3  you've had with the other managers that you've mentioned,
4  did you have any other conversations with anybody in
5  management at Walgreens prior to your filing your charge
6  of discrimination, I believe it was February of 2004?
7      A.  No, no one ever returned my call.
8      Q.  Do you know what role, if any, Ms. Turley
9  played in the decision to fill the store manager's
10 position at the Pontiac store in October 2003?
11     A.  Yes.
12         MR. WILLIAMSON: You mean other than
13 Mr. Palmer asking Mr. Simple to consult with Ms. Turley
14 regarding that decision?
15 BY MR. SMITH:
16     Q.  Let me rephrase it. What I'm referring to is
17 you first -- when you first became aware of the store
18 manager's position being open or a change in the store
19 manager's position, as far as the occupant of the store
20 manager's position at Pontiac, it had already been filled,
21 it sounds like?
22     A.  Yes.
23     Q.  All right. Now, do you know in -- somebody
24 had to make the decision to fill that position with

## Page 85

1  Ms. Jonland in this case. Do you know what role
2  Ms. Turley played, if any, in selecting Ms. Jonland?
3      A.  Yes.
4      Q.  Okay. What is that?
5      A.  Well, as I stated earlier, they move managers
6  around for training purposes. And Mr. Palmer, the
7  district manager, only sees the assistants maybe three,
8  four times a year. So, he goes off what those managers
9  ultimately say to an extent, but also the final decision
10 is left up to one person and that's Mr. Palmer.
11     Q.  So, are you saying that Mr. Palmer was the
12 person who made the decision as to who filled that store
13 manager's position at Pontiac?
14     A.  I'm saying he made the final decision but, as
15 stated by Walgreens themselves, based on the input of
16 managers.
17     Q.  The input of managers, is that the input from
18 the evaluations that are done by the store managers of the
19 EXAs?
20     A.  Supposedly, yes.
21     Q.  Okay. So, would it be correct to say that
22 your understanding was that Mr. Palmer was the
23 decision-maker, but among the information he considered in
24 making that decision was the -- were the performance

## Page 86

1  evaluations done by the store managers, including
2  Ms. Turley?
3      A.  And their -- obviously their vocal opinion as
4  well.
5      Q.  Do you know if Mr. Palmer consulted with
6  Miss Turley about you and your abilities prior to
7  selecting Miss Jonland for the Pontiac store manager's
8  position?
9      A.  No, I don't know.
10     Q.  The statements that Ms. Turley made to you on
11 October the 2nd, October 3rd, were these statements of her
12 opinion as to why the decision was made?
13         MR. WILLIAMSON: You know, what good does it
14 do to ask him to speculate whether it's her opinion or
15 not?
16         MR. SMITH: Okay.
17 BY MR. SMITH:
18     Q.  Let me rephrase the question then. Other than
19 completing the performance appraisals or in providing
20 information to Mr. Palmer, would it be accurate to say
21 that Ms. Turley, as far as you know, did not have any
22 other influence in making the decision or how the decision
23 should be made to fill the Pontiac store manager's
24 position?