## Melissa Jonland Deposition page 28

```
                                                    Page 28
 1     Q   So March of 2001 would be the first time
 2  you had ever hired anyone on behalf of Walgreens?
 3     A   That I can remember, yes.
 4     Q   When did you first fire somebody on behalf
 5  of Walgreens?
 6     A   I don't remember.
 7     Q   You've done that as well?
 8     A   Yes.
 9     Q   On more than one occasion?
10     A   Only one is truly sticking out to me, but
11  it may have been more than one.
12     Q   Did you do that as an EXA or store
13  manager?
14     A   Store manager.
15     Q   So, until you were appointed as store
16  manager, you had never fired anybody on behalf of
17  Walgreens?
18     A   Not that I remember.
19     Q   When you were an assistant store manager,
20  did you have involvement with the budget of the store,
21  purchasing?
22     A   No.
23     Q   Who did that?
24     A   Miss Turley would have done that.
```

4-1600                                      Page 25 - Page 28