04-cv-01305-MMM-JAG   # 52-2   Page 1 of 2
Eric Simple v. Walgreen Co.
Michael Hallier
11/30/2005
E-FILED
Tuesday, 08 August, 2006 01:18:38 PM
Clerk, U.S. District Court, ILCD

### Page 31

```
 1   driven back and forth as part of the job offer?
 2      A.  Yes.
 3      Q.  Was that also true of the job offer in
 4   December of 2002 to the West Main store?
 5      A.  Yes.
 6      Q.  And am I covering the offer of base salary
 7   plus bonus, plus relocation consideration, was it the same
 8   as the Western Avenue offer?
 9      A.  Yes.
10      Q.  But you haven't offered Mr. Simple any other
11   jobs other than these three as indicated in your
12   interrogatory answers?
13      A.  Not that I recall, no.
14      Q.  Now, up till now, is there a process or
15   procedure whereby Walgreens picks their store managers?
16      A.  No, the selection of store managers is done by
17   the district manager.
18      Q.  And that's been true throughout the time
19   you've been a district manager?
20      A.  Yes.
21      Q.  And there is no written or oral policy as to
22   how that's done?
23      A.  Not to my knowledge.
24      Q.  And it's in the complete discretion then of
```

### Page 32

```
 1   the district manager to make those selections?
 2      A.  Yes.
 3      Q.  Subject to the approval of the vice president
 4   you've talked about?
 5      A.  Yes.
 6      Q.  Is there subject to anybody else's approval?
 7      A.  Senior Operations vice president.
 8      Q.  Above the Operations vice president?
 9      A.  Correct.
10      Q.  So, two individuals may have to approve the
11   selection, but otherwise it's in the complete discretion
12   of the district manager?
13      A.  Correct.
14      Q.  Does Walgreens have or has it had in the past
15   any type of affirmative action plan for picking store
16   managers?
17      A.  No.
18      Q.  So, in your region, which I assume is the one
19   you're familiar with, there is no direction from any
20   management official at Walgreens that you need to have a
21   certain number of women, certain number of
22   African-Americans or any other ethnic minority to fill the
23   total number of stores in your district?
24      A.  No.
```

### Page 33

```
 1      MR. SMITH:  You mean a quota?
 2      MR. WILLIAMSON:  I didn't use that word yet,
 3   but I will.
 4   BY MR. WILLIAMSON:
 5      Q.  There is no quota then for Walgreens?
 6      A.  No.
 7      Q.  But I didn't say quota because I didn't mean
 8   that.  What I meant was an affirmative action plan.  There
 9   is no such affirmative action plan either, as I understand
10   your testimony?
11      A.  Correct.
12      Q.  Now, in interrogatory answer four you state,
13   "For the store manager positions offered to Mr. Simple, he
14   was the best qualified because of his experience and work
15   performance as executive assistant manager."
16          What did you mean by that answer?
17      A.  It meant that of the candidates I had
18   available to consider to promote to store manager,
19   Mr. Simple had the highest qualifications as based on his
20   experience and his specific work performance in different
21   operations he had been involved in as an executive
22   assistant manager.
23      Q.  Was that because of the type of store you were
24   offering him?
```

### Page 34

```
 1      A.  No, my -- when I say work performance, I'm
 2   relating to his ability to build sales and profit and
 3   training and manage investment and so on, so forth,
 4   operational skills.
 5      Q.  Were there other African-American candidates
 6   considered for the store manager's position at 1700 East
 7   Court Street in November of 2001?
 8      A.  I don't recall without review.
 9      Q.  Would that be true of both the Western Avenue
10   store and the Main Street store that occurred in November
11   and December of 2002 as well?
12      A.  Without review, I would say -- I would state
13   that I do not believe there were any other
14   African-American candidates at that time.
15      Q.  So, any other persons you were considering for
16   these three jobs were Caucasian, whether they be male or
17   female?
18      A.  Either Caucasian or Asian, as Caucasian-Asian
19   and Afro-American.  I don't believe I have any Indian
20   EXAs.
21      Q.  Who was the Asian or Asians considered for any
22   one of those three jobs?
23      A.  In 2001 or --
24      Q.  And in 2002.
```

