4-cv-01305-MMM-JAG    # 52-3    Page 1 of 2

Eric Simple v. Walgreen Co.

E-FILED
Tuesday, 08 August, 2006 04:26:00 PM
Clerk, U.S. District Court, ILCD

Michael Palmer
11/30/2005

**Page 83**

1  time that he was significantly disappointed with not being
2  appointed a store manager so that he wanted to take a
3  lower-paying job?
4      A. No, I don't recall that -- I do not recall
5  that statement.
6      Q. Did he ever express to you, either orally or
7  by e-mail, that he was no longer interested in being a
8  store manager at Walgreens?
9      A. He did communicate to me that he was no longer
10 interested in being a store manager with Walgreens. I
11 don't recall if it was by phone or by e-mail or by
12 face-to-face discussion.
13     Q. When did he do that?
14     A. When he requested his -- when he expressed his
15 interest in taking an overnight MGT position in
16 Bloomington.
17     Q. And when was that?
18     A. That would have been November, approximately
19 November '04.
20     Q. And were you surprised at his statement about
21 not wanting a store manager's position at that time?
22     A. Yes, somewhat.
23     Q. Why?
24     A. Because I have always felt that Eric has the

**Page 84**

1  potential and the drive to be a very successful Walgreens
2  store manager.
3      Q. You've always felt that?
4      A. Well, I meant recent assessments. In total
5  over the last number of years, he had exhibited
6  performance that said that he could be success-- that I
7  felt he could be successful; thus, I offered him
8  promotional opportunities. I didn't want him to throw
9  that away.
10     Q. At some point in time, Mr. Simple indicated to
11 you that he wanted to restrict the jobs he would consider
12 as store manager in terms of distance from his home in
13 Bloomington, did he not?
14     A. Yes.
15     Q. When did he do that?
16     A. I don't recall exactly.
17     Q. And was that understandable?
18     A. Unusual, but understandable. He was very
19 clear about his logic as to why.
20     Q. And surely other EXAs have said that to you in
21 the past?
22     A. Yes. Yes.
23     Q. Black and white? Well, not black because
24 you've only had one other EXA that was ever promoted to

**Page 85**

1  store manager. But white EXAs expressed that to you in
2  the past?
3      A. Well, I won't attest to the ethnicity, but I
4  have had a number of EXAs request to remain in a certain
5  geographic area.
6      Q. So, that wasn't a surprise to you that an EXA
7  would say that to you?
8      A. No.
9      Q. And I take it that Walgreens does whatever
10 they can to fulfill that type of wish of an EXA if for no
11 other reason to maintain a happy family life with the EXA
12 when they become a store manager?
13     A. Yes, that's correct.
14     Q. Because that benefits Walgreens, does it not?
15     A. Yes.
16     Q. Now, other than that reservation, did
17 Mr. Simple ever give you any restriction on any store he
18 would take as store manager between 2001 and 2005?
19     A. Yes.
20     Q. What was that?
21     A. I believe on -- following the initial -- and
22 I'm going from recall here -- the initial offer for the
23 600 South Western store in Peoria, that coincidentally was
24 followed by an opening almost less than 30 days later at

**Page 86**

1  the Main Street store, and that was --
2      MR. SMITH: Main Street, which?
3      A. Main Street in Peoria.
4      Q. Peoria?
5      A. Yeah, Main Street in Peoria. At that point,
6  he expressed to me that he was disappointed that those
7  were the only options he was being offered.
8      Q. Did he say why?
9      A. No, he did not say why.
10     Q. Did you perceive why?
11     A. Yes, I asked, but did not ever get
12 clarification.
13     Q. You asked him, and your perception was they
14 were low gross, low profit stores, high shrink rate?
15     A. No, that was not my perception.
16     Q. What did you think he was talking about?
17     A. I did not know. I queried him but did not get
18 an answer.
19     Q. Surely that couldn't have been a complete
20 surprise to you, being the district manager, knowing all
21 the sales figures for all the stores, could it?
22     A. Not a surprise, except that that's -- those
23 are what I consider stores where I start my new store
24 managers in my district. There's a number of stores that

