Page 51

1   promotional or promo opportunity to Mr. Eric Simple as MGR
2   -- manager -- at 600 South Western in Peoria. E. Simple
3   declined, stating the following reasons: Felt he could
4   not -- what is that -- reasonably balance family and work
5   obligations with the commitment. And it goes on to say --
6   says, Offered relocation at company expense and declined.
7       Does that mean that -- or did that occur in
8   the conversation, that Mr. Palmer offered some company
9   assistance to pay for your relocating --
10  A.  No.
11  Q.  -- for that position?
12  A.  No.
13  Q.  He did not do that?
14  A.  No.
15  Q.  You're saying that is inaccurate, that there
16  was never any offer of -- to help or to assist you in
17  relocating?
18  A.  No, there was never any.
19  Q.  Next point under there, it says, Suggested a
20  midpoint location and unwilling.
21      I'm assuming that means that he suggested that
22  you might be able to live somewhere between Bloomington
23  and Peoria?
24  A.  Yes.

Page 52

1   Q.  Did he do that?
2   A.  Yes, but --
3   Q.  You were unwilling to do that?
4   A.  I told Mr. Palmer that that would defeat the
5   purpose because now I'm driving however many miles to
6   Peoria, my wife's driving back to Bloomington, and my kids
7   are in school in the middle.
8   Q.  So, you meant that you wouldn't have enough
9   time with your family. Is that what you're saying?
10  A.  I meant that --
11  Q.  What's that?
12  A.  I told him that me driving and now my wife
13  driving back and forth, and a family of four, that that
14  would defeat the purpose because financially it wasn't a
15  sound decision.
16  Q.  Okay. When you say "defeat the purpose," you
17  mean -- I'm not sure I'm following you there.
18  A.  He said move so I can be closer.
19  Q.  Right.
20  A.  But yet now she's further, and we're further
21  away from the kids, and we're -- the financial burden is
22  still greater because we're both commuting and going back
23  and forth. And it was not a good, sound, financial
24  decision for a family of four that's a household sustained

Page 53

1   on two incomes.
2   Q.  Okay. Now, the last point there says, I
3   informed that the commute was acceptable, and he still
4   declined the offer.
5       Can you tell me what he said on that point?
6   Was that that you said you would commute from Bloomington,
7   he said that was acceptable, or is that -- is that what
8   that --
9   A.  Well, he said the commute would be acceptable.
10  But that's when he put the twist on that, as a new store
11  manager, the commute would probably put a strain on either
12  your workload or your family load.
13  Q.  Okay.
14  A.  So, yes, he said that, but he followed with
15  like, There's going to be an either/or if you get in this
16  situation, Mr. Simple.
17  Q.  As I understand the conversation, he was
18  saying that this -- he wasn't withdrawing the offer if you
19  commuted, correct?
20  A.  No.
21  Q.  Okay. He said you could commute. He said --
22  if I understand the conversation -- that these could be
23  problems because you're going to have to be spending a lot
24  of time in the store as a new manager?

Page 54

1   A.  Correct.
2   Q.  And you said, Even if I can commute, I don't
3   want the job, correct?
4   A.  Yes.
5   Q.  Now, were you -- other than the Kankakee
6   position -- store manager's position and the Western,
7   Store Number 1300, 600 South Western Avenue store
8   manager's position, have you ever been offered any other
9   store managers' positions for Walgreens?
10  A.  No.
11  Q.  Have you ever been offered a store manager's
12  position for the Main Street store which is, I understand,
13  currently closed, but the store that was located on Main
14  Street in Peoria?
15  A.  No.
16  Q.  So, your testimony is that --
17      MR. WILLIAMSON: Just for clarification, do
18  you know the address of the old Main Street store in
19  Peoria?
20      THE WITNESS: I think it's 1529 West Main. Or
21  was it Store 1529?
22  BY MR. SMITH:
23  Q.  I have it in the record. Let me see if I can
24  find it.

-cv-01305-MMM-JAG  # 52-4  Page 2 of 3
Eric Simple v. Walgreen Co.

