cv-01305-MMM-JAG  # 52-5    Page 1 of 2
Eric Simple v. Walgreen Co.
Tuesday, 08 August, 2006  01:43:58 PM
Clerk, U.S. District Court, ILCD
E-FILED
Eric Simple
11/29/2005

Page 79

Q. Okay.
A. So, I was concerned about that.
   MR. WILLIAMSON: Which one was it?
   THE WITNESS: It was the Bourbonnais store, which he remained store manager of that store until November of 2003 which he was suddenly demoted, so --
Q. Is that also -- is that a Kankakee store?
A. That's the Kankakee store.
Q. Okay.
A. Okay?
Q. Do you know when he got that store manager's position?
A. He was the first one to get it. He probably got -- I don't know exactly when he got it, but he was the first one out of our class and didn't even complete the class, but he got the store.
Q. And you mentioned this to Mr. Palmer in your conversation?
A. I mentioned that to Mr. Palmer in that conversation.
Q. That was on October 3rd?
A. That was on October 3rd.
Q. What else did you say in the conversation?
A. I also mentioned to Mr. Palmer about, How is

Page 80

it that it took me 22 months to get down here from the New Lenox store to be down here, and Mike Masters, who no longer works with this company, became an assistant in May of '97 -- May of '97, that's the Chicago market. Mr. Palmer had him back down here by October '97, and he was going to EXA classes in March of '98. And I asked, How come Mike Masters had passed me like that?
   MR. WILLIAMSON: And his race was what?
   THE WITNESS: White.
BY MR. SMITH:
Q. And did Mr. Palmer respond to you regarding Mr. Masters?
A. No, he continued to let me talk.
Q. Okay. Who else did you mention?
A. Mentioned to Mr. Palmer that I find it strange that every time I ask how I'm doing and all my promotion evaluation reviews -- excuse me, evaluation reviews are always excellent, in good standing, and I'm always right there, right there ready for the store, just keep performing at my operational standards, but every time an opportunity comes available, I'm not the one. I'm always passed over.
   Mr. Palmer asked me what, Well, Mr. Simple, do you feel like I'm stringing you along?

Page 81

Q. What did you say?
A. And I said, No, sir, I'm not understanding. And I said, I'm also concerned as a nine-year employee how come Miss Jonland, who's only been in management four years total and had worked in two stores, under two managers, outshined me in every area to get that store. And I asked him that how -- What area did she outshine me in?
Q. What did he say?
A. He basically asked me -- he basically told me was I questioning his authority as a decision-maker?
   I said, No, sir, I feel like as a nine-year employee I need to find out what I need to do to make sure that I'm where I need to be.
   He told me to. Ask your store manager.
   I said, I already done that. Now I'm going through the open-door policy, chain of command, and I'm asking you.
   And he said, Well, she outshines you in market appeal.
   So, I asked him, when he said that, The way it was said to Mr. Simple is, Mr. Simple is ready for Pontiac, but Pontiac is not ready for Mr. Simple.
   He said, Are you playing the race card?

Page 82

I said, No, sir, I'm not. I'm asking the question.
   And I proceeded to tell him what was told to me. And he said, No, sir, I do not operate that way. And he went on to say. The decision is made. I've made my decision. I'm not changing it. In fact, I'm offended at the length of this conversation.
   I said, Well, I'm sorry to offend you, but I feel like I have a right to ask you that as a nine-year employee about -- when I have concerns about my future.
   And then he went on to say that, Obviously you're not comprehending -- your brain is not comprehending this. How would you know?
   I went on to tell him also in that conversation that I worked in that Pontiac store, which I had a couple of days; I had filled in. I told him I had worked in that store, and I saw some of the areas in which that store needed help.
   And he asked me, Do you feel like that you know as much as I know about that store?
   I said, No, sir, but as a manager, my job is to be able to go in an operation and see some areas that needs to be improved on.
   The conversation ended, and I told him I still

