E-FILED
Tuesday, 08 August, 2006 01:51:15 PM
Clerk, U.S. District Court, ILCD

Page 135

```
 1    A.  He left in May of '05, this year.
 2    Q.  Where is he employed now?
 3    A.  He's a school teacher.
 4    Q.  In Bloomington-Normal?
 5    A.  Yes.
 6    Q.  Do you know if his leaving Walgreens had
 7  anything to do with the incident that you have summarized
 8  here or testified to today?
 9    A.  Yes, combination of that and other things.
10    Q.  When you say "other things," what are you
11  referring to?
12    A.  Well, he's a full-time school teacher so he
13  didn't need the job at Walgreens.  And he coaches Pee Wee
14  football.  So, after seeing what happened to me and what
15  was about to happen to him, he had no desire.
16    Q.  Next person listed is Jessica Culbertson, and
17  you reference here that she has knowledge of the comments
18  -- "racial comments made to me by Leanne Turley."  Is
19  this -- is she one of the persons that overheard the
20  conversation between Miss Turley and yourself in
21  October 2003?
22    A.  No, she didn't hear it.  Miss Turley told her
23  herself.
24    Q.  Okay.  There's some conversation that
```

Page 136

```
 1  Ms. Turley had with Jessica Culbertson?
 2    A.  Yes.
 3    Q.  Okay.  What was Jessica Culbertson's position
 4  at the store?
 5    A.  MGT.
 6    Q.  What is it that you're contending Ms. Turley
 7  told Ms. Culbertson in regard to, as you put here, the
 8  racial comments?
 9    A.  That race was a factor in me not getting the
10  Pontiac store.
11    Q.  That's what Miss Culbertson told you?
12    A.  Yes.
13    Q.  And based on what Ms. Turley told
14  Ms. Culbertson?
15    A.  Yes.
16    Q.  Okay.
17    A.  She asked Miss Turley personally, and
18  Ms. Turley told her, yeah.
19    Q.  What is it that Miss -- specifically what did
20  Miss Culbertson tell you that Ms. Turley said, and when
21  did she -- when did Ms. Culbertson tell you this?
22    A.  She just -- she didn't tell me the details of
23  the conversation.  She just told me, "Simple, you're
24  right.  I can't believe it."  And --
```

Page 137

```
 1    Q.  That's what Miss Culbertson said to you?
 2    A.  That's what she told me.
 3    Q.  When did she tell you that?  When did
 4  Miss Culbertson tell you that?
 5    A.  All of this took place in October, November
 6  '03.
 7    Q.  Okay.
 8    A.  When everything was right there in front of
 9  everyone.
10    Q.  You're saying Miss Culbertson told you that
11  Leanne Turley told her that, yes, race was a factor in the
12  decision not to hire you for the Pontiac store manager's
13  position?
14    A.  I'm saying she told me that race was a factor.
15  She didn't tell me detail what was said.  She just told me
16  that, "Simple, you're right.  Race was a factor."
17    Q.  That Miss Culbertson told you this?
18    A.  Yes.
19    Q.  So, she did not say that it came from
20  Miss Turley?
21    A.  It came from Miss Turley.  She didn't tell me
22  exactly what Miss Turley said, but she approached
23  Miss Turley and asked her herself.
24    Q.  Okay.  Miss Culbertson approached Ms. Turley
```

Page 138

```
 1  and asked her, and --
 2    A.  I don't know.
 3    Q.  You don't know what it was that Ms. Turley
 4  told Ms. Culbertson?
 5    A.  No.
 6    Q.  You just know what Ms. Culbertson told you,
 7  which is just the general statement that race was a
 8  factor?
 9    A.  Yes.  Yes.
10    Q.  Okay.  Next person listed is Damon Clayton,
11  and it says Mr. Clayton is an African-American assistant
12  manager.  Is that an EXA, or is that an MGT?
13    A.  He was an MGT.
14    Q.  And he has since moved to Dallas.  Is he still
15  employed by Walgreens?
16    A.  No.
17    Q.  When did he leave the employment of Walgreens?
18    A.  This year, summer sometime.  I don't know
19  exactly.
20    Q.  Where does he live now?
21    A.  Dallas.
22    Q.  Now, you state here that he was -- Mr. Clayton
23  was counseled by Mr. Palmer to move out of the district to
24  Chicagoland, Washington, D.C., or Philadelphia for better
```

