4-cv-01305-MMM-JAG   # 52-7   Page 1 of 3

Eric Simple v. Walgreen Co.

Tuesday, 08 August, 2006 02:01:26 PM
Clerk, U.S. District Court, ILCD

E-FILED
Leanne Turley
11/30/2005

Page 7:

1  Q. I understand.
2  A. Okay.
3  Q. So, the policy was enacted after you became a
4  store manager?
5  A. Right. Yes.
6  Q. My question was if one became a store manager
7  after 1998, they would all be required --
8  A. Yes.
9  Q. -- by Walgreens to obtain that certificate
10 you've just discussed?
11 A. Yes.
12 Q. So, give again a brief history of your
13 employment with Walgreens in terms of the jobs you've had.
14 A. Began working as a cashier for Walgreens in
15 1985, and then I became a pharmacy technician for them
16 before going into management. Then I became a management
17 trainee, progressed to an EXA, and then was --
18 Q. What's a management trainee?
19 A. Assistant manager is the general term for it.
20 Q. Does that require any type of course
21 completion, to become a management trainee?
22 A. No. Through Walgreens, you mean?
23 Q. Yes.
24 A. No.

Page 8:

1  Q. Is an EXA above a management trainee on the --
2  A. Yes.
3  Q. -- chain at Walgreens?
4  A. Yes.
5  Q. What is an EXA?
6  A. An executive assistant manager is the title.
7  Q. What is the difference between that job and
8  the assistant manager job you previously discussed?
9  A. The assistant manager job is an
10 hourly-wage-paid job where you do punch a time clock, and
11 you are paid for 44 hours a week. As an EXA, it's a
12 salaried position where you are bonusable based on the
13 performance of the store. You cannot progress to an EXA
14 without completing some coursework through Walgreens.
15 It's the stepping stone to become a store manager.
16 Q. That was my next question. Can a management
17 trainee be promoted directly to the store manager?
18 A. No, sir.
19 Q. They must be an EXA first?
20 A. Yes, sir.
21 Q. Has that been true throughout the time you've
22 been at Walgreens?
23 A. Yes.
24 Q. Speaking of promotion to store manager?

Page 9:

1  A. Uh-huh.
2  Q. Again, when I ask you these questions, I'm
3  asking you from 1985 up until today.
4  A. Okay.
5  Q. Is there any written process or procedure in
6  force as to how one becomes a store manager within the
7  Walgreens corporation?
8  A. No. Once you are an EXA, then you are
9  considered promotable to management, to a store manager
10 position.
11 Q. My first question was, Is there any oral
12 policy or procedure in force as to how one determines
13 who's going to be a store manager at Walgreens?
14 A. There's -- I mean, there's the job description
15 of EXA, and there's a job description of a store manager,
16 and it's up to the district managers and the regional
17 managers to -- they make the decisions as to who is
18 promotable and who is promoted to store manager.
19 Q. So, you're not aware of any ongoing oral
20 policy or procedure as to how those promotions are going
21 to take place?
22 A. No, I think it depends on the situation.
23 Q. Are you aware of any ongoing written policy or
24 procedure as to how those promotions are going to take

Page 11:

1  place?
2  A. No.
3  Q. Does Walgreens have an affirmative action
4  plan?
5  A. Not that I'm aware of.
6  Q. Does Walgreens have an affirmative action
7  policy?
8  A. Not that I'm aware of.
9  Q. So, you're not aware of any written
10 affirmative action policy that's existed at Walgreens from
11 1985 up until today?
12 A. Not that I'm aware of.
13 Q. Never been posted, you've never been advised
14 of any such written policy?
15 A. No.
16 Q. When did you become aware that Eric Simple had
17 filed a charge of discrimination?
18 A. About three weeks ago.
19 Q. Three weeks ago?
20 A. Uh-huh.
21 Q. That would be first week in November --
22 A. Yeah.
23 Q. -- of 2005?
24 A. Roughly that time.

