**Page 31**

1　A. No.
2　　MR. WILLIAMSON: I just didn't have time to
3　copy all the exhibits, so what I'm going to do on the ones
4　you already marked is re-use those.
5　　MR. SMITH: That's fine. Sure.
6　　MR. WILLIAMSON: I don't like to have the
7　confusion afterwards.
8　　So, when you mark this, put a separate sticker
9　on so you can see both of them.
10　　This will be Turley Exhibit Number 1.
11　　(Whereupon, Turley Exhibit Number 1 was marked
12　for identification.)
13　　MR. WILLIAMSON: Maybe you can hand that to
14　Mr. Smith before you look at it.
15　BY MR. WILLIAMSON:
16　Q. With respect to Turley Exhibit Number 1, would
17　you tell us what that document is, please?
18　A. Executive Assistant Performance Review.
19　Q. I'm going to refer to that as an evaluation.
20　A. Okay.
21　Q. Do you think that's a fair characterization?
22　A. Yes.
23　Q. And for what period of time does that exhibit
24　cover?

**Page 32**

1　A. For 12-month period ending, but it doesn't
2　have the month or the date in 2003.
3　Q. In other words, can you tell the period of
4　time that it covers in 2003 from looking at the exhibit?
5　A. No.
6　Q. How often did store managers normally do
7　evaluations for Walgreens employees and specifically
8　EXAs --
9　A. Annually.
10　Q. -- in 2003, was going to be the end of that.
11　A. Oh, I'm sorry. Annually.
12　Q. And how long had it been done annually?
13　A. As long as I've been with the company.
14　Q. Was this the first evaluation that you
15　personally did for Mr. Simple?
16　A. I don't know when -- I don't know if this was
17　the one that was done at the beginning of 2003 or if this
18　is the one done at the end of -- would this have been the
19　12-month period ending at any time in 2003? I don't -- I
20　don't know.
21　Q. You don't know, and you don't remember --
22　A. No.
23　Q. -- from looking at the document?
24　A. I believe this is the first one, but I don't

**Page 33**

1　know for sure.
2　Q. Now, when did Mr. Simple start working as an
3　EXA at your store?
4　A. Perhaps March or April maybe of 2003, I think.
5　Q. And what position did he hold -- when I say
6　"your store," which one is that, by the way?
7　A. Store 5188.
8　Q. And the address? You can give us the street.
9　A. G.E. and Veterans Parkway --
10　Q. Okay.
11　A. -- in Bloomington.
12　Q. That isn't the first store you've been a
13　manager at, is it?
14　A. No.
15　Q. What was the prior store?
16　A. I was a store manager in Bourbonnais, also
17　store manager in Joliet.
18　Q. But the only time that Mr. Simple ever worked
19　under you as a store manager was at the store you've just
20　described?
21　A. Yes. Yes, it was.
22　Q. Would you like to call that the G.E. store?
23　A. That works.
24　Q. And for what period of time was he working at

**Page 34**

1　the G.E. store under your supervision?
2　A. He worked as an EXA for me, I believe, from
3　March -- probably around March or April of 2003 until
4　probably around the same time period of 2004. And then he
5　worked for me again as an MGT, I believe, starting in
6　December of 2004 up until I left the store in May of 2005.
7　Q. So, the initial period was about 12 months --
8　A. I believe it was about 12 months.
9　Q. -- that he worked as an EXA?
10　A. I believe so.
11　Q. And at the end of that 12 months, where was
12　Mr. Simple sent?
13　A. I believe he transferred to 2177.
14　Q. And again, what's the address of that store?
15　A. It's Main Street in Bloomington. I don't --
16　Q. When that transfer took place, did Mr. Simple
17　ask for the transfer; did you ask for the transfer; did it
18　come from someone else?
19　A. No, it would have been Mr. Palmer.
20　Q. So, that wasn't necessarily the wish of either
21　yourself or Mr. Simple?
22　A. Correct.
23　Q. It was simply at the direction of the district
24　manager?

