Page 17

1  Q   And did you receive any type of
2  disciplinary action as a result of this incident?
3  A   I can't remember specifically. I think
4  she may have had to give me a formal write-up for
5  swearing, but I really don't recall.
6  Q   Which specific swear words were you given
7  a formal write-up about?
8  A   "Fucking" and "shit."
9  Q   And that is another word that you used to
10 Miss Mishra; is that correct?
11 A   Yes.
12 Q   Anything else other than those two words?
13 A   No.
14 Q   Is that the only reason you were given a
15 write-up, for using the profanity that you've described?
16 A   Yes.
17 Q   What was the consequence of the write-up?
18 A   I think she had to give me a write-up. I
19 don't recall an actual write-up. I don't have one that
20 I'm aware of in my file.
21 Q   Write-up would be something in writing
22 obviously?
23 A   Yes.
24 Q   So it could have been an oral warning; it

Page 18

1  could have been a written warning?
2  A   I believe it would have had to be written.
3  Q   Why do you say she had to give you that?
4  A   I seem to recall that she did but --
5  Q   But you used the expression she had to
6  give you a written write-up.
7  A   I think that may have been the punishment
8  determined by the Loss Prevention supervisor, Tim Belka.
9  Q   So Tim Belka was the one that determined
10 the form of punishment and not Mike Palmer?
11 A   I honestly couldn't tell you. I don't
12 know.
13 Q   And not Leanne Turley?
14 A   I don't know.
15 Q   You don't know?
16 A   Huh-uh.
17 Q   Was there any consequence to you other
18 than this written or oral write-up as you've referred to
19 it?
20 A   No.
21 Q   Did you receive any demotion in pay?
22 A   No.
23 Q   Did you have to attend sensitivity
24 training, for instance?

Page 19

1  A   No.
2  Q   Miss Mishra was of what nationality if you
3  know?
4  A   I don't know.
5  Q   So no one was concerned about her
6  nationality or her racial background in this incident,
7  nor -- was anyone concerned about her nationality?
8  A   I don't know.
9  Q   Was it ever mentioned to you?
10 A   She said that she thought I called her a
11 fucking foreign bitch, which I did not. That's the only
12 time I've ever heard anything about her nationality.
13 Q   And no one from Walgreens spoke with you
14 about her nationality?
15 A   Loss Prevention came in and asked me --
16 they sat down and had an interview with me as to whether
17 I actually said that or not.
18 Q   I understand that, but was her nationality
19 brought up in the investigatory process?
20 A   Not to my knowledge, no.
21 Q   So, again, no one at Walgreens spoke with
22 you or were concerned about Miss Mishra's nationality in
23 investigating this incident?
24    MR. SMITH: I'm going to object as far as

Page 20

1  calling what -- you're asking for speculation as to what
2  is somebody else's concern.
3     MR. WILLIAMSON: No. I'm not asking for
4  concern. I'm asking about whether they spoke with her
5  about it.
6     MR. SMITH: You can ask whether they spoke
7  about it.
8  A   Just during the loss prevention interview.
9     MR. WILLIAMSON: What was the last answer?
10    THE REPORTER: "Just during the loss
11 prevention interview."
12 BY MR. WILLIAMSON:
13 Q   I didn't understand anybody to ask you
14 anything during the loss prevention interview regarding
15 her nationality. Are you now saying they did ask you
16 something?
17 A   They asked me if I called her a fucking
18 foreign bitch.
19 Q   Aside from that statement? I understand
20 that.
21 A   Then no.
22 Q   Okay. Nor did anyone from Walgreens,
23 after the investigation was concluded, counsel you or
24 suggest to you that the incident was inappropriate

Page 25

1   me. Yes.
2   Q   And then Mr. Palmer would have to approve
3   your attendance at the EXA classes?
4   A   Yes.
5   Q   Is there anyone else involved at Walgreens
6   who would have to actually approve your attendance at
7   those classes?
8   A   Not that I know of.
9   Q   Now, did you start as an EXA before you
10   attended the initial classes for EXA?
11   A   No. You don't start as an EXA until you
12   go to the classes.
13   Q   You went to the first round of classes, at
14   which point you started as an EXA?
15   A   Yes.
16   Q   I take it when you became an EXA you
17   received a promotion?
18   A   Yes.
19   Q   And that would be financial?
20   A   Yes.
21   Q   Tell me what you were making as an
22   assistant store manager.
23   A   I don't remember.
24   Q   You don't remember your salary?

Page 26

1   A   I don't remember what I was making. I
2   believe it was less than 30,000.
3   Q   Was that the base salary?
4   A   For an assistant manager?
5   Q   Yes.
6   A   Yes.
7   Q   Did you receive a bonus as an assistant
8   manager?
9   A   No.
10   Q   And that was the difference between the
11   assistant manager and the EXA, was it not, that the EXA
12   did receive a bonus?
13   A   Yes. I believe there's also a salary
14   increase.
15   Q   That was my next question. What did you
16   go then from being an assistant manager in terms of an
17   EXA in terms of base salary?
18   A   I think it was somewhere in the mid 30s.
19   Q   So you think you went from maybe 30,000 to
20   in the mid 30's when you became an EXA, plus the bonus?
21   A   Plus the bonus, yes.
22   Q   Did you supervise people as an assistant
23   manager?
24   A   Yes.

Page 27

1   Q   By supervise, does that mean you could
2   hire and fire people as an assistant manager?
3   A   I never did any hiring until I was an EXA.
4   Q   But did you have the authority to hire and
5   fire as an assistant manager?
6   A   I may have.
7   Q   You don't know?
8   A   I never had to do that. That wasn't one
9   of my responsibilities.
10   Q   I understand you never had to do it. Did
11   you have the authority to hire and fire as an assistant
12   manager?
13   A   Yes.
14   Q   But you just didn't do it?
15   A   Didn't have -- didn't come up.
16   Q   I take it you also had authority to hire
17   and fire when you became an EXA?
18   A   Yes.
19   Q   And did you do it when you were an EXA?
20   A   Yes.
21   Q   On more than one occasion?
22   A   Yes.
23   Q   Would that be hiring and firing both?
24   A   No, just hiring.

Page 28

1   Q   So March of 2001 would be the first time
2   you had ever hired anyone on behalf of Walgreens?
3   A   That I can remember, yes.
4   Q   When did you first fire somebody on behalf
5   of Walgreens?
6   A   I don't remember.
7   Q   You've done that as well?
8   A   Yes.
9   Q   On more than one occasion?
10   A   Only one is truly sticking out to me, but
11   it may have been more than one.
12   Q   Did you do that as an EXA or store
13   manager?
14   A   Store manager.
15   Q   So, until you were appointed as store
16   manager, you had never fired anybody on behalf of
17   Walgreens?
18   A   Not that I remember.
19   Q   When you were an assistant store manager,
20   did you have involvement with the budget of the store,
21   purchasing?
22   A   No.
23   Q   Who did that?
24   A   Miss Turley would have done that.