## Page 21

1  Q  He was an investigator for Walgreens?
2  A  Loss prevention, yeah.
3  Q  And when did he do that? What year? You
4  can probably tell from the statement.
5  A  (No response.)
6  Q  In other words, when does it indicate you
7  made the statement on Exhibit 1? You can look on page 3.
8  A  '04.
9  Q  When in '04?
10 A  August.
11 Q  So do you think that he approached you
12 about the time you made the statement?
13 A  He approached me that same day.
14 Q  And why did he tell you he wanted a
15 statement? In other words, what had occurred --
16 A  Because they're looking into the situation
17 and he wanted --
18 Q  Tell me what situation he indicated they
19 were looking into.
20 A  They were looking into the situation with
21 Miss Turley and the comments that were made to various
22 people.
23 Q  About --
24 A  I can't remember the exact --

## Page 22

1  Q  About the Pontiac manager's position?
2  A  Yes.
3  Q  So he told you that?
4  A  Did he specifically say "position"? I
5  don't know. But it was obvious that he was looking for
6  what happened between Miss Turley, the comments that she
7  had sent to me.
8  Q  And at some point in time, she had made a
9  comment to you, obviously?
10 A  Correct.
11 Q  The comment being, "Pontiac is not ready
12 for Mr. Simple"?
13 A  Right, because I asked if he was getting
14 the store, and she said, "No."
15 Q  When did you do that?
16 A  You want a date, you mean?
17 Q  Yeah. It doesn't have to be the exact
18 day.
19 A  It was the same -- I want to say it was
20 the same day that Mr. Gray got demoted and my friend Erin
21 Kohorst got fired.
22 Q  Let me stop you there. Who's Mr. Gray?
23 A  Mr. Gray was the store (sic) of Pontiac at
24 the time.

## Page 23

1  Q  Do you know his first name?
2  A  Oh, I do. Greg, I think.
3  Q  But his last name was Gray, and he was the
4  Pontiac store manager. He had been demoted?
5  A  Correct.
6  Q  How did you find out about that?
7  A  Because I talked to Erin.
8  Q  And what was her position with Walgreens
9  at the time?
10 A  Assistant manager.
11 Q  Of the Pontiac store?
12 A  Correct.
13 Q  Did she tell you on the phone?
14 A  Yes.
15 Q  And what happened with her?
16 A  Like where is she now or her situation?
17 Q  What happened to her at the time?
18 A  She was fired that day.
19 Q  So they were both fired?
20 A  She was fired, and he was demoted.
21 Q  I'm sorry. He was transferred to another
22 store then?
23 A  Correct, Turley's.
24 Q  She was upset?

## Page 24

1  A  Of course.
2  Q  What did she say to you about the
3  situation?
4  A  She said that they came in --
5  Q  Who's "they"?
6  A  Mr. Palmer came in and just told her that
7  she was fired. I don't remember exactly how it happened.
8  But then Mr. Gray had been demoted and --
9  Q  Let me stop you a second. Is Mr. Gray a
10 white male?
11 A  Correct.
12 Q  And is it Kohorst?
13 A  Kohorst.
14 Q  Miss Kohorst, is she a white female?
15 A  Correct.
16 Q  Then what else did she indicate happened
17 in the conversation?
18 A  That she had been fired and then -- I
19 don't remember if she was fired and then Greg was
20 demoted. I don't know if she knew that Greg was demoted
21 or if they fired her and she left first and then they
22 demoted Mr. Gray shortly after. Then Mr. Gray had to
23 leave the premises. Then it was just Mr. Palmer at the
24 store until somebody got there to cover.

## Jessica Culbertson's Voluntary Statement

Around the time when my close friend Erin Koharst had been released from her job, Ms. Turley had a talk with me. She was talking to me about Erin because I was very upset about how she lost her job. She was trying to comfort me about it and make sure I wouldn't take any drastic decisions about leaving Walgreen's. Mr. Gray was demoted at the same time. Missy then took over the store in his place. I was shocked by this because I assumed that Mr. Simple would get the next store because he is more than qualified for it. So then Mr. Simple's name came up. I asked her why he didn't get the store. Her response, "Pontiac is not ready for Mr. Simple." I asked her if she meant, "do you mean because he is black?" She made it seem that the answer to that question was yes. For the next couple of weeks that was the feeling you would get about the Simple situation, that it was a racism problem.

The conversation was in the afternoon. She said this is off the record.

