UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 04-1305 |
| WALGREEN CO., an Illinois Corporation, | ) ) ) |
| Defendant. | ) ) |

### MOTION TO STRIKE PLAINTIFF'S RESPONSE TO ALLEGEDLY UNDISPUTED MATERIAL FACTS AND MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

COMES NOW the defendant, WALGREEN CO., an Illinois Corporation, by and through its attorneys, HINSHAW & CULBERTSON LLP, and for its Motion to Strike Plaintiff's Response to Allegedly Undisputed Material Facts and Memorandum in Opposition to Motion for Summary Judgment, hereby states as follows:

1. In response to the defendant's motion for summary judgment, the plaintiff filed two documents on August 8, 2006: Plaintiff's Response to Allegedly Undisputed Material Facts; and Plaintiff's Memorandum in Opposition to Motion for Summary Judgment.

2. Local Rule 7.1(D)(2) requires that a party opposing a motion for summary judgment file a response containing the following sections: introduction, response to undisputed material facts, and argument.

3. Local Rule 7.1(D)(2)(b) further requires the response to undisputed material facts section to contain a separate subsection for additional material facts that must, "List and number each additional material fact raised in opposition to the motion for summary judgment."

4. Correspondingly, Local Rule 7.1(D)(3) requires the movant, in its reply, to include a subsection that lists by number each additional material fact and states whether the movant considers these facts to be disputed, undisputed, or immaterial.

5. The plaintiff's two responsive pleadings fail to comply with Local Rule 7.1.

6. The plaintiff's Memorandum in Opposition to Motion for Summary Judgment includes a section entitled "Additional Background," which appears to state multiple additional facts in a single paragraph containing multiple unnumbered sentences. See plaintiff's Memorandum, pp. 2-4.

7. In subsequent argumentative sections of the plaintiff's Memorandum, the plaintiff raises other additional facts and documentary evidence not raised by the movant. See, e.g., citations to Dones deposition at pp. 6-7 of the plaintiff's Memorandum, and citations to deposition testimony of Jessica Culbertson at p. 12 of the plaintiff's Memorandum.

8. The defendant cannot comply with Local Rule 7.1 in replying to the additional facts submitted by the plaintiff in opposition to the defendant's motion to dismiss, because of the plaintiff's failure to comply with the Rule.

WHEREFORE, the defendant, WALGREEN CO., an Illinois Corporation, respectfully requests that this Court strike the plaintiff's Response to Allegedly Undisputed Material Facts and Memorandum in Opposition to Motion for Summary Judgment and grant the defendant such additional relief as the Court deems just and proper.

80221528v1 846495

WALGREEN CO., an Illinois Corporation,
Defendant

By: HINSHAW & CULBERTSON LLP


s/L. Lee Smith
L. Lee Smith
Garth C. K. Madison
One of Its Attorneys
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61602
309-674-1025

3

## CERTIFICATE OF SERVICE

    I hereby certify that on **August 15, 2006,** I electronically filed this **Motion to Strike Plaintiff's Response to Allegedly Undisputed Material Facts and Memorandum in Opposition to Motion for Summary Judgment** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nile J. Williamson
Attorney at Law
411 Hamilton Blvd., Suite 1926
Peoria, IL  61602

                              s/L. Lee Smith
                              Attorneys for Defendant
                              L. Lee Smith
                              Garth C. K. Madison
                              HINSHAW & CULBERTSON LLP
                              456 Fulton St., Suite 298
                              Peoria, IL  61602
                              309-674-1025

80221528v1 846495