E-FILED
Monday, 21 August, 2006  01:23:39 PM
Clerk, U.S. District Court, ILCD

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

ERIC D. SIMPLE,                )
                               )
            Plaintiff,         )
                               )
                               )
    vs.                        )  No. 04-1305
                               )
                               )
WALGREEN CO., an Illinois      )
Corporation,                   )
                               )
            Defendant.         )

COPY

THE DEPOSITION of MONTEZ DONES, a witness, called by the plaintiff for examination in the above-entitled cause, pursuant to the Federal Rules of Civil Procedure, taken before me, Angela M. Jones, CSR-RPR, a Notary Public in and for the State of Illinois, at 456 Fulton Street, Suite 298, in the City of Peoria, County of Peoria, and State of Illinois, on the 16th day of May, A.D. 2006, commencing at 9:35 a.m.

Page 2

1  APPEARANCES:
2
3      NILE J. WILLIAMSON, ESQUIRE
       Attorney at Law
4      411 Hamilton Boulevard, Suite 1926
       Peoria, Illinois 61602
5      (309) 677-5950
            On Behalf of the Plaintiff.
6
7      HINSHAW & CULBERTSON
       BY: L. LEE SMITH, ESQUIRE
8      Attorney at Law
       456 Fulton Street, Suite 298
9      Peoria, Illinois 61602
       (309) 674-1025
10          On Behalf of the Defendant.
11
12  ALSO PRESENT:
13     ERIC SIMPLE, Plaintiff
       JENNIFER SIMPLE
14
15
16          * * * * * * *
17
18              INDEX
19  WITNESS:                              Page
20     MONTEZ DONES
21     Direct Examination by Mr. Williamson..........3
       Cross-Examination by Mr. Smith...............48
22
23  EXHIBITS:
24     NONE MARKED

Page 3

1       (Witness sworn.)
2       MR. WILLIAMSON: Usual stipulations?  Do I
3   need to state them?
4       MR. SMITH: No.  That's fine.
5       MR. WILLIAMSON: How about signature?
6       MR. SMITH: We'll reserve here.
7       MONTEZ DONES,
8   called as a witness, after being first duly sworn, was
9   examined and testified upon his oath as follows:
10              DIRECT EXAMINATION
11              BY MR. WILLIAMSON:
12      Q   Can you state your name, date of birth,
13  and address, please?
14      A   Montez Dones, birthday is March 9th, 1972,
15  and address is 34 Kenfield Circle, Bloomington, Illinois.
16      Q   You are presently employed by Walgreens;
17  are you not?
18      A   Yes.
19      Q   Can you give me a brief description of
20  your educational history?
21      A   Graduated high school top 10 percent,
22  graduated Illinois State University, degree in physical
23  education recreation development with a minor in
24  industrial technology.

Page 4

1       Q   When did you graduate from Illinois State?
2       A   Effectively December 1996.
3       Q   Was Walgreens the first employer you had
4   after undergraduate school?
5       A   Yes.
6       Q   I think we'll start with that.  You
7   started with Walgreens in 1996?
8       A   '94 as a sales clerk.
9       Q   Please tell me the progression of jobs
10  you've had at Walgreens since you've started this and any
11  additional training you may have had by way of seminars,
12  specialized training, if you had such things.
13      A   Well, I started as a sales clerk in
14  December of '94; promoted to assistant manager 1996,
15  March; executive assistant manager --
16      Q   When you say this, can you tell me the
17  stores and their number you're talking about?
18      A   Okay.  As a sales clerk, I started at
19  store 2588 in Normal.  In 1996, promoted to assistant
20  manager and went to store 2177 which is Main Street,
21  Bloomington.  From there, I was still an assistant, went
22  to Morris, Illinois, store 5460.  I was there for a year
23  the first time up until Joliet at the Larkin and Ingles
24  store as an assistant for about 30 days --

**Page 5**

1   MR. SMITH: Just so the record is clear,
2   when you say "assistant," is that EXA or MGT?
3        THE WITNESS: MGT.
4        MR. SMITH: Okay.
5   A    Back to the Morris store as an MGT until
6   March of '99. Back to Bloomington, store 5188 as an MGT.
7   Promoted to executive assistant manager in May of 1999.
8   I moved to store 2177 as an EXA October of '99. Back to
9   store 5188 as an EXA in --
10  Q    EXA again for the --
11  A    Yeah, for 2000.
12  Q    But tell us what EXA means.
13  A    Executive assistant manager, salaried
14  assistant, bonus potential.
15       Made store manager --
16  Q    As opposed to MGT?
17  A    As opposed to MGT which is just a 44-hour
18  hourly position, no bonus potential.
19       Became a store manager in 2001, June 6th,
20  and went to store 2588 in Normal where I have been five
21  years.
22  Q    That address is 1110 North Normal, store
23  2588?
24  A    1101.

**Page 6**

1   Q    Okay.
2   A    North Main, Normal.
3   Q    I'm sorry. 1101 North Main in Normal?
4   A    Yes.
5   Q    Were you required by Walgreens to attend a
6   class or training session to become an EXA?
7   A    Yes.
8   Q    What type of class was that?
9   A    More or less some theory situations --
10  Q    Did it have a name?
11  A    Executive assistant training, ADSM
12  classes, applied drugstore management training.
13  Q    Where were they given?
14  A    They actually had them in Bloomington at
15  the Eastland Suites Hotel. There was a conference room
16  in the back of the building where we all met on three
17  separate occasions, three days one month, April, May, and
18  then July, so three days in April, three days in May, two
19  days in July.
20  Q    Eight-hour days?
21  A    Yeah. 9 to 5, 8 to 4.
22  Q    Was there a pass-fail aspect to this group
23  of classes, if you will? In other words, did you have to
24  pass the class to become an EXA for Walgreens?

**Page 7**

1   A    Yes.
2   Q    Was there a test?
3   A    It was a cumulative situation. You were
4   given assignments. You went back to your store. You did
5   those assignments with the help of the manager, and you
6   brought back the information to the lady who was running
7   the classes, Diana Hulman (phonetic).
8   Q    How many people took that class with you
9   in 1999 in Bloomington?
10  A    I would have to guesstimate 13 or 14 or
11  so. It was -- yeah, about 13 or 14.
12  Q    Assuming it's 14, how many of those were
13  African-American?
14  A    Two.
15  Q    You were yourself and Eric Simple?
16  A    Yes.
17  Q    Both males?
18  A    Yes.
19  Q    Of the remaining, assuming it was 12, can
20  you give me the breakdown of the gender and racial
21  background of those 12?
22  A    There was one young lady who was of Indian
23  descent, and everybody else was of white, white in
24  nature.

