E-FILED
Wednesday, 30 August, 2006 11:15:57 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 04-1305 |
| WALGREEN CO., an Illinois Corporation, | ) ) ) |
| Defendant. | ) |

### NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

TO:   All Attorneys of Record

THE UNDERSIGNED CERTIFIES that a true copy of the following discovery documents, along with a copy of this Notice, was sealed in a postage prepaid envelope addressed as set forth above, and deposited in the United States Mail at Peoria, Illinois, on the 30th day of August, 2006:

**Defendant's Response to Plaintiff's Supplemental Request to Produce**

**Defendant's Amended Responses to Plaintiff's Request for Production of Documents**

WALGREEN CO., an Illinois Corporation,
Defendant

By: HINSHAW & CULBERTSON LLP

s/Garth C. K. Madison
L. Lee Smith
Garth C. K. Madison
One of Its Attorneys
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL 61602
309-674-1025

80222587v1 846495

**CERTIFICATE OF SERVICE**

    I hereby certify that on **August 30, 2006**, I electronically filed this **Notice of Service of Discovery Documents** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nile J. Williamson
Attorney at Law
411 Hamilton Blvd., Suite 1926
Peoria, IL  61602

    s/Garth C. K. Madison
Attorneys for Defendant
L. Lee Smith
Garth C. K. Madison
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61602
309-674-1025

80222587v1 846495