# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Eric D. Simple**

vs.

**Walgreen Co., an Illinois Corporation**

Case Number: **04-1305**

**DECISION BY THE COURT.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Walgreens' Motion for Summary Judgment [#48] is GRANTED. Judgment is entered in favor of Defendant Walgreens and against Plaintiff Eric D. Simple, plus costs of suit.

ENTERED this 25th day of October, 2006

JOHN M. WATERS, CLERK

S. Marvel
BY: DEPUTY CLERK

Judgment'.wpd