## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC D. SIMPLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-1305 |
| ) | |
| WALGREEN CO., an ) | |
| Illinois Corporation, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF COMPLIANCE

The undersigned attorney hereby certifies that a true copy of the following documents along with a copy of this notice were sealed in an envelope addressed as set forth below with postage fully prepaid and mailed in Peoria, Illinois, on the 8th day of November, 2006.

**Seventh Circuit Transcript Information Sheet**

TO:  Mr. L. Lee Smith
     Hinshaw & Culbertson, LLP
     456 Fulton Street, Suite 298
     Peoria, IL 61602-1220

As requested by the Federal Court of the Central District of Illinois, the originals of said documents were not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

s/Nile J. Williamson
NILE J. WILLIAMSON
APPELLANT'S ATTORNEY
1926 ASSOCIATED BANK PLAZA
PEORIA, IL 61602
TEL: (309) 677-5950
FAX: (309) 677-5952
E-MAIL: nilew@aol.com