*SEVENTH CIRCUIT APPEAL INFORMATION SHEET*

E-FILED
Wednesday, 08 November, 2006  02:45:28 PM
Clerk, U.S. District Court, ILCD

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CDIL                                    Docket No.: 04-1305

Division: Peoria

*Plaintiff (Petitioner)       Short Caption       Defendant (Respondent)*

Eric D. Simple                          v.          Walgreen Co

---

**Current Counsel for Plaintiff (Petitioner):**        **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Nile J. Williamson                         Name: L Lee Smith

Firm: Williamson Law Office                      Firm: Hinshaw & Culbertson

Address: 1926 Associated Bank Plaza              Address: 456 Fulton St   Ste 298

Peoria, IL 61602-1104                            Peoria, IL 61602

Phone: 309-677-5950                              Phone: 309-674-1025

---

Judge: Michael M. Mihm                           Nature of Suit Code:  442 Civil Rights: Jobs

Court Reporter: Karen Hanna                      Date Filed in District Court:  9/2/2004

                                                 Date of Judgment: 10/25/2006

                                                 Date of Notice of Appeal: 11/8/2006

Counsel:   ___Appointed     _X_Retained   ___Pro Se
Fee Status:   _X_Paid     ___Due     ___IFP     ___IFP Pending     ___U.S.     ___Waived
*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     _X_Yes     ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**