IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-1305 |
| | ) |
| WALGREEN CO., an | ) |
| Illinois Corporation, | ) |
| | ) |
| Defendant. | ) |

### MOTION TO WITHDRAW RECORD ON APPEAL

NOW COMES the plaintiff, ERIC D. SIMPLE, by his attorney, NILE J. WILLIAMSON, and moves the court as follows:

1. That on November 8, 2006, plaintiff Simple filed a timely Notice of Appeal and said cause has been docketed as docket number 06-3990 by the Clerk of the Court of the United States Court of Appeals of the Seventh Circuit.

2. That in order for plaintiff's attorney to properly prepare the appropriate briefs, it is necessary that the district court record be withdrawn and that counsel be given access thereto after proper authentication.

WHEREFORE, plaintiff Eric Simple prays for an order of court granting his motion to withdraw record on appeal and for such other orders as are proper and necessary.

s/Nile J. Williamson
NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, IL 61602
TEL: (309) 677-5950
FAX: (309) 677-5952
E-MAIL: nilew@aol.com

**CERTIFICATE OF SERVICE**

 I hereby certify on <u>November 14, 2006,</u> I electronically filed the foregoing with the Clerk of the U.S. District Court by using the CM/ECF system which will send notification of such filing to the following parties who are participants:

 L. Lee Smith
 Hinshaw & Culbertson
 456 Fulton, Suite 298
 Peoria, IL 61602

            s/Nile J. Williamson
            NILE J. WILLIAMSON
            ATTORNEY AT LAW
            1926 ASSOCIATED BANK PLAZA
            PEORIA, IL 61602-1104
            TEL: (309) 677-5950
            FAX: (309) 677-5952
            E-MAIL: nilew@aol.com