



JOHN M. WATERS
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TEL: 309.671.7117
FAX: 309.671.7120

November 16, 2006

| | | |
|---|---|---|
| Eric D. Simple<br>    Plaintiff | )<br>)<br>)<br>)<br>) | |
| vs | )<br>)<br>) | Case # 04-1305 |
| Walgreen Co.<br>    Defendant | )<br>)<br>) | |

## RECEIPT

**Received** from John M Waters, Clerk, United States District Court for the Central District of Illinois, One volume of pleadings.

Date: 11/16/06

s/ Plaintiff's Attorney
Attorney For
Eric D. Simple

04-1305 receipt.wpd