**E-FILED**
Friday, 04 May, 2007  02:08:47 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ERIC D. SIMPLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  04-1305 |
| | ) | |
| WALGREEN CO., an Illinois Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW RECORD ON APPEAL

COMES NOW the defendant, WALGREEN CO., an Illinois Corporation, by and through its attorneys, HINSHAW & CULBERTSON LLP, and moves the court as follows:

1.     That on November 8, 2006, the plaintiff filed a Notice of Appeal and said cause has been docketed as docket number 06-3990  by the Clerk of the Court of the United States Court of Appeal of the Seventh Circuit.

2.     That in order for defendant's attorney to properly prepare the appropriate briefs, it is necessary that the district court record be withdrawn and that counsel be given access thereto after proper authentication.

WHEREFORE, defendant Walgreen Co. prays for an order of court granting its motion to withdraw record on appeal and for such other orders as are proper and necessary.

WALGREEN CO., an Illinois Corporation,
Defendant

By: HINSHAW & CULBERTSON LLP



/s/Garth C. K. Madison
L. Lee Smith
Garth C. K. Madison
One of Its Attorneys
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61602
309-674-1025

80172863v1 846495

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on **(May 4, 2007)**, I electronically filed this **(Motion to Withdraw Record on Appeal)** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nile J. Williamson
Attorney at Law
411 Hamilton Blvd., Suite 1926
Peoria, IL  61602

 s/Garth C. K. Madison
Attorneys for Defendant
L. Lee Smith
Garth C. K. Madison
HINSHAW & CULBERTSON LLP
456 Fulton St., Suite 298
Peoria, IL  61602
309-674-1025

3

80172863v1 846495