E-FILED
Monday, 07 May, 2007  11:13:56 AM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

May 7, 2007

Eric D Simple
    Plaintiff

    vs

Walgreen Co
    Defendant

Case # 04-1305

**FILED**
MAY - 7 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## RECEIPT

**Received** from John M Waters, Clerk, United States District Court for the Central District of Illinois, Record on Appeal consisting of One volume of pleadings.

Date: 5/7/2007

Garth Madison by [signature]
Attorney For Defendant
Walgreen Co