E-FILED
Monday, 06 August, 2007 01:22:08 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**JOHN M. WATERS**
CLERK OF COURT

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

**FILED**
AUG - 6 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**06-3990**

August 2, 2007

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: Eric D. Simple v. Walgreen Co.
D. C. Docket No. 04-1305
U. S. C. A. Docket No. 06-3990

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

1    Volumes of Pleadings

_    Volumes of Transcript

_    Volumes of Depositions

_    Volumes of Exhibits:

_    Impounded Exhibits:

_    Other (specify):

**U.S.C.A. – 7th Circuit**
**FILED**
AUG 03 2007 DP
**GINO J. AGNELLO**
**CLERK**

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

        s/ S. Marvel
BY:_____
        Deputy Clerk

04-1305 Trans letter.wpd