E-FILED
Tuesday, 22 January, 2008, 03:46:00 PM
Clerk, U.S. District Court, ILCD

☒AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

JAN 2 2 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ERIC D. SIMPLE

V.

WALGREEN CO., an Illinois Corporation

**BILL OF COSTS**

Case Number: 04-1305

Judgment having been entered in the above entitled action on 12/26/2007 against Defendant, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 455.00 |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,308.85 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on page two) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | 216.59 |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL | $ 1,980.44 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service by e-mail as set forth below and/or.

☒ Conventional service by first-class mail, postage prepaid as set forth below.

s/ Attorney: _[signature]_

Name of Attorney: Nile J. Williamson

For: Eric D. Simple

Date: 1/22/2008

Name of Claiming Party

Costs are taxed in the amount of $1,980.44 _____ and included in the judgment.

By: _____
Clerk of Court    Deputy Clerk    Date

# KNIGHT REPORTING SERVICE, LTD.

1308 PRINCE GEORGE CT.  
WASHINGTON, IL 61571

(309) 444-1600  
FAX (309) 444-1606

**TAX ID# 37-1319887**

**BILL TO**

NILE J. WILLIAMSON, ESQUIRE  
411 Hamilton Boulevard, Suite 1926  
Peoria, Illinois 61602  
(309) 677-5950  
ATTN: Nile J. Williamson, Esq.

| DATE | INVOICE NO. | REPORTER |
|---|---|---|
| 7/20/2006 | 8190 | AJ |

| JOB DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/29/2006 | In Re: Simple vs Walgreen; USDC Case No. 04-1305<br><br>Attendance fee for reporting the depositions of MELISSA JONLAND and JESSICA CULBERTSON in Peoria, Illinois, and preparation of the Original condensed transcripts thereof, with an ASCii file of each.<br><br>THANK YOU VERY MUCH! | 395.80 |

**Total** $395.80

Bill reflects total for two depostitions.  
Melissa Jonland's 1/2 portion:  $197.90

# KNIGHT REPORTING SERVICE, LTD.

411 HAMILTON BOULEVARD, SUITE 1932
PEORIA, ILLINOIS 61602

(309) 637-0700
FAX (309) 637-0765

**TAX ID# 37-1319887**

| BILL TO |
| --- |
| NILE J. WILLIAMSON, ESQUIRE<br>411 Hamilton Boulevard, Suite 1926<br>Peoria, Illinois 61602<br>(309) 677-5950<br>ATTN: Nile J. Williamson, Esq. |

| DATE | INVOICE NO. | REPORTER |
| --- | --- | --- |
| 12/14/2005 | 7768 | JEJ |

| JOB DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| | In Re: Simple vs Walgreen Company;<br>USDC Case No. 04-1305 | |
| 11/29/2005 | Condensed Certified Copy transcript of the deposition of ERIC SIMPLE, taken in Peoria, Illinois, with exhibits and an ASCii file. | 319.75 |
| 11/30/2005 | Attendance fee for reporting the depositions of LEANNE TURLEY and MICHAEL PALMER in Peoria, Illinois, and preparation of the Original condensed transcripts thereof, with an ASCii file of each. | 791.20 |
| | THANK YOU VERY MUCH! | |
| | **Total** | **$1,110.95** |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by sending a copy to the attorneys of record and other parties of interest at their addresses as disclosed on the pleadings by hand delivery, in Peoria, Illinois, before 5:00 p.m. on the 22nd day of January, 2008.

*[signature]*

NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 Associated Bank Plaza
Peoria, Illinois 61602
Telephone: (309) 677-5950
Facsimile: (309) 677-5952
nilew@aol.com
Reg. No. 3029417