UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 04-1305 |
| WALGREEN CO., an Illinois Corporation, | ) ) ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Andrew M. Ramage of HINSHAW & CULBERTSON LLP hereby enters his appearance as additional counsel of record on behalf of the defendant, WALGREEN CO.

WALGREEN CO., an Illinois Corporation,
Defendant

By: HINSHAW & CULBERTSON LLP


s/Andrew M. Ramage
Andrew M. Ramage
One of Its Attorneys
HINSHAW & CULBERTSON LLP
400 S. Ninth St., Suite 200
Springfield, IL  62701
217-528-7375
217-528-0075 – Fax
aramage@hinshawlaw.com

80256190v1 846495

**CERTIFICATE OF SERVICE**

    I hereby certify that on **February 5, 2008**, I electronically filed this **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nile J. Williamson
Attorney at Law
411 Hamilton Blvd., Suite 1926
Peoria, IL  61602

                                                     s/Andrew M. Ramage
                                                  Attorneys for Defendant
                                                  Andrew M. Ramage
                                                  HINSHAW & CULBERTSON LLP
                                                  400 S. Ninth St., Suite 200
                                                  Springfield, IL  62701

80256190v1 846495