UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ERIC D. SIMPLE, | ) |
| PLAINTIFF, | ) |
| v. | ) CASE NO. 04-1305 |
| WALGREEN CO., an Illinois Corporation, | ) |
| DEFENDANT. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2008, I electronically filed this Certificate of Service of Notice of Deposition with the Clerk of the Circuit Court using the CM/ECF system, which will send notification of such filing to the following:

L. Lee Smith
Hinshaw & Culbertson, LLP
456 Fulton Street, Suite 298
Peoria, Illinois 61602
Telephone: (309)674-1025

s/Nile J. Williamson
NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, ILLINOIS 61602
TELEPHONE: (309) 677-5950
FAX: (309) 677-5952
E-MAIL: nilew@aol.com