E-FILED
Tuesday, 12 February, 2008  09:22:08 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| **ERIC D. SIMPLE,** ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | **CASE NO. 04-1305** |
| ) | |
| **WALGREEN CO., an Illinois Corporation,** ) | |
| ) | |
| DEFENDANT. ) | |

**NOTICE OF DEPOSITION**

TO: L. LEE SMITH, c/o Hinshaw & Culbertson, 456 Fulton Street, Suite 298, Peoria, Illinois 61602; and KNIGHT REPORTING SERVICE, 1308 Prince George Court, Washington, Illinois 61571.

Pursuant to Federal Rules of Civil Procedure, Rule 26 et seq., you are hereby notified that the plaintiff will take the oral deposition of **JANIS STEWART** at **10:00 a.m.** at NILE WILLIAMSON'S office, 1926 Associated Bank Building, Peoria, IL 61602, before KNIGHT REPORTING SERVICE or other person authorized to administer oaths, on **WEDNESDAY**, the **20**[th] day of **FEBRUARY, 2008,** starting at 10:00 a.m.

ERIC D. SIMPLE, PLAINTIFF,

By: s/Nile J. Williamson
NILE J. WILLIAMSON, his attorney

## CERTIFICATE OF SERVICE

Further, pursuant to Rule 11 of the Illinois Supreme Court Rules, the undersigned certifies that a copy of the foregoing was served upon all parties of record who have appeared and have not been defaulted for failure to plead by hand delivering the same in Peoria, Illinois, addressed as disclosed by the pleadings, on the 5th day of February, 2008.

L. Lee Smith
Hinshaw & Culbertson LLP
456 Fulton St., Suite 298
Peoria, IL 61602
Telephone: (309)674-1025

                                               s/ Nile J. Williamson_____
NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 ASSOCIATED BANK PLAZA
PEORIA, IL 61602
TELEPHONE: (309) 677-5950
FAX: (309) 677-5952