UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **ERIC D. SIMPLE,** | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 04-1305 |
| | ) |
| **WALGREEN CO., an Illinois Corporation,** | ) |
| | ) |
| DEFENDANT. | ) |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

The undersigned attorney hereby certifies that a true copy of the following document(s) along with a copy of this notice were sealed in an envelope addressed as set forth below and hand delivered in Peoria, Illinois, on the 16<u>th</u> day of <u>July, 2008</u>.

1. **Plaintiff's Supplemental Request to Produce;**

TO:   L. Lee Smith
      Hinshaw & Culbertson
      416 Main Street, Suite 600
      Peoria, IL 61602

As requested by the Federal Court of the Central District of Illinois, the originals of said documents were not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

                                                  s/Nile J. Williamson
                                                 NILE J. WILLIAMSON
                                                 ATTORNEY AT LAW
                                                 411 HAMILTON BLVD., STE 1926
                                                 PEORIA, ILLINOIS 61602
                                                 TELEPHONE: (309) 677-5950
                                                 FAX: (309) 677-5952
                                                 E-MAIL: nilew@aol.com