Page 59

```
 1   Q.  Which is well before the lawsuit?
 2   A.  Yes.
 3   Q.  So, I'm assuming that that department prepares
 4  that document for reasons other than the lawsuit?
 5   A.  I wouldn't be able to speculate to that.
 6       MR. WILLIAMSON: Next exhibit.
 7       (Whereupon, Palmer Exhibit Number 9 was marked
 8  for identification.)
 9  BY MR. WILLIAMSON:
10   Q.  What is that document?
11   A.  It's the same as the document we just
12  discussed, Exhibit Number 8, only that it has a listing of
13  the current EXAs in the Illinois North district, prepared
14  on March 9th of '04.
15   Q.  So, your answers to the questions would be the
16  same other than the fact it has somewhat different data on
17  it?
18   A.  Yes.
19   Q.  Is that a document, again, used in the normal
20  and ordinary course of business by Walgreens to your
21  knowledge?
22   A.  Not to my knowledge, no.
23   Q.  Again, do you see the date it was prepared at
24  the top?
```

Page 61

```
 1   A.  Yes, it is.
 2   Q.  In what respect?
 3   A.  In recap of the managers' -- store managers'
 4  annual performance reviews.
 5   Q.  I don't understand. In recap? Your recap?
 6  Whose recap?
 7   A.  I do an individual performance review on each
 8  store manager, a formal performance review, such as those
 9  we looked at this morning for executive assistant
10  managers, and --
11   Q.  You do one for the store managers?
12   A.  Correct. And a summary of that information
13  for each manager in my district is on the first page of
14  this recap and the second page, and then following that is
15  a recap of the store managers' evaluations of their
16  subordinates, specifically EXAs, AMNs and MGTs.
17   Q.  And you use that document how in your job?
18   A.  I use this document to make forward manpower
19  plans should I need to make changes in the store manager
20  of an operation.
21       (Ms. Ablin entered the room.)
22   Q.  Forward manpower plans should you need to make
23  changes in the operation of a store. That would mean if
24  you need to change a store manager, you'd use that
```

Page 60

```
 1   A.  Yes.
 2   Q.  3-9-04, correct?
 3   A.  Yes.
 4   Q.  Prior to the lawsuit being filed by
 5  Mr. Simple?
 6   A.  Yes.
 7   Q.  Do you know of any reason -- do you know why
 8  the document was prepared by that particular department?
 9   A.  No.
10       MR. WILLIAMSON: Group.
11       (Whereupon, Palmer Group Exhibit Number 10 was
12  marked for identification.)
13  BY MR. WILLIAMSON:
14   Q.  Do you recognize that document?
15   A.  Yes.
16   Q.  What is that?
17   A.  It's a summary of the performance evaluations
18  and forward manpower planning, support document for
19  forward manpower planning for the fiscal year of 2003, it
20  appears, for the Illinois North district.
21   Q.  Who generates that document?
22   A.  Generated by the human resource department.
23   Q.  Is that a document used by you in performance
24  of your job as district manager?
```

Page 62

```
 1  document?
 2   A.  I would use this document as one of the tools
 3  that I would review before I would consider the
 4  replacement for the manager that's leaving.
 5   Q.  Which contradicts what you earlier said, that
 6  you use no written objective evidence in picking store
 7  managers. Do you agree?
 8   A.  Yes, I agree, it would contradict that.
 9   Q.  Did you use this document in the year 2003 to
10  select or consider selecting Eric Simple in any job
11  involving a store manager in the North Illinois district?
12   A.  I don't recall.
13   Q.  Did you use that document to select any store
14  manager in the North Illinois district in 2003?
15   A.  I -- again, I don't recall.
16   Q.  So, what you earlier said about using that
17  document as a tool does not apply to the year 2003 in
18  selecting store managers?
19   A.  It may or may not have been paid -- played a
20  part in my selection for a store manager of any of those
21  positions in 2003.
22   Q.  What does that document indicate as to
23  performance of the EXAs that would be a tool to you in
24  selecting a store manager?
```