Page 95

```
 1    A.  He collects the statement.
 2    Q.  Does he have any power to recommend
 3  disciplinary action?
 4    A.  No.
 5    Q.  And he prepares a written report then?
 6    A.  Yes.
 7    Q.  For use by whom?
 8    A.  For review by myself and, if necessary, other
 9  areas of the company that may need to offer an opinion.
10    Q.  And what was your purpose of ordering the
11  investigation; to determine if it had happened?
12    A.  Yes.
13    Q.  Did the investigation indicate that it
14  happened?
15    A.  I don't recall. I'd have to review the
16  statement.
17    Q.  I take it that you did the oral reprimand to
18  Leanne Turley because of your review of the statement?
19    A.  I would have to review the statement to know
20  if the two were connected.
21    Q.  Why did you do the oral reprimand of Leanne
22  Turley then?
23    A.  Like I said, I don't recall the exact time of
24  the events so that's the reason why I would have to review
```

Page 96

```
 1  the statement first.
 2    Q.  But what information did you have to cause you
 3  to do an oral reprimand of Leanne Turley?
 4    A.  At some point, either -- it possibly could
 5  have been through that report from the LPS that I gathered
 6  the information that she made -- that she made a statement
 7  to Mr. Simple that was inaccurate and inappropriate. I
 8  believe that's where it had come. I was simply saying
 9  that I needed to confirm it by looking at the statement,
10  if that's where I got the information. I may have gotten
11  it from the LPS; I may have gotten it through a phone call
12  or a call through my district office.
13    Q.  Did you believe that Pontiac wasn't ready for
14  a black male manager?
15    A.  No, I do not believe that.
16    Q.  That didn't play any part in your decision?
17    A.  No.
18    Q.  And if I recall, Ms. Jonland did not have a
19  college degree; Eric Simple did?
20    A.  That's correct.
21    Q.  And it was a job that you knew Mr. Simple
22  sought, there was no reason why he wouldn't seek it, yet
23  you didn't advise him the position was open. And did you
24  interview Miss Jonland at all?
```

Page 97

```
 1    A.  Yes, I did.
 2    Q.  And was that right at the time you offered her
 3  the job?
 4    A.  Yes, I did.
 5    Q.  So, you were going to do the interview, and
 6  you were going to decide at the end of the interview
 7  whether you were going to offer her the job or not?
 8    A.  That's correct.
 9    Q.  And she was the only person you interviewed?
10    A.  That's correct.
11    Q.  But the interview was just to confirm your
12  earlier decision that she was the person for the job
13  anyway?
14    A.  That's correct.
15    Q.  What would have happened during the interview
16  that would cause you not to hire her?
17    A.  Had she -- in the course of the interview that
18  I conducted with her, if she'd have said something that
19  was untoward or made me feel that she was not at that time
20  prepared to be a store manager, or if it brought forward
21  some concern I might have regarding a weakness she might
22  have brought forward, then I would have given the
23  assignment further consideration.
24    Q.  Did race play any part in your decision in
```

Page 98

```
 1  picking the Pontiac job?
 2    A.  No.
 3    Q.  Do you think of yourself as a person who's
 4  intolerant of race or ethnic background when you're making
 5  selections for store managers?
 6    A.  I make selections for store managers based
 7  strictly on performance.
 8    Q.  And that performance is supplied to you by the
 9  store manager who's over the EXA; is that correct?
10    A.  No, that's not correct.
11    Q.  What are you saying by performance then?
12    A.  I evaluate their performance based on what I
13  view in terms of their contribution to the operations
14  they're working in, their responsibilities and how well
15  they execute their responsibilities.
16    Q.  And the evaluations of the store manager?
17    A.  No, I do not use the evaluations of the store
18  manager in making a store manager selection.
19    Q.  What's the purpose of the evaluations by
20  Walgreens if they're not used to consider for promotions?
21    A.  The -- Walgreens provides that every employee
22  in Management and Pharmacy receive a formal performance
23  review on an annual basis, done by their immediate
24  supervisor, and that's what -- the performance reviews we
```