Eric Simple
11/29/2005

### Page 55

1     A. It was either Store 1529 or address 1529. I
2 don't --
3     MR. WILLIAMSON: Let's go off the record.
4     (A discussion was held off the record.)
5     MR. SMITH: I believe it's 1109 West Main
6 Street.
7     THE WITNESS: Store Number 1529.
8     MR. WILLIAMSON: Thanks.
9     THE WITNESS: Okay.
10 BY MR. SMITH:
11     Q. So, the -- so we're absolutely clear on this,
12 the only two stores you've been offered, the one in
13 Kankakee and the one on Western Avenue and that's -- the
14 entire time you've been employed at Walgreens, those are
15 the only two?
16     A. Yes.
17     Q. Have you ever turned down an offer to be
18 considered for a store manager's position?
19     MR. WILLIAMSON: What do you mean?
20 BY MR. SMITH:
21     Q. Okay. Has anyone ever from Walgreens ever
22 said to you, We have a -- words to the effect of, "Okay.
23 We have a store manager's position open in a store. Would
24 you like to be considered for that position?" and you have

### Page 56

1 said no?
2     A. Are you saying has Mr. Palmer asked me?
3     Q. Either Mr. Palmer or anyone in management at
4 Walgreens?
5     A. Once.
6     Q. Okay. Where was that? Where was that store?
7     A. Kankakee. Court Street store. 2003. November.
8     Q. And with whom did you have that conversation?
9     A. This was a -- that, as you see, was a month
10 after Miss Leanne Turley's statement to me about the
11 Pontiac store in October '03. She called me, and she told
12 Miss Crittendon, African-American female EXA at the time,
13 that. For the record -- this is how she said it: For the
14 record, I need to know if you are interested in the Court
15 Street store in Kankakee.
16     Q. Who said that?
17     A. Miss Leanne Turley.
18     Q. Where did this conversation take place?
19     A. In the Veterans store.
20     Q. And was there anything leading up to this
21 conversation, or did she just come up, and this is the
22 first thing she said to you?
23     A. That's the first thing she said to me.
24     Q. Okay. What did you say in response?

### Page 57

1     A. I asked her what did she mean by that, for the
2 record.
3     Q. What did she say?
4     A. She said, By law I'm obligated to let you know
5 that there may be an opening on the Court Street store.
6     Q. What was the rest of the conversation? What
7 did you say, and what did she say?
8     A. I said, That's a store that I've already been
9 offered.
10     Q. Was there any further conversation on that
11 store?
12     A. No. Well, she said, I didn't think you would
13 be interested, and that was the extent of it.
14     MR. SMITH: Let's take a brief break here.
15     MR. WILLIAMSON: Yes, I was going to say,
16 actually my secretary is gone from twelve until one. I
17 was going to ask if we could -- in five minutes if we
18 could break for lunch anyway so I can discuss some things
19 with her?
20     MR. SMITH: Oh, okay. That's fine.
21     MR. WILLIAMSON: Just come back here at one?
22     MR. SMITH: Yes. Or -- yes, about a quarter
23 till one. That's an hour.
24     MR. WILLIAMSON: Sure. All right.

### Page 58

1     (Whereupon, a recess was taken.)
2 BY MR. SMITH:
3     Q. Mr. Simple, before we took our lunch break, I
4 was asking you about store managers' positions which you
5 had been either offered or perhaps asked to apply for.
6     And I want to hand you Deposition Exhibit
7 Number 2. This is a letter that -- it's not signed, but
8 it does have your name at the bottom. I believe it was
9 turned over to us by your attorney in discovery.
10     And have you seen this before?
11     A. Yes.
12     Q. Okay. And did you, in fact, write this
13 letter, or were you the author of this letter?
14     A. Yes.
15     Q. Okay. And it's addressed to Mike Palmer,
16 Walgreen district manager?
17     A. Yes.
18     Q. And it says, Dear Mr. Palmer, Per our
19 conversation earlier today, I am responding to your offer
20 for me to apply for a store management opportunity in the
21 Plainfield, Illinois.
22     And, in fact, does this refresh your
23 recollection as to some discussion that you --
24     A. Yes.