Page 83

1  didn't feel like I had the answers that I needed, and I
2  would have to go elsewhere.
3     Q. When you say you would have to go elsewhere,
4  what did you mean?
5     A. The open-door policy. I proceeded to call
6  Mr. Dave Gloudeman three times. No one ever returned my
7  calls.
8     Q. Did you talk to anyone else at Walgreens
9  about -- in management at Walgreens about your not getting
10 the Pontiac store manager's position?
11    A. Actually, at that point in time I didn't have
12 to talk to anyone else. People were asking me how did I
13 feel about it and how could I still be coming to work
14 every day.
15    Q. Who said that?
16    A. Several managers.
17    Q. And these were managers in what stores?
18    A. In the entire market. I had Mr. Walden call
19 me one time, ask me was I mad at him?
20       No. Why? Do I have a reason to be mad at
21 you, Mr. Walden?
22       I had Miss Crittendon, the other assistants
23 asking me how I felt about what happened.
24    Q. Now, that happened in -- these conversations

Page 84

1  either with Miss Turley or Mr. Palmer happened in October
2  of 2003, and between -- other than the conversations
3  you've had with the other managers that you've mentioned,
4  did you have any other conversations with anybody in
5  management at Walgreens prior to your filing your charge
6  of discrimination, I believe it was February of 2004?
7     A. No, no one ever returned my call.
8     Q. Do you know what role, if any, Ms. Turley
9  played in the decision to fill the store manager's
10 position at the Pontiac store in October 2003?
11    A. Yes.
12       MR. WILLIAMSON: You mean other than
13 Mr. Palmer asking Mr. Simple to consult with Ms. Turley
14 regarding that decision?
15 BY MR. SMITH:
16    Q. Let me rephrase it. What I'm referring to is
17 you first -- when you first became aware of the store
18 manager's position being open or a change in the store
19 manager's position, as far as the occupant of the store
20 manager's position at Pontiac, it had already been filled,
21 it sounds like?
22    A. Yes.
23    Q. All right. Now, do you know in -- somebody
24 had to make the decision to fill that position with

Page 85

1  Ms. Jonland in this case. Do you know what role
2  Ms. Turley played, if any, in selecting Ms. Jonland?
3     A. Yes.
4     Q. Okay. What is that?
5     A. Well, as I stated earlier, they move managers
6  around for training purposes. And Mr. Palmer, the
7  district manager, only sees the assistants maybe three,
8  four times a year. So, he goes off what those managers
9  ultimately say to an extent, but also the final decision
10 is left up to one person and that's Mr. Palmer.
11    Q. So, are you saying that Mr. Palmer was the
12 person who made the decision as to who filled that store
13 manager's position at Pontiac?
14    A. I'm saying he made the final decision but, as
15 stated by Walgreens themselves, based on the input of
16 managers.
17    Q. The input of managers, is that the input from
18 the evaluations that are done by the store managers of the
19 EXAs?
20    A. Supposedly, yes.
21    Q. Okay. So, would it be correct to say that
22 your understanding was that Mr. Palmer was the
23 decision-maker, but among the information he considered in
24 making that decision was the -- were the performance

Page 86

1  evaluations done by the store managers, including
2  Ms. Turley?
3     A. And their -- obviously their vocal opinion as
4  well.
5     Q. Do you know if Mr. Palmer consulted with
6  Miss Turley about you and your abilities prior to
7  selecting Miss Jonland for the Pontiac store manager's
8  position?
9     A. No, I don't know.
10    Q. The statements that Ms. Turley made to you on
11 October the 2nd, October 3rd, were these statements of her
12 opinion as to why the decision was made?
13       MR. WILLIAMSON: You know, what good does it
14 do to ask him to speculate whether it's her opinion or
15 not?
16       MR. SMITH: Okay.
17 BY MR. SMITH:
18    Q. Let me rephrase the question then. Other than
19 completing the performance appraisals or in providing
20 information to Mr. Palmer, would it be accurate to say
21 that Ms. Turley, as far as you know, did not have any
22 other influence in making the decision or how the decision
23 should be made to fill the Pontiac store manager's
24 position?