167

1 the form of the question, but in any event, what I'm
2 asking is what is it you -- are you -- would you accept a
3 position as a store manager's job from Walgreens?
4  A. No.
5  Q. You would not?
6  A. No.
7  Q. Why not?
8  A. First of all, after Walgreens has
9 discriminated against me, made me feel -- lose my
10 self-esteem and self-worth and only characterize me as
11 being good enough for certain stores, I have no desire to
12 put forth that effort that it takes to be a store manager.
13      Yes, I will admit it takes a great deal and a
14 great effort to be the store manager, which I was willing
15 to do. I didn't want Walgreens to hand me something. I
16 had deserved the right to be offered something. And I
17 also had deserved the right from my experience, my
18 education, to have options which I exercised.
19      So, at this point, yes, I'm still willing to
20 work for Walgreens. I love what Walgreens has done for me
21 and my family. I love my job. Walgreens is a great
22 company. But Walgreens has some diversity issues that
23 need to be addressed from their hiring practices, their
24 promoting practices, their interviewing practices. I

169

1  Q. -- racial discrimination?
2  A. Racial discrimination.
3      MR. WILLIAMSON: He's speaking at this point
4 in time, of course.
5  A. At this point in time, yes.
6  Q. Well, by your attorney's statement there, does
7 that assume that at some point in the future you may
8 decide that you want to be considered for a store
9 manager's position?
10  A. At some point in time?
11  Q. Yes. Are you saying now the way you're -- the
12 way that you feel now, No, I don't think I ever want to be
13 considered for a store manager's position?
14  A. If and when I see changes being made and
15 progress, which I have started to see, as for instance
16 this year, Mr. Palmer went around and gave every EXA their
17 evaluation. As you see, mine here is just signed and
18 dated.
19      There's now a posting, online posting for
20 upper management positions, store manager's job. I see
21 those changes being made.
22      Yes, if changes are made to correct the
23 diversity problem that Walgreens has, some issues that
24 they have, yes, I probably would possibly want to continue

168

1 mean, Walgreens is a Fortune 500 company that lets one man
2 or female make a decision. That alone leaves for
3 subjective biases and discriminatory or racial or sexual
4 issues when making a decision for a job as -- that details
5 as much responsibility as a store manager.
6      So, yes, I still would like to work at
7 Walgreens. I've invested 11 years with Walgreens. My
8 performance speaks for itself. My attendance speaks for
9 itself. And even after this situation on the shift that
10 I'm on, I'm continuing to work. I'm continuing doing the
11 job. In fact, I have trained managers still in the
12 position that I am in.
13      So, yes, I would still like to work for
14 Walgreens, but at this point I don't have the desire, the
15 drive to give what it takes to be a store manager. And is
16 that fair to Walgreens? No. And it's definitely not fair
17 to Mr. Simple.
18  Q. And the reason that you do not want to work as
19 a store manager or even apparently be considered for
20 employment as a store manager is because of what; the --
21  A. Everything that has happened.
22  Q. Everything that we've talked about as far as
23 what you consider to be --
24  A. Everything that has happened.

170

1 and give back -- and give that effort that it takes to be
2 a store manager.
3  Q. I'm sorry. I didn't mean to cut you off
4 there.
5  A. And you say if Walgreens offered me a store
6 manager position now. As one of our famous presidents
7 said, The time to fix the roof is when it's not raining.
8 If Walgreens comes to me about a store now, I feel like
9 they're just trying to fix the roof after the rain.
10  Q. When was it that you decided that you did not
11 want to work or be considered -- not to work as a store
12 manager or be considered for employment as a store manager
13 of Walgreens?
14  A. Probably during the summer of last year.
15  Q. 2004?
16  A. 2004.
17      MR. WILLIAMSON: Do you want to take five
18 minutes, touch base with my secretary before she leaves?
19      MR. SMITH: Yes, let's take five minutes.
20      (Whereupon, a recess was taken.)
21 BY MR. SMITH:
22  Q. Mr. Simple, I'm going to hand you Deposition
23 Exhibit Number 10, and this is a couple of e-mails, but --
24 maybe three e-mails all together here. I'm not sure. But