### 15

```
 1    Q.  And I take it there's no written documentation
 2  then of communication between yourself and Mr. Palmer
 3  regarding any discussion of Melissa Jonland in 2002?
 4    A.  No.
 5    Q.  Is that customary?
 6    A.  Yes.
 7    Q.  It would be done orally?
 8    A.  Yes.
 9    Q.  And no record would be maintained as to it?
10    A.  No.
11    Q.  Did you make any negative comments about
12  Melissa Jonland to Mr. Palmer in 2002 regarding her
13  transfer to an EXA status at Store 2177?
14    A.  Not that I recall.
15    Q.  Did you advise Mr. Palmer that Ms. Jonland had
16  made a derogative comment to a fellow employee while she
17  was under your supervision when that transfer took place
18  in 2002?
19    A.  I have no idea.
20    Q.  You don't know whether you did or did not?
21    A.  I don't recall ever -- I don't recall any
22  conversation in terms of Melissa Jonland transferring in
23  2002 other than -- I mean, we move assistant managers
24  around periodically, so it's a conversation that takes
```

### 16

```
 1  place a lot. I don't recall any specifics.
 2    Q.  Did you recall that Ms. Jonland had an
 3  incident while under your supervision where she made a
 4  derogatory comment to a fellow employee who happened to be
 5  Indian?
 6    A.  Yes.
 7    Q.  What was that comment?
 8    A.  I believe she called her a bitch.
 9    Q.  She called her a fucking foreign bitch?
10    A.  I don't know that. I wasn't present at the
11  time that this --
12    Q.  So, all you recall is that she called her a
13  bitch?
14    A.  I believe that's what she had said.
15    Q.  When did she do that?
16    A.  I don't know the dates on that.
17    Q.  I'm not asking you the day of the week. Did
18  she do it in 2001, do it in 2002?
19    A.  I would -- I don't know. I --
20    Q.  You do know she did it somewhere between 1999
21  and 2002; is that right?
22    A.  I know it was after 2001 because I know that
23  the person was working at a store that didn't open until
24  2001, so it was sometime after January of 2001.
```

### 17

```
 1    Q.  And how did you learn of that incident?
 2    A.  I believe that the other employee filed a
 3  complaint, and then it was --
 4    Q.  What was the name of the other employee?
 5    A.  Shashri Mishra.
 6    Q.  Any time you can help us with a spelling in
 7  this deposition, we'd be happy.
 8    A.  S-h-a-s-h-r-i, I believe, M-i-s-h-r-a.
 9    Q.  So, the other employee filed a complaint. Did
10  she file that with you?
11    A.  No.
12    Q.  So, how did you learn that the incident
13  occurred?
14    A.  I believe Loss Prevention came in and did an
15  investigation with Miss Jonland, and she probably told me
16  about it.
17    Q.  So, did Loss Prevention interview you in the
18  investigation, or did Ms. Jonland simply tell you about
19  it?
20    A.  I don't believe I was interviewed in that
21  investigation.
22    Q.  Did you take any action against Ms. Jonland
23  once you found out about the incident?
24    A.  I don't recall if there was anything that I
```

### 18

```
 1  was asked to do on that or not.
 2    Q.  Did you have to get direction from other
 3  people before you could take disciplinary action against
 4  people under your employ at that point in time?
 5    A.  When there's a -- when there's an incident
 6  filed like that, yes. I'm not direct -- I'm not directly
 7  the person that would do anything because that's something
 8  being investigated by others.
 9    Q.  So, you could not take any action against
10  Miss Jonland in that situation, to your knowledge?
11    A.  No.
12    Q.  Did you casually mention to her that she
13  probably shouldn't be calling a fellow employee a bitch
14  or --
15    A.  Oh, yes.
16    Q.  But that was the extent then of your
17  involvement with Ms. Jonland as a result of that incident?
18    A.  To the best of my knowledge.
19    Q.  Was that the only time you ever perceived that
20  Ms. Jonland might have some ethnic or racial response to
21  fellow employees?
22    A.  I didn't view that as an ethnic or racial
23  response, and I've not seen an incident.
24    Q.  So, your answer would be she didn't have any
```