## Page 35

```
 1      A.  Correct.
 2      Q.  And aside from the evaluations, what did you
 3  observe as to Mr. Simple's capabilities as an employee
 4  during that 12-month period of time?
 5      A.  I believe that he was doing a good job and
 6  that he was promotable to the -- he could be given a
 7  chance to become a store manager.
 8      Q.  Did he always come to work on time?
 9      A.  Uh-huh.
10      Q.  Did he get along well with people?
11          You need to answer yes or no, by the way.
12      A.  Oh, sorry.  Yes.
13      Q.  Did he get along well with people?
14      A.  Yes.
15      Q.  Would you say that was one of his strengths?
16      A.  Yeah, I would.
17      Q.  Did he work the necessary overtime to perform
18  his job while he was under your supervision?
19      A.  He worked the -- yes.  I mean, they are
20  required to work 44 hours a week.  That was never an issue
21  at all whatsoever.
22      Q.  Is there any deficiency he had during that
23  12-month period of time that you would care to speak
24  about?
```

## Page 36

```
 1      A.  I mean, everybody's got strengths and
 2  weaknesses, but nothing that was a glaring deficiency, no.
 3      Q.  Getting then to the evaluation.
 4      A.  Uh-huh.
 5      Q.  This is a form document that you have to make
 6  your comments in accordance with the form and the rating
 7  process; is that correct?
 8      A.  Correct.  Uh-huh.
 9      Q.  Would you tell us generally how you rated
10  Mr. Simple on that particular evaluation?
11      A.  I rated him as exceptional or above average.
12      Q.  And what is the top rating?
13      A.  Outstanding.
14      Q.  And exceptional/above average was the
15  second-to-top rating?
16      A.  Yes, it is.
17      Q.  How many total ratings were there?
18      A.  Five.
19      Q.  As I understand it -- and correct me if I'm
20  wrong -- unless you rate, as a manager, the EXA as
21  promotable, they're not going to be promotable to manager;
22  is that correct?
23      A.  I, I would say that would be correct as -- I
24  mean, if --
```

## Page 37

```
 1      Q.  So, from the standpoint of what the manager
 2  assesses an EXA --
 3      A.  Uh-huh.
 4      Q.  -- they can stop career advancement in its
 5  tracks unless the evaluation states that the person is
 6  promotable to a manager and, in fact, it even has a time
 7  frame, does it not?
 8      A.  And then the district manager also would
 9  review.
10      Q.  I'm talking about the manager at this point.
11      A.  What I'm saying, though, is if a manager were
12  to state that a person was not promotable, the district
13  manager still has the opportunity to review that and say,
14  you know, We need to discuss this further or make changes,
15  from what I --
16      Q.  How do you know that?
17      A.  -- from what I know.
18      Q.  How do you know that?
19      A.  Well, because the district manager does have
20  to approve this.  There's a spot for his signature as
21  well.
22      Q.  Well, whether the district manager approves it
23  or not, there isn't any policy or procedure in force at
24  Walgreens, as you earlier stated, that would indicate
```

## Page 38

```
 1  that, is there?
 2          MR. SMITH:  I don't -- I think that misstates
 3  maybe what she earlier stated.
 4  BY MR. WILLIAMSON:
 5      Q.  All right.  Let me go back with you then a
 6  second.
 7      A.  Okay.
 8      Q.  You've indicated to me there isn't any policy
 9  or procedure in place in writing or orally as to the
10  manner in which an EXA is to be promoted to a store
11  manager, and that's been true throughout the time you've
12  worked at Walgreens; isn't that correct?
13      A.  Okay.
14      Q.  Well, don't -- I don't want you to say okay.
15      A.  I mean --
16      Q.  I'm asking you --
17      A.  If you're -- are you saying -- then this is.
18      Q.  That's not what I'm saying.  I'm asking the
19  questions, and you're giving the answers.
20      A.  When I -- the original question --
21          MR. SMITH:  What's -- I'm not sure what the
22  question is, the pending question.
23          MR. WILLIAMSON:  I can re-ask you again.
24  BY MR. WILLIAMSON:
```