**Page 8**

1   Q    White males?
2   A    No. The vast majority -- if you take 12,
3   I'd say, of that, three of them were female, nine were
4   male, maybe ten male, two female.
5   Q    Was Melissa Jonland one of the three
6   females in the '99 class?
7   A    No.
8   Q    In the '99 class, was there an individual
9   named Jim Hudson?
10  A    Yes.
11  Q    In the '99 class, was there an individual
12  named Mike Haller, H-a-l-l-e-r?
13  A    No.
14  Q    Is Jim Hudson a white male then?
15  A    Yes.
16  Q    Again, as I understand it, in order to
17  become a store manager, you have to have completed the
18  EXA training classes you've talked about?
19  A    Yes.
20  Q    You then became a store manager two years
21  after completing the EXA classes?
22  A    Yes.
23  Q    Was that your first store?
24  A    Yes.

Page 9

1  Q  Have you ever been offered another store
2  since that time?
3  A  No.
4  Q  What store did you obtain in the year
5  2001, if that was the year?
6  A  Main Street store in North Normal, store
7  2588.
8  Q  What would you describe that store in
9  terms of the neighborhood surrounding it? How would you
10 describe it?
11     MR. SMITH: You're talking about now or in
12 2001?
13     MR. WILLIAMSON: Now.
14     MR. SMITH: Okay.
15 A  Low to mid income.
16 Q  And have you been able to observe why that
17 is the case and whether it will continue to be the case
18 in the future?
19 A  As it stands now, a lot of the housing
20 that is in close proximity to the store is lower income
21 housing.
22 Q  By "lower income," you mean Section 8 or
23 Section 42 housing?
24 A  Yes.

Page 10

1  Q  You're familiar with those terms?
2  A  Yes.
3  Q  What then are the demographics of the
4  Section 8 and Section 42 housing in the neighborhood of
5  store 2588 at the present time?
6  A  I don't have the census information; but
7  what I see is probably 40 percent African-American, a
8  very small amount of Asian American and Hispanic
9  American, and then the rest would be Anglo Saxon, white
10 Protestant, and elderly.
11 Q  The Hispanic makeup I didn't quite catch.
12 Was it a small amount?
13 A  Small amount, maybe 1, 2 percent. Asian
14 clientele, same thing, 1, 2 percent maybe, 3 tops.
15 Q  In the neighborhood -- and I guess you can
16 define that as you like -- how much of the neighborhood,
17 presumably then the customer base of store 2588, is made
18 up of the individuals living in Section 8 or Section 42
19 housing?
20 A  I do not know. Without the numbers, I
21 don't really know. I really do not know.
22 Q  Now, as I understand it, as a store
23 manager, you're given continual breakdowns as to the
24 sales of your store, shrinkage of your store versus all

Page 11

1  the other stores in your region, and you're also given a
2  historical background of the stores; is that correct?
3  A  Yes.
4  Q  In your particular store, do you know when
5  it was opened?
6  A  Yes. 1991.
7  Q  Are you also able to tell from the data
8  that's given to you by Walgreens the number of managers
9  at store 2588 from 1991 up until 2001 when you took over
10 the store?
11 A  All that's listed on the front page of the
12 operating statement are the previous four.
13 Q  And those would be --
14 A  Kerry King, Ron Lature, Dan Hoffey, and
15 myself.
16 Q  Of the other three, are those individuals
17 white males?
18 A  Yes, all three.
19 Q  Are you also able to tell how long those
20 individuals stayed at store 2588?
21 A  Yes.
22 Q  Can you tell us again what the breakdown
23 was for the three that you've mentioned?
24 A  Kerry King, two years; Ron Lature, 11

Page 12

1  months; Dan Hoffey, one year.
2  Q  And as to each of those three individuals,
3  they leave Walgreens. Were they promoted? Did they go
4  to a different store, if you know?
5  A  Kerry King was promoted to another store.
6  Ron Lature and Dan Hoffey are no longer with Walgreens.
7  Q  Are you also given information that would
8  allow you to see a performance of those three managers
9  again in terms of gross sales, shrinkage, and the
10 material aspects of determining how a store has done in
11 the past?
12 A  On a year-to-year basis, yes.
13 Q  How has your own performance compared with
14 those three individuals since you've been at store 2588?
15 A  The first year I exceeded the previous
16 manager's expectations and numbers considerably. Each
17 year after that, I've been basically competing against
18 myself, and it's gone down. It has gone down.
19 Q  The sales of your stores?
20 A  The sales and profit of my stores.
21 Q  Has there been any change in the store
22 structure in the Bloomington-Normal area by Walgreens in
23 the last two years?
24 A  Yes.

Page 13

```
1    Q   Are there more stores?
2    A   Yes.
3    Q   How many more stores?
4    A   In Bloomington-Normal in the last two
5  years, one.
6    Q   Has there been any change in the hours of
7  other stores in Bloomington-Normal whereby one would
8  become a 24-hour store?
9    A   Yes.
10   Q   How many of those stores have become a
11 24-hour store in the last two years?
12   A   One.
13   Q   I take it the additional one new store and
14 the addition of expanding the hours of another store to
15 24 hours would also have some effect on your own store's
16 sales?  At least one might assume that; is that correct?
17   A   Yes.
18   Q   Notwithstanding your own performance,
19 you've indicated earlier you've not been offered transfer
20 to another store by Walgreens since 2001?
21   A   Correct.
22   Q   Have you requested transfer to a store
23 that might afford you greater compensation in the last
24 five years?
```

Page 14

```
1    A   Yes.
2    Q   On how many occasions?
3    A   I've officially applied once.
4    Q   Which store was that?
5    A   Store 9313, the last net new store on
6  Towanda Avenue in Normal.
7    Q   You did not receive that manager's job?
8    A   No.
9    Q   Who did receive that job?
10   A   Leanne Turley.
11   Q   Leanne Turley is a white female if I
12 recall?
13   A   Yes.
14   Q   You say that you only applied officially
15 for one job.  Are you suggesting you've applied
16 unofficially or inquired as to other jobs?
17   A   Yes.
18   Q   Will you tell us those, please?
19   A   I inquired about an opening -- well, the
20 net new store, 9313 on Towanda.  I also inquired about
21 the apparent opening for the Veterans Parkway store,
22 5188, when that slot had become available.  So those two
23 for sure.
24   Q   What happened with that slot?
```