### Page 67

1  A. No.
2  Q. Okay. Well, Exhibit Number 2, Deposition
3  Exhibit Number 2 indicates that you were not interested in
4  being considered with -- for the Plainfield store,
5  correct?
6  A. Correct.
7  Q. And that was because, if I understand it, you
8  were considered a manager only for black stores?
9     MR. WILLIAMSON: That's in a different
10 district.
11 A. That's in a different district.
12 Q. But you were -- you indicated to Mr. Palmer
13 and in this letter and in a phone conversation, I guess,
14 that you did not even want to be considered for that
15 position?
16 A. According to Mr. Palmer's stipulations, for me
17 to even be considered for an interview for this position
18 was that I had to be willing to relocate. It wasn't a
19 store conducive to me commuting.
20 Q. Were there any other stores other than the one
21 in Plainfield in which someone with Walgreens offered you
22 the opportunity to be considered for it or suggested that
23 you may want to be considered for it?
24 A. When? Any period or --

### Page 68

1  Q. At any period -- any period since you became
2  an EXA.
3  A. Other than the first of November '03 which
4  Miss Turley told me, by law --
5  Q. That was the one --
6  A. That, yes, and this one, Mr. Palmer.
7  Q. And the one Miss Turley had mentioned to you,
8  that was the Kankakee store, correct?
9  A. Yes. Court Street store in Kankakee.
10 Q. And I thought I recalled your testimony was
11 that she said, For the record --
12 A. Uh-huh.
13 Q. -- are you -- are you interested in that
14 store?
15 A. Yes, which was odd.
16 Q. Okay. You said, "which was odd"?
17 A. Which was odd that she even approached me.
18 She didn't -- she didn't tell me that about the Pontiac
19 store in October '03.
20 Q. Okay. We've talked kind of around the Pontiac
21 store manager's position. Let's address that directly
22 now.
23    How did you become aware -- or when did you
24 first become aware of the store manager's position at the

### Page 69

1  Pontiac store?
2  A. October 2nd, Wednesday, it was my day off.
3  Miss Turley called me in the office and told me that the
4  Pontiac store was being -- is open, but unfortunately
5  you're not going to get it. Mr. Palmer is going to go
6  with Miss Jonland.
7  Q. Miss Jonland, you said? Melissa Jonland?
8  A. Miss Jonland. And it's not that you're not
9  ready for the Pontiac store; it's that Pontiac is not
10 ready for you because, as a black male, you will surely
11 fail in that store. Sales would suffer.
12    And I said, I can't believe this, Miss Turley,
13 that Walgreens would make a decision based on that.
14    And she said, Yes. And she said,
15 Unfortunately, it's true, but actually, Mr. Palmer,
16 Walgreens is doing you a favor because with Walgreens you
17 only get one shot, one opportunity.
18    And I asked her, I said, Will Mr. Palmer tell
19 me this himself?
20    She said, Probably not because, you know, he
21 don't talk to assistants the way he talks to store
22 managers.
23 Q. And this was a conversation you had on the
24 phone with Mr. --

### Page 70

1  A. This was in the store.
2  Q. You said it was your day off?
3  A. It was my day off. As EXAs you work -- you're
4  salaried, so there are times when you go in on your day
5  off to do scheduling. This particular day was a warehouse
6  day, so I stopped in and helped on warehouse.
7  Q. At the time you had this conversation with
8  Leanne Turley, she was the store manager at the store on
9  Veterans Parkway where you were the EXA, correct?
10 A. Yes.
11 Q. Did you know that there was an opening for the
12 store manager's position in Pontiac at the time
13 Miss Turley had this conversation?
14 A. No.
15 Q. So, she was the one who informed you both that
16 there was an opening there in the Pontiac store for a
17 store manager's position and that you weren't going to get
18 the job, correct?
19 A. Actually, she wasn't really informing it was
20 open. She was telling me it was opened and already
21 closed, who got it.
22 Q. Had you ever had any conversations with her
23 about the Pontiac store manager's job before that
24 conversation you've just described?