19

1 other situation involving an ethnic or racial response
2 with a fellow employee to your knowledge?
3     A. Right.
4     MR. SMITH: I'm going to object to the form of
5 that question. I think it's leading.
6     MR. WILLIAMSON: I don't think that's a proper
7 objection.
8     MR. SMITH: Objection to the form of the
9 question? Sure.
10     MR. WILLIAMSON: I don't think so.
11     MR. SMITH: Okay. Go ahead.
12 BY MR. WILLIAMSON:
13     Q. You can answer.
14     THE WITNESS: Could you repeat the question,
15 please?
16     COURT REPORTER: So, your answer would be she
17 didn't have any other situation involving an ethnic or
18 racial response with a fellow employee to your knowledge?
19     A. Not that I can recall.
20     Q. And by "other situation," I'm referring to
21 other than the reference to bitch to that particular
22 individual?
23     A. Okay.
24     Q. And you don't recall any other incident then?

20

1     A. Not that I can recall, no.
2     Q. Did you bring up that incident to Mr. Palmer
3 when Ms. Jonland was promoted to the EXA position at Store
4 2177 in 2002?
5     A. Miss Jonland wasn't -- she was already an EXA.
6 She was transferred to Store 2177. It was -- it was not a
7 promotion at that time; it was a transfer. And, no, I
8 would not have brought it up that I -- I can't see any
9 reason that I would have.
10     Q. You did say earlier that the EXA pay is based
11 on the performance of the store, did you not?
12     A. Yes.
13     Q. Wasn't she being transferred to a store that
14 had bigger numbers in terms of performance so that she'd
15 be making more money in that transfer?
16     A. No, actually, it was a store that had a lesser
17 performance.
18     Q. So, if one were to characterize the incident,
19 the job action, maybe it was a demotion?
20     A. I --
21     Q. Is that correct?
22     A. I don't believe that it was a demotion at all.
23 We transfer assistant managers and EXAs both so that they
24 can get different views of different operations, work with

21

1 different managers and different stores. It's -- they
2 have a base salary, and then the bonus is added onto that.
3     And you're not transferred based on -- I mean,
4 you tend to work in different stores regardless of the
5 bonus that you might -- may or may not receive at that
6 store.
7     Q. Did Ms. Jonland ask for that transfer to your
8 knowledge?
9     A. I don't believe so.
10     Q. Did you ask that she be transferred?
11     A. I don't believe so.
12     Q. You don't know one way or the other?
13     A. I don't believe that, that either of those
14 took place, but I don't --
15     Q. You don't know?
16     A. I don't know, no.
17     Q. Do you recall when the occasion -- do you
18 recall the occasion when the Pontiac job -- manager's job
19 opened up?
20     A. Yes.
21     Q. When was that?
22     A. October of 2003, I believe.
23     Q. And in October of 2003, the manager for the
24 Pontiac store was picked; is that correct?

22

1     A. I believe so.
2     Q. Who was picked for that job?
3     A. Miss Jonland.
4     Q. And were you consulted at that point in time
5 or prior to that time as to whether she should be picked
6 for the manager's job at Pontiac?
7     A. No.
8     Q. Now, not by Mr. Palmer, not by anybody at
9 Walgreens then?
10     A. No.
11     Q. Was there any procedure or policy in place at
12 that point in time for notifying people that a manager's
13 job was opening up within the North Illinois district by
14 Walgreens?
15     A. I believe that there's many times when there
16 is notification when an opening is coming; it's a known
17 opening. You know if a manager is going to retire, then
18 obviously there's going to be an opening. In that
19 particular case, it was a very sudden opening.
20     Q. So, your answer is what?
21     A. That in that case, there was no notification
22 to any Walgreen employees that an opening was going to be
23 taking place in the Pontiac store.
24     Q. So, the opening took place, and someone was