51

1  A. I never inquired?
2  Q. You don't know, so you must not have inquired?
3  A. No.
4  Q. If you didn't know and you didn't inquire, did
5  you feel you were fully capable of doing the evaluation
6  for the second 12 months?
7  A. Yes.
8     MR. WILLIAMSON: 3.
9     (Whereupon, Turley Exhibit Number 3 was marked
10 for identification.)
11    MR. WILLIAMSON: Hand that to Mr. Smith, too.
12 BY MR. WILLIAMSON:
13 Q. Would you tell us what Turley Exhibit Number 3
14 is, please?
15 A. It's a statement that I made in regards to a
16 statement that I had made to Mr. Simple.
17 Q. So, you made a statement to Mr. Simple?
18 A. Yes.
19 Q. When did you make the statement to Mr. Simple
20 that was the subject of that written comment?
21 A. I believe it was in October of 2003.
22 Q. Do you remember the exact day?
23 A. No.
24 Q. Do you remember where the statement was made?

52

1  A. No.
2  Q. Do you remember what time of week the
3  statement was made?
4  A. No.
5  Q. Do you remember if anyone else was present at
6  the time the statement was made?
7  A. No.
8  Q. What was the statement that you made?
9  A. Something to the effect of the fact that Eric
10 was not promoted to Pontiac and that the person that was
11 promoted was probably a better fit for the store and that
12 Pontiac was perhaps not ready to have a black store
13 manager.
14 Q. So, those are the words you remember saying to
15 Mr. Simple?
16 A. Something to that effect, yes.
17 Q. You must have made that statement to him after
18 the decision had been made for the Pontiac store manager?
19 A. Correct.
20 Q. So, it would have been after October 3rd of
21 2003?
22 A. Okay.
23 Q. No?
24 A. I don't know what day the Pontiac store

53

1  manager was promoted.
2  Q. If you don't agree with that, you can tell me.
3  A. No, I know it was in October of 2003. I don't
4  know the exact date.
5  Q. That wasn't my question. You know that the
6  Pontiac job was picked on October 3rd, 2003, don't you?
7  A. No, I do not. That's --
8  Q. Oh. Well, then that --
9  A. Okay.
10 Q. -- would be the reason you wouldn't know.
11 A. Uh-huh.
12 Q. So, you think you made the statement in
13 October of 2003?
14 A. Yes.
15 Q. And without regard to the date, you must have
16 said it to Mr. Simple after the decision had been made?
17 A. Yes.
18 Q. Who told you about the decision to hire the
19 Pontiac manager?
20 A. Mr. Palmer.
21 Q. And how did he do that?
22 A. He contacted me by phone to ask me to provide
23 management to that store for the next -- I believe it was
24 two days. Might have been a day or two days. To -- they

54

1  needed some management help up there. And then informed
2  me that Miss Jonland would be taking over the store as of
3  that -- you know, once that time period was over.
4  Q. Was that the first time in that month you'd
5  had a discussion with Mr. Palmer about the vacancy of the
6  manager's job in the Pontiac store?
7  A. Yes.
8  Q. So, your first opportunity to talk with
9  Mr. Palmer about it was when he told you the job selection
10 had already been made?
11 A. Yes.
12 Q. When you say "provide management," does that
13 mean you were to go up to the Pontiac store to work?
14 A. No, I was to send one of the assistant
15 managers or EXAs up to work.
16 Q. What about Miss Jonland? I mean, why would --
17 if she had already been picked, why wasn't she available
18 for those two or three days?
19 A. I believe she was on vacation at the time.
20 Q. And who did you pick to go to the Pontiac
21 store?
22 A. Mr. Lane went for two days, I believe.
23 Q. And as a result of that conversation, you then
24 made the statement to Eric Simple that you've already