Page 15

```
1    A   It was filled by a manager from the
2  Galesburg area.
3    Q   When you applied informally, what
4  happened?  In other words, were you told not to go
5  through an official process to apply?
6    A   No.  I was not.  It wasn't made -- it
7  wasn't made common knowledge.  It wasn't an official
8  request for the opening.  There was never any official
9  request made for the opening.
10   Q   And during the time you've been with
11 Walgreens at least in this area, Mr. Palmer has been the
12 one who made all decisions relating to the appointment of
13 store managers; is that correct?
14   A   Yes.
15   Q   Would you say that the manner in which the
16 store manager's jobs in the last ten years in the Central
17 Illinois area controlled by Mr. Palmer have been done on
18 an inconsistent basis in terms of how one applies and how
19 one is notified of store openings?
20   A   Since I don't have the knowledge of the
21 official application process, I can't say with certainty.
22 All I can tell you is how I got promoted and what I've
23 attempted to do.
24   Q   At the two stores you've been interested
```

Page 16

```
1  in becoming store manager, the process for the
2  appointment of the store manager was different at the two
3  stores; was it not?
4    A   Yes.
5    Q   As you indicated, at one store, there was
6  no posting as such of the vacancy of the store manager's
7  job?
8    A   Correct.
9    Q   The other store there was?
10   A   Correct.
11   Q   The other store is 9313 that Leanne Turley
12 was appointed to?
13   A   Yes.
14   Q   Were you interviewed for that job?
15   A   No.
16   Q   Do you know who was?
17   A   No.
18   Q   Do you know who else applied for the job
19 other than Leanne Turley?
20   A   Me.
21   Q   So it was just two persons?
22   A   That's all I know.
23   Q   How do you know that?
24   A   I know that I applied.
```

Page 17

1  Q  Right. And you know that Leanne Turley
2  was appointed?
3  A  Yes. So that's all I know.
4  Q  That's probably -- so Mr. Palmer never
5  told you how many candidates there were?
6  A  No.
7  Q  Is there any way for you to find out?
8  A  Not to my knowledge. I don't know. I do
9  not know.
10  Q  Could you give me, if you don't mind, a
11  breakdown of your own bonuses at the store you're at
12  since 2001 and how they're calculated?
13  A  Based on sales and profit potential --
14  well, the actual income, your increases in income and
15  sales over the previous year month by month through your
16  bonus period which starts June 1st and ends May 31st.
17  Those increases calculate into the increase above your
18  base bonus which is recalculated every year based on how
19  much you made the previous year.
20     So, if you had a huge swing in an
21  increase -- for example, my initial year there, there was
22  a huge swing in increase because of performance, sales
23  and income over the previous manager. So the bonus
24  swelled because there was a huge gap because the base

Page 18

1  bonus was so low because the store hadn't performed that
2  well. So there was a huge upswing. In an effort to
3  bring it more down to normalcy company-wide, the base
4  bonus has increased so that you have to work harder to
5  get a bonus the following year. So the base bonus was
6  raised. So, if nothing else, you know you have this
7  base; so, as long as you break even, you've increased
8  your base. If you excel past your base, then you add
9  money on top of that, 5 percent of sales, .005 percent of
10  income, up, up, up.
11     So the first year was really good because
12  I was following --
13  Q  Why don't you refer -- you referred to
14  base bonus. I understand that. Why don't you refer to
15  add-on bonus, the bonus that would be above and beyond
16  that just for my own benefit. Give me an idea of the
17  numbers -- you don't have to have the exact numbers --
18  between 2001 and 2006 for you at your own store as the
19  add-on bonuses.
20  A  The add-on bonus for the first year there
21  was a little over $7,000. The second year would have
22  been about $3,000.
23  Q  The first year, you're talking about 2002
24  then?

Page 19

1  A  Yeah, from the time I got appointed in '01
2  until the end of the bonus period in 2002.
3  Q  So 2003 would have been about $3,000?
4  A  Yes.
5  Q  So we're up to 2004.
6  A  2004, maybe 1,500 bucks. 2005 I haven't
7  gotten yet because we're in '06.
8  Q  Are you able to determine what that's
9  likely to be at this point?
10  A  It will be below the base because, just
11  like anything else, as you add money, you go up. But as
12  you subtract money, you go down. It's just numbers.
13  Q  Again, the base bonus you've been
14  receiving for those five years has been what?
15  A  Well, it went up. The first year the base
16  bonus was under $7,000. The second year that base bonus
17  went up to a little over 9, and then it went down to a
18  little over 8. I think now it's over 7. Based on the
19  performance this year, it will go down again because, you
20  know, that's just how it works.
21  Q  I take it that because of this procedure
22  of establishing bonuses by Walgreens, that's one of the
23  reasons you've requested to be appointed to another
24  store?

Page 20

1  A  Yeah. You want to get a better store,
2  better bonus potential, move up.
3  Q  With respect to the stores in the
4  Bloomington-Normal area run by Walgreens at the present
5  time, am I correct there's seven or eight? I can't
6  remember for sure.
7  A  If you include the Pontiac area --
8  Q  Not Pontiac.
9  A  Not Pontiac? Five.
10  Q  Do you have the lowest numbers in terms of
11  gross sales of the five stores because of your
12  neighborhood in particular?
13  A  Yes.
14  Q  And is that likely to change in the
15  foreseeable future?
16  A  No.
17  Q  The neighborhood's continuing to evolve
18  with Section 8 and Section 42 tenants in housing; is that
19  correct?
20  A  Yes.
21  Q  In other words, there isn't a building
22  boom going on in your neighborhood of new houses?
23  A  Not at this time.
24  Q  What is the reference in Walgreens'

Page 21

1 terminology to peer group?
2   A   Oh, your store is classified based on the
3 demographic, and it's grouped into a collection of other
4 stores that have the same demographic nationwide. That's
5 your peer group.
6   Q   Your store, is there any peer group in the
7 Central Illinois area that's the same or similar?
8   A   I am in a rural peer group.
9   Q   Which would indicate what?
10  A   That my store is consistent to that of --
11 like other stores that would be in the peer group similar
12 to mine are the Pontiac store, Canton, Washington, stores
13 that are basically single-market stores with not a whole
14 lot of Walgreen competition or large industry, things
15 like that.
16  Q   So that doesn't reference the demographics
17 of the customer base. It references the number of
18 Walgreen stores around it?
19  A   It's supposed to represent the demographic
20 base.
21  Q   There's only one store in Pontiac, isn't
22 there?
23  A   Yes.
24  Q   Yet you're in an area with four other

Page 22

1 Walgreen stores?
2   A   Yes.
3   Q   Why would they reference your store with
4 Pontiac where it clearly isn't the same thing like being
5 in a one-store town like Pontiac is?
6   A   I do not know.
7   Q   The same thing would be true in Canton,
8 wouldn't it?
9   A   Yeah.
10  Q   Do you think that your particular store is
11 in the wrong peer group because of that?
12  A   Yes.
13  Q   Have you asked to be put in different peer
14 groups?
15  A   I've inquired as to how they select peer
16 groups for stores. Yes.
17  Q   Who did you inquire of?
18  A   Mr. Palmer.
19  Q   When did you do that?
20  A   Two, three years ago.
21  Q   What did he say?
22  A   It's a long process; and census records,
23 those things affect what peer group you're in.
24  Q   How does the peer group classification

Page 23

1 affect the store's ability to generate income?
2   A   The peer group classification, in a sense,
3 it wouldn't. I guess it could be assumed that if you're
4 in a peer group with stores that have affluent locations
5 or neighborhoods that you'll probably be in a higher
6 producing store, bigger bonus potential, bigger sales
7 potential, higher bonus base.
8   Q   The shrinkage rate refers to theft rate,
9 does it not, in a store?
10  A   Yeah, one of the factors. Yes.
11  Q   As you said, it's one of the factors you
12 determine as to performance of the store, customer base,
13 whatever. Has your shrinkage rate increased, decreased,
14 or remained the same since you've been store manager?
15  A   The shrinkage rate is actually determined
16 by the district manager, Mr. Palmer, based on your sales
17 profit potential and where you are in relationship to the
18 previous year. I know --
19  Q   Let me interrupt you. Shrinkage rate is
20 not theft then?
21  A   It is theft, but it was explained to me
22 one time that there's more that goes into that equation.
23 What the specifics are, I do not know. I just know that
24 a factor in your shrinkage rate is external, folks

Page 24

1 stealing from you, internal.
2   Q   Employees stealing?
3   A   Yes, internal employees stealing. And
4 those things together, plus other factors -- what they
5 are I don't know -- create your shrinkage percentage.
6 How it's determined, I don't know. I don't know. But
7 internal theft, external theft.
8   Q   Again, then, your own shrinkage rate since
9 2001, how has that evolved? Has it gone up, down, or
10 remained the same?
11  A   It's gone up. It fluctuates. It has
12 fluctuated. I don't have all the data right in front of
13 me, but I know now I'm at a 2.5 percent shrink rate.
14 Previous years have been 2.0.
15  Q   Do you know the shrinkage rate for the
16 last year of the prior manager when you went into the
17 store?
18  A   No. I do not. I do not. I do not.
19  Q   How does the shrinkage rate correlate to
20 one determining the success of a Walgreens store? In
21 other words, I assume that one would want to have a lower
22 shrinkage rate?
23  A   Well, yeah. The shrink ratio would
24 definitely indicate that things are not being stolen off

Page 25

1  your shelf or be external or internal or that you are, in
2  theory, selling everything that you're receiving. So
3  it's perceived -- I mean, it's assumed that the lower
4  your shrinkage rate the more profitability your store --
5  the more profit your store is generating because you're
6  actually selling what you're buying.
7      Q   I, again, would surmise that the shrinkage
8  rate of a particular store would indicate the
9  demographics of the neighborhood the store was in?
10     A   As far as theft is concerned, yes.
11     Q   And one might assume then that in Illinois
12 a Walgreens store in a neighborhood with a very high
13 medium family income would have a lower shrinkage rate --
14     A   Yes.
15     Q   -- than the store, for instance, you have
16 on the north side of Normal?
17     A   Yes.
18     Q   Is that taken into account by Walgreens in
19 determining the base bonus or the add-on bonus that
20 you've been talking about? By that, I mean, one who has
21 a store in a neighborhood that may not do as well in a
22 socioeconomic manner as other stores that Walgreens has,
23 is there a set-off given to the store manager because of
24 that, recognizing the problem?

Page 26

1      A   No.
2      Q   Do you know the shrinkage rates of any of
3  the other Walgreens stores in Bloomington-Normal?
4      A   One store only because through
5  conversation I've had with another store manager. His is
6  2.0.
7      Q   Is that this year?
8      A   That's this year.
9      Q   I've been asking about this year, by the
10 way, most recent shrinkage rates.
11     A   Yes.
12     Q   Which store is that?
13     A   That's store 2587, Oakland Avenue.
14     Q   Thank you. Is your store -- does your
15 store have the highest shrinkage rate in the
16 Bloomington-Normal area of the Walgreens stores?
17     A   I don't know.
18     Q   Because Walgreens doesn't give you that
19 information?
20     A   That information is not given directly --
21 you know, it's not passed out.
22     Q   It's not listed on a periodic basis in
23 written form then?
24     A   No, not --

Page 27

1      Q   Nor do you have access to it apparently?
2      A   Never really tried to obtain it. Just
3  trying to do the best I can where I am.
4      Q   I want to go back with you then to the '99
5  EXA class that you and Mr. Simple attended. I asked you
6  before if Mr. Hudson was in that class. You indicated
7  yes?
8      A   Yes.
9      Q   Do you know when Mr. Hudson was first
10 appointed a store manager by Walgreens?
11     A   Either late 2000 or early 2001.
12     Q   Was he the first person in that EXA class
13 to be appointed a store manager?
14     A   Yes.
15     Q   Is Mr. Hudson still with Walgreens?
16     A   Yes.
17     Q   And what store is he at now?
18     A   He is in a Kankakee store as an assistant.
19 He's not at Mr. Thompson's store. He must be working for
20 Dave Secrest.
21     Q   What was the store he was appointed to at
22 the end of 2000 or beginning of 2001?
23     A   He was appointed to the Bourbonnais store
24 as store manager.

Page 28

1      Q   In terms of shrinkage rates, neighborhood
2  and demographics, how would you compare the Bourbonnais
3  store to the store you're at?
4      A   Not on the same level.
5      Q   Why is that?
6      A   The Bourbonnais store, the area is more
7  progressive. It's not low income to medium. It's
8  probably medium to upper.
9      Q   And what would be the bonus potential at
10 the Bourbonnais store in 2001 versus the bonus potential
11 of your own store in 2001?
12     A   I don't know the specifics, but I do know
13 it was bigger.
14     Q   Bigger bonus potential?
15     A   Yes.
16     Q   Do you know Mr. Hudson's bonuses when he
17 was at the Bourbonnais store?
18     A   No, I don't.
19     Q   How long did he remain at the Bourbonnais
20 store within reason? I know you don't know the exact
21 month.
22     A   Two years?
23     Q   Then what happened?
24     A   He became an assistant manager.

Page 29

1    Q   Is that a demotion?
2    A   Yes.
3    Q   What store?
4    MR. SMITH: When you say "assistant," EXA?
5    THE WITNESS: I'm sorry. MGT.
6    A   Same store.
7    Q   He was demoted to a non-bonus position?
8    A   Correct.
9    Q   And at some point in time, he moved out of
10 that store?
11    A   That, I don't know. I don't know if he
12 moved out of that store or if he just took the demotion
13 and stayed at that store.
14    Q   After the demotion -- I mean, you
15 indicated he's no longer at the Bourbonnais store. He's
16 in Kankakee?
17    A   Yes.
18    Q   So he eventually moved from --
19    A   He eventually moved from Bourbonnais to
20 Kankakee as an MGT.
21    Q   Again, a non-bonus position?
22    A   Yes.
23    Q   So he never has attained the status of
24 store manager since that initial appointment at the end

Page 30

1 of 2000; is that correct?
2    A   Yes. That's correct.
3    Q   Did either yourself or Mr. Simple request
4 appointment to the Bourbonnais store at the time
5 Mr. Hudson was appointed?
6    A   No, not to my knowledge.
7    Q   Were you made aware that the position was
8 open?
9    A   No. I was not.
10    Q   I asked you earlier if you knew a Mike
11 Holler. Do you know that individual?
12    A   Yes.
13    Q   And he was not in your EXA class. Did he
14 attend an EXA class after you completed yours in 1999?
15    A   Yes.
16    Q   Has he been a store manager at Walgreens?
17    A   Yes, he has.
18    Q   Which store or stores?
19    A   Court Street in Kankakee for sure as a
20 store manager.
21    Q   Do you know when that occurred?
22    A   2004, '04, '05. I think it was late '04.
23    Q   Mr. Holler, again, is a white male
24 individual?

Page 31

1    A   Yes.
2    Q   And while he was store manager -- do you
3 know the store number, by the way, of that particular
4 store?
5    A   2442.
6    Q   Thanks. What store had he been at before
7 he was a manager?
8    A   He was an EXA at store 2177.
9    Q   In Bloomington?
10    A   In Bloomington. And he was an MGT at
11 store 4142 in Kankakee.
12    Q   So the store he was at immediately prior
13 to his appointment of store manager was 2177 in
14 Bloomington when he was an assistant EXA?
15    A   To my knowledge, yes.
16    Q   Bonus position again?
17    A   Yes.
18    Q   And was that again -- it was obviously
19 before 2004. Do you know how long he was at that store
20 as assistant EXA?
21    A   I do not know.
22    Q   Are you aware of an incident while he was
23 at store 2177 involving a female African-American
24 employee where he called her a racial epithet?

Page 32

1    A   Yes.
2    Q   And when did that occur?
3    A   I don't know the specifics but --
4    Q   Do you know the year?
5    A   2004.
6    Q   And what to your knowledge occurred at
7 that time?
8    A   Nothing.
9    Q   I mean involving calling the employee a
10 racial epithet.
11    A   Oh, he made a statement; she responded. I
12 think they physically got involved in the front of the
13 store, not much else.
14    Q   During the course of that altercation, did
15 he call this employee a "black bitch"?
16    A   Yes.
17    Q   Are you aware of any disciplinary action
18 that was taken against Mr. Holler as a result of that
19 incident?
20    A   No.
21    Q   In fact, he was shortly appointed store
22 manager after that incident?
23    A   He did get promoted to store manager.
24 Yes.

Page 33

1  Q  By Mr. Palmer?
2  A  Yes.
3  Q  Mr. Palmer makes all appointments to the
4  store manager jobs --
5  A  To my knowledge.
6  Q  What district is that referred to again?
7  A  District 28, Illinois North to my
8  knowledge.
9  Q  Since you have worked at Walgreens from
10 1994, has Mr. Palmer been the district manager of
11 Illinois North?
12 A  Yes.
13 Q  And since you've been an employee at
14 Walgreens, are you aware of any other individual who has
15 input or decision-making ability in the appointment of
16 store managers in the Illinois North region other than
17 Mike Palmer?
18 A  He appoints the managers to their
19 positions.
20 Q  Yes, sir. I'm asking if you're aware of
21 any other individual who has input in that process either
22 because of your personal involvement or because you've
23 been told that would assist Mr. Palmer in that position
24 process.

Page 34

1  A  When I became store manager, he consulted
2  Leanne Turley, asked her whether or not I was ready to be
3  a store manager.
4  Q  And what was Leanne Turley's position?
5  A  Store manager.
6  Q  You were working in her store?
7  A  Yes.
8  Q  So, in your own case, Mr. Palmer consulted
9  with a store manager that you were working at to ask that
10 superior if you were ready to be a store manager?
11 A  To my knowledge, that's correct.
12 Q  And is that also what you've observed in
13 other situations where Mr. Palmer appoints store managers
14 in the Illinois North District?
15 A  I would have to say yes.
16 Q  So he does request input from the
17 immediate store manager of the person who's to be
18 appointed as store manager in your experience?
19 A  I think he asks that person's opinion. I
20 don't believe -- I don't know if they have direct input
21 in saying yes or no, but I think he asks their opinion.
22 Q  That was my word, "input."
23 A  Yeah. I think he asks their opinion.
24 Q  But, still, it's exclusively his decision?

Page 35

1  A  To my knowledge, yes.
2  Q  In your own situation, was there anybody
3  else that Mr. Palmer may have asked an opinion of as to
4  your capabilities to be a store manager other than your
5  immediate store manager?
6  A  Not to my knowledge.
7  Q  How would you describe your working
8  relationship with Mr. Palmer?
9  A  Professional.
10 Q  You don't have a social relationship with
11 him?
12 A  No.
13 Q  Do you believe that in your dealings with
14 Mr. Palmer as an African-American male you've been
15 treated the same as or different than white male store
16 managers since 2001?
17 A  I don't know. I do not know. I've never
18 had the opportunity to be present with him interacting
19 with other store managers. It's always one-on-one.
20 Q  Does Mr. Palmer do reviews of the store
21 managers?
22 A  Yes.
23 Q  Written reviews?
24 A  Yes.

Page 36

1  Q  Annually?
2  A  Yes.
3  Q  When you were an assistant -- I think I'm
4  saying that right -- assistant EXA --
5  A  Before becoming an EXA or as an MGT?
6  Q  No. When you're an assistant store
7  manager, aren't you an assistant EXA?
8  A  No. MGT, EXA, store manager.
9  Q  That's right. Thanks. When you were an
10 EXA, did Mr. Palmer do reviews of you?
11 A  No.
12 Q  That was the store manager?
13 A  Yes.
14 Q  So the only time Mr. Palmer does a written
15 review of a Walgreens employee is when they're the store
16 manager?
17 A  Yes -- well, recently that has changed.
18 Q  And why is that?
19 A  Mr. Palmer now does -- he does the
20 review -- he sits in on the review for the EXA and the
21 store manager now. Last year was the first year. He's a
22 part of the EXA review.
23 Q  2005 was the first year that he started
24 sitting in on the reviews of the EXAs then?

Page 37

1  A  Correct.
2  Q  Which was done by the store manager, but
3 he'd be sitting there?
4  A  Actually, he conducts the review using the
5 information that we've provided.
6  Q  So he does speak and involve himself in
7 the process of the reviews of the EXAs now?
8  A  Yes.
9  Q  When I asked you earlier about whether you
10 felt you were treated differently by Mr. Palmer as an
11 African-American store manager, I guess I really wanted
12 to ask you: You had already testified, for instance,
13 that Mr. Hudson and the fact the three store managers
14 prior to you had all been promoted to different stores
15 within a two-year or less period. He has not done that
16 for you, has he?
17  A  No.
18  Q  And you've requested promotion or transfer
19 to a different store on more than one occasion during
20 that five years; have you not?
21  A  Yes.
22  Q  Do you know any reason why you should not
23 have been promoted or transferred in terms of your
24 capability or performance?

Page 38

1  A  No.
2  Q  Have you ever had a, for instance,
3 disciplinary action taken against you because you
4 mistreated an employee or a store customer in the five
5 years you've been store manager?
6  A  No.
7  Q  I take it you never called an employee a
8 black bitch?
9  A  No.
10  Q  During the time you've been at Walgreens,
11 have you had occasion to work alongside or with Melissa
12 Jonland?
13  A  Yes.
14  Q  Can you tell us for what periods of time
15 and where?
16  A  That was a period in time when I was an
17 executive assistant at Main Street store 2177. She was
18 the cosmetician, and I was the EXA; so this would have --
19  Q  She was the what?
20  A  Cosmetician. So she was an hourly
21 employee. She hadn't been promoted to management yet.
22  Q  Right.
23  A  And that would have been 1999.
24  Q  How long a period of time was that?

Page 39

1  A  That would have been 1999 -- no.
2 Actually, it goes back even further. Wow, that was
3 before I left to go to Morris. So that would have been
4 1996.
5  Q  For how -- I mean, for what period of
6 time? It started in 1996, but how long were you working
7 in the same store with her?
8  A  Good guess, two or three months that
9 period, and then I was no longer in the market for a
10 couple years. Then, once again in 1999 at store 5188.
11 She was an MGT, and I was an MGT who had been accepted to
12 EXA training.
13  Q  How long did you work with her in 1999
14 then?
15  A  Until my transfer to store 2177 which
16 would have been October or November 1999, six months.
17  Q  I was trying to count myself. Six months?
18  A  (Nodding head up and down.)
19  Q  Now, she is now the manager of the Pontiac
20 store?
21  A  Correct.
22  Q  And in your district, you have meetings
23 among the various managers during certain times of the
24 year; do you not?

Page 40

1  A  Yes, both district meetings at the
2 district office and market meetings within your market.
3  Q  How many meetings a year do you attend
4 with Melissa Jonland on an annual basis then?
5  A  There is no predetermined amount. There's
6 no predetermined amount. It could be once a month, or it
7 could stretch as far as once every three months. It just
8 depends on the availability and the willingness of the
9 other managers to set aside a time for everybody to meet.
10  Q  At those meetings, are the sales and
11 operations of the various stores discussed among the
12 managers?
13  A  Yes.
14  Q  So you have an opportunity then to compare
15 yourself with the other stores and know their sales
16 versus your sales, your shrinkage rate versus their
17 shrinkage rate?
18  A  Among other things.
19  Q  That's right, among other things. Were
20 you involved or aware of an incident involving Miss
21 Jonland before she became a store manager and while she
22 was working as an EXA of a fellow employee of Indian
23 descent? I just want to say her first name is Mishra
24 because I always have trouble saying her last name.

Page 41

1  Sashri, I think.
2  A  Sashri Mishra?
3  Q  Yes. Oh, thanks.
4  A  She worked for me for a while. I am aware
5  of it.
6  Q  When did that incident occur?
7  A  2000, 2001.
8  Q  And at what store?
9  A  Store 5188.
10 Q  Which is where?
11 A  Veterans Parkway, Bloomington.
12 Q  Again, Miss Jonland was an EXA at that
13 time?
14 A  Correct.
15 Q  What do you recall about that incident?
16 A  What I heard was Sashri brought
17 interstores, which are basically merchandise from other
18 stores, to store 5188 to drop off from wherever she was
19 working, and she gave them to Melissa Jonland or she told
20 Melissa Jonland to get them out of her car. Melissa
21 Jonland made a racial statement, and that was the extent
22 of it.
23 Q  Do you recall what the racial statement
24 was?

Page 42

1  A  I have heard that it was "foreign fucking
2  bitch."
3  Q  Do you know or are you aware whether
4  Melissa Jonland received any disciplinary action as a
5  result of that incident?
6  A  I am not aware of anything.
7  Q  She was afterwards appointed to the
8  Pontiac store as store manager; was she not?
9  A  She has become store manager at the
10 Pontiac location.
11 Q  Now, during the time you've worked at
12 Walgreens, have you also had occasion to work alongside
13 of or with Eric Simple?
14 A  I have not had the opportunity to work
15 alongside or with Eric Simple.
16 Q  Have you been at meetings with Mr. Simple
17 that you both attended as Walgreens employees?
18 A  Meetings? No.
19 Q  Since you've worked at Walgreens, has
20 Mr. Palmer ever conducted any type of diversity training
21 amongst manager employees of Walgreens?
22 A  No.
23 Q  Have you ever been given the opportunity
24 to conduct or attend seminars or training sessions

Page 43

1  regarding diversity training as a Walgreens employee?
2  A  There was a 2005 managers meeting in Las
3  Vegas, the corporate meetings. There were diversity
4  training sessions on a whole by the entire company held
5  for the first time.
6  Q  In 2005?
7  A  Yes.
8  Q  Did you attend those?
9  A  Yes. It was a corporate meeting.
10 Everybody attended.
11 Q  How many hours were devoted to diversity
12 training at the Las Vegas meeting in 2005?
13 A  Half a day.
14 Q  And what did the diversity training
15 consist of?
16 A  Getting to know different people, nothing
17 real specific, just some broad strokes, nothing real
18 specific. The acknowledgment that it needs to happen and
19 some broad attempts at procedural things.
20 Q  Were the speakers other Walgreens
21 employees, or were they non-Walgreens employees?
22 A  Both. The productions are put together by
23 Walgreens. We also have independent parties come in and
24 speak as well throughout the entire session, three days

Page 44

1  in total.
2  Q  Does Walgreens have an affirmative action
3  plan that you're aware of?
4  A  Not that I'm aware of.
5  Q  Has Mr. Palmer, any Walgreens employees
6  ever orally advised you that an affirmative action plan
7  exists either corporate-wide or in the Illinois North
8  District?
9  A  Not to my knowledge.
10 Q  Did you know that you're the only
11 African-American manager that -- store manager that
12 Mr. Palmer's ever appointed?
13 A  Ever appointed? No. Now, yes. Never
14 took the liberty to check the histrionics on who he's
15 promoted and hasn't.
16 Q  I wanted to ask you whether you were
17 familiar with or had heard of the statement made by
18 Leanne Turley regarding appointment of the store
19 manager's job at Pontiac and Eric Simple to the effect
20 that Pontiac is not ready for a black store manager.
21 A  I have heard that.
22 Q  And who did you hear that from?
23 A  Several sources. It was just a rumor that
24 made its way around, so no one specific person.

Page 45

1   Q   At the time she made that comment, do you
2   know Leanne Turley's position with Walgreens?
3   A   Store manager.
4   Q   And, as I understand it, Miss Turley would
5   have been in the same position as store manager for Eric
6   Simple as she was for you in giving her recommendations
7   to Mr. Palmer as to whether Mr. Simple was ready to be a
8   store manager at Pontiac; is that correct?
9   A   Yes.
10  Q   And in your experience, that would have
11  been the custom and practice of Mr. Palmer, to seek Miss
12  Turley's opinion as to the appointment of the Pontiac
13  store manager's position vis-a-vis Eric Simple just as he
14  did for you from Miss Turley when you were appointed
15  store manager; is that correct?
16      MR. SMITH: I'm going to object to the
17  form of that question as far as asking him to testify
18  about custom and practice. He can testify as to what's
19  occurred with him or what he's aware of.
20      MR. WILLIAMSON: That's what I asked him.
21      MR. SMITH: Well, I thought you used the
22  word "custom and practice." It would indicate something
23  broader in which there's no basis for that.
24      MR. WILLIAMSON: Why don't you repeat the

Page 46

1   question to Mr. Dones?
2       THE REPORTER: "And in your experience,
3   that would have been the custom and practice of Mr.
4   Palmer, to seek Miss Turley's opinion as to the
5   appointment of the Pontiac store manager's position
6   vis-a-vis Eric Simple just as he did for you from Miss
7   Turley when you were appointed store manager; is that
8   correct?"
9       MR. SMITH: You can answer subject to my
10  objection.
11  A   In my opinion, based on how I was
12  promoted, that's what I -- yes.
13  Q   So the same procedure was followed in
14  terms of seeking the opinion of Leanne Turley as store
15  manager by Mr. Palmer in the appointment of the Pontiac
16  store manager as was followed in seeking her opinion in
17  the appointment of you as store manager in 2001?
18      MR. SMITH: Objection. You're asking him
19  to speculate.
20  A   I don't know. I don't know what the
21  procedure was for the appointment at the Pontiac store.
22  I wasn't a part of it, and I wasn't made aware of it.
23  Q   Let me then ask you to assume that
24  Mr. Palmer did seek Miss Turley's opinion of Eric Simple

Page 47

1   for the Pontiac store appointment. That would have been
2   the same process and procedure that Mr. Palmer used in
3   seeking Miss Turley's opinion as appointment of you in
4   2001 for store manager; is that correct?
5       MR. SMITH: Same objection. You're asking
6   him to speculate. You can answer.
7   A   The assumption, yes.
8       MR. SMITH: Let's take a few minutes'
9   break here.
10      MR. WILLIAMSON: I think I've just got one
11  more question.
12  BY MR. WILLIAMSON:
13  Q   The Pontiac store manager's job, would you
14  have considered that a promotion if you had moved from
15  your store to the Pontiac store?
16  A   Yes.
17  Q   Because it's a higher volume store; is
18  that correct?
19  A   Higher volume store, greater upside,
20  potential for better bonus.
21  Q   Then, with regards to Mr. Simple who was
22  an EXA at the time that he applied for the Pontiac store,
23  I take it that would have also been a promotion?
24  A   Yes.

Page 48

1   Q   For the obvious reason, that store
2   manager's going to receive a larger bonus than the EXA?
3   A   Correct.
4       MR. WILLIAMSON: I don't think I have
5   anything else right now.
6       MR. SMITH: I have just a few questions,
7   Mr. Dones.
8           CROSS-EXAMINATION
9           BY MR. SMITH:
10  Q   You've been at the North Main Street in
11  Normal store 2588, correct?
12  A   Yes.
13  Q   For approximately five years?
14  A   Yes.
15  Q   Have the demographics of the neighborhood
16  or area which you serve in that store changed in those
17  five years?
18  A   Pretty much the same.
19  Q   Were they the same in the prior years
20  leading up to when you took over the store?
21  A   I can't say with 100 percent certainty if
22  they have changed. I do know that the basis for who
23  lives in those newer apartment style homes has changed.
24  Q   In what way?

Page 49

1   A   They are now -- they were not initially
2   designed to be low income, section housing. They were
3   your average working people. At some point --
4   Q   That store is relatively close to the ISU
5   campus?
6   A   Yes, within one mile.
7   Q   Were those apartments that are now low
8   income housing, were they formerly at one point student
9   housing?
10  A   I think initially they may have been built
11  with the intent of student housing because Lincoln
12  College is right around the corner, ISU, of course, is in
13  close proximity, and there's a college of cosmetology
14  that's over there.
15  Q   Is store 2588, your store, in its own
16  building, or is it in a larger shopping area?
17  A   I'm in a mini mall.
18  Q   Has the composition and occupancy of that
19  mini mall changed since you've been store manager?
20  A   Yes, it has.
21  Q   In what way?
22  A   There used to be a large grocery store
23  immediately to the right of me on the lot; and within the
24  last two and a half years, that has closed up and there's

Page 50

1   nothing -- nothing has taken its place, nothing to bring
2   more business and industry or homes to the area. So it's
3   just me, Chinese restaurant, and a cleaners in our mini
4   mall.
5   Q   How has that affected the profitability of
6   your store, if at all?
7   A   I think it has affected it negatively
8   because there's nothing on my end of town to bring
9   customers that way unless you are traveling northbound on
10  Main Street leaving town.
11  Q   Do you have any children?
12  A   Yes, one.
13  Q   What is his -- is it a son or daughter?
14  A   Boy, son.
15  Q   And what is his age?
16  A   13. He'll be 14 November 17th.
17  Q   Does he live with you?
18  A   No. He stays with his mom and grandma.
19  Q   Are you involved in his activities in his
20  life?
21      MR. WILLIAMSON: I can't imagine the
22  relevancy of this subject area.
23      MR. SMITH: I'll tie it up.
24  A   Yes, I am.

Page 51

1   Q   Now, you explored the possibility of
2   transferring or seeking a store manager's position
3   outside the Bloomington-Normal area?
4   A   I considered it. I have explored it.
5   Q   Have you actively applied for any stores
6   outside the Bloomington-Normal area?
7   A   No. I have not.
8   Q   Why not?
9   A   One of the main reasons that I am not
10  trying to leave the Bloomington-Normal area is because I
11  want to stay involved in my son's life.
12  Q   So you're essentially looking yourself --
13  if you transfer to another store, it would be a store --
14  one of the five stores in the Bloomington-Normal area?
15  A   Yeah, or something in close proximity
16  because I would prefer to be able to get to him in a
17  reasonable amount of time if he needed me.
18  Q   If I understand your testimony, you've
19  been offered one store manager's position there at 2588
20  which you accepted, and you have informally indicated
21  your interest in one other store?
22  A   Store 5188.
23  Q   And is that it for all the other stores
24  you've either informally or formally indicated your

Page 52

1   interest in?
2   A   That was the informal one and formally for
3   9313.
4   Q   So those are the only two store managers'
5   positions in which you have knowledge of the process for
6   hiring a store manager?
7   A   Yes.
8       MR. SMITH: I have no other questions.
9       MR. WILLIAMSON: Thanks for coming in.

                THE DEPOSITION CONCLUDED AT 10:40 A.M.

## Page 53

```
 1   STATE OF ILLINOIS )
                      ) SS
 2   COUNTY OF TAZEWELL )
 3
 4              CERTIFICATE
 5
 6        I, Angela M. Jones, CSR-RPR, a Notary
 7   Public duly commissioned and qualified in and for the
 8   State of Illinois, do hereby certify that, pursuant to
 9   notice, there came before me on the 16th day of May, A.D.
10   2006, at 456 Fulton Street, Suite 298, Peoria, Illinois,
11   the following named person, to wit:
12              MONTEZ DONES,
13   a witness, called by the plaintiff, who was by me first
14   duly sworn to testify to the truth and nothing but the
15   truth of his knowledge touching and concerning the
16   matters in controversy in this cause, and that he was
17   thereupon carefully examined upon his oath and his
18   examination reduced to shorthand by means of stenotype
19   and thereafter converted to typewriting using
20   computer-aided translation by me.
21        I also certify that the deposition is a
22   true record of the testimony given by the witness.
23        I further certify that I am neither
24   attorney or counsel for nor related to or employed by any
```

## Page 54

```
 1   of the parties to the action in which this deposition is
 2   taken, and further that I am not a relative or employee
 3   of any attorney or counsel employed by the parties hereto
 4   or financially interested in the action.
 5        In witness whereof, I have hereunto set my
 6   hand and affixed my notarial seal this 21st day of May,
 7   A.D. 2006.
 8
 9
10
11
12              Angela M. Jones, CSR-RPR
13              Illinois CSR #084-003482
14
15
16              OFFICIAL SEAL
17              ANGELA M. JONES
                NOTARY PUBLIC - STATE OF ILLINOIS
18              MY COMMISSION EXPIRES 4-30-2010
19
20
21
22
23
24
```

## Page 55

```
 1   ERIC SIMPLE,         )
                          )
 2        Plaintiff,      )
                          )
 3                        )
     vs.                  ) No. 04-1305
 4                        )
                          )
 5   WALGREEN CO.,        )
                          )
 6        Defendant.      )
 7
 8        I hereby certify that I have read the
     foregoing transcript of my deposition given on the 16th
 9   day of May, 2006, at the time and place aforesaid,
     consisting of pages 1 through 52, inclusive, and I do
10   again subscribe and make oath that the same is a true,
     correct, and complete transcript of my deposition so
11   given as aforesaid.
12
13
14        Please check one:
15        [ ] I have submitted errata sheet(s).
16        [ ] No corrections were noted.
17
18              _____
19                  MONTEZ DONES
20
21   SUBSCRIBED AND SWORN TO
     before me this     day
22   of        , A.D. 2006.
23
24   _____
        Notary Public
```

## Page 56

```
 1              WITNESS ERRATA SHEET
 2   ERIC SIMPLE          )
                          )
 3   vs.                  ) No. 04-1305
                          )
 4   WALGREEN CO.         )
 5
 6   Deposition of: MONTEZ DONES, 5/16/06
 7
 8        I wish to make the following changes for
     the following reasons:
 9   Page   Line
10
11        Change:
          Reason:
12        Change:
          Reason:
13
14        Change:
          Reason:
15        Change:
          Reason:
16
17        Change:
          Reason:
18        Change:
          Reason:
19
20        Change:
          Reason:
21        Change:
          Reason:
22
23        Change:
          Reason:
24   (Signed)
```